**Adlivankina, Valeriya**

| | |
|---|---|
| **From:** | cmecf@rid.uscourts.gov |
| **Sent:** | Friday, February 4, 2022 5:01 AM |
| **To:** | cmecfnef@rid.uscourts.gov |
| **Subject:** | Activity in Case 1:20-cv-00364-MSM-PAS Balasco v. Merck & Co., Inc. et al Order on Motion to Amend/Correct |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**U.S. District Court**

**District of Rhode Island**

## Notice of Electronic Filing

The following transaction was entered on 2/4/2022 at 8:01 AM EST and filed on 2/4/2022

| | |
|---|---|
| **Case Name:** | Balasco v. Merck & Co., Inc. et al |
| **Case Number:** | 1:20-cv-00364-MSM-PAS |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**

**TEXT ORDER granting [29] Motion to Amend/Correct; Set/Reset Scheduling Order Deadlines: Factual Discovery to close by 10/3/2022;, Plaintiff Expert Disclosures shall be made by 11/18/2022;, Defendant Expert Disclosures shall be made by 12/21/2022;, Expert Discovery to close by 2/3/2023;, Motions due by 4/28/2023. So Ordered by District Judge Mary S. McElroy on 2/4/2022. (Potter, Carrie)**

**1:20-cv-00364-MSM-PAS Notice has been electronically mailed to:**

Bijan Esfandiari    besfandiari@baumhedlundlaw.com, 5840534420@filings.docketbird.com, 6762175420@filings.docketbird.com, chall@baumhedlundlaw.com, jjoseph@baumhedlundlaw.com, malarcon@baumhedlundlaw.com, mbaum@baumhedlundlaw.com, nmaldonado@baumhedlundlaw.com, vadlivankina@baumhedlundlaw.com

Christopher E Hultquist    hultquistlaw@gmail.com

Deanne L. Miller    deanne.miller@morganlewis.com

Dino S. Sangiamo    dssangiamo@Venable.com

John A McCauley    jamccauley@venable.com

Lisa C. Dykstra    lisa.dykstra@morganlewis.com

Michael L Baum    mbaum@baumhedlundlaw.com

Nicole K.H. Maldonado    nmaldonado@baumhedlundlaw.com

Nicolette Leilani Young    nicolette.young@morganlewis.com

Paul E. Dwyer    pdwyer@mdmc-law.com, cwatts@mdmc-law.com, dbianco@mdmc-law.com, DSSangiamo@Venable.com, jcournoyer@mdmc-law.com, proy@mdmc-law.com

Robert F. Kennedy , Jr.    rfk1954@gmail.com, lgerrish@waterkeeper.org

**1:20-cv-00364-MSM-PAS Notice has been delivered by other means to:**