# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| ABIGAIL STRATTON,<br><br>　　　　　　Plaintiff,<br>　v.<br><br>MERCK & CO., INC., a New Jersey Corporation; and MERCK SHARP & DOHME CORP., a New Jersey Corporation,<br><br>　　　　　　Defendants. | Case No.: 2:21-cv-02211-RMG<br><br>**AMENDED SCHEDULING ORDER** |

| | |
|---|---|
| Deadline to Amend Pleadings | March 2, 2022 |
| Expert Witness Disclosure Deadline | Plaintiff: July 1, 2022<br><br>Defendant: August 1, 2022 |
| Deadline to File and Serve Affidavits of Records Custodian Witness | August 30, 2022 |
| Close of Fact Discovery | September 30, 2022 |
| Deadline to File Motions in Limine | 15 business days prior to jury selection |
| Deadline to File Dispositive Motions and Daubert Motions | October 15, 2022 |
| Pretrial Disclosures Deadline | 21 business days prior to jury selection |
| Deadline to File Pretrial Briefs | 5 business days prior to jury selection |
| Trial | January 1, 2023 |

Dated February 3, 2022　　　　　　　　s/ Richard Mark Gergel

　　　　　　　　　　　　　　　　　　Richard M. Gergel