BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

IN RE: GARDASIL PRODUCTS         MDL DOCKET NO. _____
LIABILITY LITIGATION

*CORRECTED* DECLARATION OF BIJAN ESFANDIARI IN SUPPORT OF
MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFFS'
MOTION FOR TRANSFER OF ACTIONS PURSUANT TO 28
U.S.C. § 1407 FOR COORDINATED PRETRIAL PROCEEDINGS

I, Bijan Esfandiari, declare and state as follows:

1. I am an attorney and Partner at Baum Hedlund Aristei & Goldman, PC. I am duly admitted to practice before this Honorable Court and am one of the attorneys of record for Plaintiffs Sahara K. Walker, Jasmyne Gramza, Michael A. Colbath, Mark Thomas on behalf of Z.T., Skylee A. Butler, Emma E. Sullivan, Savannah M. Flores, Julia Balasco, Abigail R. Stratton, Ashley K. Dalton, Madelyn G. Malloy, Corinn McElerney, Ruby D. Silver and Ashley Muller. I have personal knowledge of the facts stated below and if called to testify as a witness, I could and would so competently. I make this declaration in support of Plaintiff's Motion for Transfer of Actions.

2. Attached hereto as **Exhibit 1** is a true and correct copy of the Transcript of December 18, 2020 hearing in *Gramza v. Merck, et al.*

3. Attached hereto as **Exhibit 2** is a true and correct copy of the Joint Answers to Local Rule 26.03 Disclosures filed in *Stratton v. Merck, et al.*

4. Attached hereto as **Exhibit 3** is a true and correct copy of Joint Motion to Amend the Court's Scheduling Order filed in *Balasco v. Merck, et al.*

5. Attached hereto as **Exhibit 4** is a true and correct copy of the February 4, 2022 Court order amending its existing pre-trial schedule filed in *Balasco v. Merck, et al.*

6. Attached hereto as **Exhibit 5** is a true and correct copy of the February 3, 2022

Court order amending its existing pre-trial schedule filed in *Stratton v. Merck, et al.*

7. Attached hereto as **Exhibit 6** is a true and correct copy of Plaintiff's Ex Parte Application for an Order Modifying the Scheduling Order filed in *Walker v. Merck, et al.*

8. Attached hereto as **Exhibit 7** is a true and correct copy of Defendant's Opposition to Plaintiff's Ex Parte Application for an Order Modifying the Scheduling Order filed in *Walker v. Merck, et al.*

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed on this 12th day of April 2022 at Los Angeles, California.

Dated: April 13, 2022

Respectfully submitted,

*/s/ Bijan Esfandiari*
Bijan Esfandiari (SBN: 223216)
besfandiari@baumhedlundlaw.com
**BAUM, HEDLUND, ARISTEI, & GOLDMAN, P.C.**
10940 Wilshire Blvd., Suite 1600
Los Angeles, CA 90024
Telephone: (310) 207-3233
Facsimile: (310) 820-7444

*Counsel for Plaintiffs Sahara K. Walker, Jasmyne Gramza, Michael A. Colbath, Mark Thomas on behalf of Z.T., Skylee A. Butler, Emma E. Sullivan, Savannah M. Flores, Julia Balasco, Abigail R. Stratton, Ashley K. Dalton, Madelyn G. Malloy, Corinn McElerney, Ruby D. Silver and Ashley Muller*