**BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION**

IN RE: GARDASIL PRODUCTS LIABILITY LITIGATION                    MDL DOCKET NO. _____

*FURTHER CORRECTED* SCHEDULE OF ACTIONS

| # | Plaintiff(s) | Defendants | Court | Civil Action No. | Judge Assigned |
|---|---|---|---|---|---|
| 1 | Jasmyne Gramza | MERCK & CO., INC. and MERCK SHARP & DOHME CORP. | D. Arizona | 2:20-cv-01425-DLR | District Judge Douglas L. Rayes |
| 2 | Adriana Merino | MERCK & CO., INC. and MERCK SHARP & DOHME CORP. | D. Arizona | 2:22-cv-00398-MHB | District Judge Michelle H. Burns |
| 3 | Allen Vela and Edna Barba, as parents of and on behalf of their minor child, J.V. | MERCK & CO., INC. and MERCK SHARP & DOHME CORP. | D. Arizona | 2:22-cv-00420-SPL | District Judge Steven P. Logan |
| 4 | Eduardo Atjian, II | MERCK & CO., INC. and MERCK SHARP & DOHME CORP. | C.D. California | 2:22-cv-01739-ABJ-RAO | District Judge Andre Birotte Jr. and Magistrate Judge Rozella A. Oliver |

| # | Plaintiff(s) | Defendants | Court | Civil Action No. | Judge Assigned |
|---|---|---|---|---|---|
| 5 | Sydney M. Fetters | MERCK & CO., INC. and MERCK SHARP & DOHME CORP. | C.D. California | 8:22-cv-00422-JVS-ADS | District Judge James V. Selna and Magistrate Judge Autumn D. Spaeth |
| 6 | Jacob D. Levy | MERCK & CO., INC. and MERCK SHARP & DOHME CORP. | C.D. California | 8:22-cv-00431-JVS-JDE | District Judge James V. Selna and Magistrate Judge John D. Early |
| 7 | Michael A. Colbath | MERCK & CO., INC. and MERCK SHARP & DOHME CORP. | S.D. California | 3:21-cv-120-TJW-DEB | District Judge Thomas J. Whelan and Magistrate Judge Daniel E. Butcher |
| 8 | Jeffrey K. Hoddick | MERCK & CO., INC. and MERCK SHARP & DOHME CORP. | D. Hawaii | 1:22-cv-00144-DKW-WRP | District Judge Derrick K. Watson and Magistrate Judge Wes Reber Porter |
| 9 | Skylee Butler | MERCK & CO., INC. and MERCK SHARP & DOHME CORP. | D. Massachusetts | 3:22-cv-10006-MGM | District Judge Mark G. Mastroianni |
| 10 | Emma Sullivan | MERCK & CO., INC. and MERCK SHARP & DOHME CORP. | D. New Jersey | 3:22-cv-00116-ZNQ-DEA | District Judge Zahid N. Quraishi and Magistrate Judge Douglas E. Arpert |

| # | Plaintiff(s) | Defendants | Court | Civil Action No. | Judge Assigned |
|---|---|---|---|---|---|
| 11 | Savannah Flores | MERCK & CO., INC. and MERCK SHARP & DOHME CORP. | D. Nevada | 3:21-cv-00166-HDM-CL | District Judge Miranda Du and Magistrate Judge Carla Baldwin |
| 12 | Julia Balasco | MERCK & CO., INC. and MERCK SHARP & DOHME CORP. | D. Rhode Island | 1:20-cv-00364-MSM-PAS | District Judge Mary S. McElroy and Magistrate Judge Patricia A. Sullivan |
| 13 | Abigail Stratton | MERCK & CO., INC. and MERCK SHARP & DOHME CORP. | D. South Carolina | 2:21-cv-02211-RMG | District Judge Richard Mark Gergel |
| 14 | Corinn Mcelerney | MERCK & CO., INC. and MERCK SHARP & DOHME CORP. | M.D. Florida | 8:21-cv-01814-WFJ-AEP | District Judge William F. Jung and Magistrate Judge Anthony E. Porcelli |
| 15 | Ruby Silver | MERCK & CO., INC. and MERCK SHARP & DOHME CORP. | M.D. Florida | 8:21-cv-02903-WFJ-AEP | District Judge William F. Jung and Magistrate Judge Anthony E. Porcelli |
| 16 | Ashley Muller | MERCK & CO., INC. and MERCK SHARP & DOHME CORP. | N.D. Florida | 3:21-cv-01335-MCR-HTC | District Judge M. C. Rodgers and Magistrate Judge H. Cannon |

