# United States District Court
## Northern District of Illinois - CM/ECF LIVE, Ver 6.3.4 (Chicago)
## CIVIL DOCKET FOR CASE #: 1:22-cv-01717

| | |
|---|---|
| Wagner et al | Date Filed: 04/03/2022 |
| Assigned to: Honorable Elaine E. Bucklo | Jury Demand: Plaintiff |
| Cause: 28:1332 Diversity-Product Liability | Nature of Suit: 367 Personal Injury: Health Care/Pharmaceutical Personal Injury Product Liability |
| | Jurisdiction: Diversity |

**Plaintiff**

**Tanja Wagner**                  represented by   **Tracy Lynn Turner**
Pendley, Baudin & Coffin, Llp
1100 Poydras Street
Suite 2505
New Orleans, LA 70163
(504) 266-2166
Email: tturner@pbclawfirm.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Scott Wagner**                  represented by   **Tracy Lynn Turner**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**MERCK & CO., INC**

**Defendant**

**Merck Sharp & Dohme Corp**

| Date Filed | # | Docket Text |
|---|---|---|
| 04/03/2022 | 1 | COMPLAINT filed by Tanja Wagner, Scott Wagner; Jury Demand. Filing fee $ 402, receipt number 0752-19306669. (Attachments: # 1 Civil Cover Sheet Civil Cover Sheet)(Turner, Tracy) (Entered: 04/03/2022) |
| 04/04/2022 | | CASE ASSIGNED to the Honorable Elaine E. Bucklo. Designated as Magistrate Judge the Honorable Sunil R. Harjani. Case assignment: Random assignment. (jxj, ) (Entered: 04/04/2022) |
| 04/04/2022 | | CLERK'S NOTICE: Pursuant to Local Rule 73.1(b), a United States Magistrate Judge of this court is available to conduct all proceedings in this civil action. If all parties consent to have the currently assigned United States Magistrate Judge conduct all proceedings in this case, including trial, the entry of final judgment, and all post-trial proceedings, all parties must sign their names on the attached Consent To form. This consent form is eligible for filing only if executed by all parties. The parties can also express their consent to jurisdiction by a magistrate judge in any joint filing, including the Joint Initial Status Report or proposed Case Management Order. (jxj, ) (Entered: 04/04/2022) |
| 04/06/2022 | | SUMMONS Issued as to Defendant MERCK & CO., INC, Plaintiff Merck Sharp & Dohme Corp (ey, ) (Entered: 04/06/2022) |
| 04/13/2022 | 2 | ENTERED IN ERROR. (ph, ) Modified on 4/14/2022 (ph, ). (Entered: 04/14/2022) |

| 04/14/2022 | 3 | NOTICE of Correction regarding 2 . (ph, ) (Entered: 04/14/2022) |

**PACER Service Center**

**Transaction Receipt**

04/14/2022 20:46:48

| PACER Login: | bijan5004:4058258:3960064 | Client Code: | gardasil general |
|---|---|---|---|
| Description: | Docket Report | Search Criteria: | 1:22-cv-01717 |
| Billable Pages: | 1 | Cost: | 0.10 |