**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| **In Re: GARDASIL PRODUCTS LIABILITY LITIGATION** | **MDL NO. 3036** |

**DECLARATION OF ALLYSON JULIEN IN SUPPORT OF DEFENDANTS' MOTION FOR EXTENSION OF TIME TO RESPOND TO MOTION FOR TRANSFER OF ACTIONS PURSUANT TO 28 U.S.C. § 1407 FOR COORDINATED OR CONSOLIDATED PRETRIAL PROCEEDINGS**

I, Allyson Julien, hereby declare:

1. I am an attorney duly licensed to practice by the Supreme Court of Illinois, and I am a partner at the law firm Goldman Ismail Tomaselli Brennan & Baum LLP, attorneys for Defendants Merck & Co., Inc. and Merck Sharp & Dohme Corp. ("Defendants" or "Merck") in all actions subject to the Corrected Motion for Transfer of Actions Pursuant to 28 U.S.C. § 1407 for Coordinated or Consolidated Pretrial Proceedings ("Motion to Transfer"). I have personal knowledge of the facts stated herein, and if called as a witness, I could and would competently testify thereto under oath.

2. As of the date and time of this filing, service of process has not been completed for the following actions subject to the Motion to Transfer:

   a. *Merino v. Merck & Co., Inc.*, Case No. 2:22-cv-00398-MHB, filed on March 15, 2022 in the District of Arizona

   b. *Atjian v. Merck & Co., Inc.*, Case No. 2:22-cv-01739, filed on March 16, 2022 in the Central District of California

   c. *Vela v. Merck & Co., Inc.*, Case No. 2:22-cv-00420-SPL, filed on March 18, 2022 in the District of Arizona

   d. *Fetters v. Merck & Co., Inc.*, Case No. 8:22-cv-00422, filed on March 18, 2022 in the Central District of California

    e. *Thomas v. Merck & Co., Inc.*, Case No. 9:22-cv-80445, filed on March 18, 2022 in the Southern District of Florida

    f. *Levy v. Merck & Co., Inc.*, Case No. 8:22-cv-00431, filed on March 21, 2022 in the Central District of California

    g. *Hendrix v. Merck & Co., Inc.*, Case No. 1:22-mi-99999-UNA, filed on March 23, 2022 in the Northern District of Georgia

    h. *Wingerter v. Merck & Co., Inc.*, Case No. 1:22-cv-01178-ELR, filed on March 24, 2022 in the Northern District of Georgia

    i. *Raymer v. Merck & Co., Inc.*, Case No. 1:22-cv-01643, filed on March 29, 2022 in the Northern District of Illinois

    j. *Soileau v. Merck & Co., Inc.*, Case No. 3:22-cv-00210-BAJ-EWD, filed on March 30, 2022 in the Middle District of Louisiana

    k. *Counts v. Merck & Co., Inc.*, Case No. 4:22-cv-00241-P, filed on March 31, 2022 in the Northern District of Texas

    l. *Landers v. Merck & Co., Inc.*, Case No. 2:22-cv-00160, filed on April 1, 2022 in the Southern District of West Virginia

    m. *Landers v. Merck & Co., Inc.*, Case No. 1:22-cv-01696, filed on April 1, 2022 in the Northern District of Illinois

    n. *Wagner v. Merck & Co., Inc.*, Case No. 1:22-cv-01717, filed on April 3, 2022 in the Northern District of Illinois

    o. *Hoddick v. Merck & Co., Inc.*, Case No. 1:22-cv-00144-DKW-WRP, filed on April 4, 2022 in the District of Hawai'i

    p. *Lipscomb v. Merck & Co., Inc.*, Case No. 1:22-cv-00116-HAB-SLC, filed on April 5, 2022 in the Northern District of Indiana

3. On April 19, 2022, counsel for Merck contacted counsel for the 14 plaintiffs who jointly filed the Motion to Transfer to ask whether the moving plaintiffs would oppose a 14-day extension of time for Defendants to respond to the Motion to Transfer. As of the date and time of this filing, counsel for the moving plaintiffs has not expressed a position.

4. At this time, Merck is unaware of an example in which litigation commenced after plaintiff adjudicated his or her claim in the National Vaccine Injury Compensation Program before the Court of Federal Claims ("Vaccine Court") has later been centralized in a federal MDL.

5. Plaintiffs' alleged injuries in the Subject Actions have varied widely: from a circulatory condition called postural orthostatic tachycardia syndrome ("POTS"), to unrelated conditions like alopecia, fibromyalgia, gastroparesis, vision loss, memory loss, and irritable bowel syndrome, among dozens of other disparate alleged injuries.

I declare under penalty of perjury under the laws of the state of Illinois that the foregoing is true and correct.

Executed this 21st day of April, 2022, in Chicago, Illinois.

      */s/ Allyson Julien*
      Allyson Julien