**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| **In Re: GARDASIL PRODUCTS LIABILITY LITIGATION** | **MDL NO. 3036** |

## NOTICE OF CORRECTION

PLEASE TAKE NOTICE that Defendants Merck Co., Inc., and Merck Sharp Dohme Corp

file this Corrected Schedule of Actions. This correction applies to all previous filings by

Defendants. (*See* Dkt Nos. 7–10.)

Date: April 21, 2022                    */s/ Allyson Julien*
                                       Allyson Julien

                                       *Counsel for Merck & Co., Inc. and Merck Sharp &*
                                       *Dohme Corp.*

1