**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

**In Re: GARDASIL PRODUCTS LIABILITY LITIGATION**

**MDL NO. 3036**

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that **MERCK & CO., INC. and MERCK SHARP & DOHME CORP.'S NOTICE OF CORRECTION OF SCHEDULE OF ACTIONS,** was electronically filed with the Clerk of the JPML via CM/ECF and was served on all counsel of record who are deemed to have consented to electronic service.

Date: April 21, 2022

*/s/ Allyson Julien*
Allyson Julien

*Counsel for Merck & Co., Inc. and Merck Sharp & Dohme Corp.*

**SERVICE LIST**

---

*Attorneys for Plaintiff Jasmyne Gramza*
Served via ECF

Andrew Downing
VAN COTT & TALAMANTE, PLLC
3030 N. Third Street, Suite 790
Phoenix, Arizona 85012
Telephone: (602) 257-9160
Facsimile: (602) 257-9180
Email: adowning@vancotttalamante.com

Bijan Esfandiari
Michael Lin Baum
Monique Alarcon
Nicole Maldonado
Pedram Esfandiari
BAUM, HEDLUND, ARISTEI, & GOLDMAN, P.C.
10940 Wilshire Blvd., Suite 1600
Los Angeles, CA 90024
Telephone: (310) 207-3233
Facsimile: (310) 820-7444
Email: besfandiari@baumhedlundlaw.com
Email: mbaum@baumhedlundlaw.com
Email: malarcon@baumhedlundlaw.com
Email: nmaldonado@baumhedlundlaw.com
Email: pesfandiary@baumhedlundlaw.com

---

*Attorneys for Plaintiff Julia Balasco*
Served via ECF

Christopher E Hultquist
HULTQUIST LAW, P.C
56 Pine Street, Suite 200
Providence, RI 02882
Telephone: 401-383-6650
Facsimile: 401-274-2780
Email: hultquistlaw@gmail.com

Robert F. Kennedy, Jr.
Children's Health Defense
1227 N. Peachtree Parkway, Suite 202
Peachtree City, GA 30269
Telephone: 202-810-1826
Email: rfkl954@gmail.com

Bijan Esfandiari
Michael Lin Baum
Monique Alarcon
Nicole Maldonado
BAUM, HEDLUND, ARISTEI, & GOLDMAN, P.C.
10940 Wilshire Blvd., Suite 1600
Los Angeles, CA 90024
Telephone: (310) 207-3233
Facsimile: (310) 820-7444
Email: besfandiari@baumhedlundlaw.com
Email: mbaum@baumhedlundlaw.com
Email: malarcon@baumhedlundlaw.com
Email: nmaldonado@baumhedlundlaw.com

---

*Attorneys for Plaintiff Sahara Walker*
Served via ECF

Bijan Esfandiari
Michael Lin Baum
BAUM, HEDLUND, ARISTEI, & GOLDMAN, P.C.
10940 Wilshire Blvd., Suite 1600
Los Angeles, CA 90024
Telephone: (310) 207-3233
Facsimile: (310) 820-7444
Email: besfandiari@baumhedlundlaw.com
Email: mbaum@baumhedlundlaw.com

---

*Attorneys for Plaintiff Michael Colbath*
Served via ECF

Bijan Esfandiari
BAUM, HEDLUND, ARISTEI, & GOLDMAN, P.C.
10940 Wilshire Blvd., Suite 1600
Los Angeles, CA 90024
Telephone: (310) 207-3233
Facsimile: (310) 820-7444
Email: besfandiari@baumhedlundlaw.com

---

*Attorneys for Plaintiff Korinne Herlth*
Served via ECF

John W. Mills
Mills & Cahill, LLC
New Haven, CT 06510
Telephone: 203-776-4500

Email: john.mills@millscahill.com

Bijan Esfandiari
BAUM, HEDLUND, ARISTEI, & GOLDMAN, P.C.
10940 Wilshire Blvd., Suite 1600
Los Angeles, CA 90024
Telephone: (310) 207-3233
Facsimile: (310) 820-7444
Email: besfandiari@baumhedlundlaw.com

---

*Attorneys for Plaintiff Savanah Flores*
Served via ECF

Melanie A. Hill
MELANIE HILL LAW PLLC
1925 Village Center Circle, Suite 150
Las Vegas, NV 89134
Telephone: 702-362-8500
Facsimile: 702-362-8505
Email: Melanie@MelanieHillLaw.com

Robert F. Kennedy, Jr.
Children's Health Defense
1227 N. Peachtree Parkway, Suite 202
Peachtree City, GA 30269
Telephone: 202-810-1826
Email: rfkl954@gmail.com

