# BEFORE THE UNITED STATES JUDICIAL PANEL
# ON MULTIDISTRICT LITIGATION

MDL No. _____ & Title - **IN RE**: _____

## NOTICE OF APPEARANCE

(Appearances should only be entered in compliance with Rule 4.1(c).

**PARTIES REPRESENTED (indicate plaintiff or defendant (i.e. Plaintiff Bob Jones)–If representation includes more than one party, attach a separate list.)**

**SHORT CASE CAPTION(s) (Include District and Civil Action No. (i.e. Jones v. Smith Corp., et al., D. Delaware, 1:14-586)–If party representation includes more than one case, attach a schedule of actions) NOTE: Include only actions in which you are entering an Appearance.**

In compliance with Rule 4.1(c), R.P.J.P.M.L., 199 F.R.D. 425, 431 (2001), the following designated attorney is authorized to receive service of all pleadings, notices, orders, and other papers relating to practice before the United States Judicial Panel on Multidistrict Litigation on behalf of the plaintiff(s)/ defendant(s) indicated. I am aware that only one attorney can be designated for each party.

_____

Date                  Signature of Attorney or Designee

**Name and Address of Designated Attorney:**

Telephone No.: _____     Fax No.: _____

Email Address: _____

<u>Instructions</u>:

1. From the JPML home page, download Notice of Appearance. Fill out form and save in .pdf format. (All documents filed with the Judicial Panel must be in PDF Format.)

The Appearance Form is to be filed as the main PDF document. Any documents submitted with the Appearance Form are attachments.

2. Select MDL from the menu bar at the top of the ECF screen.
3. Click on Notices. Select the appropriate Notice of Appearance. Select Next.
4. Enter the three or four digit MDL number (ex. 875). Select Next.
5. Verify MDL number, if correct Select Next.
6. Choose the case(s) for which the Appearance is being filed. Select Next.
7. Select Party. Select next twice.
8. Upload the Appearance Form as the Main document and all other documents as attachments. Be sure to choose a category and description. Select the document to which

the Appearance relates. (N ote: Appearances filed in new litigations will be linked to the initial Motion for Transfer and Appearances filed in transferred litigations should be linked to the Conditional Transfer Order (CTO).

9. Select the next button and verify docket text. If correct continue to select next to complete the transaction.

JPML Form 18

BEFORE THE UNITED STATES JUDICAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE: GARDASIL PRODUCTS           MDL DOCKET NO. 3036
LIABILITY LITIGATION

## CERTIFICATE OF SERVICE

In accordance with Rule 4.1(a)-(b) of the Rules of Procedure for the United States Judicial Panel for Multidistrict Litigation, I hereby certify that on April 29, 2022, I electronically filed the foregoing **Notice of Appearance and Schedule of Actions**, as well as copies of this **Proof of Service**, with the Clerk for the United States Judicial Panel on Multidistrict Litigation using the CM/ECF system. I also certify that the foregoing document is being served on all counsel of record by transmission of Notices of Electronic Filing generated by CM/ECF, or via mail to the addresses indicated below:

**Served via First Class Mail (Counsel has not yet appeared):**

**Derr v. Merck & Co., Inc. and Merck Sharp & Dohme Corp.**
1:22-cv-00212-WLO-JEP

**Bergin v. Merck & Co., Inc. and Merck Sharp & Dohme Corp.**
3:22-cv-00117-RJC-DK

**Hilton v. Merck & Co., Inc. and Merck Sharp & Dohme Corp.**
5:22-cv-00030-KDB-DK

Defendants Merck & Co., Inc. and Merck Sharp & Dohme Corp.

Dino S. Sangiamo
Venable LLP
750 East Pratt Street, Suite 900
Baltimore, Maryland 21202

Dated: April 29, 2022

Respectfully submitted,

*/s/ Allison Mullins*
Allison Mullins
amullins@turningpointlit.com
**Mullins Duncan Harrell & Russell PLLC**
300 N. Greene St., Ste. 2000
Greensboro, NC 27401
Telephone: 336-645-3320
Facsimile: 336-645-3330

*Counsel for Plaintiffs Maeson Derr, Payton Bergin, and Kameron Hilton*