# EXHIBIT 1

**(List of Parties Represented)**

BEFORE THE UNITED STATES JUDICAL PANEL
ON MULTIDISTRICT LITIGATION

**IN RE: GARDASIL PRODUCTS**          **MDL DOCKET NO. 3036**
**LIABILITY LITIGATION**

## LIST OF PARTIES REPRESENTED

1. Plaintiff Kameron Hilton
2. Plaintiff Maeson Derr
3. Plaintiff Payton Bergin