**BEFORE THE UNITED STATES JUDICAL PANEL
ON MULTIDISTRICT LITIGATION**

**IN RE: GARDASIL PRODUCTS**                    **MDL DOCKET NO. 3036**
**LIABILITY LITIGATION**

## PROOF OF SERVICE

---

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing **NOTICE OF APPEARANCE AND A COPY OF THIS PROOF OF SERVICE**, was electronically filed with the Clerk of the JPML via CM/ECF and was served on all counsel of record who are deemed to have consented to electronic service.

Date: April 29, 2022                    */s/ Jessica A. Wallace*

                                        _____
                                        Jessica A. Wallace

                                        *Counsel for Plaintiff Cooper Humphries*

# SERVICE LIST

## Counsel of Record Served via ECF for the following cases:

**1.**
**JASMYNE GRAMZA v. MERCK, ET AL.**
2:20-cv-01425-DLR

Attorneys for Plaintiff Jasmyne Gramza

Andrew Downing
VAN COTT & TALAMANTE, PLLC
3030 N. Third Street, Suite 790
Phoenix, Arizona 85012
Telephone: (602) 257-9160
Facsimile: (602) 257-9180
Email: adowning@vancotttalamante.com

Bijan Esfandiari
Michael Lin Baum
Monique Alarcon
Nicole Maldonado
Pedram Esfandiari
BAUM, HEDLUND, ARISTEI, & GOLDMAN, P.C.
10940 Wilshire Blvd., Suite 1600
Los Angeles, CA 90024
Telephone: (310) 207-3233
Facsimile: (310) 820-7444
Email: besfandiari@baumhedlundlaw.com
Email: mbaum@baumhedlundlaw.com
Email: malarcon@baumhedlundlaw.com
Email: nmaldonado@baumhedlundlaw.com
Email: pesfandiary@baumhedlundlaw.com

Attorneys for Defendants Merck & Co., Inc. and Merck Sharp & Dohme Corp.

Allyson M Julien
Elizabeth Burnett Farrington
Rami N Fakhouri
Goldman Ismael Tomaselli Brennan & Baum LLP
200 S Wacker Drive, 22nd Floor
Chicago, IL 60606
Telephone: 312-881-5968
Facsimile: 312-881-5026
Email: ajulien@goldmanismail.com

Email: bfarrington@goldmanismail.com
Email: rfakhouri@goldmanismail.com

Christina Lee Gaarder
Dino Santo Sangiamo
Sally Wiest Bryan
Venable LLP
750 E Pratt Street, Suite 900
Baltimore, MD 21202
Telephone: 410-244-7400
Facsimile: 410-244-7742
Email: clgaarder@venable.com
Email: dssangiamo@venable.com
Email: sbryan@venable.com

Deanne Lynne Miller
Nicolette Leilani Young
Morgan Lewis & Bockius LLP - Los Angeles, CA
300 S Grand Avenue, 22nd Floor
Los Angeles, CA 90017
Telephone: 213-612-2536
Facsimile: 213-612-2501
Email: deanne.miller@morganlewis.com
Email: nicolette.young@morganlewis.com

Lisa C Dykstra
Morgan Lewis & Bockius LLP -
Philadelphia, PA 1701 Market Street
Philadelphia, PA 19103-2721
Telephone: 215-963-5699
Email: lisa.dykstra@morganlewis.com

Foster Robberson
Jennifer Soo Jung Lee-Cota
Lewis Roca Rothgerber Christie LLP - Phoenix Office
201 E Washington Street, Suite 1200
Phoenix, AZ 85004
Telephone: 602-262-5311
Facsimile: 602-734-3856
Email: frobberson@lewisroca.com
Email: JLee-Cota@LRRC.com

**2.**
**JULIA BALASCO v. MERCK, ET AL.**
1:20-cv-00364-MSM-PAS

Attorneys for Plaintiff Julia Balasco

Christopher E Hultquist
Hultquist Law, P.C
56 Pine Street, Suite 200
Providence, RI 02882
Telephone: 401-383-6650
Facsimile: 401-274-2780
Email: hultquistlaw@gmail.com

Robert F. Kennedy, Jr.
RFKJR Esq
38 Dewitt Mills Road
Hurley, NY 12443
Telephone: (845) 481-2622
Facsimile: (845) 230-3111
Email: rfkl954@gmail.com

Bijan Esfandiari
Michael Lin Baum
Monique Alarcon
Nicole Maldonado
BAUM, HEDLUND, ARISTEI, & GOLDMAN, P.C.
10940 Wilshire Blvd., Suite 1600
Los Angeles, CA 90024
Telephone: (310) 207-3233
Facsimile: (310) 820-7444
Email: besfandiari@baumhedlundlaw.com
Email: mbaum@baumhedlundlaw.com
Email: malarcon@baumhedlundlaw.com
Email: nmaldonado@baumhedlundlaw.com

Attorneys for Defendants Merck & Co., Inc. and Merck Sharp & Dohme Corp.

