BEFORE THE UNITED STATES JUDICAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE: GARDASIL PRODUCTS      MDL DOCKET NO. 3036
LIABILITY LITIGATION

## CERTIFICATE OF SERVICE

In accordance with Rule 4.1(a)-(b) of the Rules of Procedure for the United States Judicial Panel for Multidistrict Litigation, I hereby certify that on April 29, 2022, I electronically filed the foregoing **Notice of Appearance and Schedule of Actions**, as well as copies of this **Proof of Service**, with the Clerk for the United States Judicial Panel on Multidistrict Litigation using the CM/ECF system. I also certify that the foregoing document is being served on all counsel of record by transmission of Notices of Electronic Filing generated by CM/ECF, or via mail to the addresses indicated below:

**Served via First Class Mail (Counsel has not yet appeared):**

1.
**EDUARDO ATJIAN, II v. MERCK, ET AL.**
2:22-cv-01739-ABJ-RAO

Defendants Merck & Co., Inc. and Merck Sharp & Dohme Corp.

Registered Agent for Service of Process:
CT Corp
820 Bear Tavern Road
Trenton, NJ 08628

2.
**SYDNEY M. FETTERS v. MERCK, ET AL.**
8:22-cv-00422-JVS-ADS

Defendants Merck & Co., Inc. and Merck Sharp & Dohme Corp.

Registered Agent for Service of Process:
CT Corp

820 Bear Tavern Road
Trenton, NJ 08628

**3.**
**JACOB D. LEVY v. MERCK, ET AL.**
8:22-cv-00431-JVS-JDE

Defendants Merck & Co., Inc. and Merck Sharp & Dohme Corp.

Registered Agent for Service of Process:
CT Corp
820 Bear Tavern Road
Trenton, NJ 08628

Dated:  April 29, 2022

Respectfully submitted,

*/s/ Anthony A. Liberatore*
Anthony A. Liberatore, Esq. (SBN: 208722)
anthony@alpc-law.com
**A. LIBERATORE, P.C.**
100 Wilshire Blvd., Suite 700
Santa Monica, CA 90401
Telephone:  (424) 285-8550
Facsimile:  (310) 362-8810

*Counsel for Plaintiffs, Eduardo Atjian, II, Sydney M. Fetters, and Jacob D. Levy*