BEFORE THE UNITED STATES JUDICAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE: GARDASIL PRODUCTS  MDL DOCKET NO. 3036
LIABILITY LITIGATION

## CERTIFICATE OF SERVICE

In accordance with Rule 4.1(a)-(b) of the Rules of Procedure for the United States Judicial Panel for Multidistrict Litigation, I hereby certify that on April 29, 2022, I electronically filed the foregoing **Notice of Appearance and Schedule of Actions**, as well as copies of this **Proof of Service**, with the Clerk for the United States Judicial Panel on Multidistrict Litigation using the CM/ECF system. I also certify that the foregoing document is being served on all counsel of record by transmission of Notices of Electronic Filing generated by CM/ECF, or via mail to the addresses indicated below:

**Served via First Class Mail (Counsel has not yet appeared):**

*Jessica Raymer v. Merck & Co. Inc. et al.*,
Case No. 1:22-cv-01641

Defendants Merck & Co., Inc. and Merck Sharp & Dohme Corp.

Registered Agent for Service of Process:
CT Corp
820 Bear Tavern Road
Trenton NJ 08628

*Krista Landers v. Merck & Co. Inc. et al.*,
Case No. 1:22-CV-01696

Defendants Merck & Co., Inc. and Merck Sharp & Dohme Corp.

Registered Agent for Service of Process:
CT Corp
820 Bear Tavern Road
Trenton NJ 08628


*Tanja and Scott Wagner, on behalf of their minor child S.W. v. Merck & Co. Inc. et al.*,
Case No. 1:22-cv-01717

Defendants Merck & Co., Inc. and Merck Sharp & Dohme Corp.

Registered Agent for Service of Process:
CT Corp
820 Bear Tavern Road
Trenton NJ 08628


*MacKenzie Pennell v. Merck & Co. Inc. et al.*,
Case No. 5:22-cv-00619

Defendants Merck & Co., Inc. and Merck Sharp & Dohme Corp.

Registered Agent for Service of Process:
CT Corp
820 Bear Tavern Road
Trenton NJ 08628


*Madelyn Lipscomb v. Merck & Co. Inc. et al.*,
Case No. 1:22-cv-00116

Defendants Merck & Co., Inc. and Merck Sharp & Dohme Corp.

Registered Agent for Service of Process:
CT Corp
820 Bear Tavern Road
Trenton NJ 08628


*Nalon A. Soileau v. Merck & Co. Inc. et al.*,
Case No. 3:22-cv-00210

Defendants Merck & Co., Inc. and Merck Sharp & Dohme Corp.

Registered Agent for Service of Process:
CT Corp
820 Bear Tavern Road
Trenton NJ 08628


*Ken and Shaun Wingerter on behalf of their minor child H.W. v. Merck & Co. Inc. et al.*,
Case No. 1:22-cv-01178

Defendants Merck & Co., Inc. and Merck Sharp & Dohme Corp.

Registered Agent for Service of Process:
CT Corp
820 Bear Tavern Road
Trenton NJ 08628


*Darby Hendrix v. Merck & Co. Inc. et al.*,
Case No. 1:22-cv-01171

Defendants Merck & Co., Inc. and Merck Sharp & Dohme Corp.

Registered Agent for Service of Process:
CT Corp
820 Bear Tavern Road
Trenton NJ 08628


| | |
|---|---|
| Dated:  April 29, 2022 | Respectfully submitted, |
| | By: /s/ Christopher L. Coffin |
| | Christopher L. Coffin |
| | ccoffin@pbclawfirm.com |
| | Jessica Perez Reynolds |
| | jreynolds@pbclawfirm.com |
| | Tracy L. Turner |
| | tturner@pbclawfirm.com |
| | 24110 Eden Street |
| | Plaquemine, LA 70764 |
| | Telephone: (225) 687-6396 |
| | Facsimile: (225) 687-6398 |
| | |
| | *Counsel for Plaintiffs Darby Hendrix, ken and Shaun Wingerter, on behalf of their minor child H.W., Krista L. Landers, Tanja and Scott Wagner, on behalf of their minor child S.W., Jessica Raymer, Madelyn Lipscomb, Nalon A. Soileau, and MacKenzie Pennell* |