BEFORE THE UNITED STATES JUDICAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: GARDASIL PRODUCTS<br>LIABILITY LITIGATION | MDL DOCKET NO. 3036 |

## CERTIFICATE OF SERVICE

In accordance with Rule 4.1(a)-(b) of the Rules of Procedure for the United States Judicial Panel for Multidistrict Litigation, I hereby certify that on April 29, 2022, I electronically filed the foregoing **Notice of Potential Tag-Along Action, Schedule of Actions**, as well as copies of this **Proof of Service**, with the Clerk for the United States Judicial Panel on Multidistrict Litigation using the CM/ECF system. I also certify that the foregoing document is being served on all counsel of record by transmission of Notices of Electronic Filing generated by CM/ECF, or via mail to the addresses indicated below:

**Clerks of Courts Served via Overnight Delivery:**

Clerk of the Court
District of Connecticut
United States District Court
Richard C. Lee United States Courthouse
141 Church Street
New Haven, CT 06510

**Counsel of Record Served via Electronic Mail for the following cases:**

*Korrine Herlth v. Merck, et al.*
3:21-cv-00438-JAM

Attorney for Plaintiff Korrine Herlth

John W. Mills
Mills & Cahill, LLC
1 Whitney Avenue
Suite 201
New Haven, CT 06510

203-776-4500
Email: john.mills@millscahill.com

Attorney for Defendants Merck & Co., Inc. and Merck Sharp & Dohme Corp.

Allyson Julien
Edward Dumoulin
Goldman Ismail Tomaselli Brennan &
Baum
200 South Wacker Drive
Ste 22nd Floor
Chicago, IL 60606
312-681-6000
Email: ajulien@goldmanismail.com
Email: edumoulin@goldmanismail.com

Catherine A. Mohan
McCarter & English, LLP
CityPlace 1
185 Asylum Street
Hartford, Ct 06103
860-275-6700
Fax: 860-724-3397
Email: cmohan@mccarter.com

Dated:  April 29, 2022

Respectfully submitted,

*/s/ Bijan Esfandiari*
Bijan Esfandiari (SBN: 223216)
besfandiari@baumhedlundlaw.com
**BAUM, HEDLUND, ARISTEI, &
GOLDMAN, P.C.**
10940 Wilshire Blvd., Suite 1600
Los Angeles, CA  90024
Telephone:  (310) 207-3233
Facsimile:  (310) 820-7444

*Counsel for Plaintiff Korrine Herlth*