BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

**IN RE: GARDASIL
PRODUCTS LIABILITY LITIGATION**                     **MDL No. 3036**

NOTICE OF APPEARANCE
SCHEDULE OF ACTIONS

|   | Plaintiffs | Defendants | District | Civil Action No | Judge |
|---|---|---|---|---|---|
| 1 | *ELIZABETH LANDERS, on behalf of her minor child, I.L.* | MERCK & CO., INC. MERCK SHARPE & DOHME CORP. | U.S. District Court for the Southern District of West Virginia | 2:22-cv-00160 | Judge Joseph Goodwin |