**BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| **IN RE: GARDASIL** <br> **PRODUCTS LIABILITY LITIGATION** | **MDL No.: 3036** |

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that copies of the foregoing Notice of Appearance were served on all parties in the following case via the CM/ECF electronic filing system or as indicated below, on May 2, 2022.

*Elizabeth Landers, on behalf of her minor child, I.L.* **v. Merck & Co., Inc, et al. 2:22-cv-00160** (U.S. District Court for the Southern District of West Virginia)

**Federal Clerks and Judiciary**
**Served Via First Class Mail**
Clerk of Court
U.S. District Court for the Southern District of Virginia
6610 Robert C. Byrd United States Courthouse
300 Virginia Street East
Charleston, WV 25301

**Defendants**
**Served Via First Class Mail**
**(Counsel has not yet appeared)**
Merck & Co., Inc.
2000 Galloping Hill Road
Kenilworth, New Jersey 07033

**Served Via First Class Mail**
**(Counsel has not yet appeared)**
Merck Sharp & Dohme Co.
2000 Galloping Hill Road
Kenilworth, New Jersey 07033

Dated: May 2, 2022                /s/ Paul J. Pennock
                                  Paul J. Pennock
                                  MORGAN & MORGAN
                                  850 3rd Ave, Suite 402
                                  Brooklyn, NY 11232
                                  Phone: (407) 418-2031
                                  Fax: (813) 222-2439
                                  Email: ppennock@forthepeople.com
                                  *Attorney for Plaintiff*