# BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**IN RE: GARDASIL PRODUCTS LIABILITY LITIGATION**

MDL No. 3036

## AMENDED SCHEDULE OF ACTIONS

|   | Plaintiffs | Defendants | District | Civil Action No | Judge |
|---|---|---|---|---|---|
| 1. | Mackenzie Pennell | Merck & Co., Inc., and Merck, Sharp & Dohme Corp. | Northern District of Ohio | 5:22-cv-00619 | Judge John R. Adams |

Dated: May 3, 2022

Sincerely,

/s/ Christopher L. Coffin

Christopher L. Coffin
Pendley, Baudin & Coffin, LLP
ccoffin@pbclawfirm.com
24110 Eden Street
Plaquemine, LA 70764
Telephone: (225) 687-6396
Facsimile: (225) 687-6398

*Counsel for MacKenzie Pennell*