**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| **IN RE: GARDASIL PRODUCTS LIABILITY LITIGATION** | **MDL DOCKET NO. 3036** |

**INTERESTED PARTY RESPONSE IN SUPPORT OF
MOTION TO TRANSFER OF ACTIONS PURSUANT TO
28 U.S.C. § 1407 FOR COORDINATED PRETRIAL PROCEEDINGS**

---

Plaintiffs Adriana Merino and Joselyn Vela hereby submit this Interested Party Response pursuant to Panel Rule 6.2(e).

**INTERESTED PARTY RESPONSE IN SUPPORT OF
MOTION TO TRANSFER OF ACTIONS PURSUANT TO
28 U.S.C. § 1407 FOR COORDINATED PRETRIAL PROCEEDINGS**

## I.     Introduction

Undersigned counsel represents Plaintiffs Adriana Merino, in *Merino v. Merck & Company*, pending in the United States District Court, District of Arizona (Phoenix Division), Civil Docket 2:22-cv-00398-MHB, Joselyn Vela, in *Vela et al. v. Merck & Company*, pending in the United States District Court, District of Arizona (Phoenix Division), Civil Docket 2:22-cv-00420-SPL, and he is also co-counsel for Jasmyne Gramza, in *Gramza v. Merck & Company*, also pending in the United States District Court, District of Arizona (Phoenix Division), Civil Docket 2:20-cv-0145-DLR.[1] Plaintiffs Merino and Vela sued Defendants Merck & Co., Inc. and Merck Sharpe Dome Corporation ("Merck") for personal injuries, specifically, neurological autoimmune autonomic injuries known as Postural Orthostatic Tachycardia Syndrome (POTS) or Orthostatic Intolerance.

Undersigned counsel has represented dozens of Gardasil-injured young women and men in the United States Court of Federal Claims ("Vaccine Court") over the course of many years, and filed his first civil case involving Gardasil, *Gramza v. Merck & Company*, in the United States District Court, District of Arizona, Civil Docket 2:20-cv-01425-DLR, which was assigned to the Honorable Douglas L. Rayes, on July 17, 2020.  Undersigned counsel is aware of dozens of additional Gardasil-injury cases pending in Vaccine Court that will be exiting the program in the near future, and it is expected that most if not all of those injured will proceed with civil lawsuits.

---

[1] *Gramza* was included in the original request for consolidation.

Plaintiffs Merino and Vela support and request, for all the reasons outlined in the original petitioner's brief, that the pending Gardasil autoimmune injury cases pending in federal district courts across the United States, including Merino and Vela's cases, should be transferred for centralized proceedings to the District of Arizona before the Honorable Douglas L. Rayes.

## II.   Gardasil Can Cause Autoimmune Diseases

In addition to the facts outlined, and arguments made, by the original petitioners, undersigned counsel would like to provide additional background concerning the scientific basis for the injuries caused by Gardasil.

Autoimmunity arises when the immune system makes a mistake and begins to attack healthy tissue instead of the foreign invader. The reason the immune system makes this mistake is due to the similarity (mimicry) between the amino acid sequences of "self" and the "foreign" invader.  In other words, the body's immune system attacks the host tissue rather than the viral antigen due to similarity between the structures.

Amino acids operate like an alphabet of beads on a chain that "spell" a particular protein. Certain amino acid sequences "spell" human proteins and other amino acid sequences "spell" foreign proteins, like bacteria or virus proteins.  If the immune system encounters a pathogenic virus, it "reads" a sequence of 5 to 8 viral amino acids, an "epitope," in one of the viral proteins as "other" and attacks it.  If human organs' cells have proteins with epitopes that match some of the virus' epitopes, the human host immune system may mount an antibody and cellular attack against that epitope that "mimics" the viral amino acid sequence, resulting in the host's immune system attacking its own organs, hence "molecular mimicry" induced autoimmune disease.

Gardasil injects pieces or shells of "neutered" HPV viruses that cannot replicate and become a disease. The "neutered" pieces of viruses present viral proteins to the human host immune system, stimulating an immune response similar to the immune response needed to fend off a disease-inducing virus. Thus, an immune system is "educated" to "read" the amino acid sequences of the injected neutered proteins and then mount an immune attack against that amino acid sequence, that epitope. Immune system cells store the memory of that epitope to fend off future exposures to the same sequence of amino acids in a live, replicating virus. Vaccines attempt to "teach" immune systems to recognize or "read" a viral epitopes' sequence of amino acid and identify it as a non-human invader by its non-human amino acid sequences.

Gardasil also includes "adjuvants" that boost the immune response to a vaccine's neutered viral particles many times greater than the immune response to a natural HPV virus. With respect to the Gardasil vaccine, the vaccine produces an antibody response that is up to 10 to 50 times greater than what would follow natural infection. When the vaccine's neutered viral particles have epitopes that match or "mimic" epitopes, the vaccine's adjuvant-boosted immune response can induce a boosted immune attack on the human organs' cells that have epitopes matching neutered viral particles' epitopes, leading to vaccine induced auto-immune diseases, i.e., the host's immune system attacks its own cell proteins that have amino acid sequences that mimic the vaccine viral particles' amino acid sequences.

