**BEFORE THE UNITED STATES JUDICAL PANEL**
**ON MULTIDISTRICT LITIGATION**

IN RE: GARDASIL PRODUCTS                            **MDL DOCKET NO. 3036**
LIABILITY LITIGATION

### CERTIFICATE OF SERVICE

In compliance with Rule 4.1(a)-(b) of the Rules of Procedure for the United States Judicial

Panel on Multidistrict Litigation, I hereby certify that copies of the foregoing Response, as well as

copies of this Proof of Service, were served by email, overnight delivery or mailed via Certified

Mail on May 20, 2022 on the following:

## Clerks of Courts Served via Overnight Delivery:

Clerk of the Court
District of Wisconsin, Western District
United States District Court
120 N. Henry Street, Room 320
Madison, WI 53703

Clerk of the Court
District of Florida, Middle District
Sam M. Gibbons United States Courthouse
801 North Florida Avenue
Tampa, FL 33602

Clerk of the Court
District of Rhode Island
United States District Court
One Exchange Terrace
Federal Building and Courthouse
Providence, RI 02903

Clerk of the Court
District of Massachusetts
United States Courthouse
Springfield Courthouse
300 State Street, Suite 120
Springfield, Massachusetts 01105

Clerk of the Court
District of California, Southern District
United States Courthouse
Edward J. Schwartz
221 West Broadway
San Diego, CA 92101

Clerk of the Court
District of Michigan, Eastern District
United States District Court
Federal Building
200 E. Liberty Street, Suite 300
Ann Arbor, MI 48104

Clerk of the Court
District of Nevada
United States Courthouse
400 S. Virginia Street
Reno, NV 89501

Clerk of the Court
District of Arizona
United States District Court
Sandra Day O'Connor United States Courthouse
401 West Washington Street
Phoenix, AZ 85003-2162

Clerk of the Court
District of Illinois, Central District
Rock Island United States Courthouse
322 16th Street, Suite 200 A
Rock Island, IL 61201

Clerk of the Court
District of Texas, Eastern District
William M Steger Federal Building and
United States Courthouse
221 W. Ferguson, First Floor
Tyler, TX 75702


Clerk of the Court
District of Florida, Northern District
United States Courthouse
1 N Palafox Street
Pensacola FL  32502-5665


Clerk of the Court
District of South Carolina
United States Courthouse
The Honorable Richard M. Gergel
U.S. District Judge
85 Broad Street
Charleston, South Carolina 29401


Clerk of the Court
District of California, Central District
First Street U.S. Courthouse
United States District Court
350 West First Street
Los Angeles, CA  90012


Clerk of the Court
District of California, Central District
Ronald Reagan Federal Building and U.S. Courthouse
United States District Court
411 West 4th Street
Santa Ana, CA 92701


Clerk of the Court
District of Hawaii
United States District Court
300 Ala Moana Boulevard C-338
Honolulu, HI 96850

Clerk of the Court
District of New Jersey
Martin Luther King Building and
United States District Court
50 Walnut Street Room 4015
Newark, NJ 07101


Clerk of the Court
District of Louisiana, Middle District
United States Courthouse
777 Florida Street, Suite 375
Baton Rouge, LA 70801


Clerk of the Court
District of North Carolina, Middle District
United States Courthouse
L. Richardson Preyer Courthouse
324 W. Market Street
Greensboro, NC 27401-2544


Clerk of the Court
District of Georgia, Northern District
Richard B. Russell Federal Building and
United States Courthouse
75 Ted Turner Drive, SW
Atlanta, GA 30303-3309


Clerk of the Court
District of Illinois, Northern District, Eastern Division
United States District Court
Dirksen U.S. Courthouse
219 S. Dearborn Street
Chicago, IL 60604


Clerk of the Court
District of Indiana, Northern District
Fort Wayne Division
United States District Court
1300 S. Harrison Street
Fort Wayne, IN 46802

Clerk of the Court
District of Texas, Northern District
United States Courthouse
501 West 10th Street, Room 401
Fort Worth, Texas 76102-3673


Clerk of the Court
Southern District of Florida
United States District Court
Wilkie D. Ferguson, Jr. U.S. Courthouse
400 North Miami Avenue
Miami, FL 33128


Clerk of the Court
District of West Virginia, Southern District
United States District Court
Robert C. Byrd United States Courthouse
300 Virginia Street, East, Suite 2400
Charleston, WV 25301


Clerk of the Court
District of North Carolina, Western District
United States District Court
Charles R. Jonas Federal Buliding
401 West Trade Street
Charlotte , NC 28202

