BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: GARDASIL PRODUCTS LIABILITY LITIGATION | MDL No. 3036 |

DECLARATION OF ALLYSON JULIEN IN SUPPORT OF DEFENDANTS'
OPPOSITION TO PLAINTIFFS' MOTION FOR
TRANSFER OF ACTIONS PURSUANT TO 28 U.S.C. § 1407

I, Allyson Julien, hereby declare:

1. I am an attorney at Goldman Ismail Tomaselli Brennan & Baum LLP. I represent Defendants Merck & Co., Inc. and Merck Sharp & Dohme Corp. ("Merck") in this matter. I submit this declaration in support of Defendants' Opposition to Plaintiffs' Motion for Transfer of Actions Pursuant to 28 U.S.C. § 1407.

2. I am over the age of 18 and competent to make this declaration. If called to testify as a witness in this matter, I could and would testify truthfully to each of the statements in this declaration.

3. Attached hereto as Exhibit A is a true and correct copy of Merck's Patient Information for Gardasil 9 (June 2020), https://www.fda.gov/media/90070/download.

4. Attached hereto as Exhibit B is a true and correct copy of sample Package Inserts for Gardasil and Gardasil 9, available at https://www.fda.gov/media/74350/download and https://www.fda.gov/media/90064/download.

5. Attached hereto as Exhibit C is a true and correct copy of a printout of the Centers for Disease Control and Prevention website page, *Human Papillomavirus (HPV) Vaccine* (Sept. 9, 2020), https://www.cdc.gov/vaccinesafety/vaccines/hpv-vaccine.html.

6. Attached hereto as Exhibit D is a true and correct copy of a printout of the Centers for Disease Control and Prevention website page, *Human Papillomavirus (HPV) Vaccination and Cancer Prevention* (Nov. 16, 2021), https://www.cdc.gov/vaccines/vpd/hpv/index.html.

7. Attached hereto as Exhibit E is a true and correct copy of a printout of the Centers for Disease Control and Prevention website page, *Reasons to Get HPV Vaccine* (Nov. 10, 2021), https://www.cdc.gov/hpv/parents/vaccine/six-reasons.html.

8. Attached hereto as Exhibit F is a true and correct copy of a printout of the World Health Organization website page, *Health Topics – Cervical cancer*, https://www.who.int/health-topics/cervical-cancer#tab=tab_1 (last viewed May 16, 2022).

9. Attached hereto as Exhibit G is a true and correct copy of an article by Jiayao Lei, et al., HPV Vaccination and the Risk of Invasive Cervical Cancer, The New England Journal of Medicine (2020).

10. Attached hereto as Exhibit H is a true and correct copy of an article by Susanne K. Kjaer, et al., Real-World Effectiveness of Human Papillomavirus Vaccination Against Cervical Cancer, Journal of the National Cancer Institute (2021).

11. Attached hereto as Exhibit I is a true and correct copy of an article by Milena Falcaro, et al., The effects of the national HPV vaccination programme in England, UK on cervical cancer and grade 3 intraepithelial neoplasia incidence: a register-bases observational study, The Lancet (2021).

12. Attached hereto as Exhibit J is a true and correct copy of an article by Tuomas Lehtinen, et al., Elimination of HPV–associated oropharyngeal cancers in Nordic countries, Preventative Medicine (2021).

13. Attached hereto as Exhibit K is a true and correct copy of an article by Tara Tabibi, et al., Human Papillomavirus Vaccination and Trends in Cervical Cancer Incidence and Mortality in the US, JAMA Pediatrics (2021).

14. Attached hereto as Exhibit L is a true and correct copy of an article by Abbey B. Berenson, et al., Association of Human Papillomavirus Vaccination With the Incidence of Squamous Cell Carcinomas of the Anus in the US, JAMA Oncology (2022).

15. Attached hereto as Exhibit M is a true and correct copy of The American College of Obstetricians and Gynecologists Jan. 21, 2021, News Release, Joint Statement on the Elimination of Human Papillomavirus (HPV), https://www.acog.org/news/news-releases/2021/01/joint-statement-on-the-elimination-of-human-papillomavirus-hpv.

16. Attached hereto as Exhibit N is a true and correct copy of the Centers for Disease Control and Prevention website page, *HPV Vaccination is Safe and Effective* (July 23, 2021), https://www.cdc.gov/hpv/parents/vaccinesafety.html.

17. Attached hereto as Exhibit O is a true and correct copy of the Food and Drug Administration website page, *Gardasil Vaccine Safety* (Aug. 20, 2009), https://www.fda.gov/vaccines-blood-biologics/safety-availability-biologics/gardasil-vaccine-safety.