| # | Plaintiff(s) | Defendants | Court | Civil Action No. | Judge Assigned |
|---|---|---|---|---|---|
| 17 | Mark Thomas as Natural Parent and Legal Guardian of Z.T., a minor | MERCK & CO., INC. and MERCK SHARP & DOHME CORP. | S.D. Florida | 9:22-cv-80445-DMM | District Judge Donald M. Middlebrooks |
| 18 | Darby Hendrix | MERCK & CO., INC. and MERCK SHARP & DOHME CORP. | N.D. Georgia | 1:22-cv-01171-JCJ | District Judge Steve C. Jones |
| 19 | Ken and Shaun Wingerter, on behalf of their minor child, H.W. | MERCK & CO., INC. and MERCK SHARP & DOHME CORP. | N.D. Georgia | 1:22-cv-01178-ELR | District Judge Eleanor L. Ross |
| 20 | Cooper Humphries | MERCK & CO., INC. and MERCK SHARP & DOHME CORP. | C.D. Illinois | 4:21-cv-04154-SLD-JEH | District Judge Sara Lynn Darrow and Magistrate Judge Jonathan E. Hawley |
| 21 | Krista L. Landers | MERCK & CO., INC. and MERCK SHARP & DOHME CORP. | N.D. Illinois (Eastern Division) | 1:22-cv-01696-TMD | District Judge Thomas M. Durkin |
| 22 | Tanja And Scott Wagner, on behalf of their child, S.W. | MERCK & CO., INC. and MERCK SHARP & DOHME CORP. | N.D. Illinois (Eastern Division) | 1:22-cv-01717-EEB-SRH | District Judge Elaine E. Bucklo and Magistrate Judge Sunil R. Harjani |

| # | Plaintiff(s) | Defendants | Court | Civil Action No. | Judge Assigned |
|---|---|---|---|---|---|
| 23 | Jessica Raymer | MERCK & CO., INC. and MERCK SHARP & DOHME CORP. | N.D. Illinois (Eastern Division) | 1:22-cv-01643-SLE-JC | District Judge Sara L. Ellis and Magistrate Judge Jeffrey Cole |
| 24 | Madelyn Lipscomb | MERCK & CO., INC. and MERCK SHARP & DOHME CORP. | N.D. Indiana (Fort Wayne Division) | 1:22-cv-00116-HAB-SLC | District Judge Holly A Brady and Magistrate Judge Susan L Collins |
| 25 | Nalon A. Soileau | MERCK & CO., INC. and MERCK SHARP & DOHME CORP. | M.D. Louisiana | 3:22-cv-00210-BAJ-EWD | District Judge Brian A. Jackson and Magistrate Judge Erin Wilder-Doomes |
| 26 | Ashley Dalton | MERCK & CO., INC. and MERCK SHARP & DOHME CORP. | E.D. Michigan | 5:21-CV-12324-JEL-CIJ | District Judge Judith E. Levy and Magistrate Judge Curtis Ivy, Jr. |
| 27 | Maeson Derr | MERCK & CO., INC. and MERCK SHARP & DOHME CORP. | M.D. North Carolina | 1:22-cv-00212-WLO-JEP | District Judge William L. Osteen, Jr. and Magistrate Judge Joi Elizabeth Peake |
| 28 | Payton Bergin | MERCK & CO., INC. and MERCK SHARP & DOHME CORP. | W.D. North Carolina | 3:22-cv-00117-RJC-DK | District Judge Robert J. Conrad, Jr. and Magistrate Judge David Keesler |

| # | Plaintiff(s) | Defendants | Court | Civil Action No. | Judge Assigned |
|---|---|---|---|---|---|
| 29 | Kameron Hilton | MERCK & CO., INC. and MERCK SHARP & DOHME CORP. | W.D. North Carolina | 5:22-cv-00030-KDB-DK | District Judge Kenneth D. Bell and Magistrate Judge David Keesler |
| 30 | Madelyn Malloy | MERCK & CO., INC. and MERCK SHARP & DOHME CORP. | E.D. Texas | 6:21-cv-00506-JDK | District Judge Jeremy D. Kernodle |
| 31 | Madeline A. Counts | MERCK & CO., INC. and MERCK SHARP & DOHME CORP. | N.D. Texas | 4:22-cv-00241-MTP | District Judge Mark T. Pittman |
| 32 | Saharah Walker | MERCK & CO., INC. and MERCK SHARP & DOHME CORP. | W.D. Wisconsin | 3:20-cv-01048-jdp | District Judge James D. Peterson and Magistrate Judge Stephen L. Crocker |
| 33 | Elizabeth Landers, on behalf of her minor child, I.L. | MERCK & CO., INC. and MERCK SHARP & DOHME CORP. | S.D. West Virginia | 2:22-cv-00160-JRG | District Judge Joseph R. Goodwin |

Dated:  April 14, 2022

Respectfully submitted,

*/s/ Bijan Esfandiari*
Bijan Esfandiari (SBN: 223216)
besfandiari@baumhedlundlaw.com
**BAUM, HEDLUND, ARISTEI, & GOLDMAN, P.C.**

10940 Wilshire Blvd., Suite 1600
Los Angeles, CA  90024
Telephone:  (310) 207-3233
Facsimile:  (310) 820-7444

*Counsel for Plaintiffs Sahara K. Walker, Jasmyne Gramza, Michael A. Colbath, Mark Thomas on behalf of Z.T., Skylee A. Butler, Emma E. Sullivan, Savannah M. Flores, Julia Balasco, Abigail R. Stratton, Ashley K. Dalton, Madelyn G. Malloy, Corinn McElerney, Ruby D. Silver and Ashley Muller*