Bijan Esfandiari
Michael Lin Baum
Nicole Maldonado
BAUM, HEDLUND, ARISTEI, & GOLDMAN, P.C.
10940 Wilshire Blvd., Suite 1600
Los Angeles, CA 90024
Telephone: (310) 207-3233
Facsimile: (310) 820-7444
Email: besfandiari@baumhedlundlaw.com
Email: mbaum@baumhedlundlaw.com
Email: nmaldonado@baumhedlundlaw.com

---

*Attorneys for Plaintiff Abigail Stratton*
Served via ECF

Elizabeth Middleton Burke
Misty Black O'Neal
ROGERS PATRICK WESTBROOK AND BRICKMAN LLC

1037 Chuck Dawley Blvd, Bldg A
PO Box 1007 (29465)
Mount Pleasant, SC 29464
Telephone: 843-727-6659
Facsimile: 843-216-6509
Email: bburke@rpwb.com
Email: moneal@rpwb.com

Bijan Esfandiari
Harrison E. James
BAUM, HEDLUND, ARISTEI, & GOLDMAN, P.C.
10940 Wilshire Blvd., Suite 1600
Los Angeles, CA 90024
Telephone: (310) 207-3233
Facsimile: (310) 820-7444
Email: besfandiari@baumhedlundlaw.com
Email: hjames@baumhedlundlaw.com

Nicole Maldonado
BAUM, HEDLUND, ARISTEI, & GOLDMAN, P.C.
12100 Wilshire Blvd., Ste. 950
Los Angeles, CA 90025
Telephone: (310) 207-3233
Facsimile: (310) 207-4204
Email: nmaldonado@baumhedlundlaw.com

---

*Attorneys for Plaintiff Corinn McElerney*
Served via ECF

Robert F. Kennedy, Jr.
Children's Health Defense
1227 N. Peachtree Parkway, Suite 202
Peachtree City, GA 30269
Telephone: 202-810-1826
Email: rfkl954@gmail.com

Bijan Esfandiari
Michael Lin Baum
Nicole Maldonado
BAUM, HEDLUND, ARISTEI, & GOLDMAN, P.C.
10940 Wilshire Blvd., Suite 1600
Los Angeles, CA 90024
Telephone: (310) 207-3233
Facsimile: (310) 820-7444
Email: besfandiari@baumhedlundlaw.com
Email: mbaum@baumhedlundlaw.com

Email: nmaldonado@baumhedlundlaw.com

---

*Attorneys for Plaintiff Ruby Silver*
Served via ECF

Bijan Esfandiari
Michael Lin Baum
Nicole Maldonado
BAUM, HEDLUND, ARISTEI, & GOLDMAN, P.C.
10940 Wilshire Blvd., Suite 1600
Los Angeles, CA 90024
Telephone: (310) 207-3233
Facsimile: (310) 820-7444
Email: besfandiari@baumhedlundlaw.com
Email: mbaum@baumhedlundlaw.com
Email: nmaldonado@baumhedlundlaw.com

---

*Attorneys for Plaintiff Cooper Humphries*
Served via ECF

Jessica Wallace
SIRI & GLIMSTAD LLP
200 Park Avenue, Seventeenth Floor
New York, NY 10166
Telephone: 212-532-1091
Facsimile: 646-417-5967
Email: jwallace@sirillp.com

Miranda L Soucie
SPIROS LAW PC
2807 North Vermilion, Suite 3
Danville, IL 61832
Telephone: 217-443-4343
Facsimile:217-443-4545
Email: msoucie@spiroslaw.com

---

*Attorneys for Plaintiff Emma Sullivan*
Served via ECF

Laura Feldman
FELDMAN PINTO LLC
30 South 15th St., 15th floor
Philadelphia, PA 19102
Telephone: 215-546-2604
Email: lfeldman@feldmanpinto.com

Bijan Esfandiari

Michael Lin Baum
Nicole Maldonado
BAUM, HEDLUND, ARISTEI, & GOLDMAN, P.C.
10940 Wilshire Blvd., Suite 1600
Los Angeles, CA 90024
Telephone: (310) 207-3233
Facsimile: (310) 820-7444
Email: besfandiari@baumhedlundlaw.com
Email: mbaum@baumhedlundlaw.com
Email: nmaldonado@baumhedlundlaw.com

---

*Attorneys for Plaintiff Ashley Dalton*
Served via ECF

Bijan Esfandiari
BAUM, HEDLUND, ARISTEI, & GOLDMAN, P.C.
10940 Wilshire Blvd., Suite 1600
Los Angeles, CA 90024
Telephone: (310) 207-3233
Facsimile: (310) 820-7444
Email: besfandiari@baumhedlundlaw.com

Timothy A. Loranger
BAUM, HEDLUND, ARISTEI, & GOLDMAN, P.C.
12100 Wilshire Blvd., Ste. 950
Los Angeles, CA 90025
Telephone: (310) 207-3233
Facsimile: (310) 207-4204
Email: tloranger@baumhedlundlaw.com