Paul E. Dwyer
McElroy, Deutsch, Mulvaney & Carpenter, LLP
117 Metro Center Boulevard, Suite 1004
Warwick, RI 02886
Telephone: 401-298-9010
Email: pdwyer@mdmc-law.com

Deanne Lynne Miller
Nicolette Leilani Young
Morgan Lewis & Bockius LLP - Los Angeles, CA
300 S Grand Avenue, 22nd Floor
Los Angeles, CA 90017
Telephone: 213-612-2536
Facsimile: 213-612-2501
Email: deanne.miller@morganlewis.com
Email: nicolette.young@morganlewis.com

Lisa C Dykstra
Morgan Lewis & Bockius LLP - Philadelphia, PA
1701 Market Street
Philadelphia, PA 19103-2721
Telephone: 215-963-5699
Email: lisa.dykstra@morganlewis.com

Dino S. Sangiamo
John A. McCauley
Venable LLP
750 E. Pratt Street, Suite 900
Baltimore, MD 21202
Telephone: 410-244-7679
Facsimile: 410-244-7742
Email: dssangiamo@Venable.com
Email: jamccauley@venable.com

Allyson M Julien
Goldman Ismael Tomaselli Brennan & Baum LLP
200 S Wacker Drive, 22nd Floor
Chicago, IL 60606
Telephone: 312-881-5968
Facsimile: 312-881-5026
Email: ajulien@goldmanismail.com

**3.**
**SAHARAH WALKER v. MERCK, ET AL.**
3:20-cv-01048-jdp

Attorneys for Plaintiff Sahara Walker

Bijan Esfandiari
Michael Lin Baum
BAUM, HEDLUND, ARISTEI, & GOLDMAN, P.C.
10940 Wilshire Blvd., Suite 1600
Los Angeles, CA 90024

Telephone: (310) 207-3233
Facsimile: (310) 820-7444
Email: besfandiari@baumhedlundlaw.com
Email: mbaum@baumhedlundlaw.com

Attorneys for Defendants Merck & Co., Inc. and Merck Sharp & Dohme Corp.

Allen C. Schlinsog, Jr.
Reinhart Boemer Van Deuren S.C.
P.O. Box 2965
Milwaukee, WI 53201
Telephone: 414-298-1000
Facsimile:414-298-8097
Email: aschlins@reinhartlaw.com

Allyson Miller Julien
Goldman Ismail Tomaselli Brennan & Baum LLP
200 S. Wacker Drive, 22nd Floor
Chicago, IL 60606
Telephone: 312-881-5968
Email: ajulien@goldmanismail.com

Christina Lee Gaarder
Sally Wiest Bryan
Venable LLP
750 E. Pratt Street, Suite 900
Baltimore, MD 21202
Telephone: 410-244-7681
Facsimile: 410-244-7742
Email: clgaarder@venable.com
Email: sbryan@venable.com

Deanne Lynne Miller
Nicolette Leilani Young
Morgan Lewis & Bockius LLP - Los Angeles, CA
300 S Grand Avenue, 22nd Floor
Los Angeles, CA 90017
Telephone: 213-612-2536
Facsimile: 213-612-2501
Email: deanne.miller@morganlewis.com
Email: nicolette.young@morganlewis.com

Lisa C Dykstra
Morgan Lewis & Bockius LLP - Philadelphia, PA
1701 Market Street
Philadelphia, PA 19103-2721

Telephone: 215-963-5699
Email: lisa.dykstra@morganlewis.com

Monica Ann Mark
Reinhart Boemer Van Deuren, SC
22 East Mifflin Street, Suite 700
Madison, WI 53703
Telephone: 608-229-2200
Facsimile: 608-229-2100
Email: mmark@reinhartlaw.com

**4.**
**MICHAEL A. COLBATH v. MERCK, ET AL.**
3:21-cv-120-TJW-DEB

Attorneys for Plaintiff Michael A. Colbath

Bijan Esfandiari
BAUM, HEDLUND, ARISTEI, & GOLDMAN, P.C.
10940 Wilshire Blvd., Suite 1600
Los Angeles, CA 90024
Telephone: (310) 207-3233
Facsimile: (310) 820-7444
Email: besfandiari@baumhedlundlaw.com

Attorneys for Defendants Merck & Co., Inc. and Merck Sharp & Dohme Corp.

Allyson Miller Julien
Elizabeth Burnett Farrington
Goldman Ismail Tomaselli Brennan & Baum
200 South Wacker Drive, 22nd Floor
Chicago, IL 60606
Telephone: 312-681-6000
Email: ajulien@goldmanismail.com
Email: bfarrington@goldmanismail.com

Nicole Norma King
Venable LLP
2049 Century Park East, Suite 2300
Los Angeles, CA 90067
Telephone: 310-229-0427
Facsimile: 310-229-9901
Email: NNKing@venable.com

Deanne Lynne Miller
Nicolette Leilani Young

Morgan Lewis & Bockius LLP - Los Angeles, CA
300 S Grand Avenue, 22nd Floor
Los Angeles, CA 90017
Telephone: 213-612-2536
Facsimile: 213-612-2501
Email: deanne.miller@morganlewis.com
Email: nicolette.young@morganlewis.com