When a human host's cells are confronted with a nearly 50 times greater immune attack than a natural infection, some hosts' systems are not able to resolve the autoimmune attack leading to longer term autoimmune diseases related to where the cell mimicry occurred—neurological cells with common amino acid sequences to the virus epitopes get an overwhelming, adjuvant-boosted immune attack that may persist, leading to prolonged

autoimmune neurological conditions.

Dr. Darja Kanduc has demonstrated that the overlap between the human proteome and the viral proteome is vast. Dr. Kanduc identified 82 heptapeptide sequences (seven in a row) that overlap perfectly with the HPV16 proteins. She states: "Based on the need for five or six amino acids to induce a monoclonal antibody response, the 82 heptapeptide overlaps can clearly induce autoimmune reactions." Darja Kanduc, Quantifying the Possible Cross-Reactivity Risk of an HPV16 Vaccine, 8 JOURNAL OF EXPERIMENTAL THERAPEUTICS AND ONCOLOGY 65 (2009). In every case, the mechanism of injury is the same. The only variation is the site where the molecular mimicry loses immune tolerance in a particular patient. From the standpoint of molecular mimicry, three exemplar diseases are addressed below.

Autonomic dysfunction is an umbrella-term that includes a constellation of symptoms such as headache, fatigue, anxiety/behavioral changes, nausea, joint pain, neuropathy, brain fog, postural dizziness, menstrual irregularity, and sleep disorder just to name a few. POTS and Orthostatic Intolerance is a subset of autonomic dysfunction, characterized by an increase in heart rate or increased tachycardia in the standing position.

It is believed that POTS occurs following Gardasil due to an autoimmune attack against adrenergic and muscarinic receptors, among others. Dr. Blitshteyn states that the pathogenesis of new onset POTS after vaccination involves the mechanism of molecular mimicry, where HPV vaccine epitopes may include formation of cross-reacting antibodies against potential targets of autonomic ganglia, neurons, cardiac proteins, or β1/2-adrenergic and M2/3 muscarinic receptors. Svetlana Blitshetyn, Postural Tachycardia Syndrome Following Human Papillomavirus Vaccination, 21 EUROPEAN J. OF NEUROLOGY 135 (2014).

In order to demonstrate the point that, while diseases are different, the mechanism of injury is exactly the same, we can look at Systemic Lupus Erythematosus (SLE), which has also been connected to the HPV vaccination in medical literature.  Yahel Segal et al., HPV and Systemic Lupus Erythematosus: A Mosaic of Potential Crossreactions, 65 IMMUNOLOGICAL RESEARCH 564 (2017).  Segal reports on the overlapping peptide sequences between the HPV strains in Gardasil and lupus related proteins.  If a genetically predisposed individual receives Gardasil, work such as that performed by Segal reveals where the molecular mimicry exists that could lead to the development of SLE.  This process is identical to the process for POTS.  The difference is where the sequence homology overlaps and where the individual loses tolerance.

The same can be said for Immune Thrombocytopenic Purpura (ITP) (the injury at issue in *Gramza*), a blood clotting condition, but the mechanism of action (i.e., molecular mimicry) for Gardasil causing ITP and POTS are identical and the injury is simply dictated by what cells in the body exhibit the immune intolerance caused by Gardasil.

ITP is a disorder that leads to easy or excessive bruising and bleeding. The bleeding results from an autoimmune attack on the platelets, the cells that help blood clot.  In Dr. Kanduc's work, she identified molecular mimicry between the HPV L1 protein and the C1Q receptor on the surface of the platelet.  The amino acid sequence KATPTTS is shared between them.  Darja Kanduc, Quantifying the Possible Cross-Reactivity Risk of an HPV16 Vaccine, 8 JOURNAL OF EXPERIMENTAL THERAPEUTICS AND ONCOLOGY 68 (2009).  In short, when the body's immune system produces antibodies to the HPV L1 antigen, those antibodies cross react (mistaking the surface of the platelet for HPV).  They bind to the surface of the platelets, causing them to be eliminated by macrophages.

This autoimmune process and mechanism for ITP is identical to that of POTS and SLE. The difference in cases is simply where the loss of immune tolerance occurs. In the cases currently on file, the receptors in which the loss of immune tolerance occurred led to the development of either POTS or Orthostatic Intolerance.

### III. Conclusion

Based on the foregoing, as well as the original petitioner's arguments, Plaintiffs Vela and Merino respectfully request that the pending Gardasil autoimmune injury cases pending in federal district courts across the United States, including Merino and Vela's cases, be transferred for centralized proceedings to the District of Arizona before the Honorable Douglas L. Rayes.

Dated: May 20, 2022                                            Respectfully submitted,

                                                                                    /s/ Andrew Downing
                                                                                    Andrew Downing
                                                                                    VAN COTT & TALAMANTE, PLLC
                                                                                    3030 N. Third Street, Suite 790
                                                                                    Phoenix, Arizona 85012
                                                                                    Telephone: (602) 257-9160
                                                                                    Facsimile: (602) 257-9180
                                                                                    Email: adowning@vancotttalamante.com

                                                                                    *Counsel for Plaintiffs Adriana Merino and Joselyn Vela*