**Counsel of Record Served via Electronic Mail for the following cases:**

**JASMYNE GRAMZA v. MERCK, ET AL.**
2:20-cv-01425-DLR

Attorney for Plaintiff Jasmyne Gramza

Bijan Esfandiari
Michael L. Baum
BAUM, HEDLUND, ARISTEI, & GOLDMAN, P.C.
10940 Wilshire Blvd., Suite 1600
Los Angeles, CA  90024
Telephone:  (310) 207-3233
Facsimile:  (310) 820-7444
Email: besfandiari@baumhedlundlaw.com
Email: mbaum@baumhedlundlaw.com

Attorney for Defendants Merck & Co., Inc. and Merck Sharp & Dohme Corp.

Allyson M Julien
Elizabeth Burnett Farrington
Rami N Fakhouri
Goldman Ismael Tomaselli Brennan & Baum LLP
200 S Wacker Drive, 22nd Floor
Chicago, IL 60606
Telephone: 312-881-5968
Facsimile: 312-881-5026
Email: ajulien@goldmanismail.com
Email: bfarrington@goldmanismail.com
Email: rfakhouri@goldmanismail.com

Christina Lee Gaarder
Dino Santo Sangiamo
Sally Wiest Bryan
Venable LLP
750 E Pratt Street, Suite 900
Baltimore, MD 21202
Telephone: 410-244-7400
Facsimile: 410-244-7742
Email: clgaarder@venable.com
Email: dssangiamo@venable.com
Email: sbryan@venable.com

Deanne Lynne Miller
Nicolette Leilani Young
Morgan Lewis & Bockius LLP - Los Angeles, CA
300 S Grand Avenue, 22nd Floor
Los Angeles, CA 90017
Telephone: 213-612-2536
Facsimile: 213-612-2501
Email: deanne.miller@morganlewis.com
Email: nicolette.young@morganlewis.com

Lisa C Dykstra
Morgan Lewis & Bockius LLP -
Philadelphia, PA 1701 Market Street
Philadelphia, PA 19103-2721
Telephone: 215-963-5699
Email: lisa.dykstra@morganlewis.com

Foster Robberson
Jennifer Soo Jung Lee-Cota
Lewis Roca Rothgerber Christie LLP - Phoenix Office
201 E Washington Street, Suite 1200
Phoenix, AZ 85004
Telephone: 602-262-5311
Facsimile: 602-734-3856
Email: frobberson@lewisroca.com
Email: JLee-Cota@LRRC.com


**JULIA BALASCO v. MERCK, ET AL.**
1:20-cv-00364-MSM-PAS

Attorney for Plaintiff Julia Balasco

Christopher E Hultquist
Hultquist Law, P.C
56 Pine Street, Suite 200
Providence, RI 02882
Telephone: 401-383-6650
Facsimile: 401-274-2780
Email: hultquistlaw@gmail.com

Robert F. Kennedy, Jr.
RFKJR Esq
38 Dewitt Mills Road
Hurley, NY 12443
Telephone: (845) 481-2622
Facsimile: (845) 230-3111
Email: rfkl954@gmail.com


Attorney for Defendants Merck & Co., Inc. and Merck Sharp & Dohme Corp.

Paul E. Dwyer
McElroy, Deutsch, Mulvaney & Carpenter, LLP
117 Metro Center Boulevard, Suite 1004
Warwick, RI 02886
Telephone: 401-298-9010
Email: pdwyer@mdmc-law.com

Deanne Lynne Miller
Nicolette Leilani Young
Morgan Lewis & Bockius LLP - Los Angeles, CA
300 S Grand Avenue, 22nd Floor
Los Angeles, CA 90017
Telephone: 213-612-2536
Facsimile: 213-612-2501
Email: deanne.miller@morganlewis.com
Email: nicolette.young@morganlewis.com

Lisa C Dykstra
Morgan Lewis & Bockius LLP - Philadelphia, PA
1701 Market Street
Philadelphia, PA 19103-2721
Telephone: 215-963-5699
Email: lisa.dykstra@morganlewis.com

Dino S. Sangiamo
John A. McCauley
Venable LLP
750 E. Pratt Street, Suite 900
Baltimore, MD 21202
Telephone: 410-244-7679
Facsimile: 410-244-7742
Email: dssangiamo@Venable.com
Email: jamccauley@venable.com

**SAHARAH WALKER v. MERCK, ET AL.**
3:20-cv-01048-jdp

Attorney for Defendants Merck & Co., Inc. and Merck Sharp & Dohme Corp.