18. Attached hereto as Exhibit P is a true and correct copy of *Balasco v. Merck & Co.*, No. 1:20-CV-00364 (D.R.I.), Dkt. No. 29.

19. Attached hereto as Exhibit Q is a true and correct copy of *Stratton v. Merck & Co.*, No. 2:21-CV-02211 (D.S.C.), Dkt. No. 29.

20. Attached hereto as Exhibit R is a true and correct copy of the slip copy opinion *Herlth v. Merck & Co., Inc.,* No. 3:21-cv-438 (JAM), 2022 WL 788669 (D. Conn. Mar. 15, 2022).

21. Attached hereto as Exhibit S is a true and correct copy of HarrisMartin's MDL Conference: Recalled Infant Formula and Gardasil, Conference Agenda, May 25, 2022, https://www.harrismartin.com/conferences/290/MDL_May2022/agenda/ (last visited May 20, 2022).

22. Attached hereto as Exhibit T is a true and correct copy of an article by Adam Nagourney, *A Kennedy's Crusade Against Covid Vaccines Anguishes Family and Friends*, The New York Times, Feb. 26, 2022.

*23*. Attached hereto as Exhibit U is a true and correct copy of an article by Jonathan Jarry M.Sc., *The Anti-Vaccine Propaganda of Robert F. Kennedy, Jr.*, Office for Science and Society – McGill University, April 16, 2021.

24. Attached hereto as Exhibit V is a true and correct copy of an article by Jennifer Jett, *Robert F. Kennedy Jr. is barred from Instagram over false coronavirus claims*, The New York Times, Feb. 11, 2021.

25. Attached hereto as Exhibit W is a true and correct copy of an article by Amelia M. Jamison, et al., Vaccine-related Advertising in the Facebook Ad Archive, Vaccine (2020).

26. Attached hereto as Exhibit X is a true and correct copy of a printout of the Children's Health Defense website page, *RFK, Jr.: Gardasil "The Science" Video and Other Facts* (May 15, 2019) https://childrenshealthdefense.org/news/rfk-jr-video-and-facts-about-gardasil/.

27. Attached hereto as Exhibit Y is a true and correct copy of a printout of the Centers for Disease Control and Prevention website page, *Adjuvants and Vaccines* (Aug. 14, 2020), https://www.cdc.gov/vaccinesafety/concerns/adjuvants.html.

28. Attached hereto as Exhibit Z is a true and correct copy of the Food and Drug Administration website page, *FDA Information on Gardasil – Presence of DNA Fragments*

*Expected, No Safety Risk* (Oct. 21, 2011), https://www.fda.gov/vaccines-blood-biologics/vaccines/fda-information-gardasil-presence-dna-fragments-expected-no-safety-risk#:~:text=The%20presence%20of%20DNA%20fragments,continue%20to%20outweigh%20its%20risks.

29. Attached hereto as Exhibit AA is a true and correct copy of the National Cancer Institute website page, *Despite Proven Safety of HPV Vaccines, More Parents Have Concerns* (Oct. 22, 2021), https://www.cancer.gov/news-events/cancer-currents-blog/2021/hpv-vaccine-parents-safety-concerns.

30. Attached hereto as Exhibit BB is a true and correct copy of the World Health Organization website page, *Ten threats to global health in 2019*, https://www.who.int/news-room/spotlight/ten-threats-to-global-health-in-2019.

31. Attached hereto as Exhibit CC is a true and correct copy of an excerpt of the Advisory Committee on Civil Rules, Meeting Agenda and Minutes, dated Nov. 1, 2018.

32. Attached hereto as Exhibit DD is a true and correct copy of the transcript of the May 12, 2022, Hearing in *Shain v. Merck & Co.,* No. 21-cv-35340, (Superior Court, Los Angeles County).

33. Attached hereto as Exhibit EE is a true and correct copy of the Health Resources & Services Administration, Data & Statistics, updated Nov. 1, 2021.

34. Attached hereto as Exhibit FF is a true and correct copy of the docket for *Counts v. Sec. of Health & Human Servs.*, No. 1:20-VV-01782 (Fed. Cl.).

35. 36. Attached hereto as Exhibit GG is a true and correct copy of the docket for *Fetters v. Sec. of Health & Human Servs.*, No. 1:21-VV-00928 (Fed. Cl.).

36. Attached hereto as Exhibit HH is a true and correct copy of *Gramza v. Merck & Co.*, No. 2:20-cv-01425-DLR (D. Ariz.), Dkt. No. 58.

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 20, 2022, in Chicago, Illinois.

*Allyson Julien*
Allyson Julien