---

*Attorneys for Plaintiff Ashley Muller*
Served via ECF

Nicole Maldonado
BAUM, HEDLUND, ARISTEI, & GOLDMAN, P.C.
10940 Wilshire Blvd., Suite 1600
Los Angeles, CA 90024
Telephone: (310) 207-3233
Facsimile: (310) 820-7444
Email: nmaldonado@baumhedlundlaw.com

---

*Attorneys for Plaintiff Skylee Butler*
Served via ECF

John J. Roddy
BAILEY & GLASSER LLP

176 Federal Street, 5th Floor
Boston, MA 02110
Telephone: 617-439-6730
Facsimile: 617-951-3954
Email: jroddy@baileyglasser.com

---

*Attorneys for Plaintiff Madelyn Malloy*
Served via ECF

Bijan Esfandiari
BAUM, HEDLUND, ARISTEI, & GOLDMAN, P.C.
10940 Wilshire Blvd., Suite 1600
Los Angeles, CA 90024
Telephone: (310) 207-3233
Facsimile: (310) 820-7444
Email: besfandiari@baumhedlundlaw.com

---

*Attorneys for Plaintiff Adriana Merino*
Served via ECF

Andrew Downing
VAN COTT & TALAMANTE, PLLC
3030 N. Third Street, Suite 790
Phoenix, Arizona 85012
Telephone: (602) 257-9160
Facsimile: (602) 257-9180
Email: adowning@vancotttalamante.com

---

*Attorneys for Plaintiff Eduardo Atjian, II*
Served via ECF

Anthony Albert Liberatore
A LIBERATORE LAW OFFICES PC
100 Wilshire Boulevard, Suite 700
Santa Monica, CA 90401
Telephone: 424-285-8550
Facsimile: 310-362-8810
Email: anthony@alpc-law.com

---

*Attorneys for Plaintiff Kameron Hilton*
Served via ECF

Allison Mullins
Hillary Margaret Kies
Leslie Cooper Harrell
MULLINS DUNCAN HARRELL & RUSSELL PLLC

300 North Greene Street, Suite 2000
Greensboro, NC 27401
Telephone: 336-645-3322
Fax: 336-645-3330
Email: hkies@turningpointlit.com
Email: charrell@tumingpointlit.com
Email: amullins@turningpointlit.com

---

*Attorneys for Plaintiff Joselyn Vela*
Served via ECF

Andrew Downing
VAN COTT & TALAMANTE, PLLC
3030 N. Third Street, Suite 790
Phoenix, Arizona 85012
Telephone: (602) 257-9160
Facsimile: (602) 257-9180
Email: adowning@vancotttalamante.com

---

*Attorneys for Plaintiff Sydney M. Fetters*
Served via ECF

Anthony Albert Liberatore
A LIBERATORE LAW OFFICES PC
100 Wilshire Boulevard, Suite 700
Santa Monica, CA 90401
Telephone: 424-285-8550
Facsimile: 310-362-8810
Email: anthony@alpc-law.com

---

*Attorneys for Plaintiff Mark Thomas, as a Natural Parent and Legal Guardian of Z.T., a Minor*
Served via ECF

Bijan Esfandiari
Michael Lin Baum
Nicole Maldonado
BAUM, HEDLUND, ARISTEI, & GOLDMAN, P.C.
10940 Wilshire Blvd., Suite 1600
Los Angeles, CA 90024
Telephone: (310) 207-3233
Facsimile: (310) 820-7444
Email: besfandiari@baumhedlundlaw.com
Email: mbaum@baumhedlundlaw.com
Email: nmaldonado@baumhedlundlaw.com

Robert F. Kennedy, Jr.

Children's Health Defense
1227 N. Peachtree Parkway, Suite 202
Peachtree City, GA 30269
Telephone: 202-810-1826
Email: rfkl954@gmail.com

---

*Attorneys for Plaintiff Maeson Derr*
Served via ECF

Allison Mullins
Hillary Margaret Kies
Leslie Cooper Harrell
MULLINS DUNCAN HARRELL & RUSSELL PLLC
300 North Greene Street, Suite 2000
Greensboro, NC 27401
Telephone: 336-645-3322
Fax: 336-645-3330
Email: hkies@turningpointlit.com
Email: charrell@tumingpointlit.com
Email: amullins@turningpointlit.com

---

*Attorneys for Plaintiff Payton Bergin*
Served via ECF

Allison Mullins
Hillary Margaret Kies
Leslie Cooper Harrell
MULLINS DUNCAN HARRELL & RUSSELL PLLC
300 North Greene Street, Suite 2000
Greensboro, NC 27401
Telephone: 336-645-3322
Fax: 336-645-3330
Email: hkies@turningpointlit.com
Email: charrell@tumingpointlit.com
Email: amullins@turningpointlit.com