**5.**
**SAVANNAH FLORES v. MERCK, ET AL.**
3:21-cv-00166-HDM-CL

Attorneys for Plaintiff Savannah Flores

Melanie A. Hill
Melanie Hill Law PLLC
1925 Village Center Circle, Suite 150
Las Vegas, NV 89134
Telephone: 702-362-8500
Facsimile: 702-362-8505
Email: Melanie@MelanieHillLaw.com
Robert F. Kennedy, Jr.
RFKJR Esq
38 Dewitt Mills Road
Hurley, NY 12443
Telephone: (845) 481-2622
Facsimile: (845) 230-3111
Email: rfkl954@gmail.com

Robert F. Kennedy, Jr.
Children's Health Defense
1227 N. Peachtree Parkway, Suite 202
Peachtree City, GA 30269
Telephone: 202-810-1826
Email: rfkl954@gmail.com

Bijan Esfandiari
Michael Lin Baum
Nicole Maldonado
BAUM, HEDLUND, ARISTEI, & GOLDMAN, P.C.
10940 Wilshire Blvd., Suite 1600
Los Angeles, CA 90024
Telephone: (310) 207-3233
Facsimile: (310) 820-7444
Email: besfandiari@baumhedlundlaw.com
Email: mbaum@baumhedlundlaw.com

Email: nmaldonado@baumhedlundlaw.com

Attorneys for Defendants Merck & Co., Inc. and Merck Sharp & Dohme Corp.

Allyson Miller Julien
Elizabeth Burnett Farrington
Goldman Ismail
200 S. Wacker Drive, 22nd Floor
Chicago, IL 60606
Telephone: 312-681-6000
Email: ajulien@goldmanismail.com
Email: bfarrington@goldmanismail.com

Christina Lee Gaarder
Venable LLP
750 East Pratt Street, Suite 900
Baltimore, MD 21202
Telephone: 410-244-7400
Facsimile: 410-244-7742
Email: clgaarder@venable.com

J Christopher Jorgensen
Lewis Roca Rothgerber Christie LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169
Telephone: 702-949-8200
Facsimile: 702-949-8398
Email: cjorgensen@lewisroca.com

**6.**
**ABIGAIL STRATTON v. MERCK, ET AL.**
2:21-cv-02211-RMG

Attorneys for Plaintiff Abigail Stratton

Elizabeth Middleton Burke
Misty Black O'Neal
Rogers Patrick Westbrook and Brickman LLC
1037 Chuck Dawley Blvd, Bldg A
PO Box 1007 (29465)
Mount Pleasant, SC 29464
Telephone: 843-727-6659
Facsimile: 843-216-6509
Email: bburke@rpwb.com
Email: moneal@rpwb.com

Bijan Esfandiari
Harrison E. James
BAUM, HEDLUND, ARISTEI, & GOLDMAN, P.C.
10940 Wilshire Blvd., Suite 1600
Los Angeles, CA 90024
Telephone: (310) 207-3233
Facsimile: (310) 820-7444
Email: besfandiari@baumhedlundlaw.com
Email: hjames@baumhedlundlaw.com

Nicole Maldonado
BAUM, HEDLUND, ARISTEI, & GOLDMAN, P.C.
12100 Wilshire Blvd., Ste. 950
Los Angeles, CA 90025
Telephone: (310) 207-3233
Facsimile: (310) 207-4204
Email: nmaldonado@baumhedlundlaw.com

Attorneys for Defendants Merck & Co., Inc. and Merck Sharp & Dohme Corp.

Dino Santo Sangiamo
Venable LLP
750 E Pratt Street, Suite 900
Baltimore, MD 21202
Telephone: 410-244-7679
Email: dssangiamo@venable.com

Robert H Hood , Jr
Hood Law Firm
PO Box 1508
Charleston, SC 29402
Telephone: 843-577-4435
Facsimile: 843-722-1630
Email: bobbyjr.hood@hoodlaw.com

Allyson Miller Julien
Goldman Ismail
200 S. Wacker Drive, 22nd Floor
Chicago, IL 60606
Telephone: 312-681-6000
Email: ajulien@goldmanismail.com

**7.**
**CORINN MCELERNEY v. MERCK, ET AL.**
8:21-cv-01814-WFJ-AEP

Attorneys for Plaintiff Corinn McElerney

Robert F. Kennedy, Jr.
RFKJR Esq
38 Dewitt Mills Road
Hurley, NY 12443
Telephone: (845) 481-2622
Facsimile: (845) 230-3111
Email: rfkl954@gmail.com

Bijan Esfandiari
Michael Lin Baum
Nicole Maldonado
BAUM, HEDLUND, ARISTEI, & GOLDMAN, P.C.
10940 Wilshire Blvd., Suite 1600
Los Angeles, CA 90024
Telephone: (310) 207-3233
Facsimile: (310) 820-7444
Email: besfandiari@baumhedlundlaw.com
Email: mbaum@baumhedlundlaw.com
Email: nmaldonado@baumhedlundlaw.com

Attorneys for Defendants Merck & Co., Inc. and Merck Sharp & Dohme Corp.