Allen C. Schlinsog , Jr.
Reinhart Boemer Van Deuren S.C.
P.O. Box 2965
Milwaukee, WI 53201
Telephone: 414-298-1000
Facsimile:414-298-8097
Email: aschlins@reinhartlaw.com

Allyson Miller Julien
Goldman Ismail Tomaselli Brennan & Baum LLP
200 S. Wacker Drive, 22nd Floor
Chicago, IL 60606
Telephone: 312-881-5968
Email: ajulien@goldmanismail.com

Christina Lee Gaarder
Sally Wiest Bryan
Venable LLP
750 E. Pratt Street, Suite 900
Baltimore, MD 21202
Telephone: 410-244-7681
Facsimile: 410-244-7742
Email: clgaarder@venable.com
Email: sbryan@venable.com

Deanne Lynne Miller
Nicolette Leilani Young
Morgan Lewis & Bockius LLP - Los Angeles, CA
300 S Grand Avenue, 22nd Floor
Los Angeles, CA 90017
Telephone: 213-612-2536
Facsimile: 213-612-2501
Email: deanne.miller@morganlewis.com
Email: nicolette.young@morganlewis.com

Lisa C Dykstra
Morgan Lewis & Bockius LLP - Philadelphia, PA
1701 Market Street
Philadelphia, PA 19103-2721
Telephone: 215-963-5699
Email: lisa.dykstra@morganlewis.com

Monica Ann Mark
Reinhart Boemer Van Deuren, SC
22 East Mifflin Street, Suite 700
Madison, WI 53703
Telephone: 608-229-2200
Facsimile: 608-229-2100
Email: mmark@reinhartlaw.com


**MICHAEL A. COLBATH v. MERCK, ET AL.**
3:21-cv-120-TJW-DEB

Attorney for Defendants Merck & Co., Inc. and Merck Sharp & Dohme Corp.

Allyson Miller Julien
Elizabeth Burnett Farrington
Goldman Ismail Tomaselli Brennan & Baum
200 South Wacker Drive, 22nd Floor
Chicago, IL 60606
Telephone: 312-681-6000
Email: ajulien@goldmanismail.com
Email: bfarrington@goldmanismail.com

Nicole Norma King
Venable LLP
2049 Century Park East, Suite 2300
Los Angeles, CA 90067
Telephone: 310-229-0427
Facsimile: 310-229-9901
Email: NNKing@venable.com

Deanne Lynne Miller
Nicolette Leilani Young
Morgan Lewis & Bockius LLP - Los Angeles, CA
300 S Grand Avenue, 22nd Floor
Los Angeles, CA 90017
Telephone: 213-612-2536
Facsimile: 213-612-2501
Email: deanne.miller@morganlewis.com
Email: nicolette.young@morganlewis.com


**SAVANNAH FLORES v. MERCK, ET AL.**
3:21-cv-00166-HDM-CL

Attorney for Plaintiff Savannah Flores

Melanie A. Hill
Melanie Hill Law PLLC
1925 Village Center Circle, Suite 150
Las Vegas, NV 89134
Telephone: 702-362-8500
Facsimile: 702-362-8505
Email: Melanie@MelanieHillLaw.com

Robert F. Kennedy, Jr.
RFKJR Esq
38 Dewitt Mills Road
Hurley, NY 12443
Telephone: (845) 481-2622
Facsimile: (845) 230-3111
Email: rfkl954@gmail.com

Attorney for Defendants Merck & Co., Inc. and Merck Sharp & Dohme Corp.

Allyson Miller Julien
Elizabeth Burnett Farrington
Goldman Ismail
200 S. Wacker Drive, 22nd Floor
Chicago, IL 60606
Telephone: 312-681-6000
Email: ajulien@goldmanismail.com
Email: bfarrington@goldmanismail.com

Christina Lee Gaarder
Venable LLP
750 East Pratt Street, Suite 900
Baltimore, MD 21202
Telephone: 410-244-7400
Facsimile: 410-244-7742
Email: clgaarder@venable.com

J Christopher Jorgensen
Lewis Roca Rothgerber Christie LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169
Telephone: 702-949-8200
Facsimile: 702-949-8398
Email: cjorgensen@lewisroca.com

**ABIGAIL STRATTON v. MERCK, ET AL.**
2:21-cv-02211-RMG

Attorney for Plaintiff Abigail Stratton

Elizabeth Middleton Burke
Misty Black O'Neal
Rogers Patrick Westbrook and Brickman LLC
1037 Chuck Dawley Blvd, Bldg A
PO Box 1007 (29465)
Mount Pleasant, SC 29464
Telephone: 843-727-6659
Facsimile: 843-216-6509
Email: bburke@rpwb.com
Email: moneal@rpwb.com

Attorney for Defendants Merck & Co., Inc. and Merck Sharp & Dohme Corp.