---

*Attorneys for Plaintiff Jacob D. Levy*
Served via ECF

Anthony Albert Liberatore
A LIBERATORE LAW OFFICES PC
100 Wilshire Boulevard, Suite 700
Santa Monica, CA 90401
Telephone: 424-285-8550
Facsimile: 310-362-8810
Email: anthony@alpc-law.com

---

*Attorneys for Plaintiff Darby Hendrix*
Served via ECF

Christopher L. Coffin
PENDLEY, BAUDIN & COFFIN, LLP
1100 Poydras Street, Suite 2505
Plaquemine, LA 70163
Telephone: 504-355-0086
Facsimile: 504-355-0089
Email: ccoffin@pbclawfirm.com

---

*Attorneys for Plaintiff Jessica Raymer*
Served via ECF

Tracy Lynn Turner
PENDLEY, BAUDIN & COFFIN, LLP
1100 Poydras Street, Suite 2505
Plaquemine, LA 70163
Telephone: 504-266-2166
Email: tturner@pbclawfirm.com

---

*Attorneys for Plaintiff Hannah R. Wingerter*
Served via ECF

Christopher L. Coffin
Tracy Lynn Turner
PENDLEY, BAUDIN & COFFIN, LLP
1100 Poydras Street, Suite 2505
Plaquemine, LA 70163
Telephone: 504-355-0086
Facsimile: 504-355-0089
Email: ccoffin@pbclawfirm.com
Email: tturner@pbclawfirm.com

---

*Attorneys for Plaintiff Nalon A. Soileau*
Served via ECF

Jessica Ann Perez
PENDLEY, BAUDIN & COFFIN, LLP
24110 Eden Street, PO Drawer 71
Plaquemine, LA 70765
Telephone: 225-687-6396
Facsimile: 225-687-6398
Email: jperez@pbclawfirm.com

Christopher L. Coffin
PENDLEY, BAUDIN & COFFIN, LLP
1100 Poydras Street, Suite 2505
Plaquemine, LA 70163
Telephone: 504-355-0086
Facsimile: 504-355-0089
Email: ccoffin@pbclawfirm.com

---

*Attorneys for Plaintiff Krista Landers*
Served via ECF

Tracy Lynn Turner
PENDLEY, BAUDIN & COFFIN, LLP
1100 Poydras Street, Suite 2505
Plaquemine, LA 70163
Telephone: 504-266-2166
Email: tturner@pbclawfirm.com

---

*Attorneys for Plaintiffs Tanja and Scott Wagner, on behalf of their child, S.W.*
Served via ECF

Tracy Lynn Turner
Christopher L. Coffin
PENDLEY, BAUDIN & COFFIN, LLP
1100 Poydras Street, Suite 2505
Plaquemine, LA 70163
Telephone: 504-266-2166
Email: tturner@pbclawfirm.com
Email: ccoffin@pbclawfirm.com

Jessica Ann Perez
PENDLEY, BAUDIN & COFFIN, LLP
24110 Eden Street, PO Drawer 71
Plaquemine, LA 70765
Telephone: 225-687-6396
Facsimile: 225-687-6398
Email: jperez@pbclawfirm.com

---

*Attorneys for Plaintiff Madeline A. Counts*
Served via ECF

Emily Catherine Jeffcott
MORGAN & MORGAN
700 S Palafox St #95
Pensacola, FL 32502
Telephone: 850-316-9100

Email: ejeffcott@forthepeople.com

---

*Attorneys for Plaintiff Elizabeth Landers, on behalf of her minor child, I.L.*
Served via ECF

Mark E. Troy
MORGAN & MORGAN
222 Capitol Street, Suite 200A
Cahrleston, WV 25301
Telephone: 304-345-1122
Facsimile: 304-4145692
Email: mtroy@forthepeople.com

---

*Attorneys for Plaintiff Jeffrey K. Hoddick*
Served via ECF

Robert M. Hatch
Margery S. Bronster
BRONSTER FUJICHAKU ROBBINS
1003 Bishop Street, Suite 2300
Honolulu, HI 96813
Telephone: 808-524-5644
Facsimile: 808-599-1881
Email: rhatch@bfrhawaii.com
Email: mbronster@bfrhawaii.com

---

*Attorneys for Plaintiff Madelyn R. Lipscomb*
Served via ECF

Tracy Lynn Turner
PENDLEY, BAUDIN & COFFIN, LLP
1100 Poydras Street, Suite 2505
Plaquemine, LA 70163
Telephone: 504-266-2166
Email: tturner@pbclawfirm.com