David J. Walz
Caycee Hampton
Carlton Fields, PA
4221 W Boy Scout Blvd, Suite 1000
Tampa, FL 33607
Telephone: 813/223-7000
Facsimile: 813/229-4133
Email: dwalz@carltonfields.com
Email: champton@carltonfields.com

Allyson Miller Julien
Goldman Ismail
200 S. Wacker Drive, 22nd Floor
Chicago, IL 60606
Telephone: 312-681-6000
Email: ajulien@goldmanismail.com

**8.**
**COOPER HUMPHRIES v. MERCK, ET AL.**
4:21-cv-04154 SLD JEH

Attorneys for Defendants Merck & Co., Inc. and Merck Sharp & Dohme Corp.

Jason J O'Rourke
Jenny L Juehring
LANE & WATERMAN LLP
220 N Main St, Suite 600
Davenport, IA 52801-1987
Telephone: 563-324-3246
Facsimile: 563-324-1616
Email: jorourke@l-wlaw.com
Email: jjuehring@l-wlaw.com

Allyson Miller Julien
Goldman Ismail
200 S. Wacker Drive, 22nd Floor
Chicago, IL 60606
Telephone: 312-681-6000
Email: ajulien@goldmanismail.com

**9.**
**ASHLEY DALTON v. MERCK, ET AL.**
5:21-CV-12324-JEL-CIJ

Attorneys for Plaintiff Ashley Dalton

Bijan Esfandiari
BAUM, HEDLUND, ARISTEI, & GOLDMAN, P.C.
10940 Wilshire Blvd., Suite 1600
Los Angeles, CA 90024
Telephone: (310) 207-3233
Facsimile: (310) 820-7444
Email: besfandiari@baumhedlundlaw.com

Timothy A. Loranger
BAUM, HEDLUND, ARISTEI, & GOLDMAN, P.C.
12100 Wilshire Blvd., Ste. 950
Los Angeles, CA 90025
Telephone: (310) 207-3233
Facsimile: (310) 207-4204
Email: tloranger@baumhedlundlaw.com

Attorneys for Defendants Merck & Co., Inc. and Merck Sharp & Dohme Corp.

Edward Dumoulin
Elizabeth Burnett Farrington
Rami Naji Fakhouri
Goldman Ismail Tomaselli Brennan & Baum LLP
200 South Wacker Drive, Suite 22nd Floor
Chicago, IL 60606
Telephone: 312-881-5945
Email: edumoulin@goldmanismail.com
Email: bfarrington@goldmanismail.com
Email: rfakhouri@goldmanismail.com

Jill M. Wheaton
Dykema Gossett, PLLC
2723 S. State Street, Suite 400
Ann Arbor, MI 48104-6188
Telephone: 734-214-7660
Email: jwheaton@dykema.com

Kelly R. Houk
Dykema Gossett, PLLC
400 Reinaissance Center
Detroit, MI 48243
Telephone: 734-385-6033
Facsimile: 734-783-7302
Email: khouk@dykema.com

Allyson Miller Julien
Goldman Ismail
200 S. Wacker Drive, 22nd Floor
Chicago, IL 60606
Telephone: 312-681-6000
Email: ajulien@goldmanismail.com

**10.**
**ASHLEY MULLER v. MERCK, ET AL.**
3:21-cv-01335-MCR-HTC

Attorney for Plaintiff Ashley Muller

Nicole Maldonado
BAUM, HEDLUND, ARISTEI, & GOLDMAN, P.C.
10940 Wilshire Blvd., Suite 1600
Los Angeles, CA 90024
Telephone: (310) 207-3233

Facsimile: (310) 820-7444
Email: nmaldonado@baumhedlundlaw.com

Attorneys for Defendants Merck & Co., Inc. and Merck Sharp & Dohme Corp.

Andrew Mckinnon Spencer
Jason Wade Peterson
Jeremy Chase Branning
Trevor A Thompson
Clark Partington - Pensacola
Po Box 13010
Pensacola, FL 32591
Telephone: 850-208-7080
Email: aspencer@clarkpartington.com
Email: jpeterson@clarkpartington.com
Email: jbranning@clarkpartington.com
Email: tthompson@clarkpartington.com

Allyson Miller Julien
Goldman Ismail
200 S. Wacker Drive, 22nd Floor
Chicago, IL 60606
Telephone: 312-681-6000
Email: ajulien@goldmanismail.com

**11.**
**EMMA SULLIVAN v. MERCK, ET AL.**
3:22-cv-00116-ZNQ-DEA

Attorneys for Plaintiff Emma Sullivan

Laura Feldman
Feldman Pinto LLC
30 South 15th Street, 15th floor
Philadelphia, PA 19102
Telephone: 215-546-2604
Email: lfeldman@feldmanpinto.com

Robert F. Kennedy, Jr.
RFKJR Esq
38 Dewitt Mills Road
Hurley, NY 12443
Telephone: (845) 481-2622
Facsimile: (845) 230-3111
Email: rfkl954@gmail.com

Bijan Esfandiari
Michael Lin Baum
Nicole Maldonado
BAUM, HEDLUND, ARISTEI, & GOLDMAN, P.C.
10940 Wilshire Blvd., Suite 1600
Los Angeles, CA 90024
Telephone: (310) 207-3233
Facsimile: (310) 820-7444
Email: besfandiari@baumhedlundlaw.com
Email: mbaum@baumhedlundlaw.com
Email: nmaldonado@baumhedlundlaw.com

Attorneys for Defendants Merck & Co., Inc. and Merck Sharp & Dohme Corp.