Dino Santo Sangiamo
Venable LLP
750 E Pratt Street, Suite 900
Baltimore, MD 21202
Telephone: 410-244-7679
Email: dssangiamo@venable.com

Robert H Hood , Jr
Hood Law Firm
PO Box 1508
Charleston, SC 29402
Telephone: 843-577-4435
Facsimile: 843-722-1630
Email: bobbyjr.hood@hoodlaw.com

**CORINN MCELERNEY v. MERCK, ET AL.**
8:21-cv-01814-WFJ-AEP

Attorney for Plaintiff Corinn McElerney

Robert F. Kennedy, Jr.
RFKJR Esq
38 Dewitt Mills Road
Hurley, NY 12443
Telephone: (845) 481-2622
Facsimile: (845) 230-3111
Email: rfkl954@gmail.com

Attorney for Defendants Merck & Co., Inc. and Merck Sharp & Dohme Corp.

David J. Walz
Caycee Hampton
Carlton Fields, PA
4221 W Boy Scout Blvd, Suite 1000
Tampa, FL 33607
Telephone: 813/223-7000
Facsimile: 813/229-4133
Email: dwalz@carltonfields.com
Email: champton@carltonfields.com

**COOPER HUMPHRIES v. MERCK, ET AL.**
4:21-cv-04154-SLD-JEH

Attorney for Plaintiff Cooper Humphries

Jessica Wallace
SIRI & GLIMSTAD LLP
Seventeenth Floor
200 Park Avenue
New York, NY 10166
Telephone: 212-532-1091
Facsimile: 646-417-5967
Email: jwallace@sirillp.com

Miranda L Soucie
SPIROS LAW PC
2807 North Vermilion, Suite 3
Danville, IL 61832
Telephone: 217-443-4343
Facsimile:217-443-4545
Email: msoucie@spiroslaw.com

Attorney for Defendants Merck & Co., Inc. and Merck Sharp & Dohme Corp.

Jason J O'Rourke
Jenny L Juehring
LANE & WATERMAN LLP
220 N Main St, Suite 600
Davenport, IA 52801-1987
Telephone: 563-324-3246
Facsimile: 563-324-1616
Email: jorourke@l-wlaw.com
Email: jjuehring@l-wlaw.com

**ASHLEY DALTON v. MERCK, ET AL.**
5:21-CV-12324-JEL-CIJ

Attorney for Defendants Merck & Co., Inc. and Merck Sharp & Dohme Corp.

Edward Dumoulin
Elizabeth Burnett Farrington
Rami Naji Fakhouri
Goldman Ismail Tomaselli Brennan & Baum LLP
200 South Wacker Drive, Suite 22nd Floor
Chicago, IL 60606
Telephone: 312-881-5945
Email: edumoulin@goldmanismail.com
Email: bfarrington@goldmanismail.com
Email: rfakhouri@goldmanismail.com

Jill M. Wheaton
Dykema Gossett, PLLC
2723 S. State Street, Suite 400
Ann Arbor, MI 48104-6188
Telephone: 734-214-7660
Email: jwheaton@dykema.com

Kelly R. Houk
Dykema Gossett, PLLC
400 Reinaissance Center
Detroit, MI 48243
Telephone: 734-385-6033
Facsimile: 734-783-7302
Email: khouk@dykema.com

**ASHLEY MULLER v. MERCK, ET AL.**
3:21-cv-01335-MCR-HTC

Attorney for Defendants Merck & Co., Inc. and Merck Sharp & Dohme Corp.

Andrew Mckinnon Spencer
Jason Wade Peterson
Jeremy Chase Branning
Trevor A Thompson
Clark Partington - Pensacola
Po Box 13010
Pensacola, FL 32591
Telephone: 850-208-7080
Email: aspencer@clarkpartington.com
Email: jpeterson@clarkpartington.com
Email: jbranning@clarkpartington.com
Email: tthompson@clarkpartington.com

**EMMA SULLIVAN v. MERCK, ET AL.**
3:22-cv-00116-ZNQ-DEA

Attorneys for Plaintiff Emma Sullivan

Laura Feldman
Feldman Pinto LLC
30 South 15th Street, 15th floor
Philadelphia, PA 19102
Telephone: 215-546-2604
Email: lfeldman@feldmanpinto.com

Robert F. Kennedy, Jr.