Karen A. Confoy
Steven J. Daroci
Fox Rothschild LLP, PC
Princeton Pike Corporate Center
997 Lenox Drive
Lawrenceville, NJ 08648-2311
Telephone: 609.844.3033
Facsimile: 609.896.1469
Email: kconfoy@foxrothschild.com
Email: sdaroci@foxrothschild.com

Allyson Miller Julien
Goldman Ismail
200 S. Wacker Drive, 22nd Floor
Chicago, IL 60606
Telephone: 312-681-6000
Email: ajulien@goldmanismail.com

**12.**
**RUBY SILVER v. MERCK, ET AL.**
8:2021-cv-02903-WFJ-AEP

Attorneys for Plaintiff Ruby Silver

Bijan Esfandiari
Michael Lin Baum
Nicole Maldonado
BAUM, HEDLUND, ARISTEI, & GOLDMAN, P.C.
10940 Wilshire Blvd., Suite 1600
Los Angeles, CA 90024
Telephone: (310) 207-3233
Facsimile: (310) 820-7444

Email: besfandiari@baumhedlundlaw.com
Email: mbaum@baumhedlundlaw.com
Email: nmaldonado@baumhedlundlaw.com

Robert F. Kennedy, Jr.
RFKJR Esq
38 Dewitt Mills Road
Hurley, NY 12443
Telephone: (845) 481-2622
Facsimile: (845) 230-3111
Email: rfkl954@gmail.com

Attorneys for Defendants Merck & Co., Inc. and Merck Sharp & Dohme Corp.

Caycee Hampton
David J. Walz
Carlton Fields, PA
4221 W Boy Scout Blvd, Suite 1000
Tampa, FL 33607
Telephone: 813-229-4307
Email: champton@carltonfields.com
Email: dwalz@carltonfields.com

Allyson Miller Julien
Goldman Ismail
200 S. Wacker Drive, 22nd Floor
Chicago, IL 60606
Telephone: 312-681-6000
Email: ajulien@goldmanismail.com

**13.**
**SKYLEE BUTLER v. MERCK, ET AL.**
3:22-cv-10006-MGM

Attorney for Plaintiff Skylee Butler

John J. Roddy
Bailey & Glasser LLP
176 Federal Street, 5th Floor
Boston, MA 02110
Telephone: 617-439-6730
Facsimile: 617-951-3954
Email: jroddy@baileyglasser.com

Attorneys for Defendants Merck & Co., Inc. and Merck Sharp & Dohme Corp.

Allyson Miller Julien
Goldman Ismail
200 S. Wacker Drive, 22nd Floor
Chicago, IL 60606
Telephone: 312-681-6000
Email: ajulien@goldmanismail.com


**14.**
**ADRIANA MERINO v. MERCK, ET AL.**
2:22-cv-00398-MHB

Attorney for Plaintiff Adriana Merino

Andrew Downing
Van Cott & Talamante PLLC
3030 N 3rd Street, Suite 790
Phoenix, AZ 85012
Telephone: 602-257-9160
Facsimile: 602-257-9180
Email: adowning@vancotttalamante.com

Attorneys for Defendants Merck & Co., Inc. and Merck Sharp & Dohme Corp.

Allyson Miller Julien
Goldman Ismail
200 S. Wacker Drive, 22nd Floor
Chicago, IL 60606
Telephone: 312-681-6000
Email: ajulien@goldmanismail.com


**15.**
**EDUARDO ATJIAN, II v. MERCK, ET AL.**
2:22-cv-01739-ABJ-RAO

Attorney for Plaintiff Eduardo Atjian

Anthony Albert Liberatore
A Liberatore Law Offices PC
100 Wilshire Boulevard Suite 700
Santa Monica, CA 90401
424-285-8550
Facsimile: 310-362-8810
Email: anthony@alpc-law.com

Attorneys for Defendants Merck & Co., Inc. and Merck Sharp & Dohme Corp.

Allyson Miller Julien
Goldman Ismail
200 S. Wacker Drive, 22nd Floor
Chicago, IL 60606
Telephone: 312-681-6000
Email: ajulien@goldmanismail.com

**16.**
**PAYTON BERGIN v. MERCK, ET AL.**
3:22-cv-00117-RJC-DK

Attorney for Plaintiff Payton Bergin

Hillary Margaret Kies
L. Cooper Harrell
Allison Mullins
Mullins Duncan Harrell & Russell PLLC
300 N. Greene Street, Suite 2000
Greensboro, NC 27401
Telephone: 336-645-3322
Facsimile: 336-645-3330
Email: hkies@turningpointlit.com
Email: charrell@turningpointlit.com
Email: amullins@turningpointlit.com

Attorneys for Defendants Merck & Co., Inc. and Merck Sharp & Dohme Corp.