RFKJR Esq
38 Dewitt Mills Road
Hurley, NY 12443
Telephone: (845) 481-2622
Facsimile: (845) 230-3111
Email: rfkl954@gmail.com

Attorney for Defendants Merck & Co., Inc. and Merck Sharp & Dohme Corp.

Karen A. Confoy
Steven J. Daroci
Fox Rothschild LLP, PC
Princeton Pike Corporate Center
997 Lenox Drive
Lawrenceville, NJ 08648-2311
Telephone: 609.844.3033
Facsimile: 609.896.1469
Email: kconfoy@foxrothschild.com
Email: sdaroci@foxrothschild.com

**RUBY SILVER v. MERCK, ET AL.**
8:2021-cv-02903-WFJ-AEP

Attorney for Plaintiff Ruby Silver

Robert F. Kennedy, Jr.
RFKJR Esq
38 Dewitt Mills Road
Hurley, NY 12443
Telephone: (845) 481-2622
Facsimile: (845) 230-3111
Email: rfkl954@gmail.com

Attorney for Defendants Merck & Co., Inc. and Merck Sharp & Dohme Corp.

Caycee Hampton
David J. Walz
Carlton Fields, PA
4221 W Boy Scout Blvd, Suite 1000
Tampa, FL 33607
Telephone: 813-229-4307
Email: champton@carltonfields.com
Email: dwalz@carltonfields.com

**SKYLEE BUTLER v. MERCK, ET AL.**
3:22-cv-10006-MGM

Attorney for Plaintiff Skylee Butler

John J. Roddy
Bailey & Glasser LLP
176 Federal Street, 5th Floor
Boston, MA 02110
Telephone: 617-439-6730
Facsimile: 617-951-3954
Email: jroddy@baileyglasser.com

**EDUARDO ATJIAN, II v. MERCK, ET AL.**
2:22-cv-01739-ABJ-RAO

Attorney for Plaintiff Eduardo Atjian

Anthony Albert Liberatore
A Liberatore Law Offices PC
100 Wilshire Boulevard Suite 700
Santa Monica, CA 90401
424-285-8550
Facsimile: 310-362-8810
Email: anthony@alpc-law.com

**PAYTON BERGIN v. MERCK, ET AL.**
3:22-cv-00117-RJC-DK

Attorney for Plaintiff Payton Bergin

Hillary Margaret Kies
L. Cooper Harrell
Allison Mullins
Mullins Duncan Harrell & Russell PLLC
300 N. Greene Street, Suite 2000
Greensboro, NC 27401
Telephone: 336-645-3322
Facsimile: 336-645-3330
Email: hkies@turningpointlit.com
Email: charrell@tumingpointlit.com
Email: amullins@turningpointlit.com

**MAESON DERR v. MERCK, ET AL.**
1:22-cv-00212-WLO-JEP

Attorney for Plaintiff Maeson Derr

Hillary Margaret Kies
L. Cooper Harrell
Allison Mullins
Mullins Duncan Harrell & Russell PLLC
300 N. Greene Street, Suite 2000
Greensboro, NC 27401
Telephone: 336-645-3322
Facsimile: 336-645-3330
Email: hkies@turningpointlit.com
Email: charrell@tumingpointlit.com
Email: amullins@turningpointlit.com

**SYDNEY M. FETTERS v. MERCK, ET AL.**
8:22-cv-00422-JVS-ADS

Attorney for Plaintiff Sydney Fetters

Anthony Albert Liberatore
A Liberatore Law Offices PC
100 Wilshire Boulevard Suite 700
Santa Monica, CA 90401
Telephone: 424-285-8550
Facsimile: 310-362-8810
Email: anthony@alpc-law.com

**KAMERON HILTON v. MERCK, ET AL.**
5:22-cv-00030-KDB-DK

Attorney for Plaintiff Kameron Hilton

Hillary Margaret Kies
L. Cooper Harrell
Allison Mullins
Mullins Duncan Harrell & Russell PLLC
300 N. Greene Street, Suite 2000
Greensboro, NC 27401
Telephone: 336-645-3322
Facsimile: 336-645-3330
Email: hkies@turningpointlit.com
Email: charrell@tumingpointlit.com
Email: amullins@turningpointlit.com

**MARK THOMAS, AS A NATURAL PARENT AND LEGAL GUARDIAN OF Z.T., A MINOR v. MERCK, ET AL.**
9:22-cv-80445-DMM


Attorney for Plaintiff Mark Thomas on behalf of Z.T.