Allyson Miller Julien
Goldman Ismail
200 S. Wacker Drive, 22nd Floor
Chicago, IL 60606
Telephone: 312-681-6000
Email: ajulien@goldmanismail.com

**17.**
**MAESON DERR v. MERCK, ET AL.**
1:22-cv-00212-WLO-JEP

Attorney for Plaintiff Maeson Derr

Hillary Margaret Kies
L. Cooper Harrell
Allison Mullins
Mullins Duncan Harrell & Russell PLLC

300 N. Greene Street, Suite 2000
Greensboro, NC 27401
Telephone: 336-645-3322
Facsimile: 336-645-3330
Email: hkies@turningpointlit.com
Email: charrell@tumingpointlit.com
Email: amullins@turningpointlit.com

Attorneys for Defendants Merck & Co., Inc. and Merck Sharp & Dohme Corp.

Allyson Miller Julien
Goldman Ismail
200 S. Wacker Drive, 22nd Floor
Chicago, IL 60606
Telephone: 312-681-6000
Email: ajulien@goldmanismail.com

**18.**
**SYDNEY M. FETTERS v. MERCK, ET AL.**
8:22-cv-00422-JVS-ADS

Attorney for Plaintiff Sydney Fetters

Anthony Albert Liberatore
A Liberatore Law Offices PC
100 Wilshire Boulevard Suite 700
Santa Monica, CA 90401
Telephone: 424-285-8550
Facsimile: 310-362-8810
Email: anthony@alpc-law.com

Attorneys for Defendants Merck & Co., Inc. and Merck Sharp & Dohme Corp.

Allyson Miller Julien
Goldman Ismail
200 S. Wacker Drive, 22nd Floor
Chicago, IL 60606
Telephone: 312-681-6000
Email: ajulien@goldmanismail.com

**19.**
**KAMERON HILTON v. MERCK, ET AL.**
5:22-cv-00030-KDB-DK

Attorney for Plaintiff Kameron Hilton

Hillary Margaret Kies
L. Cooper Harrell
Allison Mullins
Mullins Duncan Harrell & Russell PLLC
300 N. Greene Street, Suite 2000
Greensboro, NC 27401
Telephone: 336-645-3322
Facsimile: 336-645-3330
Email: hkies@turningpointlit.com
Email: charrell@tumingpointlit.com
Email: amullins@turningpointlit.com

Attorneys for Defendants Merck & Co., Inc. and Merck Sharp & Dohme Corp.

Allyson Miller Julien
Goldman Ismail
200 S. Wacker Drive, 22nd Floor
Chicago, IL 60606
Telephone: 312-681-6000
Email: ajulien@goldmanismail.com

**20.**
**MARK THOMAS, AS A NATURAL PARENT AND LEGAL GUARDIAN OF Z.T.,**
**A MINOR v. MERCK, ET AL.**
9:22-cv-80445-DMM

Attorneys for Plaintiff Mark Thomas on behalf of Z.T.

Robert F. Kennedy, Jr.
RFKJR Esq
38 Dewitt Mills Road
Hurley, NY 12443
Telephone: (845) 481-2622
Facsimile: (845) 230-3111
Email: rfkl954@gmail.com

Bijan Esfandiari
Michael Lin Baum
Nicole Maldonado
BAUM, HEDLUND, ARISTEI, & GOLDMAN, P.C.

10940 Wilshire Blvd., Suite 1600
Los Angeles, CA 90024
Telephone: (310) 207-3233
Facsimile: (310) 820-7444
Email: besfandiari@baumhedlundlaw.com
Email: mbaum@baumhedlundlaw.com
Email: nmaldonado@baumhedlundlaw.com

Attorneys for Defendants Merck & Co., Inc. and Merck Sharp & Dohme Corp.

Allyson Miller Julien
Goldman Ismail
200 S. Wacker Drive, 22nd Floor
Chicago, IL 60606
Telephone: 312-681-6000
Email: ajulien@goldmanismail.com

**21.**
**ALLEN VELA AND EDNA BARBA, AS PARENTS OF AND ON BEHALF OF THEIR MINOR CHILD, J.V. v. MERCK, ET AL.**
2:22-cv-00420-SPL

Attorney for Plaintiff Allen Vela and Edna Barba, as parents of and on behalf of their minor child, J.V.

Andrew Downing
Van Cott & Talamante PLLC
3030 N 3rd Street, Suite 790
Phoenix, AZ 85012
Telephone: 602-257-9160
Facsimile: 602-257-9180
Email: adowning@vancotttalamante.com

Attorneys for Defendants Merck & Co., Inc. and Merck Sharp & Dohme Corp.

Allyson Miller Julien
Goldman Ismail
200 S. Wacker Drive, 22nd Floor
Chicago, IL 60606
Telephone: 312-681-6000
Email: ajulien@goldmanismail.com

**22.**
**JACOB D. LEVY v. MERCK, ET AL.**
8:22-cv-00431-JVS-JDE

Attorney for Plaintiff Jacob Levy

Anthony Albert Liberatore
A Liberatore Law Offices PC
100 Wilshire Boulevard Suite 700
Santa Monica, CA 90401
Telephone: 424-285-8550
Facsimile: 310-362-8810
Email: anthony@alpc-law.com

Attorneys for Defendants Merck & Co., Inc. and Merck Sharp & Dohme Corp.