Robert F. Kennedy, Jr.
RFKJR Esq
38 Dewitt Mills Road
Hurley, NY 12443
Telephone: (845) 481-2622
Facsimile: (845) 230-3111
Email: rfkl954@gmail.com

**JACOB D. LEVY v. MERCK, ET AL.**
8:22-cv-00431-JVS-JDE


Attorney for Plaintiff Jacob Levy

Anthony Albert Liberatore
A Liberatore Law Offices PC
100 Wilshire Boulevard Suite 700
Santa Monica, CA 90401
Telephone: 424-285-8550
Facsimile: 310-362-8810
Email: anthony@alpc-law.com


**DARBY HENDRIX v. MERCK, ET AL.**
1:22-cv-01171-JCJ


Attorney for Plaintiff Darby Hendrix

Christopher L. Coffin
Pendley, Baudin & Coffin, LLP
24110 Eden Street
Plaquemine, LA 70764
Telephone: 225-687-6396
Email: ccoffin@pbclawfirm.com

**KEN AND SHAUN WINGERTER, ON BEHALF OF THEIR MINOR CHILD, H.W v. MERCK, ET AL.**
1:22-cv-01178-ELR


Attorney for Plaintiffs Ken and Shaun Wingerter, on behalf of their minor child, H.W

Christopher L. Coffin
Tracy Lynn Turner
Pendley, Baudin & Coffin, LLP
24110 Eden Street
Plaquemine, LA 70764
Telephone: 504-355-0086
Facsimile: 504-355-0089
Email: ccoffin@pbclawfirm.com
Email: tturner@pbclawfirm.com

**JESSICA RAYMER v. MERCK, ET AL.**
1:22-cv-01643-SLE-JC


Attorney for Plaintiff Jessica Raymer

Christopher L. Coffin
Tracy Lynn Turner
Pendley, Baudin & Coffin, LLP
24110 Eden Street
Plaquemine, LA 70764
Telephone: 504-355-0086
Facsimile: 504-355-0089
Email: ccoffin@pbclawfirm.com
Email: tturner@pbclawfirm.com

**NALON A. SOILEAU v. MERCK, ET AL.**
3:22-cv-00210-BAJ-EWD


Attorney for Plaintiff Nalon Soileau

Jessica Ann Perez
Pendley, Baudin & Coffin, LLP
24110 Eden Street
Plaquemine, LA 70764
Telephone: 225-687-6396
Facsimile: 225-687-6398
Email: jperez@pbclawfirm.com

**MADELINE A. COUNTS v. MERCK, ET AL.**
4:22-cv-00241-MTP


Attorney for Plaintiff Madeline Counts

Emily Catherine Jeffcott
Morgan & Morgan
700 S Palafox St #95
Pensacola, FL 32502
Telephone: (850) 316-9100
Email: ejeffcott@forthepeople.com

**ELIZABETH LANDERS, on behalf of her minor child, I.L. v. MERCK, ET AL.**
2:22-cv-00160-JRG

Attorney for Plaintiff Elizabeth Landers on behalf of her minor child I.L.

MARK E. TROY, ESQ.
WV Bar ID No. 6678
MORGAN & MORGAN, P.A.
222 Capitol Street, Suite 200A
Charleston, WV 25301
Telephone: (304) 345-1122
Facsimile: (304) 414-5692
mtroy@forthepeople.com


Paul J. Pennock (Application for pro hac vice admission to be file)
Jonathan M. Sedgh (Application for pro hac vice admission to be file)
MORGAN & MORGAN, P.A.
850 3rd Ave, Suite 402
Brooklyn, NY 11232
Telephone: (212) 738-6839
Facsimile: (407) 245-3384
ppennock@forthepeople.com
jsedgh@forthepeople.com

**TANJA AND SCOTT WAGNER, on behalf of their child, S.W. v. MERCK, ET AL.**
1:22-cv-01717-EEB-SRH

Attorney for Plaintiff Tanja and Scott Wagner, on behalf of their child S.W.