Allyson Miller Julien
Goldman Ismail
200 S. Wacker Drive, 22nd Floor
Chicago, IL 60606
Telephone: 312-681-6000
Email: ajulien@goldmanismail.com


**23.**
**DARBY HENDRIX v. MERCK, ET AL.**
1:22-cv-01171-JCJ

Attorney for Plaintiff Darby Hendrix

Christopher L. Coffin
Pendley, Baudin & Coffin, LLP
24110 Eden Street
Plaquemine, LA 70764
Telephone: 225-687-6396
Email: ccoffin@pbclawfirm.com

Attorneys for Defendants Merck & Co., Inc. and Merck Sharp & Dohme Corp.

Allyson Miller Julien
Goldman Ismail
200 S. Wacker Drive, 22nd Floor
Chicago, IL 60606
Telephone: 312-681-6000
Email: ajulien@goldmanismail.com

**24.**
**KEN AND SHAUN WINGERTER, ON BEHALF OF THEIR MINOR CHILD, H.W**
**v. MERCK, ET AL.**
1:22-cv-01178-ELR

Attorney for Plaintiffs Ken and Shaun Wingerter, on behalf of their minor child, H.W

Christopher L. Coffin
Tracy Lynn Turner
Pendley, Baudin & Coffin, LLP
24110 Eden Street
Plaquemine, LA 70764
Telephone: 504-355-0086
Facsimile: 504-355-0089
Email: ccoffin@pbclawfirm.com
Email: tturner@pbclawfirm.com

Attorneys for Defendants Merck & Co., Inc. and Merck Sharp & Dohme Corp.

Allyson Miller Julien
Goldman Ismail
200 S. Wacker Drive, 22nd Floor
Chicago, IL 60606
Telephone: 312-681-6000
Email: ajulien@goldmanismail.com

**25.**
**JESSICA RAYMER v. MERCK, ET AL.**
1:22-cv-01643-SLE-JC

Attorney for Plaintiff Jessica Raymer

Christopher L. Coffin
Tracy Lynn Turner
Pendley, Baudin & Coffin, LLP
24110 Eden Street
Plaquemine, LA 70764
Telephone: 504-355-0086
Facsimile: 504-355-0089
Email: ccoffin@pbclawfirm.com
Email: tturner@pbclawfirm.com

Attorneys for Defendants Merck & Co., Inc. and Merck Sharp & Dohme Corp.

Allyson Miller Julien
Goldman Ismail

200 S. Wacker Drive, 22nd Floor
Chicago, IL 60606
Telephone: 312-681-6000
Email: ajulien@goldmanismail.com

**26.**
**NALON A. SOILEAU v. MERCK, ET AL.**
3:22-cv-00210-BAJ-EWD

Attorney for Plaintiff Nalon Soileau

Jessica Ann Perez
Pendley, Baudin & Coffin, LLP
24110 Eden Street
Plaquemine, LA 70764
Telephone: 225-687-6396
Facsimile: 225-687-6398
Email: jperez@pbclawfirm.com

Christopher L. Coffin
PENDLEY, BAUDIN & COFFIN, LLP
1100 Poydras Street, Suite 2505
Plaquemine, LA 70163
Telephone: 504-355-0086
Facsimile: 504-355-0089
Email: ccoffin@pbclawfirm.com

Attorneys for Defendants Merck & Co., Inc. and Merck Sharp & Dohme Corp.

Allyson Miller Julien
Goldman Ismail
200 S. Wacker Drive, 22nd Floor
Chicago, IL 60606
Telephone: 312-681-6000
Email: ajulien@goldmanismail.com

**27.**
**MADELINE A. COUNTS v. MERCK, ET AL.**
4:22-cv-00241-MTP

Attorney for Plaintiff Madeline Counts

Emily Catherine Jeffcott
Morgan & Morgan
700 S Palafox St #95
Pensacola, FL 32502

24

Telephone: (850) 316-9100
Email: ejeffcott@forthepeople.com

Attorneys for Defendants Merck & Co., Inc. and Merck Sharp & Dohme Corp.

Allyson Miller Julien
Goldman Ismail
200 S. Wacker Drive, 22nd Floor
Chicago, IL 60606
Telephone: 312-681-6000
Email: ajulien@goldmanismail.com

**28.**
**ELIZABETH LANDERS, on behalf of her minor**
**child, I.L. v. MERCK, ET AL.**
2:22-cv-00160-JRG

Attorney for Plaintiff Elizabeth Landers on behalf of her minor child I.L.

MARK E. TROY, ESQ.
WV Bar ID No. 6678
MORGAN & MORGAN, P.A.
222 Capitol Street, Suite 200A
Charleston, WV 25301
Telephone: (304) 345-1122
Facsimile: (304) 414-5692
mtroy@forthepeople.com

Paul J. Pennock (Application for pro hac vice admission to be file)
Jonathan M. Sedgh (Application for pro hac vice admission to be file)
MORGAN & MORGAN, P.A.
850 3rd Ave, Suite 402
Brooklyn, NY 11232
Telephone: (212) 738-6839
Facsimile: (407) 245-3384
ppennock@forthepeople.com
jsedgh@forthepeople.com

Attorneys for Defendants Merck & Co., Inc. and Merck Sharp & Dohme Corp.