Tracy L. Turner (Ohio Bar No. 0069927)
Christopher L. Coffin (to be admitted pro hac vice)
Jessica Perez Reynolds (to be admitted pro hac vice)
Pendley, Baudin & Coffin, LLP
24110 Eden Street
Plaquemine, LA 70764
Telephone: (225) 687-6396
Facsimile: (225) 687-6398
Email: tturner@pbclawfirm.com
Email: ccoffin@pbclawfirm.com
Email: jreynolds@pbclawfirm.com

**JEFFREY K. HODDICK v. MERCK, ET AL.**
1:22-cv-00144-DKW-WRP

Attorney for Plaintiff Jeffrey K. Hoddick

MARGERY S. BRONSTER 4750
ROBERT M. HATCH 7724
BRONSTER FUJICHAKU ROBBINS, A Law Corporation
1003 Bishop Street, Suite 2300
Honolulu, Hawai'i 96813
Telephone: (808) 524-5644
Facsimile: (808) 599-1881
E-mail: mbronster@bfrhawaii.com
Email: rhatch@bfrhawaii.com

**KRISTA L. LANDERS v. MERCK, ET AL.**
1:22-cv-01696-TMD

Attorney for Plaintiff Krista L. Landers

Tracy L. Turner (Ohio Bar No. 0069927)
Christopher L. Coffin (Pro Hac Vice to be filed)
Pendley, Baudin & Coffin, LLP
24110 Eden Street
Plaquemine, LA 70764
Telephone: (225) 687-6396
Facsimile: (225) 687-6398
Email: tturner@pbclawfirm.com
Email: ccoffin@pbclawfirm.com

**MADELYN R. LIPSCOMB v. MERCK, ET AL.**
1:22-cv-00116-HAB-SLC

Attorney for Plaintiff Madelyn Lipscomb

Tracy L. Turner (Ohio Bar No. 0069927)
Christopher L. Coffin (to be admitted pro hac vice)
Jessica Perez Reynolds (to be admitted pro hac vice)
Pendley, Baudin & Coffin, LLP
24110 Eden Street
Plaquemine, LA 70764
Telephone: (225) 687-6396
Facsimile: (225) 687-6398
Email: tturner@pbclawfirm.com
Email: ccoffin@pbclawfirm.com
Email: jreynolds@pbclawfirm.com

## Served via First Class Mail (Counsel has not yet appeared):

**SKYLEE BUTLER v. MERCK, ET AL.**
3:22-cv-10006-MGM

Defendants Merck & Co., Inc. and Merck Sharp & Dohme Corp.

Registered Agent for Service of Process:
CT Corp
820 Bear Tavern Road
Trenton NJ 08628

**ADRIANA MERINO v. MERCK, ET AL.**
2:22-cv-00398-MHB

Defendants Merck & Co., Inc. and Merck Sharp & Dohme Corp.

Registered Agent for Service of Process:
CT Corp
820 Bear Tavern Road
Trenton NJ 08628

**EDUARDO ATJIAN, II v. MERCK, ET AL.**
2:22-cv-01739-ABJ-RAO

Defendants Merck & Co., Inc. and Merck Sharp & Dohme Corp.

Registered Agent for Service of Process:
CT Corp
820 Bear Tavern Road
Trenton NJ 08628

**PAYTON BERGIN v. MERCK, ET AL.**
3:22-cv-00117-RJC-DK

Defendants Merck & Co., Inc. and Merck Sharp & Dohme Corp.

Registered Agent for Service of Process:
CT Corp
820 Bear Tavern Road
Trenton NJ 08628

**MAESON DERR v. MERCK, ET AL.**
1:22-cv-00212-WLO-JEP

Defendants Merck & Co., Inc. and Merck Sharp & Dohme Corp.

Registered Agent for Service of Process:
CT Corp
820 Bear Tavern Road
Trenton NJ 08628

**SYDNEY M. FETTERS v. MERCK, ET AL.**
8:22-cv-00422-JVS-ADS

Defendants Merck & Co., Inc. and Merck Sharp & Dohme Corp.

Registered Agent for Service of Process:
CT Corp
820 Bear Tavern Road
Trenton NJ 08628

**KAMERON HILTON v. MERCK, ET AL.**
5:22-cv-00030-KDB-DK


Defendants Merck & Co., Inc. and Merck Sharp & Dohme Corp.

Registered Agent for Service of Process:
CT Corp
820 Bear Tavern Road
Trenton NJ 08628

**MARK THOMAS, AS A NATURAL PARENT AND LEGAL GUARDIAN OF Z.T., A MINOR v. MERCK, ET AL.**
9:22-cv-80445-DMM


Defendants Merck & Co., Inc. and Merck Sharp & Dohme Corp.

Registered Agent for Service of Process:
CT Corp
820 Bear Tavern Road
Trenton NJ 08628


**ALLEN VELA AND EDNA BARBA, AS PARENTS OF AND ON BEHALF OF THEIR MINOR CHILD, J.V. v. MERCK, ET AL.**
2:22-cv-00420-SPL


Defendants Merck & Co., Inc. and Merck Sharp & Dohme Corp.