Allyson Miller Julien
Goldman Ismail
200 S. Wacker Drive, 22nd Floor
Chicago, IL 60606
Telephone: 312-681-6000

Email: ajulien@goldmanismail.com

**29.**
**TANJA AND SCOTT WAGNER, on behalf of their child, S.W. v. MERCK, ET AL.**
1:22-cv-01717-EEB-SRH

Attorney for Plaintiff Tanja and Scott Wagner, on behalf of their child S.W.

Tracy L. Turner (Ohio Bar No. 0069927)
Christopher L. Coffin (to be admitted pro hac vice)
Jessica Perez Reynolds (to be admitted pro hac vice)
Pendley, Baudin & Coffin, LLP
24110 Eden Street
Plaquemine, LA 70764
Telephone: (225) 687-6396
Facsimile: (225) 687-6398
Email: tturner@pbclawfirm.com
Email: ccoffin@pbclawfirm.com
Email: jreynolds@pbclawfirm.com

Jessica Ann Perez
PENDLEY, BAUDIN & COFFIN, LLP
24110 Eden Street, PO Drawer 71
Plaquemine, LA 70765
Telephone: 225-687-6396
Facsimile: 225-687-6398
Email: jperez@pbclawfirm.com

Attorneys for Defendants Merck & Co., Inc. and Merck Sharp & Dohme Corp.

Allyson Miller Julien
Goldman Ismail
200 S. Wacker Drive, 22nd Floor
Chicago, IL 60606
Telephone: 312-681-6000
Email: ajulien@goldmanismail.com

**30.**
**JEFFREY K. HODDICK v. MERCK, ET AL.**
1:22-cv-00144-DKW-WRP

Attorney for Plaintiff Jeffrey K. Hoddick

MARGERY S. BRONSTER 4750
ROBERT M. HATCH 7724
BRONSTER FUJICHAKU ROBBINS, A Law Corporation

1003 Bishop Street, Suite 2300
Honolulu, Hawai'i 96813
Telephone: (808) 524-5644
Facsimile: (808) 599-1881
E-mail: mbronster@bfrhawaii.com
Email: rhatch@bfrhawaii.com

Attorneys for Defendants Merck & Co., Inc. and Merck Sharp & Dohme Corp.

Allyson Miller Julien
Goldman Ismail
200 S. Wacker Drive, 22nd Floor
Chicago, IL 60606
Telephone: 312-681-6000
Email: ajulien@goldmanismail.com

**31.**
**KRISTA L. LANDERS v. MERCK, ET AL.**
1:22-cv-01696-TMD

Attorney for Plaintiff Krista L. Landers

Tracy L. Turner (Ohio Bar No. 0069927)
Christopher L. Coffin (Pro Hac Vice to be filed)
Pendley, Baudin & Coffin, LLP
24110 Eden Street
Plaquemine, LA 70764
Telephone: (225) 687-6396
Facsimile: (225) 687-6398
Email: tturner@pbclawfirm.com
Email: ccoffin@pbclawfirm.com

Attorneys for Defendants Merck & Co., Inc. and Merck Sharp & Dohme Corp.

Allyson Miller Julien
Goldman Ismail
200 S. Wacker Drive, 22nd Floor
Chicago, IL 60606
Telephone: 312-681-6000
Email: ajulien@goldmanismail.com

**32.**

**MADELYN R. LIPSCOMB v. MERCK, ET AL.**

1:22-cv-00116-HAB-SLC

Attorney for Plaintiff Madelyn Lipscomb

Tracy L. Turner (Ohio Bar No. 0069927)
Christopher L. Coffin (to be admitted pro hac vice)
Jessica Perez Reynolds (to be admitted pro hac vice)
Pendley, Baudin & Coffin, LLP
24110 Eden Street
Plaquemine, LA 70764
Telephone: (225) 687-6396
Facsimile: (225) 687-6398
Email: tturner@pbclawfirm.com
Email: ccoffin@pbclawfirm.com
Email: jreynolds@pbclawfirm.com

Attorneys for Defendants Merck & Co., Inc. and Merck Sharp & Dohme Corp.

Allyson Miller Julien
Goldman Ismail
200 S. Wacker Drive, 22nd Floor
Chicago, IL 60606
Telephone: 312-681-6000
Email: ajulien@goldmanismail.com

**33.**

**MADELYN MALLOY v. MERCK, ET AL.**

6:21-cv-00506 -JDK

Attorney for Plaintiff Madelyn Malloy

Bijan Esfandiari
BAUM, HEDLUND, ARISTEI, & GOLDMAN, P.C.
10940 Wilshire Blvd., Suite 1600
Los Angeles, CA 90024
Telephone: (310) 207-3233
Facsimile: (310) 820-7444
Email: besfandiari@baumhedlundlaw.com

Attorneys for Defendants Merck & Co., Inc. and Merck Sharp & Dohme Corp.

Joseph William Tomaselli, Jr
Goldman Ismail Tomaselli Brennan & Baum LLP

2828 North Harwood
Suite 1730
Dallas, TX 75201
214-880-9903
214-880-9901 (fax)
jtomaselli@goldmanismail.com

Allyson Miller Julien
Goldman Ismail
200 S. Wacker Drive, 22nd Floor
Chicago, IL 60606
Telephone: 312-681-6000
Email: ajulien@goldmanismail.com