Registered Agent for Service of Process:
CT Corp
820 Bear Tavern Road
Trenton NJ 08628

**JACOB D. LEVY v. MERCK, ET AL.**
8:22-cv-00431-JVS-JDE


Defendants Merck & Co., Inc. and Merck Sharp & Dohme Corp.

Registered Agent for Service of Process:
CT Corp
820 Bear Tavern Road
Trenton NJ 08628

**DARBY HENDRIX v. MERCK, ET AL.**
1:22-cv-01171-JCJ

Defendants Merck & Co., Inc. and Merck Sharp & Dohme Corp.

Registered Agent for Service of Process:
CT Corp
820 Bear Tavern Road
Trenton NJ 08628

**KEN AND SHAUN WINGERTER, ON BEHALF OF THEIR MINOR CHILD, H.W v. MERCK, ET AL.**
1:22-cv-01178-ELR

Defendants Merck & Co., Inc. and Merck Sharp & Dohme Corp.

Registered Agent for Service of Process:
CT Corp
820 Bear Tavern Road
Trenton NJ 08628

**JESSICA RAYMER v. MERCK, ET AL.**
1:22-cv-01643-SLE-JC

Defendants Merck & Co., Inc. and Merck Sharp & Dohme Corp.

Registered Agent for Service of Process:
CT Corp
820 Bear Tavern Road
Trenton NJ 08628

**NALON A. SOILEAU v. MERCK, ET AL.**
3:22-cv-00210-BAJ-EWD

Defendants Merck & Co., Inc. and Merck Sharp & Dohme Corp.

Registered Agent for Service of Process:
CT Corp
820 Bear Tavern Road
Trenton NJ 08628

**MADELINE A. COUNTS v. MERCK, ET AL.**
4:22-cv-00241-MTP


Defendants Merck & Co., Inc. and Merck Sharp & Dohme Corp.

Registered Agent for Service of Process:
CT Corp
820 Bear Tavern Road
Trenton NJ 08628

**ELIZABETH LANDERS, on behalf of her minor child, I.L. v. MERCK, ET AL.**
2:22-cv-00160-JRG

Defendants Merck & Co., Inc. and Merck Sharp & Dohme Corp.

Registered Agent for Service of Process:
CT Corp
820 Bear Tavern Road
Trenton NJ 08628



**TANJA AND SCOTT WAGNER, on behalf of their child, S.W. v. MERCK, ET AL.**
1:22-cv-01717-EEB-SRH

Defendants Merck & Co., Inc. and Merck Sharp & Dohme Corp.

Registered Agent for Service of Process:
CT Corp
820 Bear Tavern Road
Trenton NJ 08628

**JEFFREY K. HODDICK v. MERCK, ET AL.**
1:22-cv-00144-DKW-WRP

Defendants Merck & Co., Inc. and Merck Sharp & Dohme Corp.

Registered Agent for Service of Process:
CT Corp
820 Bear Tavern Road
Trenton NJ 08628

**KRISTA L. LANDERS v. MERCK, ET AL.**
1:22-cv-01696-TMD

Defendants Merck & Co., Inc. and Merck Sharp & Dohme Corp.

Registered Agent for Service of Process:
CT Corp
820 Bear Tavern Road
Trenton NJ 08628

**MADELYN R. LIPSCOMB v. MERCK, ET AL.**
1:22-cv-00116-HAB-SLC

Defendants Merck & Co., Inc. and Merck Sharp & Dohme Corp.

Registered Agent for Service of Process:
CT Corp
820 Bear Tavern Road
Trenton NJ 08628

**MADELYN R. MALLOY v. MERCK, ET AL.**
6:21-cv-00506-JDK

Defendants

Registered Agent for Service of Process:
CT Corp
820 Bear Tavern Road
Trenton NJ 08628

Dated:  May 20, 2022                          Respectfully submitted,

                                             /s/ Andrew Downing
                                             Andrew Downing
                                             VAN COTT & TALAMANTE, PLLC
                                             3030 N. Third Street, Suite 790
                                             Phoenix, Arizona 85012
                                             Telephone: (602) 257-9160
                                             Facsimile: (602) 257-9180
                                             adowning@vancotttalamante.com

                                             *Counsel for Plaintiffs Adriana Merino and*
                                             *Allen Vela and Edna Barba, as parents of*
                                             *and on behalf of their minor child, J.V.*