# EXHIBIT B

**HIGHLIGHTS OF PRESCRIBING INFORMATION**
**These highlights do not include all the information needed to use GARDASIL safely and effectively. See full prescribing information for GARDASIL.**

**GARDASIL®**
**[Human Papillomavirus Quadrivalent (Types 6, 11, 16, and 18) Vaccine, Recombinant]**
**Suspension for intramuscular injection**
**Initial U.S. Approval: 2006**

-----------------------------INDICATIONS AND USAGE-----------------------------
GARDASIL is a vaccine indicated in girls and women 9 through 26 years of age for the prevention of the following diseases caused by Human Papillomavirus (HPV) types included in the vaccine:

- Cervical, vulvar, vaginal, and anal cancer caused by HPV types 16 and 18 (1.1)
- Genital warts (condyloma acuminata) caused by HPV types 6 and 11 (1.1)

And the following precancerous or dysplastic lesions caused by HPV types 6, 11, 16, and 18:

- Cervical intraepithelial neoplasia (CIN) grade 2/3 and Cervical adenocarcinoma *in situ* (AIS) (1.1)
- Cervical intraepithelial neoplasia (CIN) grade 1 (1.1)
- Vulvar intraepithelial neoplasia (VIN) grade 2 and grade 3 (1.1)
- Vaginal intraepithelial neoplasia (VaIN) grade 2 and grade 3 (1.1)
- Anal intraepithelial neoplasia (AIN) grades 1, 2, and 3 (1.1)

GARDASIL is indicated in boys and men 9 through 26 years of age for the prevention of the following diseases caused by HPV types included in the vaccine:

- Anal cancer caused by HPV types 16 and 18 (1.2)
- Genital warts (condyloma acuminata) caused by HPV types 6 and 11 (1.2)

And the following precancerous or dysplastic lesions caused by HPV types 6, 11, 16, and 18:

- Anal intraepithelial neoplasia (AIN) grades 1, 2, and 3. (1.2)

Limitations of GARDASIL Use and Effectiveness:

- GARDASIL does not eliminate the necessity for women to continue to undergo recommended cervical cancer screening. (1.3, 17)
- Recipients of GARDASIL should not discontinue anal cancer screening if it has been recommended by a health care provider. (1.3, 17)
- GARDASIL has not been demonstrated to provide protection against disease from vaccine and non-vaccine HPV types to which a person has previously been exposed through sexual activity. (1.3, 14.4, 14.5)
- GARDASIL is not intended to be used for treatment of active external genital lesions; cervical, vulvar, vaginal, and anal cancers; CIN; VIN; VaIN, or AIN. (1.3)
- GARDASIL has not been demonstrated to protect against diseases due to HPV types not contained in the vaccine. (1.3, 14.4, 14.5)

- Not all vulvar, vaginal, and anal cancers are caused by HPV, and GARDASIL protects only against those vulvar, vaginal, and anal cancers caused by HPV 16 and 18. (1.3)
- GARDASIL does not protect against genital diseases not caused by HPV. (1.3)
- Vaccination with GARDASIL may not result in protection in all vaccine recipients. (1.3)
- GARDASIL has not been demonstrated to prevent HPV-related CIN 2/3 or worse in women older than 26 years of age. (14.7)

----------------------DOSAGE AND ADMINISTRATION----------------------
0.5-mL suspension for intramuscular injection at the following schedule: 0, 2 months, 6 months. (2.1)

--------------------DOSAGE FORMS AND STRENGTHS--------------------

- 0.5-mL suspension for injection as a single-dose vial and prefilled syringe. (3, 11)

-----------------------------CONTRAINDICATIONS-----------------------------

- Hypersensitivity, including severe allergic reactions to yeast (a vaccine component), or after a previous dose of GARDASIL. (4, 11)

----------------------WARNINGS AND PRECAUTIONS----------------------

- Because vaccinees may develop syncope, sometimes resulting in falling with injury, observation for 15 minutes after administration is recommended. Syncope, sometimes associated with tonic-clonic movements and other seizure-like activity, has been reported following vaccination with GARDASIL. When syncope is associated with tonic-clonic movements, the activity is usually transient and typically responds to restoring cerebral perfusion by maintaining a supine or Trendelenburg position. (5.1)

-----------------------------ADVERSE REACTIONS-----------------------------
The most common adverse reaction was headache. Common adverse reactions (frequency of at least 1.0% and greater than AAHS control or saline placebo) are fever, nausea, dizziness; and injection-site pain, swelling, erythema, pruritus, and bruising. (6.1)

**To report SUSPECTED ADVERSE REACTIONS, contact Merck Sharp & Dohme Corp., a subsidiary of Merck & Co., Inc., at 1-877-888-4231 or VAERS at 1-800-822-7967 or www.vaers.hhs.gov.**

-----------------------------DRUG INTERACTIONS-----------------------------
GARDASIL may be administered concomitantly with RECOMBIVAX HB® (7.1) or with Menactra and Adacel. (7.2)

----------------------USE IN SPECIFIC POPULATIONS----------------------
Safety and effectiveness of GARDASIL have not been established in the following populations:

- Pregnant women. Women who receive GARDASIL during pregnancy are encouraged to contact Merck Sharp & Dohme Corp., a subsidiary of Merck & Co., Inc., at 1-877-888-4231. (8.1)
- Children below the age of 9 years. (8.4)
- Immunocompromised individuals. Response to GARDASIL may be diminished. (8.6)

**See 17 for PATIENT COUNSELING INFORMATION and FDA-approved patient labeling.**

**Revised: 04/2015**

---

**FULL PRESCRIBING INFORMATION: CONTENTS\***

**1   INDICATIONS AND USAGE**
   1.1   Girls and Women
   1.2   Boys and Men
   1.3   Limitations of GARDASIL Use and Effectiveness
**2   DOSAGE AND ADMINISTRATION**
   2.1   Dosage
   2.2   Method of Administration
**3   DOSAGE FORMS AND STRENGTHS**
**4   CONTRAINDICATIONS**
**5   WARNINGS AND PRECAUTIONS**
   5.1   Syncope
   5.2   Managing Allergic Reactions

**6   ADVERSE REACTIONS**
   6.1   Clinical Trials Experience
   6.2   Postmarketing Experience
**7   DRUG INTERACTIONS**
   7.1   Use with RECOMBIVAX HB
   7.2   Use with Menactra and Adacel
   7.3   Use with Hormonal Contraceptives
   7.4   Use with Systemic Immunosuppressive Medications
**8   USE IN SPECIFIC POPULATIONS**
   8.1   Pregnancy
   8.3   Nursing Mothers
   8.4   Pediatric Use
   8.5   Geriatric Use
   8.6   Immunocompromised Individuals

10 OVERDOSAGE
11 DESCRIPTION
12 CLINICAL PHARMACOLOGY
  12.1 Mechanism of Action
13 NONCLINICAL TOXICOLOGY
  13.1 Carcinogenesis, Mutagenesis, Impairment of Fertility
14 CLINICAL STUDIES
  14.1 Prophylactic Efficacy – HPV Types 6, 11, 16, and 18 in Girls and Women 16 through 26 Years of Age
  14.2 Prophylactic Efficacy – HPV Types 6, 11, 16, and 18 in Boys and Men 16 through 26 Years of Age
  14.3 Prophylactic Efficacy – Anal Disease Caused by HPV Types 6, 11, 16, and 18 in Boys and Men 16 through 26 Years of Age in the MSM Sub-study
  14.4 Population Impact in Girls and Women 16 through 26 Years of Age
  14.5 Population Impact in Boys and Men 16 through 26 Years of Age
  14.6 Overall Population Impact
  14.7 Studies in Women 27 through 45 Years of Age
  14.8 Immunogenicity
  14.9 Long-Term Follow-Up Studies
  14.10 Studies with RECOMBIVAX HB [hepatitis B vaccine (recombinant)]
  14.11 Studies with Menactra [Meningococcal (Groups A, C, Y and W-135) Polysaccharide Diphtheria Toxoid Conjugate Vaccine] and Adacel [Tetanus Toxoid, Reduced Diphtheria Toxoid and Acellular Pertussis Vaccine Adsorbed (Tdap)]
16 HOW SUPPLIED/STORAGE AND HANDLING
17 PATIENT COUNSELING INFORMATION

*Sections or subsections omitted from the full prescribing information are not listed.

---

## FULL PRESCRIBING INFORMATION

## 1   INDICATIONS AND USAGE

### 1.1   Girls and Women

GARDASIL® is a vaccine indicated in girls and women 9 through 26 years of age for the prevention of the following diseases caused by Human Papillomavirus (HPV) types included in the vaccine:
- Cervical, vulvar, vaginal, and anal cancer caused by HPV types 16 and 18
- Genital warts (condyloma acuminata) caused by HPV types 6 and 11

And the following precancerous or dysplastic lesions caused by HPV types 6, 11, 16, and 18:
- Cervical intraepithelial neoplasia (CIN) grade 2/3 and Cervical adenocarcinoma *in situ* (AIS)
- Cervical intraepithelial neoplasia (CIN) grade 1
- Vulvar intraepithelial neoplasia (VIN) grade 2 and grade 3
- Vaginal intraepithelial neoplasia (VaIN) grade 2 and grade 3
- Anal intraepithelial neoplasia (AIN) grades 1, 2, and 3

### 1.2   Boys and Men

GARDASIL is indicated in boys and men 9 through 26 years of age for the prevention of the following diseases caused by HPV types included in the vaccine:
- Anal cancer caused by HPV types 16 and 18
- Genital warts (condyloma acuminata) caused by HPV types 6 and 11

And the following precancerous or dysplastic lesions caused by HPV types 6, 11, 16, and 18:
- Anal intraepithelial neoplasia (AIN) grades 1, 2, and 3

### 1.3   Limitations of GARDASIL Use and Effectiveness

The health care provider should inform the patient, parent, or guardian that vaccination does not eliminate the necessity for women to continue to undergo recommended cervical cancer screening. Women who receive GARDASIL should continue to undergo cervical cancer screening per standard of care. *[See Patient Counseling Information (17).]*

Recipients of GARDASIL should not discontinue anal cancer screening if it has been recommended by a health care provider. *[See Patient Counseling Information (17).]*

GARDASIL has not been demonstrated to provide protection against disease from vaccine and non-vaccine HPV types to which a person has previously been exposed through sexual activity. *[See Clinical Studies (14.4, 14.5).]*

GARDASIL is not intended to be used for treatment of active external genital lesions; cervical, vulvar, vaginal, and anal cancers; CIN; VIN; VaIN; or AIN.

GARDASIL has not been demonstrated to protect against diseases due to HPV types not contained in the vaccine. *[See Clinical Studies (14.4, 14.5).]*

Not all vulvar, vaginal, and anal cancers are caused by HPV, and GARDASIL protects only against those vulvar, vaginal, and anal cancers caused by HPV 16 and 18.

GARDASIL does not protect against genital diseases not caused by HPV.

Vaccination with GARDASIL may not result in protection in all vaccine recipients.

GARDASIL has not been demonstrated to prevent HPV-related CIN 2/3 or worse in women older than 26 years of age. *[See Clinical Studies (14.7).]*

## 2    DOSAGE AND ADMINISTRATION

### 2.1   Dosage

GARDASIL should be administered intramuscularly as a 0.5-mL dose at the following schedule: 0, 2 months, 6 months. *[See Clinical Studies (14.8).]*

### 2.2   Method of Administration

For intramuscular use only.

Shake well before use. Thorough agitation immediately before administration is necessary to maintain suspension of the vaccine. GARDASIL should not be diluted or mixed with other vaccines. After thorough agitation, GARDASIL is a white, cloudy liquid. Parenteral drug products should be inspected visually for particulate matter and discoloration prior to administration. Do not use the product if particulates are present or if it appears discolored.

GARDASIL should be administered intramuscularly in the deltoid region of the upper arm or in the higher anterolateral area of the thigh.

Syncope has been reported following vaccination with GARDASIL and may result in falling with injury; observation for 15 minutes after administration is recommended. *[See Warnings and Precautions (5.1).]*

*Single-Dose Vial Use*

Withdraw the 0.5-mL dose of vaccine from the single-dose vial using a sterile needle and syringe and use promptly.

*Prefilled Syringe Use*

This package does not contain a needle. Shake well before use. Attach the needle by twisting in a clockwise direction until the needle fits securely on the syringe. Administer the entire dose as per standard protocol.

## 3    DOSAGE FORMS AND STRENGTHS

GARDASIL is a suspension for intramuscular administration available in 0.5-mL single dose vials and prefilled syringes. See *Description (11)* for the complete listing of ingredients.

## 4    CONTRAINDICATIONS

Hypersensitivity, including severe allergic reactions to yeast (a vaccine component), or after a previous dose of GARDASIL. *[See Description (11).]*

## 5    WARNINGS AND PRECAUTIONS

### 5.1   Syncope

Because vaccinees may develop syncope, sometimes resulting in falling with injury, observation for 15 minutes after administration is recommended. Syncope, sometimes associated with tonic-clonic movements and other seizure-like activity, has been reported following vaccination with GARDASIL. When syncope is associated with tonic-clonic movements, the activity is usually transient and typically responds to restoring cerebral perfusion by maintaining a supine or Trendelenburg position.

### 5.2   Managing Allergic Reactions

Appropriate medical treatment and supervision must be readily available in case of anaphylactic reactions following the administration of GARDASIL.

## 6    ADVERSE REACTIONS

*Overall Summary of Adverse Reactions*

Headache, fever, nausea, and dizziness; and local injection site reactions (pain, swelling, erythema, pruritus, and bruising) occurred after administration with GARDASIL.

Syncope, sometimes associated with tonic-clonic movements and other seizure-like activity, has been reported following vaccination with GARDASIL and may result in falling with injury; observation for 15 minutes after administration is recommended. *[See Warnings and Precautions (5.1).]*

Anaphylaxis has been reported following vaccination with GARDASIL.

### 6.1   Clinical Trials Experience

Because clinical trials are conducted under widely varying conditions, adverse reaction rates observed in the clinical trials of a vaccine cannot be directly compared to rates in the clinical trials of another vaccine and may not reflect the rates observed in practice.

*Studies in Girls and Women (9 Through 45 Years of Age) and Boys and Men (9 Through 26 Years of Age)*

In 7 clinical trials (5 Amorphous Aluminum Hydroxyphosphate Sulfate [AAHS]-controlled, 1 saline placebo-controlled, and 1 uncontrolled), 18,083 individuals were administered GARDASIL or AAHS control or saline placebo on the day of enrollment, and approximately 2 and 6 months thereafter, and safety was evaluated using vaccination report cards (VRC)-aided surveillance for 14 days after each injection of GARDASIL or AAHS control or saline placebo in these individuals. The individuals who were monitored using VRC-aided surveillance included 10,088 individuals 9 through 45 years of age at enrollment who received GARDASIL and 7,995 individuals who received AAHS control or saline placebo. Few individuals (0.2%) discontinued due to adverse reactions. The race distribution of the 9- through 26-year-old girls and women in the safety population was as follows: 62.3% White; 17.6% Hispanic (Black and White); 6.8% Asian; 6.7% Other; 6.4% Black; and 0.3% American Indian. The race distribution of the 24- through 45-year-old women in the safety population of Study 6 was as follows: 20.6% White; 43.2% Hispanic (Black and White); 0.2% Other; 4.8% Black; 31.2% Asian; and 0.1% American Indian. The race distribution of the 9- through 26-year-old boys and men in the safety population was as follows: 42.0% White; 19.7% Hispanic (Black and White); 11.0% Asian; 11.2% Other; 15.9% Black; and 0.1% American Indian.

*Common Injection-Site Adverse Reactions in Girls and Women 9 Through 26 Years of Age*

The injection site adverse reactions that were observed among recipients of GARDASIL at a frequency of at least 1.0% and also at a greater frequency than that observed among AAHS control or saline placebo recipients are shown in Table 1.

**Table 1: Injection-Site Adverse Reactions in Girls and Women 9 Through 26 Years of Age\***

| Adverse Reaction<br>(1 to 5 Days Postvaccination) | GARDASIL<br>(N = 5088)<br>% | AAHS Control[†]<br>(N = 3470)<br>% | Saline<br>Placebo<br>(N = 320)<br>% |
|---|---|---|---|
| *Injection Site* | | | |
| Pain | 83.9 | 75.4 | 48.6 |
| Swelling | 25.4 | 15.8 | 7.3 |
| Erythema | 24.7 | 18.4 | 12.1 |
| Pruritus | 3.2 | 2.8 | 0.6 |
| Bruising | 2.8 | 3.2 | 1.6 |

\*The injection-site adverse reactions that were observed among recipients of GARDASIL were at a frequency of at least 1.0% and also at a greater frequency than that observed among AAHS control or saline placebo recipients.

[†]AAHS Control = Amorphous Aluminum Hydroxyphosphate Sulfate

*Common Injection-Site Adverse Reactions in Boys and Men 9 Through 26 Years of Age*

The injection site adverse reactions that were observed among recipients of GARDASIL at a frequency of at least 1.0% and also at a greater frequency than that observed among AAHS control or saline placebo recipients are shown in Table 2.

**Table 2: Injection-Site Adverse Reactions in Boys and Men 9 Through 26 Years of Age\***

| Adverse Reaction<br>(1 to 5 Days Postvaccination) | GARDASIL<br>(N = 3093)<br>% | AAHS Control[†]<br>(N = 2029)<br>% | Saline<br>Placebo<br>(N = 274)<br>% |
|---|---|---|---|
| *Injection Site* | | | |
| Pain | 61.4 | 50.8 | 41.6 |
| Erythema | 16.7 | 14.1 | 14.5 |
| Swelling | 13.9 | 9.6 | 8.2 |
| Hematoma | 1.0 | 0.3 | 3.3 |

*The injection-site adverse reactions that were observed among recipients of GARDASIL were at a frequency of at least 1.0% and also at a greater frequency than that observed among AAHS control or saline placebo recipients.
[†]AAHS Control = Amorphous Aluminum Hydroxyphosphate Sulfate

*Evaluation of Injection-Site Adverse Reactions by Dose in Girls and Women 9 Through 26 Years of Age*

An analysis of injection-site adverse reactions in girls and women by dose is shown in Table 3. Of those girls and women who reported an injection-site reaction, 94.3% judged their injection-site adverse reaction to be mild or moderate in intensity.

**Table 3: Postdose Evaluation of Injection-Site Adverse Reactions in Girls and Women 9 Through 26 Years of Age (1 to 5 Days Postvaccination)**

| Adverse Reaction | GARDASIL (% occurrence) | | | AAHS Control* (% occurrence) | | | Saline Placebo (% occurrence) | | |
|---|---|---|---|---|---|---|---|---|---|
| | Post-dose 1 N[†] = 5011 | Post-dose 2 N = 4924 | Post-dose 3 N = 4818 | Post-dose 1 N = 3410 | Post-dose 2 N = 3351 | Post-dose 3 N = 3295 | Post-dose 1 N = 315 | Post-dose 2 N = 301 | Post-dose 3 N = 300 |
| **Pain** | 63.4 | 60.7 | 62.7 | 57.0 | 47.8 | 49.6 | 33.7 | 20.3 | 27.3 |
| Mild/Moderate | 62.5 | 59.7 | 61.2 | 56.6 | 47.3 | 48.9 | 33.3 | 20.3 | 27.0 |
| Severe | 0.9 | 1.0 | 1.5 | 0.4 | 0.5 | 0.6 | 0.3 | 0.0 | 0.3 |
| **Swelling[‡]** | 10.2 | 12.8 | 15.1 | 8.2 | 7.5 | 7.6 | 4.4 | 3.0 | 3.3 |
| Mild/Moderate | 9.6 | 11.9 | 14.2 | 8.1 | 7.2 | 7.3 | 4.4 | 3.0 | 3.3 |
| Severe | 0.6 | 0.8 | 0.9 | 0.2 | 0.2 | 0.2 | 0.0 | 0.0 | 0.0 |
| **Erythema[‡]** | 9.2 | 12.1 | 14.7 | 9.8 | 8.4 | 8.9 | 7.3 | 5.3 | 5.7 |
| Mild/Moderate | 9.0 | 11.7 | 14.3 | 9.5 | 8.4 | 8.8 | 7.3 | 5.3 | 5.7 |
| Severe | 0.2 | 0.3 | 0.4 | 0.3 | 0.1 | 0.1 | 0.0 | 0.0 | 0.0 |

*AAHS Control = Amorphous Aluminum Hydroxyphosphate Sulfate
[†]N = Number of individuals with follow-up
[‡]Intensity of swelling and erythema was measured by size (inches): Mild = 0 to ≤1; Moderate = >1 to ≤2; Severe = >2.

*Evaluation of Injection-Site Adverse Reactions by Dose in Boys and Men 9 Through 26 Years of Age*

An analysis of injection-site adverse reactions in boys and men by dose is shown in Table 4. Of those boys and men who reported an injection-site reaction, 96.4% judged their injection-site adverse reaction to be mild or moderate in intensity.

**Table 4: Postdose Evaluation of Injection-Site Adverse Reactions in Boys and Men 9 Through 26 Years of Age (1 to 5 Days Postvaccination)**

| Adverse Reaction | GARDASIL (% occurrence) | | | AAHS Control* (% occurrence) | | | Saline Placebo (% occurrence) | | |
|---|---|---|---|---|---|---|---|---|---|
| | Post-dose 1 N[†] = 3003 | Post-dose 2 N = 2898 | Post-dose 3 N = 2826 | Post-dose 1 N = 1950 | Post-dose 2 N = 1854 | Post-dose 3 N = 1799 | Post-dose 1 N = 269 | Post-dose 2 N = 263 | Post-dose 3 N = 259 |
| **Pain** | 44.7 | 36.9 | 34.4 | 38.4 | 28.2 | 25.8 | 27.5 | 20.5 | 16.2 |
| Mild/Moderate | 44.5 | 36.4 | 34.1 | 37.9 | 28.2 | 25.5 | 27.5 | 20.2 | 16.2 |
| Severe | 0.2 | 0.5 | 0.3 | 0.4 | 0.1 | 0.3 | 0.0 | 0.4 | 0.0 |
| **Swelling[‡]** | 5.6 | 6.6 | 7.7 | 5.6 | 4.5 | 4.1 | 4.8 | 1.5 | 3.5 |
| Mild/Moderate | 5.3 | 6.2 | 7.1 | 5.4 | 4.5 | 4.0 | 4.8 | 1.5 | 3.1 |
| Severe | 0.2 | 0.3 | 0.5 | 0.2 | 0.0 | 0.1 | 0.0 | 0.0 | 0.4 |
| **Erythema[‡]** | 7.2 | 8.0 | 8.7 | 8.3 | 6.3 | 5.7 | 7.1 | 5.7 | 5.0 |
| Mild/Moderate | 6.8 | 7.7 | 8.3 | 8.0 | 6.2 | 5.6 | 7.1 | 5.7 | 5.0 |
| Severe | 0.3 | 0.2 | 0.3 | 0.2 | 0.1 | 0.1 | 0.0 | 0.0 | 0.0 |

*AAHS Control = Amorphous Aluminum Hydroxyphosphate Sulfate
[†]N = Number of individuals with follow-up
[‡]Intensity of swelling and erythema was measured by size (inches): Mild = 0 to ≤1; Moderate = >1 to ≤2; Severe = >2.

*Common Systemic Adverse Reactions in Girls and Women 9 Through 26 Years of Age*

Headache was the most commonly reported systemic adverse reaction in both treatment groups (GARDASIL = 28.2% and AAHS control or saline placebo = 28.4%). Fever was the next most commonly

reported systemic adverse reaction in both treatment groups (GARDASIL = 13.0% and AAHS control or saline placebo = 11.2%).

Adverse reactions that were observed among recipients of GARDASIL, at a frequency of greater than or equal to 1.0% where the incidence in the GARDASIL group was greater than or equal to the incidence in the AAHS control or saline placebo group, are shown in Table 5.

Table 5: Common Systemic Adverse Reactions in Girls and Women 9 Through 26 Years of Age
(GARDASIL ≥Control)*

| Adverse Reactions<br>(1 to 15 Days Postvaccination) | GARDASIL<br>(N = 5088)<br>% | AAHS Control[†] or Saline Placebo<br>(N = 3790)<br>% |
|---|---|---|
| Pyrexia | 13.0 | 11.2 |
| Nausea | 6.7 | 6.5 |
| Dizziness | 4.0 | 3.7 |
| Diarrhea | 3.6 | 3.5 |
| Vomiting | 2.4 | 1.9 |
| Cough | 2.0 | 1.5 |
| Toothache | 1.5 | 1.4 |
| Upper respiratory tract infection | 1.5 | 1.5 |
| Malaise | 1.4 | 1.2 |
| Arthralgia | 1.2 | 0.9 |
| Insomnia | 1.2 | 0.9 |
| Nasal congestion | 1.1 | 0.9 |

*The adverse reactions in this table are those that were observed among recipients of GARDASIL at a frequency of at least 1.0% and greater than or equal to those observed among AAHS control or saline placebo recipients.
[†]AAHS Control = Amorphous Aluminum Hydroxyphosphate Sulfate

*Common Systemic Adverse Reactions in Boys and Men 9 Through 26 Years of Age*

Headache was the most commonly reported systemic adverse reaction in both treatment groups (GARDASIL = 12.3% and AAHS control or saline placebo = 11.2%). Fever was the next most commonly reported systemic adverse reaction in both treatment groups (GARDASIL = 8.3% and AAHS control or saline placebo = 6.5%).

Adverse reactions that were observed among recipients of GARDASIL, at a frequency of greater than or equal to 1.0% where the incidence in the group that received GARDASIL was greater than or equal to the incidence in the AAHS control or saline placebo group, are shown in Table 6.

Table 6: Common Systemic Adverse Reactions in Boys and Men 9 Through 26 Years of Age
(GARDASIL ≥Control)*

| Adverse Reactions<br>(1 to 15 Days Postvaccination) | GARDASIL<br>(N = 3093)<br>% | AAHS Control[†] or Saline Placebo<br>(N = 2303)<br>% |
|---|---|---|
| Headache | 12.3 | 11.2 |
| Pyrexia | 8.3 | 6.5 |
| Oropharyngeal pain | 2.8 | 2.1 |
| Diarrhea | 2.7 | 2.2 |
| Nasopharyngitis | 2.6 | 2.6 |
| Nausea | 2.0 | 1.0 |
| Upper respiratory tract infection | 1.5 | 1.0 |
| Abdominal pain upper | 1.4 | 1.4 |
| Myalgia | 1.3 | 0.7 |
| Dizziness | 1.2 | 0.9 |
| Vomiting | 1.0 | 0.8 |

*The adverse reactions in this table are those that were observed among recipients of GARDASIL at a frequency of at least 1.0% and greater than or equal to those observed among AAHS control or saline placebo recipients.
[†]AAHS Control = Amorphous Aluminum Hydroxyphosphate Sulfate

*Evaluation of Fever by Dose in Girls and Women 9 Through 26 Years of Age*

An analysis of fever in girls and women by dose is shown in Table 7.

**Table 7: Postdose Evaluation of Fever in Girls and Women 9 Through 26 Years of Age**
**(1 to 5 Days Postvaccination)**

| Temperature (°F) | GARDASIL (% occurrence) | | | AAHS Control* or Saline Placebo (% occurrence) | | |
|---|---|---|---|---|---|---|
| | Postdose 1 N[†] = 4945 | Postdose 2 N = 4804 | Postdose 3 N = 4671 | Postdose 1 N = 3681 | Postdose 2 N = 3564 | Postdose 3 N = 3467 |
| ≥100 to <102 | 3.7 | 4.1 | 4.4 | 3.1 | 3.8 | 3.6 |
| ≥102 | 0.3 | 0.5 | 0.5 | 0.2 | 0.4 | 0.5 |

*AAHS Control = Amorphous Aluminum Hydroxyphosphate Sulfate
[†]N = Number of individuals with follow-up

*Evaluation of Fever by Dose in Boys and Men 9 Through 26 Years of Age*
An analysis of fever in boys and men by dose is shown in Table 8.

**Table 8: Postdose Evaluation of Fever in Boys and Men 9 Through 26 Years of Age**
**(1 to 5 Days Postvaccination)**

| Temperature (°F) | GARDASIL (% occurrence) | | | AAHS Control* or Saline Placebo (% occurrence) | | |
|---|---|---|---|---|---|---|
| | Postdose 1 N[†] = 2972 | Postdose 2 N = 2849 | Postdose 3 N = 2792 | Postdose 1 N = 2194 | Postdose 2 N = 2079 | Postdose 3 N = 2046 |
| ≥100 to <102 | 2.4 | 2.5 | 2.3 | 2.1 | 2.2 | 1.6 |
| ≥102 | 0.6 | 0.5 | 0.5 | 0.5 | 0.3 | 0.3 |

*AAHS Control = Amorphous Aluminum Hydroxyphosphate Sulfate
[†]N = Number of individuals with follow-up

*Serious Adverse Reactions in the Entire Study Population*
Across the clinical studies, 258 individuals (GARDASIL N = 128 or 0.8%; placebo N = 130 or 1.0%) out of 29,323 (GARDASIL N = 15,706; AAHS control N = 13,023; or saline placebo N = 594) individuals (9- through 45-year-old girls and women; and 9- through 26-year-old boys and men) reported a serious systemic adverse reaction.

Of the entire study population (29,323 individuals), 0.04% of the reported serious systemic adverse reactions were judged to be vaccine related by the study investigator. The most frequently (frequency of 4 cases or greater with either GARDASIL, AAHS control, saline placebo, or the total of all three) reported serious systemic adverse reactions, regardless of causality, were:
Headache [0.02% GARDASIL (3 cases) vs. 0.02% AAHS control (2 cases)],
Gastroenteritis [0.02% GARDASIL (3 cases) vs. 0.02% AAHS control (2 cases)],
Appendicitis [0.03% GARDASIL (5 cases) vs. 0.01% AAHS control (1 case)],
Pelvic inflammatory disease [0.02% GARDASIL (3 cases) vs. 0.03% AAHS control (4 cases)],
Urinary tract infection [0.01% GARDASIL (2 cases) vs. 0.02% AAHS control (2 cases)],
Pneumonia [0.01% GARDASIL (2 cases) vs. 0.02% AAHS control (2 cases)],
Pyelonephritis [0.01% GARDASIL (2 cases) vs. 0.02% AAHS control (3 cases)],
Pulmonary embolism [0.01% GARDASIL (2 cases) vs. 0.02% AAHS control (2 cases)].
One case (0.006% GARDASIL; 0.0% AAHS control or saline placebo) of bronchospasm; and 2 cases (0.01% GARDASIL; 0.0% AAHS control or saline placebo) of asthma were reported as serious systemic adverse reactions that occurred following any vaccination visit.

In addition, there was 1 individual in the clinical trials, in the group that received GARDASIL, who reported two injection-site serious adverse reactions (injection-site pain and injection-site joint movement impairment).

*Deaths in the Entire Study Population*
Across the clinical studies, 40 deaths (GARDASIL N = 21 or 0.1%; placebo N = 19 or 0.1%) were reported in 29,323 (GARDASIL N = 15,706; AAHS control N = 13,023, saline placebo N = 594) individuals (9- through 45-year-old girls and women; and 9- through 26-year-old boys and men). The events reported were consistent with events expected in healthy adolescent and adult populations. The most common cause of death was motor vehicle accident (5 individuals who received GARDASIL and 4 individuals who received AAHS control), followed by drug overdose/suicide (2 individuals who received GARDASIL and 6 individuals who received AAHS control), gunshot wound (1 individual who received GARDASIL and 3 individuals who received AAHS control), and pulmonary embolus/deep vein thrombosis (1 individual who

received GARDASIL and 1 individual who received AAHS control). In addition, there were 2 cases of sepsis, 1 case of pancreatic cancer, 1 case of arrhythmia, 1 case of pulmonary tuberculosis, 1 case of hyperthyroidism, 1 case of post-operative pulmonary embolism and acute renal failure, 1 case of traumatic brain injury/cardiac arrest, 1 case of systemic lupus erythematosus, 1 case of cerebrovascular accident, 1 case of breast cancer, and 1 case of nasopharyngeal cancer in the group that received GARDASIL; 1 case of asphyxia, 1 case of acute lymphocytic leukemia, 1 case of chemical poisoning, and 1 case of myocardial ischemia in the AAHS control group; and 1 case of medulloblastoma in the saline placebo group.

*Systemic Autoimmune Disorders in Girls and Women 9 Through 26 Years of Age*

In the clinical studies, 9- through 26-year-old girls and women were evaluated for new medical conditions that occurred over the course of follow-up. New medical conditions potentially indicative of a systemic autoimmune disorder seen in the group that received GARDASIL or AAHS control or saline placebo are shown in Table 9. This population includes all girls and women who received at least one dose of GARDASIL or AAHS control or saline placebo, and had safety data available.

**Table 9: Summary of Girls and Women 9 Through 26 Years of Age Who Reported an Incident Condition Potentially Indicative of a Systemic Autoimmune Disorder After Enrollment in Clinical Trials of GARDASIL, Regardless of Causality**

| Conditions | GARDASIL (N = 10,706) | AAHS Control* or Saline Placebo (N = 9412) |
|---|---|---|
| | n (%) | n (%) |
| Arthralgia/Arthritis/Arthropathy[†] | 120 (1.1) | 98 (1.0) |
| Autoimmune Thyroiditis | 4 (0.0) | 1 (0.0) |
| Celiac Disease | 10 (0.1) | 6 (0.1) |
| Diabetes Mellitus Insulin-dependent | 2 (0.0) | 2 (0.0) |
| Erythema Nodosum | 2 (0.0) | 4 (0.0) |
| Hyperthyroidism[‡] | 27 (0.3) | 21 (0.2) |
| Hypothyroidism[§] | 35 (0.3) | 38 (0.4) |
| Inflammatory Bowel Disease[¶] | 7 (0.1) | 10 (0.1) |
| Multiple Sclerosis | 2 (0.0) | 4 (0.0) |
| Nephritis[#] | 2 (0.0) | 5 (0.1) |
| Optic Neuritis | 2 (0.0) | 0 (0.0) |
| Pigmentation Disorder[Þ] | 4 (0.0) | 3 (0.0) |
| Psoriasis[ß] | 13 (0.1) | 15 (0.2) |
| Raynaud's Phenomenon | 3 (0.0) | 4 (0.0) |
| Rheumatoid Arthritis[à] | 6 (0.1) | 2 (0.0) |
| Scleroderma/Morphea | 2 (0.0) | 1 (0.0) |
| Stevens-Johnson Syndrome | 1 (0.0) | 0 (0.0) |
| Systemic Lupus Erythematosus | 1 (0.0) | 3 (0.0) |
| Uveitis | 3 (0.0) | 1 (0.0) |
| **All Conditions** | 245 (2.3) | 218 (2.3) |

*AAHS Control = Amorphous Aluminum Hydroxyphosphate Sulfate
[†]Arthralgia/Arthritis/Arthropathy includes the following terms: Arthralgia, Arthritis, Arthritis reactive, and Arthropathy
[‡]Hyperthyroidism includes the following terms: Basedow's disease, Goiter, Toxic nodular goiter, and Hyperthyroidism
[§]Hypothyroidism includes the following terms: Hypothyroidism and thyroiditis
[¶]Inflammatory bowel disease includes the following terms: Colitis ulcerative, Crohn's disease, and Inflammatory bowel disease
[#]Nephritis includes the following terms: Nephritis, Glomerulonephritis minimal lesion, Glomerulonephritis proliferative
[Þ]Pigmentation disorder includes the following terms: Pigmentation disorder, Skin depigmentation, and Vitiligo
[ß]Psoriasis includes the following terms: Psoriasis, Pustular psoriasis, and Psoriatic arthropathy
[à]Rheumatoid arthritis includes juvenile rheumatoid arthritis. One woman counted in the rheumatoid arthritis group reported rheumatoid arthritis as an adverse experience at Day 130.
N = Number of individuals enrolled
n = Number of individuals with specific new Medical Conditions
NOTE: Although an individual may have had two or more new Medical Conditions, the individual is counted only once within a category. The same individual may appear in different categories.

*Systemic Autoimmune Disorders in Boys and Men 9 Through 26 Years of Age*

In the clinical studies, 9- through 26-year-old boys and men were evaluated for new medical conditions that occurred over the course of follow-up. New medical conditions potentially indicative of a systemic autoimmune disorder seen in the group that received GARDASIL or AAHS control or saline placebo are

shown in Table 10. This population includes all boys and men who received at least one dose of GARDASIL or AAHS control or saline placebo, and had safety data available.

**Table 10: Summary of Boys and Men 9 Through 26 Years of Age Who Reported an Incident Condition Potentially Indicative of a Systemic Autoimmune Disorder After Enrollment in Clinical Trials of GARDASIL, Regardless of Causality**

| Conditions | GARDASIL (N = 3093) | AAHS Control* or Saline Placebo (N = 2303) |
|---|---|---|
| | n (%) | n (%) |
| Alopecia Areata | 2 (0.1) | 0 (0.0) |
| Ankylosing Spondylitis | 1 (0.0) | 2 (0.1) |
| Arthralgia/Arthritis/Reactive Arthritis | 30 (1.0) | 17 (0.7) |
| Autoimmune Thrombocytopenia | 1 (0.0) | 0 (0.0) |
| Diabetes Mellitus Type 1 | 3 (0.1) | 2 (0.1) |
| Hyperthyroidism | 0 (0.0) | 1 (0.0) |
| Hypothyroidism[†] | 3 (0.1) | 0 (0.0) |
| Inflammatory Bowel Disease[‡] | 1 (0.0) | 2 (0.1) |
| Myocarditis | 1 (0.0) | 1 (0.0) |
| Proteinuria | 1 (0.0) | 0 (0.0) |
| Psoriasis | 0 (0.0) | 4 (0.2) |
| Skin Depigmentation | 1 (0.0) | 0 (0.0) |
| Vitiligo | 2 (0.1) | 5 (0.2) |
| **All Conditions** | 46 (1.5) | 34 (1.5) |

*AAHS Control = Amorphous Aluminum Hydroxyphosphate Sulfate
[†]Hypothyroidism includes the following terms: Hypothyroidism and Autoimmune thyroiditis
[‡]Inflammatory bowel disease includes the following terms: Colitis ulcerative and Crohn's disease
N = Number of individuals who received at least one dose of either vaccine or placebo
n = Number of individuals with specific new Medical Conditions
NOTE: Although an individual may have had two or more new Medical Conditions, the individual is counted only once within a category. The same individual may appear in different categories.

*Safety in Concomitant Use with RECOMBIVAX HB[®] [hepatitis B vaccine (recombinant)] in Girls and Women 16 Through 23 Years of Age*

The safety of GARDASIL when administered concomitantly with RECOMBIVAX HB[®] [hepatitis B vaccine (recombinant)] was evaluated in an AAHS-controlled study of 1871 girls and women with a mean age of 20.4 years *[see Clinical Studies (14.10)]*. The race distribution of the study individuals was as follows: 61.6% White; 23.8% Other; 11.9% Black; 1.6% Hispanic (Black and White); 0.8% Asian; and 0.3% American Indian. The rates of systemic and injection-site adverse reactions were similar among girls and women who received concomitant vaccination as compared with those who received GARDASIL or RECOMBIVAX HB [hepatitis B vaccine (recombinant)].

*Safety in Concomitant Use with Menactra [Meningococcal (Groups A, C, Y and W-135) Polysaccharide Diphtheria Toxoid Conjugate Vaccine] and Adacel [Tetanus Toxoid, Reduced Diphtheria Toxoid and Acellular Pertussis Vaccine Adsorbed (Tdap)]*

The safety of GARDASIL when administered concomitantly with Menactra [Meningococcal (Groups A, C, Y and W-135) Polysaccharide Diphtheria Toxoid Conjugate Vaccine] and Adacel [Tetanus Toxoid, Reduced Diphtheria Toxoid and Acellular Pertussis Vaccine Adsorbed (Tdap)] was evaluated in a randomized study of 1040 boys and girls with a mean age of 12.6 years *[see Clinical Studies (14.11)]*. The race distribution of the study subjects was as follows: 77.7% White; 1.4% Multi-racial; 12.3% Black; 6.8% Hispanic (Black and White); 1.2% Asian; 0.4% American Indian, and 0.2% Indian.

There was an increase in injection-site swelling reported at the injection site for GARDASIL (concomitant = 10.9%, non-concomitant = 6.9%) when GARDASIL was administered concomitantly with Menactra and Adacel as compared to non-concomitant (separated by 1 month) vaccination. The majority of injection-site swelling adverse experiences were reported as being mild to moderate in intensity.

*Safety in Women 27 Through 45 Years of Age*

The adverse reaction profile in women 27 through 45 years of age was comparable to the profile seen in girls and women 9 through 26 years of age.

### 6.2   Postmarketing Experience

The following adverse events have been spontaneously reported during post-approval use of GARDASIL. Because these events were reported voluntarily from a population of uncertain size, it is not possible to reliably estimate their frequency or to establish a causal relationship to vaccine exposure.

Blood and lymphatic system disorders: Autoimmune hemolytic anemia, idiopathic thrombocytopenic purpura, lymphadenopathy.

Respiratory, thoracic and mediastinal disorders: Pulmonary embolus.

Gastrointestinal disorders: Nausea, pancreatitis, vomiting.

General disorders and administration site conditions: Asthenia, chills, death, fatigue, malaise.

Immune system disorders: Autoimmune diseases, hypersensitivity reactions including anaphylactic/anaphylactoid reactions, bronchospasm, and urticaria.

Musculoskeletal and connective tissue disorders: Arthralgia, myalgia.

Nervous system disorders: Acute disseminated encephalomyelitis, dizziness, Guillain-Barré syndrome, headache, motor neuron disease, paralysis, seizures, syncope (including syncope associated with tonic-clonic movements and other seizure-like activity) sometimes resulting in falling with injury, transverse myelitis.

Infections and infestations: cellulitis.

Vascular disorders: Deep venous thrombosis.

## 7   DRUG INTERACTIONS

### 7.1   Use with RECOMBIVAX HB

Results from clinical studies indicate that GARDASIL may be administered concomitantly (at a separate injection site) with RECOMBIVAX HB [hepatitis B vaccine (recombinant)] *[see Clinical Studies (14.10)]*.

### 7.2   Use with Menactra and Adacel

Results from clinical studies indicate that GARDASIL may be administered concomitantly (at a separate injection site) with Menactra [Meningococcal (Groups A, C, Y and W-135) Polysaccharide Diphtheria Toxoid Conjugate Vaccine] and Adacel [Tetanus Toxoid, Reduced Diphtheria Toxoid and Acellular Pertussis Vaccine Adsorbed (Tdap)] *[see Clinical Studies (14.11)]*.

### 7.3   Use with Hormonal Contraceptives

In clinical studies of 16- through 26-year-old women, 13,912 (GARDASIL N = 6952; AAHS control or saline placebo N = 6960) who had post-Month 7 follow-up used hormonal contraceptives for a total of 33,859 person-years (65.8% of the total follow-up time in the studies).

In one clinical study of 24- through 45-year-old women, 1357 (GARDASIL N = 690; AAHS control N = 667) who had post-Month 7 follow-up used hormonal contraceptives for a total of 3400 person-years (31.5% of the total follow-up time in the study). Use of hormonal contraceptives or lack of use of hormonal contraceptives among study participants did not impair the immune response in the per protocol immunogenicity (PPI) population.

### 7.4   Use with Systemic Immunosuppressive Medications

Immunosuppressive therapies, including irradiation, antimetabolites, alkylating agents, cytotoxic drugs, and corticosteroids (used in greater than physiologic doses), may reduce the immune responses to vaccines *[see Use in Specific Populations (8.6)]*.

## 8   USE IN SPECIFIC POPULATIONS

### 8.1   Pregnancy

*Pregnancy Category B:*

Reproduction studies have been performed in female rats at doses equivalent to the recommended human dose and have revealed no evidence of impaired female fertility or harm to the fetus due to GARDASIL. There are, however, no adequate and well-controlled studies in pregnant women. Because

animal reproduction studies are not always predictive of human responses, GARDASIL should be used during pregnancy only if clearly needed.

An evaluation of the effect of GARDASIL on embryo-fetal, pre- and postweaning development was conducted using rats. One group of rats was administered GARDASIL twice prior to gestation, during the period of organogenesis (gestation Day 6) and on lactation Day 7. A second group of pregnant rats was administered GARDASIL during the period of organogenesis (gestation Day 6) and on lactation Day 7 only. GARDASIL was administered at 0.5 mL/rat/occasion (120 mcg total protein which is equivalent to the recommended human dose) by intramuscular injection. No adverse effects on mating, fertility, pregnancy, parturition, lactation, embryo-fetal or pre- and postweaning development were observed. There were no vaccine-related fetal malformations or other evidence of teratogenesis noted in this study. In addition, there were no treatment-related effects on developmental signs, behavior, reproductive performance, or fertility of the offspring.

*Clinical Studies in Humans*

In clinical studies, women underwent urine pregnancy testing prior to administration of each dose of GARDASIL. Women who were found to be pregnant before completion of a 3-dose regimen of GARDASIL were instructed to defer completion of their vaccination regimen until resolution of the pregnancy.

GARDASIL is not indicated for women 27 years of age or older. However, safety data in women 16 through 45 years of age was collected, and 3819 women (GARDASIL N = 1894 vs. AAHS control or saline placebo N = 1925) reported at least 1 pregnancy each.

The overall proportions of pregnancies that resulted in an adverse outcome, defined as the combined numbers of spontaneous abortion, late fetal death, and congenital anomaly cases out of the total number of pregnancy outcomes for which an outcome was known (and excluding elective terminations), were 22.6% (446/1973) in women who received GARDASIL and 23.1% (460/1994) in women who received AAHS control or saline placebo.

Overall, 55 and 65 women in the group that received GARDASIL or AAHS control or saline placebo, respectively (2.9% and 3.4% of all women who reported a pregnancy in the respective vaccination groups), experienced a serious adverse reaction during pregnancy. The most common events reported were conditions that can result in Caesarean section (e.g., failure of labor, malpresentation, cephalopelvic disproportion), premature onset of labor (e.g., threatened abortions, premature rupture of membranes), and pregnancy-related medical problems (e.g., pre-eclampsia, hyperemesis). The proportions of pregnant women who experienced such events were comparable between the groups receiving GARDASIL and AAHS control or saline placebo.

There were 45 cases of congenital anomaly in pregnancies that occurred in women who received GARDASIL and 34 cases of congenital anomaly in pregnancies that occurred in women who received AAHS control or saline placebo.

Further sub-analyses were conducted to evaluate pregnancies with estimated onset within 30 days or more than 30 days from administration of a dose of GARDASIL or AAHS control or saline placebo. For pregnancies with estimated onset within 30 days of vaccination, 5 cases of congenital anomaly were observed in the group that received GARDASIL compared to 1 case of congenital anomaly in the group that received AAHS control or saline placebo. The congenital anomalies seen in pregnancies with estimated onset within 30 days of vaccination included pyloric stenosis, congenital megacolon, congenital hydronephrosis, hip dysplasia, and club foot. Conversely, in pregnancies with onset more than 30 days following vaccination, 40 cases of congenital anomaly were observed in the group that received GARDASIL compared with 33 cases of congenital anomaly in the group that received AAHS control or saline placebo.

**Women who receive GARDASIL during pregnancy are encouraged to contact Merck Sharp & Dohme Corp., a subsidiary of Merck & Co., Inc., at 1-877-888-4231 or VAERS at 1-800-822-7967 or www.vaers.hhs.gov.**

## 8.3   Nursing Mothers

*Women 16 Through 45 Years of Age*

It is not known whether GARDASIL is excreted in human milk. Because many drugs are excreted in human milk, caution should be exercised when GARDASIL is administered to a nursing woman.

GARDASIL or AAHS control were given to a total of 1133 women (vaccine N = 582, AAHS control N = 551) during the relevant Phase 3 clinical studies.

Overall, 27 and 13 infants of women who received GARDASIL or AAHS control, respectively (representing 4.6% and 2.4% of the total number of women who were breast-feeding during the period in which they received GARDASIL or AAHS control, respectively), experienced a serious adverse reaction.

In a post-hoc analysis of clinical studies, a higher number of breast-feeding infants (n = 7) whose mothers received GARDASIL had acute respiratory illnesses within 30 days post vaccination of the mother as compared to infants (n = 2) whose mothers received AAHS control.

### 8.4 Pediatric Use

Safety and effectiveness have not been established in pediatric patients below 9 years of age.

### 8.5 Geriatric Use

The safety and effectiveness of GARDASIL have not been evaluated in a geriatric population, defined as individuals aged 65 years and over.

### 8.6 Immunocompromised Individuals

The immunologic response to GARDASIL may be diminished in immunocompromised individuals *[see Drug Interactions (7.4)]*.

## 10    OVERDOSAGE

There have been reports of administration of higher than recommended doses of GARDASIL.

In general, the adverse event profile reported with overdose was comparable to recommended single doses of GARDASIL.

## 11    DESCRIPTION

GARDASIL, Human Papillomavirus Quadrivalent (Types 6, 11, 16, and 18) Vaccine, Recombinant, is a non-infectious recombinant quadrivalent vaccine prepared from the purified virus-like particles (VLPs) of the major capsid (L1) protein of HPV Types 6, 11, 16, and 18. The L1 proteins are produced by separate fermentations in recombinant *Saccharomyces cerevisiae* and self-assembled into VLPs. The fermentation process involves growth of *S. cerevisiae* on chemically-defined fermentation media which include vitamins, amino acids, mineral salts, and carbohydrates. The VLPs are released from the yeast cells by cell disruption and purified by a series of chemical and physical methods. The purified VLPs are adsorbed on preformed aluminum-containing adjuvant (Amorphous Aluminum Hydroxyphosphate Sulfate). The quadrivalent HPV VLP vaccine is a sterile liquid suspension that is prepared by combining the adsorbed VLPs of each HPV type and additional amounts of the aluminum-containing adjuvant and the final purification buffer.

GARDASIL is a sterile suspension for intramuscular administration. Each 0.5-mL dose contains approximately 20 mcg of HPV 6 L1 protein, 40 mcg of HPV 11 L1 protein, 40 mcg of HPV 16 L1 protein, and 20 mcg of HPV 18 L1 protein.

Each 0.5-mL dose of the vaccine contains approximately 225 mcg of aluminum (as Amorphous Aluminum Hydroxyphosphate Sulfate adjuvant), 9.56 mg of sodium chloride, 0.78 mg of L-histidine, 50 mcg of polysorbate 80, 35 mcg of sodium borate, <7 mcg yeast protein/dose, and water for injection. The product does not contain a preservative or antibiotics.

After thorough agitation, GARDASIL is a white, cloudy liquid.

## 12    CLINICAL PHARMACOLOGY

### 12.1 Mechanism of Action

HPV only infects human beings. Animal studies with analogous animal papillomaviruses suggest that the efficacy of L1 VLP vaccines may involve the development of humoral immune responses. Human beings develop a humoral immune response to the vaccine, although the exact mechanism of protection is unknown.

## 13   NONCLINICAL TOXICOLOGY

### 13.1   Carcinogenesis, Mutagenesis, Impairment of Fertility

GARDASIL has not been evaluated for the potential to cause carcinogenicity or genotoxicity.

GARDASIL administered to female rats at a dose of 120 mcg total protein, which is equivalent to the recommended human dose, had no effects on mating performance, fertility, or embryonic/fetal survival.

The effect of GARDASIL on male fertility has been studied in male rats at an intramuscular dose of 0.5 mL/rat/occasion (120 mcg total protein which is equivalent to the recommended human dose). One group of male rats was administered GARDASIL once, 3 days prior to cohabitation, and a second group of male rats was administered GARDASIL three times, at 6 weeks, 3 weeks, and 3 days prior to cohabitation. There were no treatment-related effects on reproductive performance including fertility, sperm count, and sperm motility. There were no treatment-related gross or histomorphologic and weight changes on the testes.

## 14   CLINICAL STUDIES

CIN 2/3 and AIS are the immediate and necessary precursors of squamous cell carcinoma and adenocarcinoma of the cervix, respectively. Their detection and removal has been shown to prevent cancer; thus, they serve as surrogate markers for prevention of cervical cancer. In the clinical studies in girls and women aged 16 through 26 years, cases of CIN 2/3 and AIS were the efficacy endpoints to assess prevention of cervical cancer. In addition, cases of VIN 2/3 and VaIN 2/3 were the efficacy endpoints to assess prevention of HPV-related vulvar and vaginal cancers, and observations of external genital lesions were the efficacy endpoints for the prevention of genital warts.

In clinical studies in boys and men aged 16 through 26 years, efficacy was evaluated using the following endpoints: external genital warts and penile/perineal/perianal intraepithelial neoplasia (PIN) grades 1/2/3 or penile/perineal/perianal cancer. In addition, cases of AIN grades 1/2/3 and anal cancer made up the composite efficacy endpoint used to assess prevention of HPV-related anal cancer.

Anal HPV infection, AIN, and anal cancer were not endpoints in the studies conducted in women. The similarity of HPV-related anal disease in men and women supports bridging the indication of prevention of AIN and anal cancer to women.

Efficacy was assessed in 6 AAHS-controlled, double-blind, randomized Phase 2 and 3 clinical studies. The first Phase 2 study evaluated the HPV 16 component of GARDASIL (Study 1, N = 2391 16- through 26-year-old girls and women) and the second evaluated all components of GARDASIL (Study 2, N = 551 16- through 26-year-old girls and women). Two Phase 3 studies evaluated GARDASIL in 5442 (Study 3) and 12,157 (Study 4) 16- through 26-year-old girls and women. A third Phase 3 study, Study 5, evaluated GARDASIL in 4055 16- through 26-year-old boys and men, including a subset of 598 (GARDASIL = 299; placebo = 299) men who self-identified as having sex with men (MSM population). A fourth Phase 3 study, Study 6, evaluated GARDASIL in 3817 24- through 45-year-old women. Together, these six studies evaluated 28,413 individuals (20,541 girls and women 16 through 26 years of age at enrollment with a mean age of 20.0 years, 4055 boys and men 16 through 26 years of age at enrollment with a mean age of 20.5 years, and 3817 women 24 through 45 years of age at enrollment with a mean age of 34.3 years). The race distribution of the 16- through 26-year-old girls and women in the clinical trials was as follows: 70.4% White; 12.2% Hispanic (Black and White); 8.8% Other; 4.6% Black; 3.8% Asian; and 0.2% American Indian. The race distribution of the 16- through 26-year-old boys and men in the clinical trials was as follows: 35.2% White; 20.5% Hispanic (Black and White); 14.4% Other; 19.8% Black; 10.0% Asian; and 0.1% American Indian. The race distribution of the 24- through 45-year-old women in the clinical trials was as follows: 20.6% White; 43.2% Hispanic (Black and White); 0.2% Other; 4.8% Black; 31.2% Asian; and 0.1% American Indian.

The median duration of follow-up was 4.0, 3.0, 3.0, 3.0, 2.3, and 4.0 years for Study 1, Study 2, Study 3, Study 4, Study 5, and Study 6, respectively. Individuals received vaccine or AAHS control on the day of enrollment and 2 and 6 months thereafter. Efficacy was analyzed for each study individually and for all studies in girls and women combined according to a prospective clinical plan.

Overall, 73% of 16- through 26-year-old girls and women, 67% of 24- through 45-year-old women, and 83% of 16- through 26-year-old boys and men were naïve (i.e., PCR [Polymerase Chain Reaction] negative and seronegative for all 4 vaccine HPV types) to all 4 vaccine HPV types at enrollment.

A total of 27% of 16- through 26-year-old girls and women, 33% of 24- through 45-year-old women, and 17% of 16- through 26-year-old boys and men had evidence of prior exposure to or ongoing infection with at least 1 of the 4 vaccine HPV types. Among these individuals, 74% of 16- through 26-year-old girls and women, 71% of 24- through 45-year-old women, and 78% of 16- through 26-year-old boys and men had evidence of prior exposure to or ongoing infection with only 1 of the 4 vaccine HPV types and were naïve (PCR negative and seronegative) to the remaining 3 types.

In 24- through 45-year-old individuals, 0.4% had been exposed to all 4 vaccine HPV types.

In individuals who were naïve (PCR negative and seronegative) to all 4 vaccine HPV types, CIN, genital warts, VIN, VaIN, PIN, and persistent infection caused by any of the 4 vaccine HPV types were counted as endpoints.

Among individuals who were positive (PCR positive and/or seropositive) for a vaccine HPV type at Day 1, endpoints related to that type were not included in the analyses of prophylactic efficacy. Endpoints related to the remaining types for which the individual was naïve (PCR negative and seronegative) were counted.

For example, in individuals who were HPV 18 positive (PCR positive and/or seropositive) at Day 1, lesions caused by HPV 18 were not counted in the prophylactic efficacy evaluations. Lesions caused by HPV 6, 11, and 16 were included in the prophylactic efficacy evaluations. The same approach was used for the other types.

### 14.1 Prophylactic Efficacy – HPV Types 6, 11, 16, and 18 in Girls and Women 16 through 26 Years of Age

GARDASIL was administered without prescreening for presence of HPV infection and the efficacy trials allowed enrollment of girls and women regardless of baseline HPV status (i.e., PCR status or serostatus). Girls and women with current or prior HPV infection with an HPV type contained in the vaccine were not eligible for prophylactic efficacy evaluations for that type.

The primary analyses of efficacy with respect to HPV types 6, 11, 16, and 18 were conducted in the per-protocol efficacy (PPE) population, consisting of girls and women who received all 3 vaccinations within 1 year of enrollment, did not have major deviations from the study protocol, and were naïve (PCR negative in cervicovaginal specimens and seronegative) to the relevant HPV type(s) (Types 6, 11, 16, and 18) prior to dose 1 and through 1 month Postdose 3 (Month 7). Efficacy was measured starting after the Month 7 visit.

GARDASIL was efficacious in reducing the incidence of CIN (any grade including CIN 2/3); AIS; genital warts; VIN (any grade); and VaIN (any grade) related to vaccine HPV types 6, 11, 16, or 18 in those who were PCR negative and seronegative at baseline (Table 11).

In addition, girls and women who were already infected with 1 or more vaccine-related HPV types prior to vaccination were protected from precancerous cervical lesions and external genital lesions caused by the other vaccine HPV types.

Table 11: Analysis of Efficacy of GARDASIL in the PPE* Population[†] of 16- Through 26-Year-Old Girls and Women for Vaccine HPV Types

| Population | GARDASIL | | AAHS Control | | % Efficacy (95% CI) |
|---|---|---|---|---|---|
| | N | Number of cases | N | Number of cases | |
| **HPV 16- or 18-related CIN 2/3 or AIS** | | | | | |
| Study 1[‡] | 755 | 0 | 750 | 12 | 100.0 (65.1, 100.0) |
| Study 2 | 231 | 0 | 230 | 1 | 100.0 (-3744.9, 100.0) |
| Study 3 | 2201 | 0 | 2222 | 36 | 100.0 (89.2, 100.0) |
| Study 4 | 5306 | 2 | 5262 | 63 | 96.9 (88.2, 99.6) |
| Combined Protocols[§] | 8493 | 2 | 8464 | 112 | 98.2 (93.5, 99.8) |
| **HPV 16-related CIN 2/3 or AIS** | | | | | |
| Combined Protocols[§] | 7402 | 2 | 7205 | 93 | 97.9 (92.3, 99.8) |
| **HPV 18-related CIN 2/3 or AIS** | | | | | |
| Combined Protocols[§] | 7382 | 0 | 7316 | 29 | 100.0 (86.6, 100.0) |
| **HPV 16- or 18-related VIN 2/3** | | | | | |
| Study 2 | 231 | 0 | 230 | 0 | Not calculated |
| Study 3 | 2219 | 0 | 2239 | 6 | 100.0 (14.4, 100.0) |
| Study 4 | 5322 | 0 | 5275 | 4 | 100.0 (-50.3, 100.0) |
| Combined Protocols[§] | 7772 | 0 | 7744 | 10 | 100.0 (55.5, 100.0) |
| **HPV 16- or 18-related VaIN 2/3** | | | | | |
| Study 2 | 231 | 0 | 230 | 0 | Not calculated |
| Study 3 | 2219 | 0 | 2239 | 5 | 100.0 (-10.1, 100.0) |
| Study 4 | 5322 | 0 | 5275 | 4 | 100.0 (-50.3, 100.0) |
| Combined Protocols[§] | 7772 | 0 | 7744 | 9 | 100.0 (49.5, 100.0) |
| **HPV 6-, 11-, 16-, or 18-related CIN (CIN 1, CIN 2/3) or AIS** | | | | | |
| Study 2 | 235 | 0 | 233 | 3 | 100.0 (-138.4, 100.0) |
| Study 3 | 2241 | 0 | 2258 | 77 | 100.0 (95.1, 100.0) |
| Study 4 | 5388 | 9 | 5374 | 145 | 93.8 (88.0, 97.2) |
| Combined Protocols[§] | 7864 | 9 | 7865 | 225 | 96.0 (92.3, 98.2) |
| **HPV 6-, 11-, 16-, or 18-related Genital Warts** | | | | | |
| Study 2 | 235 | 0 | 233 | 3 | 100.0 (-139.5, 100.0) |
| Study 3 | 2261 | 0 | 2279 | 58 | 100.0 (93.5, 100.0) |
| Study 4 | 5404 | 2 | 5390 | 132 | 98.5 (94.5, 99.8) |
| Combined Protocols[§] | 7900 | 2 | 7902 | 193 | 99.0 (96.2, 99.9) |
| **HPV 6- and 11-related Genital Warts** | | | | | |
| Combined Protocols[§] | 6932 | 2 | 6856 | 189 | 99.0 (96.2, 99.9) |

*The PPE population consisted of individuals who received all 3 vaccinations within 1 year of enrollment, did not have major deviations from the study protocol, and were naïve (PCR negative and seronegative) to the relevant HPV type(s) (Types 6, 11, 16, and 18) prior to dose 1 through 1 month postdose 3 (Month 7).
[†]See Table 14 for analysis of vaccine impact in the general population.
[‡]Evaluated only the HPV 16 L1 VLP vaccine component of GARDASIL.
[§]Analyses of the combined trials were prospectively planned and included the use of similar study entry criteria.
N = Number of individuals with at least 1 follow-up visit after Month 7
CI = Confidence Interval
Note 1: Point estimates and confidence intervals are adjusted for person-time of follow-up.
Note 2: The first analysis in the table (i.e., HPV 16- or 18-related CIN 2/3, AIS or worse) was the primary endpoint of the vaccine development plan.
**Note 3: Table 11 does not include cases due to non-vaccine HPV types.**
AAHS Control = Amorphous Aluminum Hydroxyphosphate Sulfate

Prophylactic efficacy against overall cervical and genital disease related to HPV 6, 11, 16, and 18 in an extension phase of Study 2, that included data through Month 60, was noted to be 100% (95% CI: 12.3%, 100.0%) among girls and women in the per protocol population naïve to the relevant HPV types.

GARDASIL was efficacious against HPV disease caused by HPV types 6, 11, 16, and 18 in girls and women who were naïve for those specific HPV types at baseline.

### 14.2 Prophylactic Efficacy – HPV Types 6, 11, 16, and 18 in Boys and Men 16 through 26 Years of Age

The primary analyses of efficacy were conducted in the per-protocol efficacy (PPE) population. This population consisted of boys and men who received all 3 vaccinations within 1 year of enrollment, did not have major deviations from the study protocol, and were naïve (PCR negative and seronegative) to the

relevant HPV type(s) (Types 6, 11, 16, and 18) prior to dose 1 and through 1 month postdose 3 (Month 7). Efficacy was measured starting after the Month 7 visit.

GARDASIL was efficacious in reducing the incidence of genital warts related to vaccine HPV types 6 and 11 in those boys and men who were PCR negative and seronegative at baseline (Table 12). Efficacy against penile/perineal/perianal intraepithelial neoplasia (PIN) grades 1/2/3 or penile/perineal/perianal cancer was not demonstrated as the number of cases was too limited to reach statistical significance.

**Table 12: Analysis of Efficacy of GARDASIL in the PPE\* Population of 16- Through 26-Year-Old Boys and Men for Vaccine HPV Types**

| Endpoint | GARDASIL | | AAHS Control | | % Efficacy (95% CI) |
|---|---|---|---|---|---|
| | N[†] | Number of cases | N | Number of cases | |
| **External Genital Lesions HPV 6-, 11-, 16-, or 18- related** | | | | | |
| External Genital Lesions | 1394 | 3 | 1404 | 32 | 90.6 (70.1, 98.2) |
| Condyloma | 1394 | 3 | 1404 | 28 | 89.3 (65.3, 97.9) |
| PIN 1/2/3 | 1394 | 0 | 1404 | 4 | 100.0 (-52.1, 100.0) |

\*The PPE population consisted of individuals who received all 3 vaccinations within 1 year of enrollment, did not have major deviations from the study protocol, and were naïve (PCR negative and seronegative) to the relevant HPV type(s) (Types 6, 11, 16, and 18) prior to dose 1 and through 1 month postdose 3 (Month 7).
[†]N = Number of individuals with at least 1 follow-up visit after Month 7
CI = Confidence Interval
AAHS Control = Amorphous Aluminum Hydroxyphosphate Sulfate

### 14.3   Prophylactic Efficacy – Anal Disease Caused by HPV Types 6, 11, 16, and 18 in Boys and Men 16 through 26 Years of Age in the MSM Sub-study

A sub-study of Study 5 evaluated the efficacy of GARDASIL against anal disease (anal intraepithelial neoplasia and anal cancer) in a population of 598 MSM. The primary analyses of efficacy were conducted in the per-protocol efficacy (PPE) population of Study 5.

GARDASIL was efficacious in reducing the incidence of anal intraepithelial neoplasia (AIN) grades 1 (both condyloma and non-acuminate), 2, and 3 related to vaccine HPV types 6, 11, 16, and 18 in those boys and men who were PCR negative and seronegative at baseline (Table 13).

**Table 13: Analysis of Efficacy of GARDASIL for Anal Disease in the PPE\* Population of 16- Through 26-Year-Old Boys and Men in the MSM Sub-study for Vaccine HPV Types**

| HPV 6-, 11-, 16-, or 18- related Endpoint | GARDASIL | | AAHS Control | | % Efficacy (95% CI) |
|---|---|---|---|---|---|
| | N[†] | Number of cases | N | Number of cases | |
| AIN 1/2/3 | 194 | 5 | 208 | 24 | 77.5 (39.6, 93.3) |
| AIN 2/3 | 194 | 3 | 208 | 13 | 74.9 (8.8, 95.4) |
| AIN 1 | 194 | 4 | 208 | 16 | 73.0 (16.3, 93.4) |
|    Condyloma Acuminatum | 194 | 0 | 208 | 6 | 100.0 (8.2, 100.0) |
|    Non-acuminate | 194 | 4 | 208 | 11 | 60.4 (-33.5, 90.8) |

\*The PPE population consisted of individuals who received all 3 vaccinations within 1 year of enrollment, did not have major deviations from the study protocol, and were naïve (PCR negative and seronegative) to the relevant HPV type(s) (Types 6, 11, 16, and 18) prior to dose 1 and through 1 month postdose 3 (month 7).
[†]N = Number of individuals with at least 1 follow-up visit after Month 7
CI = Confidence Interval
AAHS Control = Amorphous Aluminum Hydroxyphosphate Sulfate

### 14.4   Population Impact in Girls and Women 16 through 26 Years of Age

*Effectiveness of GARDASIL in Prevention of HPV Types 6-, 11-, 16-, or 18-Related Genital Disease in Girls and Women 16 Through 26 Years of Age, Regardless of Current or Prior Exposure to Vaccine HPV Types*

The clinical trials included girls and women regardless of current or prior exposure to vaccine HPV types, and additional analyses were conducted to evaluate the impact of GARDASIL with respect to HPV 6-, 11-, 16-, and 18-related cervical and genital disease in these girls and women. Here, analyses included events arising among girls and women regardless of baseline PCR status and serostatus, including HPV infections that were present at the start of vaccination as well as events that arose from infections that were acquired after the start of vaccination.

The impact of GARDASIL in girls and women regardless of current or prior exposure to a vaccine HPV type is shown in Table 14. Impact was measured starting 1 month Postdose 1. Prophylactic efficacy denotes the vaccine's efficacy in girls and women who are naïve (PCR negative and seronegative) to the relevant HPV types at Day 1. Vaccine impact in girls and women who were positive for vaccine HPV infection, as well as vaccine impact among girls and women regardless of baseline vaccine HPV PCR status and serostatus are also presented. The majority of CIN and genital warts, VIN, and VaIN related to a vaccine HPV type detected in the group that received GARDASIL occurred as a consequence of HPV infection with the relevant HPV type that was already present at Day 1.

There was no clear evidence of protection from disease caused by HPV types for which girls and women were PCR positive regardless of serostatus at baseline.

**Table 14: Effectiveness of GARDASIL in Prevention of HPV 6, 11, 16, or 18-Related Genital Disease in Girls and Women 16 Through 26 Years of Age, Regardless of Current or Prior Exposure to Vaccine HPV Types**

| Endpoint | Analysis | GARDASIL or HPV 16 L1 VLP Vaccine | | AAHS Control | | % Reduction (95% CI) |
|---|---|---|---|---|---|---|
| | | N | Cases | N | Cases | |
| HPV 16- or 18-related CIN 2/3 or AIS | Prophylactic Efficacy* | 9346 | 4 | 9407 | 155 | 97.4 (93.3, 99.3) |
| | HPV 16 and/or HPV 18 Positive at Day 1[†] | 2870 | 142 | 2898 | 148[‡] | --[§] |
| | Girls and Women Regardless of Current or Prior Exposure to HPV 16 or 18[¶] | 9836 | 146 | 9904 | 303 | 51.8 (41.1, 60.7) |
| HPV 16- or 18-related VIN 2/3 or VaIN 2/3 | Prophylactic Efficacy* | 8642 | 1 | 8673 | 34 | 97.0 (82.4, 99.9) |
| | HPV 16 and/or HPV 18 Positive at Day 1[†] | 1880 | 8 | 1876 | 4 | --[§] |
| | Girls and Women Regardless of Current or Prior Exposure to HPV 16 or 18[¶] | 8955 | 9 | 8968 | 38 | 76.3 (50.0, 89.9) |
| HPV 6-, 11-, 16-, 18-related CIN (CIN 1, CIN 2/3) or AIS | Prophylactic Efficacy* | 8630 | 16 | 8680 | 309 | 94.8 (91.5, 97.1) |
| | HPV 6, HPV 11, HPV 16, and/or HPV 18 Positive at Day 1[†] | 2466 | 186[#] | 2437 | 213[#] | --[§] |
| | Girls and Women Regardless of Current or Prior Exposure to Vaccine HPV Types[¶] | 8819 | 202 | 8854 | 522 | 61.5 (54.6, 67.4) |
| HPV 6-, 11-, 16-, or 18-related Genital Warts | Prophylactic Efficacy* | 8761 | 10 | 8792 | 252 | 96.0 (92.6, 98.1) |
| | HPV 6, HPV 11, HPV 16, and/or HPV 18 Positive at Day 1[†] | 2501 | 51[b] | 2475 | 55[b] | --[§] |
| | Girls and Women Regardless of Current or Prior Exposure to Vaccine HPV Types[¶] | 8955 | 61 | 8968 | 307 | 80.3 (73.9, 85.3) |
| HPV 6- or 11-related Genital Warts | Prophylactic Efficacy* | 7769 | 9 | 7792 | 246 | 96.4 (93.0, 98.4) |
| | HPV 6 and/or HPV 11 Positive at Day 1[†] | 1186 | 51 | 1176 | 54 | --[§] |
| | Girls and Women Regardless of Current or Prior Exposure to Vaccine HPV Types[¶] | 8955 | 60 | 8968 | 300 | 80.1 (73.7, 85.2) |

*Includes all individuals who received at least 1 vaccination and who were HPV-naïve (i.e., seronegative and PCR negative) at Day 1 to the vaccine HPV type being analyzed. Case counting started at 1 month postdose 1.
[†]Includes all individuals who received at least 1 vaccination and who were HPV positive or had unknown HPV status at Day 1, to at least one vaccine HPV type. Case counting started at Day 1.
[‡]Out of the 148 AAHS control cases of 16/18 CIN 2/3, 2 women were missing serology or PCR results for Day 1.
[§]There is no expected efficacy since GARDASIL has not been demonstrated to provide protection against disease from vaccine HPV types to which a person has previously been exposed through sexual activity.
[¶]Includes all individuals who received at least 1 vaccination (regardless of baseline HPV status at Day 1). Case counting started at 1 month postdose 1.
[#]Includes 2 AAHS control women with missing serology/PCR data at Day 1.
[b] Includes 1 woman with missing serology/PCR data at Day 1.
CI = Confidence Interval
N = Number of individuals who have at least one follow-up visit after Day 1
Note 1: The 16- and 18-related CIN 2/3 or AIS composite endpoint included data from studies 1, 2, and 4. All other endpoints only included data from studies 2, 3, and 4.
Note 2: Positive status at Day 1 denotes PCR positive and/or seropositive for the respective type at Day 1.
**Note 3: Table 14 does not include disease due to non-vaccine HPV types.**
AAHS Control = Amorphous Aluminum Hydroxyphosphate Sulfate

*Effectiveness of GARDASIL in Prevention of Any HPV Type Related Genital Disease in Girls and Women 16 Through 26 Years of Age, Regardless of Current or Prior Infection with Vaccine or Non-Vaccine HPV Types*

The impact of GARDASIL against the overall burden of dysplastic or papillomatous cervical, vulvar, and vaginal disease regardless of HPV detection, results from a combination of prophylactic efficacy

against vaccine HPV types, disease contribution from vaccine HPV types present at time of vaccination, the disease contribution from HPV types not contained in the vaccine, and disease in which HPV was not detected.

Additional efficacy analyses were conducted in 2 populations: (1) a generally HPV-naïve population (negative to 14 common HPV types and had a Pap test that was negative for SIL [Squamous Intraepithelial Lesion] at Day 1), approximating a population of sexually-naïve girls and women and (2) the general study population of girls and women regardless of baseline HPV status, some of whom had HPV-related disease at Day 1.

Among generally HPV-naïve girls and women and among all girls and women in the study population (including girls and women with HPV infection at Day 1), GARDASIL reduced the overall incidence of CIN 2/3 or AIS; of VIN 2/3 or VaIN 2/3; of CIN (any grade) or AIS; and of Genital Warts (Table 15). These reductions were primarily due to reductions in lesions caused by HPV types 6, 11, 16, and 18 in girls and women naïve (seronegative and PCR negative) for the specific relevant vaccine HPV type. Infected girls and women may already have CIN 2/3 or AIS at Day 1 and some will develop CIN 2/3 or AIS during follow-up, either related to a vaccine or non-vaccine HPV type present at the time of vaccination or related to a non-vaccine HPV type not present at the time of vaccination.

**Table 15: Effectiveness of GARDASIL in Prevention of Any HPV Type Related Genital Disease in Girls and Women 16 Through 26 Years of Age, Regardless of Current or Prior Infection with Vaccine or Non-Vaccine HPV Types**

| Endpoints Caused by Vaccine or Non-vaccine HPV Types | Analysis | GARDASIL | | AAHS Control | | % Reduction (95% CI) |
|---|---|---|---|---|---|---|
| | | N | Cases | N | Cases | |
| CIN 2/3 or AIS | Prophylactic Efficacy* | 4616 | 77 | 4680 | 136 | 42.7 (23.7, 57.3) |
| | Girls and Women Regardless of Current or Prior Exposure to Vaccine or Non-Vaccine HPV Types[†] | 8559 | 421 | 8592 | 516 | 18.4 (7.0, 28.4) |
| VIN 2/3 and VaIN 2/3 | Prophylactic Efficacy* | 4688 | 7 | 4735 | 31 | 77.1 (47.1, 91.5) |
| | Girls and Women Regardless of Current or Prior Exposure to Vaccine or Non-Vaccine HPV Types[†] | 8688 | 30 | 8701 | 61 | 50.7 (22.5, 69.3) |
| CIN (Any Grade) or AIS | Prophylactic Efficacy* | 4616 | 272 | 4680 | 390 | 29.7 (17.7, 40.0) |
| | Girls and Women Regardless of Current or Prior Exposure to Vaccine or Non-Vaccine HPV Types[†] | 8559 | 967 | 8592 | 1189 | 19.1 (11.9, 25.8) |
| Genital Warts | Prophylactic Efficacy* | 4688 | 29 | 4735 | 169 | 82.8 (74.3, 88.8) |
| | Girls and Women Regardless of Current or Prior Exposure to Vaccine or Non-Vaccine HPV Types[†] | 8688 | 132 | 8701 | 350 | 62.5 (54.0, 69.5) |

*Includes all individuals who received at least 1 vaccination and who had a Pap test that was negative for SIL [Squamous Intraepithelial Lesion] at Day 1 and were naïve to 14 common HPV types at Day 1. Case counting started at 1 month postdose 1.
[†]Includes all individuals who received at least 1 vaccination (regardless of baseline HPV status or Pap test result at Day 1). Case counting started at 1 month postdose 1.
CI = Confidence Interval
AAHS Control = Amorphous Aluminum Hydroxyphosphate Sulfate

## 14.5    Population Impact in Boys and Men 16 through 26 Years of Age

*Effectiveness of GARDASIL in Prevention of HPV Types 6-, 11-, 16-, or 18-Related Anogenital Disease in Boys and Men 16 Through 26 Years of Age, Regardless of Current or Prior Exposure to Vaccine HPV Types*

Study 5 included boys and men regardless of current or prior exposure to vaccine HPV types, and additional analyses were conducted to evaluate the impact of GARDASIL with respect to HPV 6-, 11-, 16-,

and 18-related anogenital disease in these boys and men. Here, analyses included events arising among boys and men regardless of baseline PCR status and serostatus, including HPV infections that were present at the start of vaccination as well as events that arose from infections that were acquired after the start of vaccination.

The impact of GARDASIL in boys and men regardless of current or prior exposure to a vaccine HPV type is shown in Table 16. Impact was measured starting at Day 1. Prophylactic efficacy denotes the vaccine's efficacy in boys and men who are naïve (PCR negative and seronegative) to the relevant HPV types at Day 1. Vaccine impact in boys and men who were positive for vaccine HPV infection, as well as vaccine impact among boys and men regardless of baseline vaccine HPV PCR status and serostatus are also presented. The majority of anogenital disease related to a vaccine HPV type detected in the group that received GARDASIL occurred as a consequence of HPV infection with the relevant HPV type that was already present at Day 1.

There was no clear evidence of protection from disease caused by HPV types for which boys and men were PCR positive regardless of serostatus at baseline.

**Table 16: Effectiveness of GARDASIL in Prevention of HPV Types 6-, 11-, 16-, or 18-Related Anogenital Disease in Boys and Men 16 Through 26 Years of Age, Regardless of Current or Prior Exposure to Vaccine HPV Types**

| Endpoint | Analysis | GARDASIL | | AAHS Control | | % Reduction (95% CI) |
|---|---|---|---|---|---|---|
| | | N | Cases | N | Cases | |
| External Genital Lesions | Prophylactic Efficacy* | 1775 | 13 | 1770 | 54 | 76.3 (56.0, 88.1) |
| | HPV 6, HPV 11, HPV 16, and/or HPV 18 Positive at Day 1[†] | 460 | 14 | 453 | 26 | --[‡] |
| | Boys and Men Regardless of Current or Prior Exposure to Vaccine or Non-Vaccine HPV Types[§] | 1943 | 27 | 1937 | 80 | 66.7 (48.0, 79.3) |
| Condyloma | Prophylactic Efficacy* | 1775 | 10 | 1770 | 49 | 80.0 (59.9, 90.9) |
| | HPV 6, HPV 11, HPV 16, and/or HPV 18 Positive at Day 1[†] | 460 | 14 | 453 | 25 | --[‡] |
| | Boys and Men Regardless of Current or Prior Exposure to Vaccine or Non-Vaccine HPV Types[§] | 1943 | 24 | 1937 | 74 | 68.1 (48.8, 80.7) |
| PIN 1/2/3 | Prophylactic Efficacy* | 1775 | 4 | 1770 | 5 | 20.7 (-268.4, 84.3) |
| | HPV 6, HPV 11, HPV 16, and/or HPV 18 Positive at Day 1[†] | 460 | 2 | 453 | 1 | --[‡] |
| | Boys and Men Regardless of Current or Prior Exposure to Vaccine or Non-Vaccine HPV Types[§] | 1943 | 6 | 1937 | 6 | 0.3 (-272.8, 73.4) |
| AIN 1/2/3 | Prophylactic Efficacy* | 259 | 9 | 261 | 39 | 76.9 (51.4, 90.1) |
| | HPV 6, HPV 11, HPV 16, and/or HPV 18 Positive at Day 1[†] | 103 | 29 | 116 | 38 | --[‡] |
| | Boys and Men Regardless of Current or Prior Exposure to Vaccine or Non-Vaccine HPV Types[§] | 275 | 38 | 276 | 77 | 50.3 (25.7, 67.2) |
| AIN 2/3 | Prophylactic Efficacy* | 259 | 7 | 261 | 19 | 62.5 (6.9, 86.7) |
| | HPV 6, HPV 11, HPV 16, and/or HPV 18 Positive at Day 1[†] | 103 | 11 | 116 | 20 | --[‡] |
| | Boys and Men Regardless of Current or Prior Exposure to Vaccine or Non-Vaccine HPV Types[§] | 275 | 18 | 276 | 39 | 54.2 (18.0, 75.3) |

*Includes all individuals who received at least 1 vaccination and who were HPV-naïve (i.e., seronegative and PCR negative) at Day 1 to the vaccine HPV type being analyzed. Case counting started at Day 1.
[†]Includes all individuals who received at least 1 vaccination and who were HPV positive or had unknown HPV status at Day 1, to at least one vaccine HPV type. Case counting started at Day 1.
[‡]There is no expected efficacy since GARDASIL has not been demonstrated to provide protection against disease from vaccine HPV types to which a person has previously been exposed through sexual activity.
[§]Includes all individuals who received at least 1 vaccination. Case counting started at Day 1.
CI = Confidence Interval

AAHS Control = Amorphous Aluminum Hydroxyphosphate Sulfate

*Effectiveness of GARDASIL in Prevention of Any HPV Type Related Anogenital Disease in Boys and Men 16 Through 26 Years of Age, Regardless of Current or Prior Infection with Vaccine or Non-Vaccine HPV Types*

The impact of GARDASIL against the overall burden of dysplastic or papillomatous anogenital disease regardless of HPV detection, results from a combination of prophylactic efficacy against vaccine HPV types, disease contribution from vaccine HPV types present at time of vaccination, the disease contribution from HPV types not contained in the vaccine, and disease in which HPV was not detected.

Additional efficacy analyses from Study 5 were conducted in 2 populations: (1) a generally HPV-naïve population that consisted of boys and men who are seronegative and PCR negative to HPV 6, 11, 16, and 18 and PCR negative to HPV 31, 33, 35, 39, 45, 51, 52, 56, 58 and 59 at Day 1, approximating a population of sexually-naïve boys and men and (2) the general study population of boys and men regardless of baseline HPV status, some of whom had HPV-related disease at Day 1.

Among generally HPV-naïve boys and men and among all boys and men in Study 5 (including boys and men with HPV infection at Day 1), GARDASIL reduced the overall incidence of anogenital disease (Table 17). These reductions were primarily due to reductions in lesions caused by HPV types 6, 11, 16, and 18 in boys and men naïve (seronegative and PCR negative) for the specific relevant vaccine HPV type. Infected boys and men may already have anogenital disease at Day 1 and some will develop anogenital disease during follow-up, either related to a vaccine or non-vaccine HPV type present at the time of vaccination or related to a non-vaccine HPV type not present at the time of vaccination.

**Table 17: Effectiveness of GARDASIL in Prevention of Any HPV Type Related Anogenital Disease in Boys and Men 16 Through 26 Years of Age, Regardless of Current or Prior Infection with Vaccine or Non-Vaccine HPV Types**

| Endpoint | Analysis | GARDASIL | | AAHS Control | | % Reduction (95% CI) |
|---|---|---|---|---|---|---|
| | | N | Cases | N | Cases | |
| External Genital Lesions | Prophylactic Efficacy* | 1275 | 7 | 1270 | 37 | 81.5 (58.0, 93.0) |
| | Boys and Men Regardless of Current or Prior Exposure to Vaccine or Non-Vaccine HPV Types† | 1943 | 38 | 1937 | 92 | 59.3 (40.0, 72.9) |
| Condyloma | Prophylactic Efficacy* | 1275 | 5 | 1270 | 33 | 85.2 (61.8, 95.5) |
| | Boys and Men Regardless of Current or Prior Exposure to Vaccine or Non-Vaccine HPV Types† | 1943 | 33 | 1937 | 85 | 61.8 (42.3, 75.3) |
| PIN 1/2/3 | Prophylactic Efficacy* | 1275 | 2 | 1270 | 4 | 50.7 (-244.3, 95.5) |
| | Boys and Men Regardless of Current or Prior Exposure to Vaccine or Non-Vaccine HPV Types† | 1943 | 8 | 1937 | 7 | -13.9 (-269.0, 63.9) |
| AIN 1/2/3 | Prophylactic Efficacy* | 129 | 12 | 126 | 28 | 54.9 (8.4, 79.1) |
| | Boys and Men Regardless of Current or Prior Exposure to Vaccine or Non-Vaccine HPV Types† | 275 | 74 | 276 | 103 | 25.7 (-1.1, 45.6) |
| AIN 2/3 | Prophylactic Efficacy* | 129 | 8 | 126 | 18 | 52.5 (-14.8, 82.1) |
| | Boys and Men Regardless of Current or Prior Exposure to Vaccine or Non-Vaccine HPV Types† | 275 | 44 | 276 | 59 | 24.3 (-13.8, 50.0) |

*Includes all individuals who received at least 1 vaccination and who were seronegative and PCR negative at enrollment to HPV 6, 11, 16 and 18, and PCR negative at enrollment to HPV 31, 33, 35, 39, 45, 51, 52, 56, 58 and 59. Case counting started at Day 1.

†Includes all individuals who received at least 1 vaccination. Case counting started at Day 1.

CI = Confidence Interval

AAHS Control = Amorphous Aluminum Hydroxyphosphate Sulfate

### 14.6      Overall Population Impact

The subject characteristics (e.g. lifetime sex partners, geographic distribution of the subjects) influence the HPV prevalence of the population and therefore the population benefit can vary widely.

The overall efficacy of GARDASIL will vary with the baseline prevalence of HPV infection and disease, the incidence of infections against which GARDASIL has shown protection, and those infections against which GARDASIL has not been shown to protect.

The efficacy of GARDASIL for HPV types not included in the vaccine (i.e., cross-protective efficacy) is a component of the overall impact of the vaccine on rates of disease caused by HPV. Cross-protective efficacy was not demonstrated against disease caused by non-vaccine HPV types in the combined database of the Study 3 and Study 4 trials.

GARDASIL does not protect against genital disease not related to HPV. One woman who received GARDASIL in Study 3 developed an external genital well-differentiated squamous cell carcinoma at Month 24. No HPV DNA was detected in the lesion or in any other samples taken throughout the study.

In 18,150 girls and women enrolled in Study 2, Study 3, and Study 4, GARDASIL reduced definitive cervical therapy procedures by 23.9% (95% CI: 15.2%, 31.7%).

### 14.7  Studies in Women 27 through 45 Years of Age

Study 6 evaluated efficacy in 3253 women 27 through 45 years of age based on a combined endpoint of HPV 6-, 11-, 16- or 18-related persistent infection, genital warts, vulvar and vaginal dysplastic lesions of any grade, CIN of any grade, AIS, and cervical cancer. These women were randomized 1:1 to receive either GARDASIL or AAHS control. The efficacy for the combined endpoint was driven primarily by prevention of persistent infection. There was no statistically significant efficacy demonstrated for CIN 2/3, AIS, or cervical cancer. In post hoc analyses conducted to assess the impact of GARDASIL on the individual components of the combined endpoint, the results in the population of women naïve to the relevant HPV type at baseline were as follows: prevention of HPV 6-, 11-, 16- or 18-related persistent infection (80.5% [95% CI: 68.3, 88.6]), prevention of HPV 6-, 11-, 16- or 18-related CIN (any grade) (85.8% [95% CI: 52.4, 97.3]), and prevention of HPV 6-, 11-, 16- or 18-related genital warts (87.6% [95% CI: 7.3, 99.7]).

Efficacy for disease endpoints was diminished in a population impact assessment of women who were vaccinated regardless of baseline HPV status (full analysis set). In the full analysis set (FAS), efficacy was not demonstrated for the following endpoints: prevention of HPV 16- and 18-related CIN 2/3, AIS, or cervical cancer and prevention of HPV 6- and 11-related condyloma. No efficacy was demonstrated against CIN 2/3, AIS, or cervical cancer in the general population irrespective of HPV type (FAS any type analysis).

### 14.8  Immunogenicity

*Assays to Measure Immune Response*

The minimum anti-HPV titer that confers protective efficacy has not been determined.

Because there were few disease cases in individuals naïve (PCR negative and seronegative) to vaccine HPV types at baseline in the group that received GARDASIL, it has not been possible to establish minimum anti-HPV 6, anti-HPV 11, anti-HPV 16, and anti-HPV 18 antibody levels that protect against clinical disease caused by HPV 6, 11, 16, and/or 18.

The immunogenicity of GARDASIL was assessed in 23,951 9- through 45-year-old girls and women (GARDASIL N = 12,634; AAHS control or saline placebo N = 11,317) and 5417 9- through 26-year-old boys and men (GARDASIL N = 3109; AAHS control or saline placebo N = 2308).

Type-specific immunoassays with type-specific standards were used to assess immunogenicity to each vaccine HPV type. These assays measured antibodies against neutralizing epitopes for each HPV type. The scales for these assays are unique to each HPV type; thus, comparisons across types and to other assays are not appropriate.

*Immune Response to GARDASIL*

The primary immunogenicity analyses were conducted in a per-protocol immunogenicity (PPI) population. This population consisted of individuals who were seronegative and PCR negative to the relevant HPV type(s) at enrollment, remained HPV PCR negative to the relevant HPV type(s) through 1 month postdose 3 (Month 7), received all 3 vaccinations, and did not deviate from the study protocol in ways that could interfere with the effects of the vaccine.

Immunogenicity was measured by (1) the percentage of individuals who were seropositive for antibodies against the relevant vaccine HPV type, and (2) the Geometric Mean Titer (GMT).

In clinical studies in 16- through 26-year-old girls and women, 99.8%, 99.8%, 99.8%, and 99.4% who received GARDASIL became anti-HPV 6, anti-HPV 11, anti-HPV 16, and anti-HPV 18 seropositive, respectively, by 1 month postdose 3 across all age groups tested.

In clinical studies in 27- through 45-year-old women, 98.2%, 97.9%, 98.6%, and 97.1% who received GARDASIL became anti-HPV 6, anti-HPV 11, anti-HPV 16, and anti-HPV 18 seropositive, respectively, by 1 month postdose 3 across all age groups tested.

In clinical studies in 16- through 26-year-old boys and men, 98.9%, 99.2%, 98.8%, and 97.4% who received GARDASIL became anti-HPV 6, anti-HPV 11, anti-HPV 16, and anti-HPV 18 seropositive, respectively, by 1 month postdose 3 across all age groups tested.

Across all populations, anti-HPV 6, anti-HPV 11, anti-HPV 16, and anti-HPV 18 GMTs peaked at Month 7 (Table 18 and Table 19). GMTs declined through Month 24 and then stabilized through Month 36 at levels above baseline. Tables 20 and 21 display the persistence of anti-HPV cLIA geometric mean titers by gender and age group. The duration of immunity following a complete schedule of immunization with GARDASIL has not been established.

**Table 18: Summary of Month 7 Anti-HPV cLIA Geometric Mean Titers in the PPI* Population of Girls and Women**

| Population | N[†] | n[‡] | % Seropositive (95% CI) | GMT (95% CI) mMU[§]/mL |
|---|---|---|---|---|
| **Anti-HPV 6** | | | | |
| 9- through 15-year-old girls | 1122 | 917 | 99.9 (99.4, 100.0) | 929.2 (874.6, 987.3) |
| 16- through 26-year-old girls and women | 9859 | 3329 | 99.8 (99.6, 99.9) | 545.0 (530.1, 560.4) |
| 27- through 34-year-old women | 667 | 439 | 98.4 (96.7, 99.4) | 435.6 (393.4, 482.4) |
| 35- through 45-year-old women | 957 | 644 | 98.1 (96.8, 99.0) | 397.3 (365.2, 432.2) |
| **Anti-HPV 11** | | | | |
| 9- through 15-year-old girls | 1122 | 917 | 99.9 (99.4, 100.0) | 1304.6 (1224.7, 1389.7) |
| 16- through 26-year-old girls and women | 9859 | 3353 | 99.8 (99.5, 99.9) | 748.9 (726.0, 772.6) |
| 27- through 34-year-old women | 667 | 439 | 98.2 (96.4, 99.2) | 577.9 (523.8, 637.5) |
| 35- through 45-year-old women | 957 | 644 | 97.7 (96.2, 98.7) | 512.8 (472.9, 556.1) |
| **Anti-HPV 16** | | | | |
| 9- through 15-year-old girls | 1122 | 915 | 99.9 (99.4, 100.0) | 4918.5 (4556.6, 5309.1) |
| 16- through 26-year-old girls and women | 9859 | 3249 | 99.8 (99.6, 100.0) | 2409.2 (2309.0, 2513.8) |
| 27- through 34-year-old women | 667 | 435 | 99.3 (98.0, 99.9) | 2342.5 (2119.1, 2589.6) |
| 35- through 45-year-old women | 957 | 657 | 98.2 (96.8, 99.1) | 2129.5 (1962.7, 2310.5) |
| **Anti-HPV 18** | | | | |
| 9- through 15-year-old girls | 1122 | 922 | 99.8 (99.2, 100.0) | 1042.6 (967.6, 1123.3) |
| 16- through 26-year-old girls and women | 9859 | 3566 | 99.4 (99.1, 99.7) | 475.2 (458.8, 492.1) |
| 27- through 34-year-old women | 667 | 501 | 98.0 (96.4, 99.0) | 385.8 (347.6, 428.1) |
| 35- through 45-year-old women | 957 | 722 | 96.4 (94.8, 97.6) | 324.6 (297.6, 354.0) |

*The PPI population consisted of individuals who received all 3 vaccinations within pre-defined day ranges, did not have major deviations from the study protocol, met predefined criteria for the interval between the Month 6 and Month 7 visit, and were naïve (PCR negative and seronegative) to the relevant HPV type(s) (types 6, 11, 16, and 18) prior to dose 1 and through 1 month Postdose 3 (Month 7).
[†]Number of individuals randomized to the respective vaccination group who received at least 1 injection.
[‡]Number of individuals contributing to the analysis.
cLIA = Competitive Luminex Immunoassay
CI = Confidence Interval
GMT = Geometric Mean Titers
[§]mMU = milli-Merck Units

**Table 19: Summary of Month 7 Anti-HPV cLIA Geometric Mean Titers in the PPI\* Population of Boys and Men**

| Population | N[†] | n[‡] | % Seropositive (95% CI) | GMT (95% CI) mMU[§]/mL |
|---|---|---|---|---|
| **Anti-HPV 6** | | | | |
| 9- through 15-year-old boys | 1072 | 884 | 99.9 (99.4, 100.0) | 1037.5 (963.5, 1117.3) |
| 16- through 26-year-old boys and men | 2026 | 1093 | 98.9 (98.1, 99.4) | 447.8 (418.9, 478.6) |
| **Anti-HPV 11** | | | | |
| 9- through 15-year-old boys | 1072 | 885 | 99.9 (99.4, 100.0) | 1386.8 (1298.5, 1481.0) |
| 16- through 26-year-old boys and men | 2026 | 1093 | 99.2 (98.4, 99.6) | 624.3 (588.4, 662.3) |
| **Anti-HPV 16** | | | | |
| 9- through 15-year-old boys | 1072 | 882 | 99.8 (99.2, 100.0) | 6056.5 (5601.3, 6548.7) |
| 16- through 26-year-old boys and men | 2026 | 1136 | 98.8 (97.9, 99.3) | 2403.3 (2243.4, 2574.6) |
| **Anti-HPV 18** | | | | |
| 9- through 15-year-old boys | 1072 | 887 | 99.8 (99.2, 100) | 1357.4 (1249.4, 1474.7) |
| 16- through 26-year-old boys and men | 2026 | 1175 | 97.4 (96.3, 98.2) | 402.6 (374.6, 432.7) |

\*The PPI population consisted of individuals who received all 3 vaccinations within pre-defined day ranges, did not have major deviations from the study protocol, met predefined criteria for the interval between the Month 6 and Month 7 visit, and were naïve (PCR negative and seronegative) to the relevant HPV type(s) (types 6, 11, 16, and 18) prior to dose 1 and through 1 month Postdose 3 (Month 7).
[†]Number of individuals randomized to the respective vaccination group who received at least 1 injection.
[‡]Number of individuals contributing to the analysis.
cLIA = Competitive Luminex Immunoassay
CI = Confidence Interval
GMT = Geometric Mean Titers
[§]mMU = milli-Merck Units

**Table 20: Persistence of Anti-HPV cLIA Geometric Mean Titers in 9- Through 45-Year-Old Girls and Women**

| Assay (cLIA)/ Time Point | 9- to 15-Year-Old Girls (N* = 1122) | | 16- to 26-Year-Old Girls and Women (N* = 9859) | | 27- to 34-Year-Old Women (N* = 667) | | 35- to 45-Year-Old Women (N* = 957) | |
|---|---|---|---|---|---|---|---|---|
| | n[†] | GMT (95% CI) mMU[‡]/mL | n[†] | GMT (95% CI) mMU[‡]/mL | n[†] | GMT (95% CI) mMU[‡]/mL | n[†] | GMT (95% CI) mMU[‡]/mL |
| **Anti-HPV 6** | | | | | | | | |
| Month 07 | 917 | 929.2 (874.6, 987.3) | 3329 | 545.0 (530.1, 560.4) | 439 | 435.6 (393.4, 482.4) | 644 | 397.3 (365.2, 432.2) |
| Month 24 | 214 | 156.1 (135.6, 179.6) | 2788 | 109.1 (105.2, 113.1) | 421 | 70.7 (63.8, 78.5) | 628 | 69.3 (63.7, 75.4) |
| Month 36[§] | 356 | 129.4 (115.6, 144.8) | - | - | 399 | 79.5 (72.0, 87.7) | 618 | 81.1 (75.0, 87.8) |
| Month 48[¶] | - | - | 2514 | 73.8 (70.9, 76.8) | 391 | 58.8 (52.9, 65.3) | 616 | 62.0 (57.0, 67.5) |
| **Anti-HPV 11** | | | | | | | | |
| Month 07 | 917 | 1304.6 (1224.7, 1389.7) | 3353 | 748.9 (726.0, 772.6) | 439 | 577.9 (523.8, 637.5) | 644 | 512.8 (472.9, 556.1) |
| Month 24 | 214 | 218.0 (188.3, 252.4) | 2817 | 137.1 (132.1, 142.3) | 421 | 79.3 (71.5, 87.8) | 628 | 73.4 (67.4, 79.8) |
| Month 36[§] | 356 | 148.0 (131.1, 167.1) | - | - | 399 | 81.8 (74.3, 90.1) | 618 | 77.4 (71.6, 83.6) |
| Month 48[¶] | - | - | 2538 | 89.4 (85.9, 93.1) | 391 | 67.4 (60.9, 74.7) | 616 | 62.7 (57.8, 68.0) |
| **Anti-HPV 16** | | | | | | | | |
| Month 07 | 915 | 4918.5 (4556.6, 5309.1) | 3249 | 2409.2 (2309.0, 2513.8) | 435 | 2342.5 (2119.1, 2589.6) | 657 | 2129.5 (1962.7, 2310.5) |
| Month 24 | 211 | 944.2 (804.4, 1108.3) | 2721 | 442.6 (425.0, 460.9) | 416 | 285.9 (254.4, 321.2) | 642 | 271.4 (247.1, 298.1) |
| Month 36[§] | 353 | 642.2 (562.8, 732.8) | - | - | 399 | 291.5 (262.5, 323.8) | 631 | 276.7 (254.5, 300.8) |
| Month 48[¶] | - | - | 2474 | 326.2 (311.8, 341.3) | 394 | 211.8 (189.5, 236.8) | 628 | 192.8 (176.5, 210.6) |
| **Anti-HPV 18** | | | | | | | | |
| Month 07 | 922 | 1042.6 (967.6, 1123.3) | 3566 | 475.2 (458.6, 492.1) | 501 | 385.8 (347.6, 428.1) | 722 | 324.6 (297.6, 354.0) |
| Month 24 | 214 | 137.7 (114.8, 165.1) | 3002 | 50.8 (48.2, 53.5) | 478 | 31.8 (28.1, 36.0) | 705 | 26.0 (23.5, 28.8) |
| Month 36[§] | 357 | 87.0 (74.8, 101.2) | - | - | 453 | 32.1 (28.5, 36.3) | 689 | 27.0 (24.5, 29.8) |
| Month 48[¶] | - | - | 2710 | 33.2 (31.5, 35.0) | 444 | 25.2 (22.3, 28.5) | 688 | 21.2 (19.2, 23.4) |

*N = Number of individuals randomized in the respective group who received at least 1 injection.
[†]n = Number of individuals in the indicated immunogenicity population.
[‡]mMU = milli-Merck Units
[§]Month 37 for 9- to 15-year-old girls. No serology samples were collected at this time point for 16- to 26-year-old girls and women.
[¶]Month 48/End-of-study visits for 16- to 26-year-old girls and women were generally scheduled earlier than Month 48. Mean visit timing was Month 44. The studies in 9- to 15-year-old girls were planned to end prior to 48 months and therefore no serology samples were collected.
cLIA = Competitive Luminex Immunoassay
CI = Confidence Interval
GMT = Geometric Mean Titers

**Table 21: Persistence of Anti-HPV cLIA Geometric Mean Titers in 9- Through 26-Year-Old Boys and Men**

| Assay (cLIA)/ Time Point | 9- to 15-Year-Old Boys (N* = 1072) | | 16- to 26-Year-Old Boys and Men (N* = 2026) | |
|---|---|---|---|---|
| | n[†] | GMT (95% CI) mMU[‡]/mL | n[†] | GMT (95% CI) mMU[‡]/mL |
| **Anti-HPV 6** | | | | |
| Month 07 | 884 | 1037.5 (963.4, 1117.3) | 1094 | 447.2 (418.4, 477.9) |
| Month 24 | 323 | 134.1 (119.5, 150.5) | 907 | 80.3 (74.9, 86.0) |
| Month 36[§] | 342 | 126.6 (111.9, 143.2) | 654 | 72.4 (68.0, 77.2) |
| Month 48[¶] | - | - | - | - |
| **Anti-HPV 11** | | | | |
| Month 07 | 885 | 1386.8 (1298.5, 1481.0) | 1094 | 624.5 (588.6, 662.5) |
| Month 24 | 324 | 188.5 (168.4, 211.1) | 907 | 94.6 (88.4, 101.2) |
| Month 36[§] | 342 | 148.8 (131.1, 169.0) | 654 | 80.3 (75.7, 85.2) |
| Month 48[¶] | - | - | - | - |
| **Anti-HPV 16** | | | | |
| Month 07 | 882 | 6056.5 (5601.4, 6548.6) | 1137 | 2401.5 (2241.8, 2572.6) |
| Month 24 | 322 | 938.2 (825.0, 1067.0) | 938 | 347.7 (322.5, 374.9) |
| Month 36[§] | 341 | 708.8 (613.9, 818.3) | 672 | 306.7 (287.5, 327.1) |
| Month 48[¶] | - | - | - | - |
| **Anti-HPV 18** | | | | |
| Month 07 | 887 | 1357.4 (1249.4, 1474.7) | 1176 | 402.6 (374.6, 432.6) |
| Month 24 | 324 | 131.9 (112.1, 155.3) | 967 | 38.7 (35.2, 42.5) |
| Month 36[§] | 343 | 113.0 (94.7, 135.0) | 690 | 33.4 (30.9, 36.1) |
| Month 48[¶] | - | - | - | - |

*N = Number of individuals randomized in the respective group who received at least 1 injection.
[†]n = Number of individuals in the indicated immunogenicity population.
[‡]mMU = milli-Merck Units
[§]Month 36 time point for 16- to 26-year-old boys and men; Month 37 for 9- to 15-year-old boys.
[¶]The studies in 9- to 15-year-old boys and girls and 16- to 26-year-old boys and men were planned to end prior to 48 months and therefore no serology samples were collected.
cLIA = Competitive Luminex Immunoassay
CI = Confidence Interval
GMT = Geometric Mean Titers

    Tables 18 and 19 display the Month 7 immunogenicity data for girls and women and boys and men. Anti-HPV responses 1 month postdose 3 among 9- through 15-year-old adolescent girls were non-inferior to anti-HPV responses in 16- through 26-year-old girls and women in the combined database of immunogenicity studies for GARDASIL. Anti-HPV responses 1 month postdose 3 among 9- through 15-year-old adolescent boys were non-inferior to anti-HPV responses in 16- through 26-year-old boys and men in Study 5.

    On the basis of this immunogenicity bridging, the efficacy of GARDASIL in 9- through 15-year-old adolescent girls and boys is inferred.

*GMT Response to Variation in Dosing Regimen in 18- Through 26-Year-Old Women*

    Girls and women evaluated in the PPE population of clinical studies received all 3 vaccinations within 1 year of enrollment. An analysis of immune response data suggests that flexibility of ±1 month for Dose 2 (i.e., Month 1 to Month 3 in the vaccination regimen) and flexibility of ±2 months for Dose 3 (i.e., Month 4 to Month 8 in the vaccination regimen) do not impact the immune responses to GARDASIL.

*Duration of the Immune Response to GARDASIL*

The duration of immunity following a complete schedule of immunization with GARDASIL has not been established. The peak anti-HPV GMTs for HPV types 6, 11, 16, and 18 occurred at Month 7. Anti-HPV GMTs for HPV types 6, 11, 16, and 18 were similar between measurements at Month 24 and Month 60 in Study 2.

## 14.9  Long-Term Follow-Up Studies

The protection of GARDASIL against HPV-related disease continues to be studied over time in populations including adolescents (boys and girls) and women who were enrolled in the Phase 3 vaccines.
*Persistence of Effectiveness*

An extension of Study 4 based in national healthcare registries in Denmark, Iceland, Norway, and Sweden to monitor endpoint cases of HPV 6-, 11-, 16-, or 18-related CIN (any grade), AIS, cervical cancer, vulvar cancer, or vaginal cancer among 2,650 girls and women 16 through 23 years of age at enrollment who were randomized to vaccination with GARDASIL and consented to be followed in the extension study. An interim analysis of the per-protocol effectiveness population included 1,902 subjects who completed the GARDASIL vaccination series within one year, were naïve to the relevant HPV type through 1 month postdose 3, had no protocol violations, and had follow-up data available. The median follow-up from initial vaccination was 6.7 years with a range of 2.8 to 8.4 years. No cases of HPV 6-, 11-, 16-, or 18-related CIN (any grade), AIS, cervical cancer, vulvar cancer, or vaginal cancer were observed over a total of 5,765 person-years at risk.

An extension of a Phase 3 study (Study 7) in which 614 girls and 565 boys 9 through 15 years of age at enrollment were randomized to vaccination with GARDASIL for endpoint cases of HPV 6-, 11-, 16-, or 18-related persistent infection, CIN (any grade), AIS, VIN, VaIN, cervical cancer, vulvar cancer, vaginal cancer, and genital lesions from the initiation of sexual activity or age 16 onwards. An interim analysis of the per-protocol effectiveness population included 246 girls and 168 boys who completed the GARDASIL vaccination series within one year, were seronegative to the relevant HPV type at initiation of the vaccination series, and had not initiated sexual activity prior to receiving the third dose of GARDASIL. The median follow-up, from the first dose of vaccine, was 7.2 years with a range of 0.5 to 8.5 years. No cases of persistent infection of at least 12 months' duration and no cases of HPV 6-, 11-, 16-, or 18-related CIN (any grade), AIS, VIN, VaIN, cervical cancer, vulvar cancer, vaginal cancer, or genital lesions were observed over a total 1,105 person-years at risk. There were 4 cases of HPV 6-, 11-, 16-, or 18-related persistent infection of at least 6 months' duration, including 3 cases related to HPV 16 and 1 case related to HPV 6, none of which persisted to 12 months' duration.
*Persistence of the Immune Response*

The interim reports of the two extension studies described above included analyses of type-specific anti-HPV antibody titers at 9 years postdose 1 for girls and women 16 through 23 years of age at enrollment (range of 1,178 to 1,331 subjects with evaluable data across HPV types) and at 8 years postdose 1 for boys and girls 9 through 15 years of age at enrollment (range of 436 to 440 subjects with evaluable data across HPV types). Anti-HPV 6, 11, 16, and 18 GMTs as measured by cLIA were decreased compared with corresponding values at earlier time points, but the proportions of seropositive subjects ranged from 88.4% to 94.4% for anti-HPV 6, from 89.1% to 95.5% for anti-HPV 11, from 96.8% to 99.1% for anti-HPV 16, and from 60.0% to 64.1% for anti-HPV 18.

## 14.10   Studies with RECOMBIVAX HB [hepatitis B vaccine (recombinant)]

The safety and immunogenicity of co-administration of GARDASIL with RECOMBIVAX HB [hepatitis B vaccine (recombinant)] (same visit, injections at separate sites) were evaluated in a randomized, double-blind, study of 1871 women aged 16 through 24 years at enrollment. The race distribution of the girls and women in the clinical trial was as follows: 61.6% White; 1.6% Hispanic (Black and White); 23.8% Other; 11.9% Black; 0.8% Asian; and 0.3% American Indian.

Subjects either received GARDASIL and RECOMBIVAX HB (n = 466), GARDASIL and RECOMBIVAX HB-matched placebo (n = 468), RECOMBIVAX HB and GARDASIL-matched placebo (n = 467) or RECOMBIVAX-matched placebo and GARDASIL-matched placebo (n = 470) at Day 1, Month 2 and Month 6. Immunogenicity was assessed for all vaccines 1 month post completion of the vaccination series.

Concomitant administration of GARDASIL with RECOMBIVAX HB [hepatitis B vaccine (recombinant)] did not interfere with the antibody response to any of the vaccine antigens when GARDASIL was given concomitantly with RECOMBIVAX HB or separately.

### 14.11   Studies with Menactra [Meningococcal (Groups A, C, Y and W-135) Polysaccharide Diphtheria Toxoid Conjugate Vaccine] and Adacel [Tetanus Toxoid, Reduced Diphtheria Toxoid and Acellular Pertussis Vaccine Adsorbed (Tdap)]

The safety and immunogenicity of co-administration of GARDASIL with Menactra [Meningococcal (Groups A, C, Y and W-135) Polysaccharide Diphtheria Toxoid Conjugate Vaccine] and Adacel [Tetanus Toxoid, Reduced Diphtheria Toxoid and Acellular Pertussis Vaccine Adsorbed (Tdap)] (same visit, injections at separate sites) were evaluated in an open-labeled, randomized, controlled study of 1040 boys and girls 11 through 17 years of age at enrollment. The race distribution of the subjects in the clinical trial was as follows: 77.7% White; 6.8% Hispanic (Black and White); 1.4% Multi-racial; 12.3% Black; 1.2% Asian; 0.2% Indian; and 0.4% American Indian.

One group received GARDASIL in one limb and both Menactra and Adacel, as separate injections, in the opposite limb concomitantly on Day 1 (n = 517). The second group received the first dose of GARDASIL on Day 1 in one limb then Menactra and Adacel, as separate injections, at Month 1 in the opposite limb (n = 523). Subjects in both vaccination groups received the second dose of GARDASIL at Month 2 and the third dose at Month 6. Immunogenicity was assessed for all vaccines 1 month post completion of the vaccination series (1 dose for Menactra and Adacel and 3 doses for GARDASIL).

Concomitant administration of GARDASIL with Menactra [Meningococcal (Groups A, C, Y and W-135) Polysaccharide Diphtheria Toxoid Conjugate Vaccine] and Adacel [Tetanus Toxoid, Reduced Diphtheria Toxoid and Acellular Pertussis Vaccine Adsorbed (Tdap)] did not interfere with the antibody response to any of the vaccine antigens when GARDASIL was given concomitantly with Menactra and Adacel or separately.

## 16   HOW SUPPLIED/STORAGE AND HANDLING

All presentations for GARDASIL contain a suspension of 120 mcg L1 protein from HPV types 6, 11, 16, and 18 in a 0.5-mL dose. GARDASIL is supplied in vials and syringes.

Carton of one 0.5-mL single-dose vial. **NDC** 0006-4045-00.

Carton of ten 0.5-mL single-dose vials. **NDC** 0006-4045-41.

Carton of six 0.5-mL single-dose prefilled Luer-Lok® syringes with tip caps. **NDC** 0006-4109-09.

Carton of ten 0.5-mL single-dose prefilled Luer-Lok® syringes with tip caps. **NDC** 0006-4109-02.

Store refrigerated at 2 to 8°C (36 to 46°F). Do not freeze. Protect from light.

GARDASIL should be administered as soon as possible after being removed from refrigeration.

GARDASIL can be out of refrigeration (at temperatures at or below 25°C/77°F), for a total time of not more than 72 hours.

## 17   PATIENT COUNSELING INFORMATION

Advise the patient to read the FDA-approved patient labeling (Patient Information).

Inform the patient, parent, or guardian:

- Vaccination does not eliminate the necessity for women to continue to undergo recommended cervical cancer screening. Women who receive GARDASIL should continue to undergo cervical cancer screening per standard of care.
- Recipients of GARDASIL should not discontinue anal cancer screening if it has been recommended by a health care provider.
- GARDASIL has not been demonstrated to provide protection against disease from vaccine and non-vaccine HPV types to which a person has previously been exposed through sexual activity.
- Since syncope has been reported following vaccination sometimes resulting in falling with injury, observation for 15 minutes after administration is recommended.
- Vaccine information is required to be given with each vaccination to the patient, parent, or guardian.
- Information regarding benefits and risks associated with vaccination.

- GARDASIL is not recommended for use in pregnant women.
- Importance of completing the immunization series unless contraindicated.
- Report any adverse reactions to their health care provider.

Manuf. and Dist. by: Merck Sharp & Dohme Corp., a subsidiary of
**MERCK & CO., INC.,** Whitehouse Station, NJ 08889, USA

For patent information: www.merck.com/product/patent/home.html

The trademarks depicted herein are owned by their respective companies.

Copyright © 2006, 2009, 2010, 2011 Merck Sharp & Dohme Corp., a subsidiary of **Merck & Co., Inc.** All rights reserved.

uspi-v501-i-1504r021

Printed in USA

**HIGHLIGHTS OF PRESCRIBING INFORMATION**
**These highlights do not include all the information needed to use GARDASIL 9 safely and effectively. See full prescribing information for GARDASIL 9.**

**GARDASIL®9**
**(Human Papillomavirus 9-valent Vaccine, Recombinant)**
**Suspension for intramuscular injection**
**Initial U.S. Approval: 2014**

------------------------ **RECENT MAJOR CHANGES** ------------------------

| | |
|---|---|
| Indications and Usage, Girls and Women (1.1) | 06/2020 |
| Indications and Usage, Boys and Men (1.2) | 06/2020 |
| Indications and Usage, Limitations of Use and Effectiveness (1.3) | 06/2020 |

------------------------- **INDICATIONS AND USAGE** -------------------------
GARDASIL 9 is a vaccine indicated in girls and women 9 through 45 years of age for the prevention of the following diseases:

- Cervical, vulvar, vaginal, anal, oropharyngeal and other head and neck cancers caused by Human Papillomavirus (HPV) types 16, 18, 31, 33, 45, 52, and 58. (1.1)
- Genital warts (condyloma acuminata) caused by HPV types 6 and 11. (1.1)

And the following precancerous or dysplastic lesions caused by HPV types 6, 11, 16, 18, 31, 33, 45, 52, and 58:

- Cervical intraepithelial neoplasia (CIN) grade 2/3 and cervical adenocarcinoma *in situ* (AIS). (1.1)
- Cervical intraepithelial neoplasia (CIN) grade 1. (1.1)
- Vulvar intraepithelial neoplasia (VIN) grade 2 and grade 3. (1.1)
- Vaginal intraepithelial neoplasia (VaIN) grade 2 and grade 3. (1.1)
- Anal intraepithelial neoplasia (AIN) grades 1, 2, and 3. (1.1)

GARDASIL 9 is indicated in boys and men 9 through 45 years of age for the prevention of the following diseases:

- Anal, oropharyngeal and other head and neck cancers caused by HPV types 16, 18, 31, 33, 45, 52, and 58. (1.2)
- Genital warts (condyloma acuminata) caused by HPV types 6 and 11. (1.2)

And the following precancerous or dysplastic lesions caused by HPV types 6, 11, 16, 18, 31, 33, 45, 52, and 58:

- Anal intraepithelial neoplasia (AIN) grades 1, 2, and 3. (1.2)

The oropharyngeal and head and neck cancer indication is approved under accelerated approval based on effectiveness in preventing HPV-related anogenital cancer. Continued approval for this indication may be contingent upon verification and description of clinical benefit in a confirmatory trial (1).

Limitations of Use and Effectiveness:

- Vaccination with GARDASIL 9 does not eliminate the necessity for vaccine recipients to undergo screening for cervical, vulvar, vaginal, anal, oropharyngeal and other head and neck cancers as recommended by a health care provider. (1.3, 17)
- GARDASIL 9 has not been demonstrated to provide protection against disease caused by:
  - HPV types not covered by the vaccine
  - HPV types to which a person has previously been exposed through sexual activity. (1.3)
- Not all vulvar, vaginal, anal, oropharyngeal and other head and neck cancers are caused by HPV, and GARDASIL 9 protects only against those vulvar, vaginal, anal, oropharyngeal and other head and neck cancers caused by HPV 16, 18, 31, 33, 45, 52, and 58. (1.3)

- GARDASIL 9 is not a treatment for external genital lesions; cervical, vulvar, vaginal, anal, oropharyngeal and other head and neck cancers; CIN; VIN; VaIN; or AIN. (1.3)
- Vaccination with GARDASIL 9 may not result in protection in all vaccine recipients. (1.3)

------------------- **DOSAGE AND ADMINISTRATION** -------------------
**For intramuscular administration only. (2)**
Each dose of GARDASIL 9 is 0.5-mL
Administer GARDASIL 9 as follows: (2.1)

| Age | Regimen | Schedule |
|---|---|---|
| 9 through 14 years | 2-dose | 0, 6 to 12 months* |
| | 3-dose | 0, 2, 6 months |
| 15 through 45 years | 3-dose | 0, 2, 6 months |

*If the second dose is administered earlier than 5 months after the first dose, administer a third dose at least 4 months after the second dose. (14.2 and 14.6)

------------------- **DOSAGE FORMS AND STRENGTHS** -------------------
- 0.5-mL suspension for injection as a single-dose vial and prefilled syringe. (3, 11)

------------------------- **CONTRAINDICATIONS** -------------------------
Hypersensitivity, including severe allergic reactions to yeast (a vaccine component), or after a previous dose of GARDASIL 9 or GARDASIL®. (4, 11)

----------------- **WARNINGS AND PRECAUTIONS** -----------------
Because vaccinees may develop syncope, sometimes resulting in falling with injury, observation for 15 minutes after administration is recommended. Syncope, sometimes associated with tonic-clonic movements and other seizure-like activity, has been reported following HPV vaccination. When syncope is associated with tonic-clonic movements, the activity is usually transient and typically responds to restoring cerebral perfusion by maintaining a supine or Trendelenburg position. (5.1)

-------------------------- **ADVERSE REACTIONS** --------------------------
The most common (≥10%) local and systemic adverse reactions reported:

- In girls and women 16 through 26 years of age: injection-site pain (89.9%), injection-site swelling (40.0%), injection-site erythema (34.0%) and headache (14.6%). (6.1)
- In girls 9 through 15 years of age: injection-site pain (89.3%), injection-site swelling (47.8%), injection-site erythema (34.1%) and headache (11.4%). (6.1)
- In women 27 through 45 years of age: injection-site pain (82.8%), injection-site swelling (23.3%), injection-site erythema (16.9%), and headache (13.6%) (6.1)
- In boys and men 16 through 26 years of age: injection-site pain (63.4%), injection-site swelling (20.2%) and injection-site erythema (20.7%). (6.1)
- In boys 9 through 15 years of age: injection-site pain (71.5%), injection-site swelling (26.9%), and injection-site erythema (24.9%). (6.1)

**To report SUSPECTED ADVERSE REACTIONS, contact Merck Sharp & Dohme Corp., a subsidiary of Merck & Co., Inc., at 1-877-888-4231 or VAERS at 1-800-822-7967 or www.vaers.hhs.gov.**

**See 17 for PATIENT COUNSELING INFORMATION and FDA-approved patient labeling.**

**Revised: 08/2020**

---

**FULL PRESCRIBING INFORMATION: CONTENTS***

**1   INDICATIONS AND USAGE**
    1.1   Girls and Women
    1.2   Boys and Men
    1.3   Limitations of Use and Effectiveness
**2   DOSAGE AND ADMINISTRATION**
    2.1   Dosage
    2.2   Method of Administration
    2.3   Administration of GARDASIL 9 in Individuals Who Have Been Previously Vaccinated with GARDASIL®
**3   DOSAGE FORMS AND STRENGTHS**
**4   CONTRAINDICATIONS**
**5   WARNINGS AND PRECAUTIONS**
    5.1   Syncope
    5.2   Managing Allergic Reactions
**6   ADVERSE REACTIONS**
    6.1   Clinical Trials Experience

6.2  Postmarketing Experience
7  DRUG INTERACTIONS
    7.1  Use with Systemic Immunosuppressive Medications
8  USE IN SPECIFIC POPULATIONS
    8.1  Pregnancy
    8.2  Lactation
    8.4  Pediatric Use
    8.5  Geriatric Use
    8.6  Immunocompromised Individuals
11  DESCRIPTION
12  CLINICAL PHARMACOLOGY
    12.1  Mechanism of Action
13  NONCLINICAL TOXICOLOGY
    13.1  Carcinogenesis, Mutagenesis, Impairment of Fertility
14  CLINICAL STUDIES
    14.1  Efficacy and Effectiveness Data for GARDASIL

14.2  Clinical Trials for GARDASIL 9
14.3  Efficacy – HPV Types 31, 33, 45, 52 and 58 in Girls and
      Women 16 through 26 Years of Age
14.4  Effectiveness in Prevention of HPV-Related Oropharyngeal
      and Other Head and Neck Cancers
14.5  Immunogenicity of a 3-Dose Regimen
14.6  Immune Responses to GARDASIL 9 Using a 2-Dose
      Regimen in Individuals 9 through 14 Years of Age
14.7  Studies with Menactra and Adacel
15  REFERENCES
16  HOW SUPPLIED/STORAGE AND HANDLING
17  PATIENT COUNSELING INFORMATION

*Sections or subsections omitted from the full prescribing information
are not listed.

## FULL PRESCRIBING INFORMATION

## 1    INDICATIONS AND USAGE

### 1.1   Girls and Women

GARDASIL®9 is a vaccine indicated in girls and women 9 through 45 years of age for the prevention of the following diseases:

- Cervical, vulvar, vaginal, anal, oropharyngeal and other head and neck cancers caused by Human Papillomavirus (HPV) types 16, 18, 31, 33, 45, 52, and 58
- Genital warts (condyloma acuminata) caused by HPV types 6 and 11

And the following precancerous or dysplastic lesions caused by HPV types 6, 11, 16, 18, 31, 33, 45, 52, and 58:

- Cervical intraepithelial neoplasia (CIN) grade 2/3 and cervical adenocarcinoma in situ (AIS)
- Cervical intraepithelial neoplasia (CIN) grade 1
- Vulvar intraepithelial neoplasia (VIN) grade 2 and grade 3
- Vaginal intraepithelial neoplasia (VaIN) grade 2 and grade 3
- Anal intraepithelial neoplasia (AIN) grades 1, 2, and 3

### 1.2   Boys and Men

GARDASIL 9 is indicated in boys and men 9 through 45 years of age for the prevention of the following diseases:

- Anal, oropharyngeal and other head and neck cancers caused by HPV types 16, 18, 31, 33, 45, 52, and 58
- Genital warts (condyloma acuminata) caused by HPV types 6 and 11

And the following precancerous or dysplastic lesions caused by HPV types 6, 11, 16, 18, 31, 33, 45, 52, and 58:

- Anal intraepithelial neoplasia (AIN) grades 1, 2, and 3

The oropharyngeal and head and neck cancer indication is approved under accelerated approval based on effectiveness in preventing HPV-related anogenital disease *[see Clinical Studies (14.4)]*. Continued approval for this indication may be contingent upon verification and description of clinical benefit in a confirmatory trial.

### 1.3   Limitations of Use and Effectiveness

- Vaccination with GARDASIL 9 does not eliminate the necessity for vaccine recipients to undergo screening for cervical, vulvar, vaginal, anal, oropharyngeal and other head and neck cancers as recommended by a health care provider.
- GARDASIL 9 has not been demonstrated to provide protection against disease caused by:
    - HPV types not covered by the vaccine *[see Description (11)]*,
    - HPV types to which a person has previously been exposed through sexual activity.
- Not all vulvar, vaginal, anal, oropharyngeal and other head and neck cancers are caused by HPV, and GARDASIL 9 protects only against those vulvar, vaginal, anal, oropharyngeal and other head and neck cancers caused by HPV 16, 18, 31, 33, 45, 52, and 58.
- GARDASIL 9 is not a treatment for external genital lesions; cervical, vulvar, vaginal, anal, oropharyngeal and other head and neck cancers; CIN; VIN; VaIN; or AIN.
- Vaccination with GARDASIL 9 may not result in protection in all vaccine recipients.

## 2    DOSAGE AND ADMINISTRATION

**For intramuscular use only**

### 2.1  Dosage

Each dose of GARDASIL 9 is 0.5-mL.
Administer GARDASIL 9 as follows:

| Age | Regimen | Schedule |
|---|---|---|
| 9 through 14 years | 2-dose | 0, 6 to 12 months* |
| | 3-dose | 0, 2, 6 months |
| 15 through 45 years | 3-dose | 0, 2, 6 months |

*If the second dose is administered earlier than 5 months after the first dose, administer a third dose at least 4 months after the second dose. *[See Clinical Studies (14.2 and 14.6).]*

### 2.2  Method of Administration

- Do not dilute or mix GARDASIL 9 with other vaccines.
- Shake well immediately before use to maintain suspension of the vaccine.
- Parenteral drug products should be inspected visually for particulate matter and discoloration prior to administration, whenever solution and container permit. Do not use the product if particulates are present or if it appears discolored. After thorough agitation, GARDASIL 9 is a white cloudy liquid.
- Administer intramuscularly in the deltoid or anterolateral area of the thigh.
- Observe patients for 15 minutes after administration *[see Warnings and Precautions (5)]*.

*Single-Dose Vial Use*
Withdraw the 0.5-mL dose of vaccine from the single-dose vial using a sterile needle and syringe and use promptly. Discard vial after use.
*Prefilled Syringe Use*
This package does not contain a needle. Shake well before use. Attach a needle by twisting in a clockwise direction until the needle fits securely on the syringe. Administer the entire dose as per standard protocol. Discard syringe after use.

### 2.3  Administration of GARDASIL 9 in Individuals Who Have Been Previously Vaccinated with GARDASIL®

Safety and immunogenicity were assessed in individuals who completed a three-dose vaccination series with GARDASIL 9 and had previously completed a three-dose vaccination series with GARDASIL *[see Adverse Reactions (6.1) and Clinical Studies (14.5)]*. Studies using a mixed regimen of HPV vaccines to assess interchangeability were not performed for GARDASIL 9.

## 3    DOSAGE FORMS AND STRENGTHS

GARDASIL 9 is a suspension for intramuscular administration available in 0.5-mL single-dose vials and prefilled syringes. *[See Description (11) for the complete listing of ingredients.]*

## 4    CONTRAINDICATIONS

Hypersensitivity, including severe allergic reactions to yeast (a vaccine component), or after a previous dose of GARDASIL 9 or GARDASIL *[see Description (11)]*.

## 5    WARNINGS AND PRECAUTIONS

### 5.1  Syncope

Because vaccinees may develop syncope, sometimes resulting in falling with injury, observation for 15 minutes after administration is recommended. Syncope, sometimes associated with tonic-clonic movements and other seizure-like activity, has been reported following HPV vaccination. When syncope is associated with tonic-clonic movements, the activity is usually transient and typically responds to restoring cerebral perfusion by maintaining a supine or Trendelenburg position.

### 5.2   Managing Allergic Reactions

Appropriate medical treatment and supervision must be readily available in case of anaphylactic reactions following the administration of GARDASIL 9.

## 6   ADVERSE REACTIONS

### 6.1   Clinical Trials Experience

Because clinical trials are conducted under widely varying conditions, adverse reaction rates observed in the clinical trials of a vaccine cannot be directly compared to rates in the clinical trials of another vaccine and may not reflect the rates observed in practice.

The safety of GARDASIL 9 was evaluated in seven clinical studies that included 15,703 individuals who received at least one dose of GARDASIL 9 and had safety follow-up. Study 1 and Study 3 also included 7,378 individuals who received at least one dose of GARDASIL as a control and had safety follow-up. The vaccines were administered on the day of enrollment and the subsequent doses administered approximately two and six months thereafter. Safety was evaluated using vaccination report card (VRC)-aided surveillance for 14 days after each injection of GARDASIL 9 or GARDASIL.

The individuals who were monitored using VRC-aided surveillance included 9,097 girls and women 16 through 26 years of age, 1,394 boys and men 16 through 26 years of age, and 5,212 girls and boys 9 through 15 years of age (3,436 girls and 1,776 boys) at enrollment who received GARDASIL 9; and 7,078 girls and women 16 through 26 years of age and 300 girls 9 through 15 years of age at enrollment who received GARDASIL. The race distribution of the integrated safety population for GARDASIL 9 was similar between girls and women 16 through 26 years of age (56.8% White; 25.2% Other Races or Multiracial; 14.1% Asian; 3.9% Black), girls and boys 9 through 15 years of age (62.0% White; 19.2% Other Races or Multiracial; 13.5% Asian; 5.4% Black), and boys and men 16 through 26 years of age (62.1% White; 22.6% Other Races or Multiracial; 9.8% Asian; 5.5% Black). The safety of GARDASIL 9 was compared directly to the safety of GARDASIL in two studies (Study 1 and Study 3) for which the overall race distribution of the GARDASIL cohorts (57.0% White; 26.3% Other Races or Multiracial; 13.6% Asian; 3.2% Black) was similar to that of the GARDASIL 9 cohorts.

Safety of GARDASIL 9 in women 27 through 45 years of age was evaluated in a clinical trial comparing 640 women 27 through 45 years of age and 570 girls and women 16 through 26 years of age. The race distribution was similar between women 27 through 45 years of age (97.7% White, 1.6% Asian, 0.3% Other or Multiracial, 0.5% Black) and girls and women 16 through 26 years of age (94.6% White, 3.0% Asian, 1.6% Other or Multiracial, 0.9% Black).

Safety of GARDASIL 9 in men 27 through 45 years of age is inferred from the safety data of GARDASIL 9 in boys and men 9 through 26 years of age and girls and women 9 through 45 years of age and GARDASIL in individuals 9 through 45 years of age.

*Injection-Site and Systemic Adverse Reactions*

Injection-site reactions (pain, swelling, and erythema) and oral temperature were solicited using VRC-aided surveillance for five days after each injection of GARDASIL 9 during the clinical studies. The rates and severity of these solicited adverse reactions that occurred within five days following each dose of GARDASIL 9 compared with GARDASIL in Study 1 (girls and women 16 through 26 years of age) and Study 3 (girls 9 through 15 years of age) are presented in Table 1. Among subjects who received GARDASIL 9, the rates of injection-site pain were approximately equal across the three reporting time periods. Rates of injection-site swelling and injection-site erythema increased following each successive dose of GARDASIL 9. Recipients of GARDASIL 9 had numerically higher rates of injection-site reactions compared with recipients of GARDASIL.

**Table 1: Rates (%) and Severity of Solicited Injection-Site and Systemic Adverse Reactions Occurring within Five Days of Each Vaccination with GARDASIL 9 Compared with GARDASIL (Studies 1 and 3)**

| | GARDASIL 9 | | | | GARDASIL | | | |
|---|---|---|---|---|---|---|---|---|
| | Post-dose 1 | Post-dose 2 | Post-dose 3 | Post any dose | Post-dose 1 | Post-dose 2 | Post-dose 3 | Post any dose |
| **Girls and Women 16 through 26 Years of Age** | | | | | | | | |
| **Injection-Site Adverse Reactions** | N=7069 | N=6997 | N=6909 | N=7071 | N=7076 | N=6992 | N=6909 | N=7078 |
| Pain, Any | 70.7 | 73.5 | 71.6 | 89.9 | 58.2 | 62.2 | 62.6 | 83.5 |
| Pain, Severe | 0.7 | 1.7 | 2.6 | 4.3 | 0.4 | 1.0 | 1.7 | 2.6 |
| Swelling, Any | 12.5 | 23.3 | 28.3 | 40.0 | 9.3 | 14.6 | 18.7 | 28.8 |
| Swelling, Severe | 0.6 | 1.5 | 2.5 | 3.8 | 0.3 | 0.5 | 1.0 | 1.5 |
| Erythema, Any | 10.6 | 18.0 | 22.6 | 34.0 | 8.1 | 12.9 | 15.6 | 25.6 |
| Erythema, Severe | 0.2 | 0.5 | 1.1 | 1.6 | 0.2 | 0.2 | 0.4 | 0.8 |
| **Systemic Adverse Reactions** | n=6995 | n=6913 | n=6743 | n=7022 | n=7003 | n=6914 | n=6725 | n=7024 |
| Temperature ≥100°F | 1.7 | 2.6 | 2.7 | 6.0 | 1.7 | 2.4 | 2.5 | 5.9 |
| Temperature ≥102°F | 0.3 | 0.3 | 0.4 | 1.0 | 0.2 | 0.3 | 0.3 | 0.8 |
| **Girls 9 through 15 Years of Age** | | | | | | | | |
| **Injection-Site Adverse Reactions** | N=300 | N=297 | N=296 | N=299 | N=299 | N=299 | N=294 | N=300 |
| Pain, Any | 71.7 | 71.0 | 74.3 | 89.3 | 66.2 | 66.2 | 69.4 | 88.3 |
| Pain, Severe | 0.7 | 2.0 | 3.0 | 5.7 | 0.7 | 1.3 | 1.7 | 3.3 |
| Swelling, Any | 14.0 | 23.9 | 36.1 | 47.8 | 10.4 | 17.7 | 25.2 | 36.0 |
| Swelling, Severe | 0.3 | 2.4 | 3.7 | 6.0 | 0.7 | 2.7 | 4.1 | 6.3 |
| Erythema, Any | 7.0 | 15.5 | 21.3 | 34.1 | 9.7 | 14.4 | 18.4 | 29.3 |
| Erythema, Severe | 0 | 0.3 | 1.4 | 1.7 | 0 | 0.3 | 1.7 | 2.0 |
| **Systemic Adverse Reactions** | n=300 | n=294 | n=295 | n=299 | n=299 | n=297 | n=291 | n=300 |
| Temperature ≥100°F | 2.3 | 1.7 | 3.0 | 6.7 | 1.7 | 1.7 | 0 | 3.3 |
| Temperature ≥102°F | 0 | 0.3 | 1.0 | 1.3 | 0.3 | 0.3 | 0 | 0.7 |

The data for girls and women 16 through 26 years of age are from Study 1 (NCT00543543), and the data for girls 9 through 15 years of age are from Study 3 (NCT01304498).
N=number of subjects vaccinated with safety follow-up
n=number of subjects with temperature data
Pain, Any=mild, moderate, severe or unknown intensity
Pain, Severe=incapacitating with inability to work or do usual activity
Swelling, Any=any size or size unknown
Swelling, Severe=maximum size greater than 2 inches
Erythema, Any=any size or size unknown
Erythema, Severe=maximum size greater than 2 inches

Unsolicited injection-site and systemic adverse reactions (assessed as vaccine-related by the investigator) observed among recipients of either GARDASIL 9 or GARDASIL in Studies 1 and 3 at a frequency of at least 1% are shown in Table 2. Few individuals discontinued study participation due to adverse experiences after receiving either vaccine (GARDASIL 9 = 0.1% vs. GARDASIL <0.1%).

**Table 2: Rates (%) of Unsolicited Injection-Site and Systemic Adverse Reactions Occurring among ≥1.0% of Individuals after Any Vaccination with GARDASIL 9 Compared with GARDASIL (Studies 1 and 3)**

| | Girls and Women 16 through 26 Years of Age | | Girls 9 through 15 Years of Age | |
|---|---|---|---|---|
| | GARDASIL 9 N=7071 | GARDASIL N=7078 | GARDASIL 9 N=299 | GARDASIL N=300 |
| **Injection-Site Adverse Reactions (1 to 5 Days Post-Vaccination, Any Dose)** | | | | |
| Pruritus | 5.5 | 4.0 | 4.0 | 2.7 |
| Bruising | 1.9 | 1.9 | 0 | 0 |
| Hematoma | 0.9 | 0.6 | 3.7 | 4.7 |
| Mass | 1.3 | 0.6 | 0 | 0 |
| Hemorrhage | 1.0 | 0.7 | 1.0 | 2.0 |
| Induration | 0.8 | 0.2 | 2.0 | 1.0 |
| Warmth | 0.8 | 0.5 | 0.7 | 1.7 |
| Reaction | 0.6 | 0.6 | 0.3 | 1.0 |
| **Systemic Adverse Reactions (1 to 15 Days Post-Vaccination, Any Dose)** | | | | |
| Headache | 14.6 | 13.7 | 11.4 | 11.3 |
| Pyrexia | 5.0 | 4.3 | 5.0 | 2.7 |
| Nausea | 4.4 | 3.7 | 3.0 | 3.7 |
| Dizziness | 3.0 | 2.8 | 0.7 | 0.7 |
| Fatigue | 2.3 | 2.1 | 0 | 2.7 |
| Diarrhea | 1.2 | 1.0 | 0.3 | 0 |
| Oropharyngeal pain | 1.0 | 0.6 | 2.7 | 0.7 |
| Myalgia | 1.0 | 0.7 | 0.7 | 0.7 |
| Abdominal pain, upper | 0.7 | 0.8 | 1.7 | 1.3 |
| Upper respiratory tract infection | 0.1 | 0.1 | 0.3 | 1.0 |

The data for girls and women 16 through 26 years of age are from Study 1 (NCT00543543), and the data for girls 9 through 15 years of age are from Study 3 (NCT01304498).
N=number of subjects vaccinated with safety follow-up

In an uncontrolled clinical trial with 639 boys and 1,878 girls 9 through 15 years of age (Study 2), the rates and severity of solicited adverse reactions following each dose of GARDASIL 9 were similar between boys and girls. Rates of solicited and unsolicited injection-site and systemic adverse reactions in boys 9 through 15 years of age were similar to those among girls 9 through 15 years of age. Solicited and unsolicited adverse reactions reported by boys in this study are shown in Table 3.

In another uncontrolled clinical trial with 1,394 boys and men 16 through 26 years of age and 1,075 girls and women 16 through 26 years of age (Study 7), the rates of solicited and unsolicited adverse reactions following each dose of GARDASIL 9 among girls and women 16 through 26 years of age were similar to those reported in Study 1. Rates of solicited and unsolicited adverse reactions reported by boys and men 16 through 26 years of age in this study are shown in Table 3.

In an uncontrolled clinical trial with 640 women 27 through 45 years of age and 570 girls and women 16 through 26 years of age (Study 9), the rates of solicited and unsolicited adverse reactions following each dose of GARDASIL 9 among girls and women 16 through 26 years of age were similar to those reported in Study 1. Rates of solicited and unsolicited adverse reactions reported by women 27 through 45 years of age in this study are shown in Table 3.

**Table 3: Rates (%) of Solicited and Unsolicited\* Injection-Site and Systemic Adverse Reactions among Boys 9 through 15 Years of Age, among Boys and Men 16 through 26 Years of Age and Women 27 through 45 Years of Age Who Received GARDASIL 9 (Studies 2, 7, and 9)**

|  | GARDASIL 9 |
|---|---|
| **Boys and Men 16 through 26 Years of Age** | **N=1394** |
| **Solicited Adverse Reactions (1-5 Days Post-Vaccination, Any Dose)** |  |
| Injection-Site Pain, Any | 63.4 |
| Injection-Site Pain, Severe | 0.6 |
| Injection-Site Erythema, Any | 20.7 |
| Injection-Site Erythema, Severe | 0.4 |
| Injection-Site Swelling, Any | 20.2 |
| Injection-Site Swelling, Severe | 1.1 |
| Oral Temperature ≥100.0°F[†] | 4.4 |
| Oral Temperature ≥102°F | 0.6 |
| **Unsolicited Injection-Site Adverse Reactions (1-5 Days Post-Vaccination, Any Dose)** |  |
| Injection-Site Hypersensitivity | 1.0 |
| Injection-Site Pruritus | 1.0 |
| **Unsolicited Systemic Adverse Reactions (1-15 Days Post-Vaccination, Any Dose)** |  |
| Headache | 7.3 |
| Pyrexia | 2.4 |
| Fatigue | 1.4 |
| Dizziness | 1.1 |
| Nausea | 1.0 |
|  |  |
| **Boys 9 through 15 Years of Age** | **N=639** |
| **Solicited Adverse Reactions (1-5 Days Post-Vaccination, Any Dose)** |  |
| Injection-Site Pain, Any | 71.5 |
| Injection-Site Pain, Severe | 0.5 |
| Injection-Site Erythema, Any | 24.9 |
| Injection-Site Erythema, Severe | 1.9 |
| Injection-Site Swelling, Any | 26.9 |
| Injection-Site Swelling, Severe | 5.2 |
| Oral Temperature ≥100.0°F[†] | 10.4 |
| Oral Temperature ≥102°F | 1.4 |
| **Unsolicited Injection-Site Adverse Reactions (1-5 Days Post-Vaccination, Any Dose)** |  |
| Injection-Site Hematoma | 1.3 |
| Injection-Site Induration | 1.1 |
| **Unsolicited Systemic Adverse Reactions (1-15 Days Post-Vaccination, Any Dose)** |  |
| Headache | 9.4 |
| Pyrexia | 8.9 |
| Nausea | 1.3 |
|  |  |
| **Women 27 through 45 Years of Age** | **N=640** |
| **Solicited Adverse Reactions (1-5 Days Post-Vaccination, Any Dose)** |  |
| Injection-Site Pain, Any | 82.8 |
| Injection-Site Pain, Severe | 1.9 |
| Injection-Site Erythema, Any | 16.9 |
| Injection-Site Erythema, Severe | 0.5 |
| Injection-Site Swelling, Any | 23.3 |
| Injection-Site Swelling, Severe | 1.9 |
| Oral Temperature ≥100.0°F[†] | 2.5 |
| Oral Temperature ≥102°F | 0.3 |
| **Unsolicited Injection-Site Adverse Reactions (1-5 Days Post-Vaccination, Any Dose)** |  |
| Injection-Site Pruritus | 1.6 |
| Injection-Site Hematoma | 1.3 |
| **Unsolicited Systemic Adverse Reactions (1-15 Days Post-Vaccination, Any Dose)** |  |
| Headache | 13.6 |
| Fatigue | 3.4 |
| Pyrexia | 1.7 |
| Nausea | 1.7 |
| Oropharyngeal pain | 1.1 |

The data for GARDASIL 9 boys 9 through 15 years of age are from Study 2 (NCT00943722). The data for boys and men 16 through 26 years of age for GARDASIL 9 are from Study 7 (NCT01651949). The data for women 27 through 45 years of age are from Study 9 (NCT03158220).
*Unsolicited adverse reactions reported by ≥1% of individuals
N=number of subjects vaccinated with safety follow-up
†For oral temperature: number of subjects with temperature data for boys 9 through 15 years of age N=637; for boys and men 16 through 26 years of age N=1,386; for women 27 through 45 years of age N=640
Pain, Any=mild, moderate, severe or unknown intensity
Pain, Severe=incapacitating with inability to work or do usual activity
Swelling, Any=any size or size unknown
Swelling, Severe=maximum size greater than 2 inches
Erythema, Any=any size or size unknown
Erythema, Severe=maximum size greater than 2 inches

### Serious Adverse Events in Clinical Studies

Serious adverse events were collected throughout the entire study period (range one month to 48 months post-last dose) for the seven clinical studies for GARDASIL 9. Out of the 15,705 individuals who were administered GARDASIL 9 and had safety follow-up, 354 reported a serious adverse event; representing 2.3% of the population. As a comparison, of the 7,378 individuals who were administered GARDASIL and had safety follow-up, 185 reported a serious adverse event; representing 2.5% of the population. Four GARDASIL 9 recipients each reported at least one serious adverse event that was determined to be vaccine-related. The vaccine-related serious adverse reactions were pyrexia, allergy to vaccine, asthmatic crisis, and headache.

### Deaths in the Entire Study Population

Across the clinical studies, ten deaths occurred (five each in the GARDASIL 9 and GARDASIL groups); none were assessed as vaccine-related. Causes of death in the GARDASIL 9 group included one automobile accident, one suicide, one case of acute lymphocytic leukemia, one case of hypovolemic septic shock, and one unexplained sudden death 678 days following the last dose of GARDASIL 9. Causes of death in the GARDASIL control group included one automobile accident, one airplane crash, one cerebral hemorrhage, one gunshot wound, and one stomach adenocarcinoma.

### Systemic Autoimmune Disorders

In all of the clinical trials with GARDASIL 9 subjects were evaluated for new medical conditions potentially indicative of a systemic autoimmune disorder. In total, 2.2% (351/15,703) of GARDASIL 9 recipients and 3.3% (240/7,378) of GARDASIL recipients reported new medical conditions potentially indicative of systemic autoimmune disorders, which were similar to rates reported following GARDASIL, AAHS control, or saline placebo in historical clinical trials.

### Clinical Trials Experience for GARDASIL 9 in Individuals Who Have Been Previously Vaccinated with GARDASIL

A clinical study (Study 4) evaluated the safety of GARDASIL 9 in 12- through 26-year-old girls and women who had previously been vaccinated with three doses of GARDASIL. The time interval between the last injection of GARDASIL and the first injection of GARDASIL 9 ranged from approximately 12 to 36 months. Individuals were administered GARDASIL 9 or saline placebo and safety was evaluated using VRC-aided surveillance for 14 days after each injection of GARDASIL 9 or saline placebo in these individuals. The individuals who were monitored included 608 individuals who received GARDASIL 9 and 305 individuals who received saline placebo. Few (0.5%) individuals who received GARDASIL 9 discontinued due to adverse reactions. The vaccine-related adverse experiences that were observed among recipients of GARDASIL 9 at a frequency of at least 1.0% and also at a greater frequency than that observed among saline placebo recipients are shown in Table 4. Overall the safety profile was similar between individuals vaccinated with GARDASIL 9 who were previously vaccinated with GARDASIL and those who were naïve to HPV vaccination with the exception of numerically higher rates of injection-site swelling and erythema among individuals who were previously vaccinated with GARDASIL (Tables 1 and 4).

Table 4: Rates (%) of Solicited and Unsolicited* Injection-Site and Systemic Adverse Reactions among Individuals Previously Vaccinated with GARDASIL Who Received GARDASIL 9 or Saline Placebo (Girls and Women 12 through 26 Years of Age) (Study 4)

| | GARDASIL 9 N=608 | Saline Placebo N=305 |
|---|---|---|
| **Solicited Adverse Reactions (1-5 Days Post-Vaccination, Any Dose)** | | |
| Injection-Site Pain | 90.3 | 38.0 |
| Injection-Site Erythema | 42.3 | 8.5 |
| Injection-Site Swelling | 49.0 | 5.9 |
| Oral Temperature ≥100.0°F[†] | 6.5 | 3.0 |
| **Unsolicited Injection-Site Adverse Reactions (1-5 Days Post-Vaccination, Any Dose)** | | |
| Injection-Site Pruritus | 7.7 | 1.3 |
| Injection-Site Hematoma | 4.8 | 2.3 |
| Injection-Site Reaction | 1.3 | 0.3 |
| Injection-Site Mass | 1.2 | 0.7 |
| **Unsolicited Systemic Adverse Reactions (1-15 Days Post-Vaccination, Any Dose)** | | |
| Headache | 19.6 | 18.0 |
| Pyrexia | 5.1 | 1.6 |
| Nausea | 3.9 | 2.0 |
| Dizziness | 3.0 | 1.6 |
| Abdominal pain, upper | 1.5 | 0.7 |
| Influenza | 1.2 | 1.0 |

The data for GARDASIL 9 and saline placebo are from Study 4 (NCT01047345).
*Unsolicited adverse reactions reported by ≥1% of individuals
N=number of subjects vaccinated with safety follow-up
[†]For oral temperature: number of subjects with temperature data GARDASIL 9 N=604; Saline Placebo N=304

*Safety in Concomitant Use with Menactra and Adacel*

In Study 5, the safety of GARDASIL 9 when administered concomitantly with Menactra [Meningococcal (Groups A, C, Y and W-135) Polysaccharide Diphtheria Toxoid Conjugate Vaccine] and Adacel [Tetanus Toxoid, Reduced Diphtheria Toxoid and Acellular Pertussis Vaccine Adsorbed (Tdap)] was evaluated in a randomized study of 1,241 boys (n = 620) and girls (n = 621) with a mean age of 12.2 years *[see Clinical Studies (14.7)]*.

Of the 1,237 boys and girls vaccinated, 1,220 had safety follow-up for injection-site adverse reactions. The rates of injection-site adverse reactions were similar between the concomitant group and non-concomitant group (vaccination with GARDASIL 9 separated from vaccination with Menactra and Adacel by 1 month) with the exception of an increased rate of swelling reported at the injection site for GARDASIL 9 in the concomitant group (14.4%) compared to the non-concomitant group (9.4%). The majority of injection-site swelling adverse reactions were reported as being mild to moderate in intensity.

**6.2   Postmarketing Experience**

The postmarketing adverse experiences were reported voluntarily from a population of uncertain size, therefore, it is not possible to reliably estimate their frequency or to establish a causal relationship to vaccine exposure.

The safety profile of GARDASIL 9 and GARDASIL are similar. The postmarketing safety experience with GARDASIL is relevant to GARDASIL 9 since the vaccines are manufactured similarly and contain the same L1 HPV proteins of four of the same HPV types.

GARDASIL 9

In addition to the adverse reactions reported in the clinical studies, the following adverse experiences have been spontaneously reported during post-approval use of GARDASIL 9:

Gastrointestinal disorders: Vomiting
Skin and subcutaneous tissue disorders: Urticaria

GARDASIL

Additionally, the following postmarketing adverse experiences have been spontaneously reported for GARDASIL:

Blood and lymphatic system disorders: Autoimmune hemolytic anemia, idiopathic thrombocytopenic purpura, lymphadenopathy.
Respiratory, thoracic and mediastinal disorders: Pulmonary embolus.
Gastrointestinal disorders: Pancreatitis.
General disorders and administration site conditions: Asthenia, chills, death, malaise.
Immune system disorders: Autoimmune diseases, hypersensitivity reactions including anaphylactic/anaphylactoid reactions, bronchospasm.
Musculoskeletal and connective tissue disorders: Arthralgia, myalgia.
Nervous system disorders: Acute disseminated encephalomyelitis, Guillain-Barré syndrome, motor neuron disease, paralysis, seizures, transverse myelitis.
Infections and infestations: Cellulitis.
Vascular disorders: Deep venous thrombosis.

## 7    DRUG INTERACTIONS

### 7.1    Use with Systemic Immunosuppressive Medications

Immunosuppressive therapies, including irradiation, antimetabolites, alkylating agents, cytotoxic drugs, and corticosteroids (used in greater than physiologic doses), may reduce the immune responses to vaccines *[see Use in Specific Populations (8.6)]*.

## 8    USE IN SPECIFIC POPULATIONS

### 8.1    Pregnancy

*Pregnancy Exposure Registry*
There is a pregnancy exposure registry to monitor pregnancy outcomes in women exposed to GARDASIL 9 during pregnancy. To enroll in or obtain information about the registry, call Merck Sharp & Dohme Corp., a subsidiary of Merck & Co., Inc., at 1-800-986-8999.
*Risk Summary*
All pregnancies have a risk of birth defect, loss, or other adverse outcomes. In the U.S. general population, the estimated background risk of major birth defects and miscarriage in clinically recognized pregnancies is 2% to 4% and 15% to 20%, respectively. There are no adequate and well-controlled studies of GARDASIL 9 in pregnant women. Available human data do not demonstrate vaccine-associated increase in risk of major birth defects and miscarriages when GARDASIL 9 is administered during pregnancy.
In one developmental toxicity study, 0.5 mL of a vaccine formulation containing between 1 and 1.5 –fold of each of the 9 HPV antigen types was administered to female rats prior to mating and during gestation. In a second study, animals were administered a single human dose (0.5 mL) of GARDASIL 9 prior to mating, during gestation and during lactation. These animal studies revealed no evidence of harm to the fetus due to GARDASIL 9 *[see Data]*.
*Data*
Human Data
In pre-licensure clinical studies of GARDASIL 9, women underwent pregnancy testing immediately prior to administration of each dose of GARDASIL 9 or control vaccine (GARDASIL). (Data from GARDASIL are relevant to GARDASIL 9 because both vaccines are manufactured using the same process and have overlapping compositions.) Subjects who were determined to be pregnant were instructed to defer vaccination until the end of their pregnancy. Despite this pregnancy screening regimen, some subjects were vaccinated very early in pregnancy before human chorionic gonadotropin (HCG) was detectable. An analysis was conducted to evaluate pregnancy outcomes for pregnancies with onset within 30 days before or after vaccination with GARDASIL 9 or GARDASIL. Among such pregnancies, there were 62 and 55 with known outcomes (excluding ectopic pregnancies and elective terminations) for GARDASIL 9 and GARDASIL, respectively, including 44 and 48 live births, respectively. The rates of pregnancies that resulted in a miscarriage were 27.4% (17/62) and 12.7% (7/55) in subjects who received GARDASIL 9 or

GARDASIL, respectively. The rates of live births with major birth defects were 0% (0/44) and 2.1% (1/48) in subjects who received GARDASIL 9 or GARDASIL, respectively.

A five-year pregnancy registry enrolled 2,942 women who were inadvertently exposed to GARDASIL within one month prior to the last menstrual period (LMP) or at any time during pregnancy , 2,566 of whom were prospectively followed. After excluding elective terminations (n=107), ectopic pregnancies (n=5) and those lost to follow-up (n=814), there were 1,640 pregnancies with known outcomes. Rates of miscarriage and major birth defects were 6.8% of pregnancies (111/1,640) and 2.4% of live born infants (37/1,527), respectively. These rates of assessed outcomes in the prospective population were consistent with estimated background rates.

In two postmarketing studies of GARDASIL (one conducted in the U.S., and the other in Nordic countries), pregnancy outcomes among subjects who received GARDASIL during pregnancy were evaluated retrospectively. Among the 1,740 pregnancies included in the U.S. study database, outcomes were available to assess the rates of major birth defects and miscarriage. Among the 499 pregnancies included in the Nordic study database, outcomes were available to assess the rates of major birth defects. In both studies, rates of assessed outcomes did not suggest an increased risk with the administration of GARDASIL during pregnancy.

Animal Data

Developmental toxicity studies were conducted in female rats. In one study, animals were administered 0.5 mL of a vaccine formulation containing between 1 and 1.5 –fold of each of the 9 HPV antigen types 5 and 2 weeks prior to mating, and on gestation day 6. In a second study, animals were administered a single human dose (0.5 mL) of GARDASIL 9, 5 and 2 weeks prior to mating, on gestation day 6, and on lactation day 7. No adverse effects on pre- and post-weaning development were observed. There were no vaccine-related fetal malformations or variations.

**8.2   Lactation**

*Risk Summary*

Available data are not sufficient to assess the effects of GARDASIL 9 on the breastfed infant or on milk production/excretion. The developmental and health benefits of breastfeeding should be considered along with the mother's clinical need for GARDASIL 9 and any potential adverse effects on the breastfed child from GARDASIL 9 or from the underlying maternal condition. For preventive vaccines, the underlying maternal condition is susceptibility to disease prevented by the vaccine.

**8.4   Pediatric Use**

Safety and effectiveness have not been established in pediatric patients below 9 years of age.

**8.5   Geriatric Use**

The safety and effectiveness of GARDASIL 9 have not been evaluated in a geriatric population, defined as individuals aged 65 years and over.

**8.6   Immunocompromised Individuals**

The immunologic response to GARDASIL 9 may be diminished in immunocompromised individuals *[see Drug Interactions (7.1)]*.

**11   DESCRIPTION**

GARDASIL 9, Human Papillomavirus 9-valent Vaccine, Recombinant, is a non-infectious recombinant 9-valent vaccine prepared from the purified virus-like particles (VLPs) of the major capsid (L1) protein of HPV Types 6, 11, 16, 18, 31, 33, 45, 52, and 58. The L1 proteins are produced by separate fermentations using recombinant *Saccharomyces cerevisiae* and self-assembled into VLPs. The fermentation process involves growth of *S. cerevisiae* on chemically-defined fermentation media which include vitamins, amino acids, mineral salts, and carbohydrates. The VLPs are released from the yeast cells by cell disruption and purified by a series of chemical and physical methods. The purified VLPs are adsorbed on preformed aluminum-containing adjuvant (Amorphous Aluminum Hydroxyphosphate Sulfate or AAHS). The 9-valent HPV VLP vaccine is a sterile liquid suspension that is prepared by combining the adsorbed VLPs of each HPV type and additional amounts of the aluminum-containing adjuvant and the final purification buffer.

GARDASIL 9 is a sterile suspension for intramuscular administration. Each 0.5-mL dose contains approximately 30 mcg of HPV Type 6 L1 protein, 40 mcg of HPV Type 11 L1 protein, 60 mcg of HPV Type 16 L1 protein, 40 mcg of HPV Type 18 L1 protein, 20 mcg of HPV Type 31 L1 protein, 20 mcg of HPV Type 33 L1 protein, 20 mcg of HPV Type 45 L1 protein, 20 mcg of HPV Type 52 L1 protein, and 20 mcg of HPV Type 58 L1 protein.

Each 0.5-mL dose of the vaccine also contains approximately 500 mcg of aluminum (provided as AAHS), 9.56 mg of sodium chloride, 0.78 mg of L-histidine, 50 mcg of polysorbate 80, 35 mcg of sodium borate, <7 mcg yeast protein, and water for injection. The product does not contain a preservative or antibiotics.

After thorough agitation, GARDASIL 9 is a white, cloudy liquid.

## 12   CLINICAL PHARMACOLOGY

### 12.1 Mechanism of Action

HPV only infects human beings. Animal studies with analogous animal papillomaviruses suggest that the efficacy of L1 VLP vaccines may involve the development of humoral immune responses. Efficacy of GARDASIL 9 against anogenital diseases related to the vaccine HPV types in human beings is thought to be mediated by humoral immune responses induced by the vaccine, although the exact mechanism of protection is unknown.

## 13   NONCLINICAL TOXICOLOGY

### 13.1 Carcinogenesis, Mutagenesis, Impairment of Fertility

GARDASIL 9 has not been evaluated for the potential to cause carcinogenicity, genotoxicity or impairment of male fertility. GARDASIL 9 administered to female rats had no effects on fertility [see Pregnancy (8.1)].

## 14   CLINICAL STUDIES

In these studies, seropositive is defined as anti-HPV titer greater than or equal to the pre-specified serostatus cutoff for a given HPV type. Seronegative is defined as anti-HPV titer less than the pre-specified serostatus cutoff for a given HPV type. The serostatus cutoff is the antibody titer level above the assay's lower limit of quantification that reliably distinguishes sera samples classified by clinical likelihood of HPV infection and positive or negative status by previous versions of competitive Luminex Immunoassay (cLIA). The lower limits of quantification and serostatus cutoffs for each of the 9 vaccine HPV types are shown in Table 5 below. PCR positive is defined as DNA detected for a given HPV type. PCR negative is defined as DNA not detected for a given HPV type. The lower limit of detection for the multiplexed HPV PCR assays ranged from 5 to 34 copies per test across the 9 vaccine HPV types.

**Table 5: Competitive Luminex Immunoassay (cLIA) Limits of Quantification and Serostatus Cutoffs for GARDASIL 9 HPV Types**

| HPV Type | cLIA Lower Limit of Quantification (mMU*/mL) | cLIA Serostatus Cutoff (mMU*/mL) |
|---|---|---|
| HPV 6 | 16 | 30 |
| HPV 11 | 6 | 16 |
| HPV 16 | 12 | 20 |
| HPV 18 | 8 | 24 |
| HPV 31 | 4 | 10 |
| HPV 33 | 4 | 8 |
| HPV 45 | 3 | 8 |
| HPV 52 | 3 | 8 |
| HPV 58 | 4 | 8 |

*mMU=milli-Merck Units

### 14.1 Efficacy and Effectiveness Data for GARDASIL

Efficacy and effectiveness of GARDASIL are relevant to GARDASIL 9 since the vaccines are manufactured similarly and contain four of the same HPV L1 VLPs.

*Individuals 16 through 26 Years of Age*

Efficacy of GARDASIL was assessed in five AAHS-controlled, double-blind, randomized clinical trials evaluating 24,596 individuals 16 through 26 years of age (20,541 girls and women and 4,055 boys and men). The results of these trials are shown in Table 6 below.

**Table 6: Analysis of Efficacy of GARDASIL in the PPE* Population for Vaccine HPV Types**

| Disease Endpoints | GARDASIL | | AAHS Control | | % Efficacy (95% CI) |
|---|---|---|---|---|---|
| | N | Number of cases | N | Number of cases | |
| **16- through 26-Year-Old Girls and Women†** | | | | | |
| HPV 16- or 18-related CIN 2/3 or AIS | 8493 | 2 | 8464 | 112 | 98.2 (93.5, 99.8) |
| HPV 16- or 18-related VIN 2/3 | 7772 | 0 | 7744 | 10 | 100.0 (55.5, 100.0) |
| HPV 16- or 18-related VaIN 2/3 | 7772 | 0 | 7744 | 9 | 100.0 (49.5, 100.0) |
| HPV 6-, 11-, 16-, or 18-related CIN (CIN 1, CIN 2/3) or AIS | 7864 | 9 | 7865 | 225 | 96.0 (92.3, 98.2) |
| HPV 6-, 11-, 16-, or 18-related Genital Warts | 7900 | 2 | 7902 | 193 | 99.0 (96.2, 99.9) |
| HPV 6- and 11-related Genital Warts | 6932 | 2 | 6856 | 189 | 99.0 (96.2, 99.9) |
| **16- through 26-Year-Old Boys and Men** | | | | | |
| **External Genital Lesions HPV 6-, 11-, 16-, or 18-related** | | | | | |
| External Genital Lesions | 1394 | 3 | 1404 | 32 | 90.6 (70.1, 98.2) |
| Condyloma | 1394 | 3 | 1404 | 28 | 89.3 (65.3, 97.9) |
| PIN 1/2/3 | 1394 | 0 | 1404 | 4 | 100.0 (-52.1, 100.0) |
| **HPV 6-, 11-, 16-, or 18-related Endpoint** | | | | | |
| AIN 1/2/3 | 194 | 5 | 208 | 24 | 77.5 (39.6, 93.3) |
| AIN 2/3 | 194 | 3 | 208 | 13 | 74.9 (8.8, 95.4) |
| AIN 1 | 194 | 4 | 208 | 16 | 73.0 (16.3, 93.4) |
| Condyloma Acuminatum | 194 | 0 | 208 | 6 | 100.0 (8.2, 100.0) |
| Non-acuminate | 194 | 4 | 208 | 11 | 60.4 (-33.5, 90.8) |

*The PPE population consisted of individuals who received all three vaccinations within one year of enrollment, did not have major deviations from the study protocol, were naïve (PCR negative and seronegative) to the relevant HPV type(s) (Types 6, 11, 16, and 18) prior to dose 1 and who remained PCR negative to the relevant HPV type(s) through one month post-dose 3 (Month 7).
†Analyses of the combined trials were prospectively planned and included the use of similar study entry criteria.
N=Number of individuals with at least one follow-up visit after Month 7
CI=Confidence Interval
Note 1: Point estimates and confidence intervals are adjusted for person-time of follow-up.
Note 2: Table 6 does not include cases due to HPV types not covered by the vaccine.
AAHS = Amorphous Aluminum Hydroxyphosphate Sulfate, CIN = Cervical Intraepithelial Neoplasia, VIN = Vulvar Intraepithelial Neoplasia, VaIN=Vaginal Intraepithelial Neoplasia, PIN=Penile Intraepithelial Neoplasia, AIN=Anal Intraepithelial Neoplasia, AIS=Adenocarcinoma *In Situ*

In an extension study in females 16 through 26 years of age at enrollment, prophylactic efficacy of GARDASIL through Month 60 against overall cervical and genital disease related to HPV 6, 11, 16, and 18 was 100% (95% CI: 12.3%, 100%) compared to AAHS control.

An extension study in girls and women 16 through 23 years of age used national health care registries in Denmark, Iceland, Norway, and Sweden to monitor endpoint cases of HPV 6-, 11-, 16-, or 18-related CIN (any grade), AIS, cervical cancer, vulvar cancer, or vaginal cancer among 2,650 girls and women 16 through 23 years of age at enrollment who were randomized to vaccination with GARDASIL. An interim analysis of the per-protocol effectiveness population included 1,902 subjects who completed the GARDASIL vaccination series within one year, were naïve to the relevant HPV type through 1 month post-dose 3, had no protocol violations, and had follow-up data available. The median follow-up from the first dose of vaccine was 6.7 years with a range of 2.8 to 8.4 years. At the time of interim analysis, no cases of HPV 6-, 11-, 16-, or 18-related CIN (any grade), AIS, cervical cancer, vulvar cancer, or vaginal cancer were observed over a total of 5,765 person-years at risk.

*Girls and Boys 9 through 15 Years of Age*

An extension study of 614 girls and 565 boys 9 through 15 years of age at enrollment who were randomized to vaccination with GARDASIL actively followed subjects for endpoint cases of HPV 6-, 11-, 16-, or 18-related persistent infection, CIN (any grade), AIS, VIN, VaIN, cervical cancer, vulvar cancer,

vaginal cancer, and external genital lesions from the initiation of sexual activity or age 16 onwards. An interim analysis of the per-protocol effectiveness population included 246 girls and 168 boys who completed the GARDASIL vaccination series within one year, were seronegative to the relevant HPV type at initiation of the vaccination series, and had not initiated sexual activity prior to receiving the third dose of GARDASIL. The median follow-up from the first dose of vaccine was 7.2 years with a range of 0.5 to 8.5 years. At the time of interim analysis, no cases of persistent infection of at least 12 months' duration and no cases of HPV 6-, 11-, 16-, or 18-related CIN (any grade), AIS, VIN, VaIN, cervical cancer, vulvar cancer, vaginal cancer, or external genital lesions were observed over a total 1,105 person-years at risk. There were 4 cases of HPV 6-, 11-, 16-, or 18-related persistent infection of at least 6 months' duration, including 3 cases related to HPV 16 and 1 case related to HPV 6, none of which persisted to 12 months' duration.

*Individuals 27 through 45 Years of Age*

A clinical trial evaluated efficacy of GARDASIL in 3,253 women 27 through 45 years of age, based on a combined endpoint of HPV 6-, 11-, 16- or 18-related persistent infection, genital warts, vulvar and vaginal dysplastic lesions of any grade, CIN of any grade, AIS, and cervical cancer. These women were randomized 1:1 to receive either GARDASIL or AAHS control. The clinical trial was conducted in two phases: a base study and a long-term study extension. The per-protocol efficacy (PPE) population received all three vaccinations within one year of enrollment, did not have major deviations from the study protocol, were naïve (PCR negative and seronegative) to the relevant HPV type(s) (Types 6, 11, 16 and 18) prior to dose 1 and remained PCR negative to the relevant HPV type(s) through one month post-dose 3 (Month 7).

In the base study (median duration of follow-up of 3.5 years post-dose 3), the efficacy of GARDASIL against the combined incidence of HPV 6-, 11-, 16-, and 18-related persistent infection, genital warts, VIN, VaIN, vulvar cancer, vaginal cancer, cervical dysplasia (any grade CIN), AIS and cervical cancer in the PPE population was 87.7% (95% CI: 75.4%, 94.6%). The efficacy estimate for the combined endpoint was driven primarily by prevention of persistent infection. The efficacy of GARDASIL against the combined incidence of HPV 6-, 11-, 16-, and 18-related genital warts or cervical dysplasia was 95.0% (95% CI: 68.7%, 99.9%) in the PPE population. While no statistically significant efficacy was demonstrated for GARDASIL in the base study for prevention of cervical intraepithelial neoplasia grades 2 and 3 (CIN 2/3), adenocarcinoma *in situ* (AIS) or cervical cancer related to HPV types 16 and 18, there was 1 case of CIN 2/3 observed in the GARDASIL group and 5 cases in the placebo group. The CIN 2 case in the GARDASIL group tested positive by PCR for HPV 16 and HPV 51.

In the long-term extension of this study, subjects from Colombia (n=600) randomized to the GARDASIL group in the base study were monitored for HPV 6-, 11-, 16-, and 18-related genital warts or cervical dysplasia. The median follow-up post-dose 3 was 8.9 years with a range of 0.1 to 10.1 years over a total of 3,518 person-years. During the long-term extension phase, no cases of HPV 6-, 11-, 16-, or 18-related CIN (any grade) or genital warts were observed in the PPE population.

Effectiveness of GARDASIL in men 27 through 45 years of age is inferred from efficacy data in women 27 through 45 years of age as described above and supported by immunogenicity data from a clinical trial in which 150 men, 27 through 45 years of age, received a 3-dose regimen of GARDASIL (0, 2, 6 months). A cross-study analysis of per-protocol immunogenicity populations compared Month 7 anti-HPV 6, 11, 16, and 18 GMTs of these 27- through 45-year-old men (Study A) to those of 16- through 26-year old boys and men (Study B) in whom efficacy of GARDASIL had been established (see Table 6). GMT ratios (Study A/Study B) for HPV 6, 11, 16, and 18 were 0.82 (95%CI: 0.65, 1.03), 0.79 (95%CI: 0.66, 0.93), 0.91 (95%CI: 0.72, 1.13), and 0.74 (95%CI: 0.59, 0.92), respectively.

## 14.2  Clinical Trials for GARDASIL 9

Efficacy and/or immunogenicity of the 3-dose regimen of GARDASIL 9 were assessed in seven clinical trials. Study 1 evaluated the efficacy of GARDASIL 9 to prevent HPV-related cervical, vulvar, and vaginal disease using GARDASIL as a comparator.

The analysis of efficacy for GARDASIL 9 was evaluated in the per-protocol efficacy (PPE) population of 16- through 26-year-old girls and women, who received all three vaccinations within one year of enrollment, did not have major deviations from the study protocol, and were naïve to the relevant HPV type(s) by serology and PCR of cervicovaginal specimens prior to dose one and who remained PCR negative for the relevant HPV type(s) through one month post-dose 3 (Month 7). Overall, approximately 52% of subjects were negative to all vaccine HPV types by both PCR and serology at Day 1.

The primary analysis of efficacy against HPV Types 31, 33, 45, 52, and 58 is based on a combined endpoint of Cervical Intraepithelial Neoplasia (CIN) 2, CIN 3, Adenocarcinoma in situ (AIS), invasive cervical carcinoma, Vulvar Intraepithelial Neoplasia (VIN) 2/3, Vaginal Intraepithelial Neoplasia (VaIN) 2/3, vulvar cancer, or vaginal cancer. Other endpoints evaluated include cervical, vulvar and vaginal disease of any grade, persistent infection, cytological abnormalities and invasive procedures. For all endpoints, the efficacy against the HPV Types 31, 33, 45, 52 and 58 in GARDASIL 9 was evaluated compared with GARDASIL. Efficacy of GARDASIL 9 against anal lesions caused by HPV Types 31, 33, 45, 52, and 58 was not assessed due to low incidence. Effectiveness of GARDASIL 9 against anal lesions was inferred from the efficacy of GARDASIL against anal lesions caused by HPV Types 6, 11, 16 and 18 in men and antibody responses elicited by GARDASIL 9 against the HPV types covered by the vaccine.

Effectiveness against disease caused by HPV Types 6, 11, 16, and 18 was assessed by comparison of geometric mean titers (GMTs) of type-specific antibodies following vaccination with GARDASIL 9 with those following vaccination with GARDASIL (Study 1 and Study 3). The effectiveness of GARDASIL 9 in girls and boys 9 through 15 years old and in boys and men 16 through 26 years old was inferred based on a comparison of type-specific antibody GMTs to those of 16 through 26-year-old girls and women following vaccination with GARDASIL 9. Immunogenicity analyses were performed in the per-protocol immunogenicity (PPI) population consisting of individuals who received all three vaccinations within pre-defined day ranges, did not have major deviations from the study protocol, met pre-defined day range for serum collection for assessment of antibody response and were naïve [PCR negative (in girls and women 16 through 26 years of age; Studies 1 and 2) and seronegative (Studies 1, 2, 3, 5, 7 and 8)] to the relevant HPV type(s) prior to dose 1 and among 16- through 26-year-old girls and women (Studies 1 and 2) remained PCR negative to the relevant HPV type(s) through Month 7. Pre-defined day ranges for vaccinations were relative to Day 1 (dose 1). For the 3-dose schedule, dose 2 was at 2 months (± 3 weeks) and dose 3 was at 6 months (± 4 weeks). For the 2-dose schedule, dose 2 was at 6 or 12 months (± 4 weeks). Pre-defined day range for serum collection for assessment of antibody response was 21 to 49 days after the last dose.

Study 1 evaluated immunogenicity of GARDASIL 9 and efficacy to prevent infection and disease caused by HPV types 6, 11, 16, 18, 31, 33, 45, 52, and 58 in 16- through 26-year-old girls and women. Study 2 evaluated immunogenicity of GARDASIL 9 in girls and boys 9 through 15 years of age and women 16 through 26 years of age. Study 3 evaluated immunogenicity of GARDASIL 9 compared with GARDASIL in girls 9 through 15 years of age. Study 4 evaluated administration of GARDASIL 9 to girls and women 12 through 26 years of age previously vaccinated with GARDASIL. Study 5 evaluated GARDASIL 9 concomitantly administered with Menactra and Adacel in girls and boys 11 through 15 years of age. Together, these five clinical trials evaluated 12,233 individuals who received GARDASIL 9 (8,048 girls and women 16 through 26 years of age at enrollment with a mean age of 21.8 years; 2,927 girls 9 through 15 years of age at enrollment with a mean age of 11.9 years; and 1,258 boys 9 through 15 years of age at enrollment with a mean age of 11.9 years. Study 7 evaluated immunogenicity of GARDASIL 9 in boys and men, including 1,106 self-identified as heterosexual men (HM) and 313 self-identified as men having sex with men (MSM), 16 through 26 years of age at enrollment (mean ages 20.8 years and 22.2 years, respectively) and 1,101 girls and women 16 through 26 years of age at enrollment (mean age 21.3 years). Study 9 evaluated immunogenicity of GARDASIL 9 in 640 women 27 through 45 years of age and 570 girls and women 16 through 26 years of age (mean ages 35.8 years and 21.6 years, respectively).

The race distribution of the 16- through 26-year-old girls and women in the clinical trials was as follows: 56.8% White; 25.2% Other; 14.1% Asian; and 3.9% Black. The race distribution of the 9- through 15-year-old girls in the clinical trials was as follows: 60.3% White; 19.3% Other; 13.5% Asian; and 7.0% Black. The race distribution of the 9- through 15-year-old boys in the clinical trials was as follows: 46.6% White; 34.3% Other; 13.3% Asian; and 5.9% Black. The race distribution of the 16- through 26-year-old boys and men in the clinical trials was as follows: 62.1% White; 22.6% Other; 9.8% Asian; and 5.5% Black.

In Study 9 the race distribution of 27- through 45-year-old women was as follows: 97.7% White, 1.6% Asian, 0.3% Other or Multiracial, and 0.5% Black. The race distribution of girls and women 16 through 26 years of age in this study was as follows: 94.6% White, 3.0% Asian, 1.6% Other or Multiracial, and 0.9% Black.

One clinical trial (Study 8) assessed the 2-dose regimen of GARDASIL 9. Study 8 evaluated the immunogenicity of 2 doses of GARDASIL 9 in girls and boys 9 through 14 years of age and 3 doses of GARDASIL 9 in girls 9 through 14 years of age and women 16 through 26 years of age; (N=1,518; 753 girls; 451 boys and 314 women). The mean age for the girls and boys 9 through 14 years of age was 11.5

years; the mean age for girls and women 16 through 26 years of age was 21.0 years. In Study 8, the race distribution was as follows: 61.1% White; 16.3% Asian; 13.3% Other; and 8.9% Black.

## 14.3 Efficacy – HPV Types 31, 33, 45, 52 and 58 in Girls and Women 16 through 26 Years of Age

*Studies Supporting the Efficacy of GARDASIL 9 against HPV Types 31, 33, 45, 52, and 58*

The efficacy of GARDASIL 9 in 16- through 26-year-old girls and women was assessed in an active comparator-controlled, double-blind, randomized clinical trial (Study 1) that included a total of 14,204 women (GARDASIL 9 = 7,099; GARDASIL = 7,105) who were enrolled and vaccinated without pre-screening for the presence of HPV infection. Subjects were followed up with a median duration of 40 months (range 0 to 64 months) after the last vaccination.

The primary efficacy evaluation was conducted in the PPE population based on a composite clinical endpoint of HPV 31-, 33-, 45-, 52-, and 58-related cervical cancer, vulvar cancer, vaginal cancer, CIN 2/3 or AIS, VIN 2/3, and VaIN 2/3. Efficacy was further evaluated with the clinical endpoints of HPV 31-, 33-, 45-, 52-, and 58-related CIN 1, vulvar and vaginal disease of any grade, and persistent infection. In addition, the study also evaluated the impact of GARDASIL 9 on the rates of HPV 31-, 33-, 45-, 52-, and 58-related abnormal Papanicolaou (Pap) tests, cervical and external genital biopsy, and definitive therapy [including loop electrosurgical excision procedure (LEEP) and conization]. Efficacy for all endpoints was measured starting after the Month 7 visit.

GARDASIL 9 prevented HPV 31-, 33-, 45-, 52-, and 58-related persistent infection and disease and also reduced the incidence of HPV 31-, 33-, 45-, 52-, and 58-related Pap test abnormalities, cervical and external genital biopsy, and definitive therapy (Table 7).

**Table 7: Analysis of Efficacy of GARDASIL 9 against HPV Types 31, 33, 45, 52, and 58 in the PPE[*] Population of 16- through 26-Year-old Girls and Women (Study 1)**

| Disease Endpoint | GARDASIL 9 N[†]=7099 | | GARDASIL N[†]=7105 | | GARDASIL 9 Efficacy |
|---|---|---|---|---|---|
| | n[‡] | Number of cases | n[‡] | Number of cases | % (95% CI) |
| HPV 31-, 33-, 45-, 52-, 58-related CIN 2/3, AIS, Cervical Cancer, VIN 2/3, VaIN 2/3, Vulvar Cancer, and Vaginal Cancer | 6016 | 1 | 6017 | 30 | 96.7 (80.9, 99.8) |
| HPV 31-, 33-, 45-, 52-, 58-related CIN 1 | 5948 | 1 | 5943 | 69 | 98.6 (92.4, 99.9) |
| HPV 31-, 33-, 45-, 52-, 58-related CIN 2/3 or AIS | 5948 | 1 | 5943 | 27 | 96.3 (79.5, 99.8) |
| HPV 31-, 33-, 45-, 52-, 58-related Vulvar or Vaginal Disease | 6009 | 1 | 6012 | 16 | 93.8 (61.5, 99.7) |
| HPV 31-, 33-, 45-, 52-, 58-related Persistent Infection ≥6 Months[§] | 5939 | 26 | 5953 | 642 | 96.2 (94.4, 97.5) |
| HPV 31-, 33-, 45-, 52-, 58-related Persistent Infection ≥12 Months[¶] | 5939 | 15 | 5953 | 375 | 96.1 (93.7, 97.9) |
| HPV 31-, 33-, 45-, 52-, 58-related ASC-US HR-HPV Positive or Worse Pap[#] Abnormality | 5881 | 35 | 5882 | 462 | 92.6 (89.7, 94.8) |
| HPV 31-, 33-, 45-, 52-, 58-related Biopsy | 6016 | 7 | 6017 | 222 | 96.9 (93.6, 98.6) |
| HPV 31-, 33-, 45-, 52-, 58-related Definitive Therapy[b] | 6012 | 4 | 6014 | 32 | 87.5 (65.7, 96.0) |

[*]The PPE population consisted of individuals who received all three vaccinations within one year of enrollment, did not have major deviations from the study protocol, were naïve (PCR negative and seronegative) to the relevant HPV type(s) (Types 31, 33, 45, 52, and 58) prior to dose 1, and who remained PCR negative to the relevant HPV type(s) through one month post-dose 3 (Month 7); data from Study 1 (NCT00543543).
[†]N=Number of individuals randomized to the respective vaccination group who received at least one injection
[‡]n=Number of individuals contributing to the analysis
[§]Persistent infection detected in samples from two or more consecutive visits at least six months apart
[¶]Persistent infection detected in samples from two or more consecutive visits over 12 months or longer
[#]Papanicolaou test
[b]Including loop electrosurgical excision procedure (LEEP) and conization
CI=Confidence Interval
CIN=Cervical Intraepithelial Neoplasia, VIN=Vulvar Intraepithelial Neoplasia, VaIN=Vaginal Intraepithelial Neoplasia, AIS=Adenocarcinoma *In Situ*, ASC-US=Atypical squamous cells of undetermined significance
HR=High Risk

### 14.4 Effectiveness in Prevention of HPV-Related Oropharyngeal and Other Head and Neck Cancers

The effectiveness of GARDASIL 9 against oropharyngeal and other head and neck cancers caused by HPV types 16, 18, 31, 33, 45, 52 and 58, is based on the effectiveness of GARDASIL and GARDASIL 9 to prevent anogenital disease caused by HPV types covered by the vaccine *[see Clinical Studies (14.1, 14.2, 14.3)]*.

### 14.5 Immunogenicity of a 3-Dose Regimen

The minimum anti-HPV titer that confers protective efficacy has not been determined.

Type-specific immunoassays (i.e., cLIA) with type-specific standards were used to assess immunogenicity to each vaccine HPV type. These assays measured antibodies against neutralizing epitopes for each HPV type. The scales for these assays are unique to each HPV type; thus, comparisons across types and to other assays are not appropriate. Immunogenicity was measured by (1) the percentage of individuals who were seropositive for antibodies against the relevant vaccine HPV type, and (2) the Geometric Mean Titer (GMT).

*Studies Supporting the Effectiveness of GARDASIL 9 against HPV Types 6, 11, 16, and 18*

Effectiveness of GARDASIL 9 against persistent infection and disease related to HPV Types 6, 11, 16, or 18 was inferred from non-inferiority comparisons in Study 1 (16- through 26-year-old girls and women) and Study 3 (9- through 15-year-old girls) of GMTs following vaccination with GARDASIL 9 with those following vaccination with GARDASIL. A low number of efficacy endpoint cases related to HPV types 6, 11, 16 and 18 in both vaccination groups precluded a meaningful assessment of efficacy using disease endpoints associated with these HPV types. The primary analyses were conducted in the per-protocol population, which included subjects who received all three vaccinations within one year of enrollment, did not have major deviations from the study protocol, and were HPV-naïve. HPV-naïve individuals were defined as seronegative to the relevant HPV type(s) prior to dose 1 and among female subjects 16 through 26 years of age in Study 1 PCR negative to the relevant HPV type(s) in cervicovaginal specimens prior to dose 1 through Month 7.

Anti-HPV 6, 11, 16 and 18 GMTs at Month 7 for GARDASIL 9 among girls 9 through 15 years of age and young women 16 through 26 years of age were non-inferior to those among the corresponding populations for GARDASIL (Table 8). At least 99.7% of individuals included in the analyses for each HPV type became seropositive by Month 7.

Table 8: Comparison of Immune Responses (Based on cLIA) Between GARDASIL 9 and GARDASIL for HPV Types 6, 11, 16, and 18 in the PPI* Population of 9- through 26-Year-Old Girls and Women (Studies 1 and 3)

| Population | GARDASIL 9 | | GARDASIL | | GARDASIL 9/ GARDASIL | |
|---|---|---|---|---|---|---|
| | N[†] (n[‡]) | GMT mMU[§]/mL | N[†] (n[‡]) | GMT mMU[§]/mL | GMT Ratio | (95% CI)[¶] |
| **Anti-HPV 6** | | | | | | |
| 9- through 15-year-old girls | 300 (273) | 1679.4 | 300 (261) | 1565.9 | 1.07 | (0.93, 1.23) |
| 16- through 26-year-old girls and women | 6792 (3993) | 893.1 | 6795 (3975) | 875.2 | 1.02 | (0.99, 1.06) |
| **Anti-HPV 11** | | | | | | |
| 9- through 15-year-old girls | 300 (273) | 1315.6 | 300 (261) | 1417.3 | 0.93 | (0.80, 1.08) |
| 16- through 26-year-old girls and women | 6792 (3995) | 666.3 | 6795 (3982) | 830.0 | 0.80 | (0.77, 0.83) |
| **Anti-HPV 16** | | | | | | |
| 9- through 15-year-old girls | 300 (276) | 6739.5 | 300 (270) | 6887.4 | 0.97 | (0.85, 1.11) |
| 16- through 26-year-old girls and women | 6792 (4032) | 3131.1 | 6795 (4062) | 3156.6 | 0.99 | (0.96, 1.03) |
| **Anti-HPV 18** | | | | | | |

| Population | GARDASIL 9 | | GARDASIL | | GARDASIL 9/ GARDASIL | |
|---|---|---|---|---|---|---|
| | N[†] (n[‡]) | GMT mMU[§]/mL | N[†] (n[‡]) | GMT mMU[§]/mL | GMT Ratio | (95% CI)[¶] |
| 9- through 15-year-old girls | 300 (276) | 1956.6 | 300 (269) | 1795.6 | 1.08 | (0.91, 1.29) |
| 16- through 26-year-old girls and women | 6792 (4539) | 804.6 | 6795 (4541) | 678.7 | 1.19 | (1.14, 1.23) |

*The PPI population consisted of individuals who received all three vaccinations within pre-defined day ranges, did not have major deviations from the study protocol, met predefined criteria for the interval between the Month 6 and Month 7 visit, were naïve (PCR negative [among 16- through 26-year-old girls and women] and seronegative) to the relevant HPV type(s) (types 6, 11, 16, and 18) prior to dose 1, and among 16- through 26-year-old girls and women remained PCR negative to the relevant HPV type(s) through one month post-dose 3 (Month 7). The data for 16- through 26-year-old girls and women are from Study 1 (NCT00543543), and the data for 9- through 15-year-old girls are from Study 3 (NCT01304498).
[†]N=Number of individuals randomized to the respective vaccination group who received at least one injection
[‡]n=Number of individuals contributing to the analysis
[§]mMU=milli-Merck Units
[¶]Demonstration of non-inferiority required that the lower bound of the 95% CI of the GMT ratio be greater than 0.67
CI=Confidence Interval
GMT=Geometric Mean Titer
cLIA=competitive Luminex Immunoassay

*Study Supporting the Effectiveness of GARDASIL 9 against Vaccine HPV Types in 9- through 15-Year-Old Girls and Boys*

Effectiveness of GARDASIL 9 against persistent infection and disease related to vaccine HPV types in 9- through 15-year-old girls and boys was inferred from non-inferiority comparison conducted in the PPI population in Study 2 of GMTs following vaccination with GARDASIL 9 among 9- through 15-year-old girls and boys with those among 16- through 26-year-old girls and women. Anti-HPV GMTs at Month 7 among 9- through 15-year-old girls and boys were non-inferior to anti-HPV GMTs among 16- through 26-year-old girls and women (Table 9).

**Table 9: Comparison of Immune Responses (Based on cLIA) between the PPI\* Populations of 16- through 26-Year-Old Girls and Women, 9- through 15-Year-Old Girls, and 9- through 15-Year-Old Boys for All GARDASIL 9 Vaccine HPV Types (Study 2)**

| Population | N[†] | n[‡] | GMT mMU[§]/mL | GMT Ratio relative to 16- through 26-year-old girls and women (95% CI)[¶] |
|---|---|---|---|---|
| **Anti-HPV 6** | | | | |
| 9- through 15-year-old girls | 630 | 503 | 1703.1 | 1.89 (1.68, 2.12) |
| 9- through 15-year-old boys | 641 | 537 | 2083.4 | 2.31 (2.06, 2.60) |
| 16- through 26-year-old girls and women | 463 | 328 | 900.8 | 1 |
| **Anti-HPV 11** | | | | |
| 9- through 15-year-old girls | 630 | 503 | 1291.5 | 1.83 (1.63, 2.05) |
| 9- through 15-year-old boys | 641 | 537 | 1486.3 | 2.10 (1.88, 2.36) |
| 16- through 26-year-old girls and women | 463 | 332 | 706.6 | 1 |
| **Anti-HPV 16** | | | | |
| 9- through 15-year-old girls | 630 | 513 | 6933.9 | 1.97 (1.75, 2.21) |
| 9- through 15-year-old boys | 641 | 546 | 8683.0 | 2.46 (2.20, 2.76) |
| 16- through 26-year-old girls and women | 463 | 329 | 3522.6 | 1 |
| **Anti-HPV 18** | | | | |
| 9- through 15-year-old girls | 630 | 516 | 2148.3 | 2.43 (2.12, 2.79) |
| 9- through 15-year-old boys | 641 | 544 | 2855.4 | 3.23 (2.83, 3.70) |
| 16- through 26-year-old girls and women | 463 | 345 | 882.7 | 1 |
| **Anti-HPV 31** | | | | |
| 9- through 15-year-old girls | 630 | 506 | 1894.7 | 2.51 (2.21, 2.86) |
| 9- through 15-year-old boys | 641 | 543 | 2255.3 | 2.99 (2.63, 3.40) |
| 16- through 26-year-old girls and women | 463 | 340 | 753.9 | 1 |
| **Anti-HPV 33** | | | | |

| | | | | |
|---|---|---|---|---|
| 9- through 15-year-old girls | 630 | 518 | 985.8 | 2.11 (1.88, 2.37) |
| 9- through 15-year-old boys | 641 | 544 | 1207.4 | 2.59 (2.31, 2.90) |
| 16- through 26-year-old girls and women | 463 | 354 | 466.8 | 1 |
| **Anti-HPV 45** | | | | |
| 9- through 15-year-old girls | 630 | 518 | 707.7 | 2.60 (2.25, 3.00) |
| 9- through 15-year-old boys | 641 | 547 | 912.1 | 3.35 (2.90, 3.87) |
| 16- through 26-year-old girls and women | 463 | 368 | 272.2 | 1 |
| **Anti-HPV 52** | | | | |
| 9- through 15-year-old girls | 630 | 517 | 962.2 | 2.21 (1.96, 2.49) |
| 9- through 15-year-old boys | 641 | 545 | 1055.5 | 2.52 (2.22, 2.84) |
| 16- through 26-year-old girls and women | 463 | 337 | 419.6 | 1 |
| **Anti-HPV 58** | | | | |
| 9- through 15-year-old girls | 630 | 516 | 1288.0 | 2.18 (1.94, 2.46) |
| 9- through 15-year-old boys | 641 | 544 | 1593.3 | 2.70 (2.40, 3.03) |
| 16- through 26-year-old girls and women | 463 | 332 | 590.5 | 1 |

*The PPI population consisted of individuals who received all three vaccinations within pre-defined day ranges, did not have major deviations from the study protocol, met predefined criteria for the interval between the Month 6 and Month 7 visit, were naïve (PCR negative [among 16- through 26-year old girls and women] and seronegative) to the relevant HPV type(s) prior to dose 1 and among 16- through 26-year old girls and women remained PCR negative to the relevant HPV types through one month post-dose 3 (Month 7). The data are from Study 2 (NCT00943722).

[†]N=Number of individuals randomized to the respective vaccination group who received at least one injection
[‡]n=Number of individuals contributing to the analysis
[§]mMU=milli-Merck Units
[¶]Demonstration of non-inferiority required that the lower bound of the 95% CI of the GMT ratio be greater than 0.67
cLIA=competitive Luminex Immunoassay
CI=Confidence Interval
GMT=Geometric Mean Titer

*Study Supporting the Effectiveness of GARDASIL 9 against Vaccine HPV Types in 16- through 26-Year-Old Boys and Men*

Effectiveness of GARDASIL 9 against persistent infection and disease related to vaccine HPV types in 16- through 26-year-old boys and men was inferred from non-inferiority comparison conducted in the PPI population in Study 7 of GMTs following vaccination with GARDASIL 9 among 16- through 26-year-old HM with those among 16- through 26-year-old girls and women. Anti-HPV GMTs at Month 7 among 16- through 26-year-old HM were non-inferior to anti-HPV GMTs among 16- through 26-year-old girls and women (Table 10). Study 7 also enrolled 313 16- through 26-year-old HIV-negative MSM. At Month 7, anti-HPV GMT ratios for MSM relative to HM ranged from 0.6 to 0.8, depending on HPV type. The GMT ratios for MSM relative to HM were generally similar to those previously observed in clinical trials with GARDASIL.

**Table 10: Comparison of Immune Responses (Based on cLIA) between the PPI\* Populations of 16- through 26-Year-Old Girls and Women and 16- through 26-Year-Old Boys and Men Self-Identified as Heterosexual (HM) for All GARDASIL 9**

**Vaccine HPV Types (Study 7)**

| Population | N[†] | n[‡] | GMT mMU[§]/mL | GMT Ratio relative to 16- through 26-year-old girls and women (95% CI)[¶] |
|---|---|---|---|---|
| **Anti-HPV 6** | | | | |
| 16- through 26-year-old HM | 1103 | 847 | 782.0 | 1.11 (1.02, 1.21) |
| 16- through 26-year-old girls and women | 1099 | 708 | 703.9 | 1 |
| **Anti-HPV 11** | | | | |
| 16- through 26-year-old HM | 1103 | 851 | 616.7 | 1.09 (1.00, 1.19) |
| 16- through 26-year-old girls and women | 1099 | 712 | 564.9 | 1 |
| **Anti-HPV 16** | | | | |
| 16- through 26-year-old HM | 1103 | 899 | 3346.0 | 1.20 (1.10, 1.30) |
| 16- through 26-year-old girls and women | 1099 | 781 | 2788.3 | 1 |
| **Anti-HPV 18** | | | | |
| 16- through 26-year-old HM | 1103 | 906 | 808.2 | 1.19 (1.08, 1.31) |
| 16- through 26-year-old girls and women | 1099 | 831 | 679.8 | 1 |
| **Anti-HPV 31** | | | | |
| 16- through 26-year-old HM | 1103 | 908 | 708.5 | 1.24 (1.13, 1.37) |
| 16- through 26-year-old girls and women | 1099 | 826 | 570.1 | 1 |
| **Anti-HPV 33** | | | | |
| 16- through 26-year-old HM | 1103 | 901 | 384.8 | 1.19 (1.10, 1.30) |
| 16- through 26-year-old girls and women | 1099 | 853 | 322.0 | 1 |
| **Anti-HPV 45** | | | | |
| 16- through 26-year-old HM | 1103 | 909 | 235.6 | 1.27 (1.14, 1.41) |
| 16- through 26-year-old girls and women | 1099 | 871 | 185.7 | 1 |
| **Anti-HPV 52** | | | | |
| 16- through 26-year-old HM | 1103 | 907 | 386.8 | 1.15 (1.05, 1.26) |
| 16- through 26-year-old girls and women | 1099 | 849 | 335.2 | 1 |
| **Anti-HPV 58** | | | | |
| 16- through 26-year-old HM | 1103 | 897 | 509.8 | 1.25 (1.14, 1.36) |
| 16- through 26-year-old girls and women | 1099 | 839 | 409.3 | 1 |

*The PPI population consisted of individuals who received all three vaccinations within pre-defined day ranges, did not have major deviations from the study protocol, met predefined criteria for the interval between the Month 6 and Month 7 visit, and were seronegative to the relevant HPV type(s) (types 6, 11, 16, 18, 31, 33, 45, 52, and 58) prior to dose 1. The data are from Study 7 (NCT01651949).
[†]Number of individuals randomized to the respective vaccination group who received at least one injection
[‡]Number of individuals contributing to the analysis
[§]mMU=milli-Merck Units
[¶]Demonstration of non-inferiority required that the lower bound of the 95% CI of the GMT ratio be greater than 0.67
cLIA=competitive Luminex Immunoassay
CI=Confidence Interval
GMT=Geometric Mean Titer

*Study Supporting the Effectiveness of GARDASIL 9 against Vaccine HPV Types in 27- through 45-Year-Old Women*

Effectiveness of GARDASIL 9 against persistent infection and disease related to vaccine HPV types in 27- through 45-year-old women was supported by immunobridging comparisons conducted in the PPI population in Study 9. In Study 9, the GMT ratios of anti-HPV responses at Month 7 among 27- through 45-year-old women relative to anti-HPV responses among 16- through 26-year-old girls and women met the success criteria of having the lower bound of the 95% CI of the GMT ratios greater than 0.50 for HPV 16, 18, 31, 33, 45, 52, and 58 (Table 11).

**Table 11: Comparison of Immune Responses (Based on cLIA) Between the PPI\* Populations of 27- through 45 Year-Old Women and 16- through 26-Year-Old Girls and Women for GARDASIL 9 Vaccine HPV Types (Study 9)**

| Population | N[†] | n[‡] | GMT mMU[§]/mL | GMT Ratio relative to 16-through 26-year-old girls and women (95% CI)[¶] |
|---|---|---|---|---|
| **Anti-HPV 6** | | | | |
| 27- through 45-year-old women | 640 | 448 | 638.4 | N.D[#] |
| 16- through 26-year-old girls and women | 570 | 421 | 787.8 | N.D[#] |
| **Anti-HPV 11** | | | | |
| 27- through 45-year-old women | 640 | 448 | 453.5 | N.D[#] |
| 16- through 26-year-old girls and women | 570 | 421 | 598.7 | N.D[#] |
| **Anti-HPV 16** | | | | |
| 27- through 45-year-old women | 640 | 448 | 2,147.5 | 0.70 (0.63, 0.77) |
| 16- through 26-year-old girls and women | 570 | 436 | 3,075.8 | 1 |
| **Anti-HPV 18** | | | | |
| 27- through 45-year-old women | 640 | 471 | 532.1 | 0.71 (0.64, 0.80) |
| 16- through 26-year-old girls and women | 570 | 421 | 744.5 | 1 |
| **Anti-HPV 31** | | | | |
| 27- through 45-year-old women | 640 | 488 | 395.7 | 0.66 (0.60, 0.74) |
| 16- through 26-year-old girls and women | 570 | 447 | 596.1 | 1 |
| **Anti-HPV 33** | | | | |
| 27- through 45-year-old women | 640 | 493 | 259.0 | 0.73 (0.67, 0.80) |
| 16- through 26-year-old girls and women | 570 | 457 | 354.5 | 1 |
| **Anti-HPV 45** | | | | |
| 27- through 45-year-old women | 640 | 515 | 145.6 | 0.68 (0.60, 0.76) |
| 16- through 26-year-old girls and women | 570 | 470 | 214.9 | 1 |
| **Anti-HPV 52** | | | | |
| 27- through 45-year-old women | 640 | 496 | 244.7 | 0.71 (0.64, 0.78) |
| 16- through 26-year-old girls and women | 570 | 456 | 346.5 | 1 |
| **Anti-HPV 58** | | | | |
| 27- through 45-year-old women | 640 | 478 | 296.4 | 0.69 (0.63, 0.76) |
| 16- through 26-year-old girls and women | 570 | 451 | 428.0 | 1 |

*The PPI population consisted of individuals who received all 3 vaccinations within pre-defined day ranges, did not have major deviations from the study protocol, met predefined criteria for the interval between the Month 6 and Month 7 visit, and were seronegative to the relevant HPV type(s) (types 16, 18, 31, 33, 45, 52, and 58) prior to dose 1. The data are from Study 9 (NCT03158220).
[†]Number of individuals randomized to the respective vaccination group who received at least 1 injection
[‡]Number of individuals contributing to the analysis
[§]mMU=milli-Merck Units
[¶]Immunobridging required that the lower bound of the 95% CI of the GMT ratio be greater than 0.50.
[#]N.D=Not Determined. GMT ratios were not calculated because immunobridging comparison was not specified in the study protocol for HPV types 6 and 11.
cLIA=Competitive Luminex Immunoassay
CI=Confidence Interval
GMT=Geometric Mean Titers

*Immune Response to GARDASIL 9 across All Clinical Trials*

Across all clinical trials, at least 99.2% of individuals included in the analyses for each of the nine vaccine HPV types became seropositive by Month 7. Anti-HPV GMTs at Month 7 among 9- through 15-year-old girls and boys and 16- through 26-year-old boys and men were comparable to anti-HPV responses among 16- through 26-year-old girls and women in the combined database of immunogenicity studies for GARDASIL 9.

*Persistence of Immune Response to GARDASIL 9*

The duration of immunity following a 3-dose schedule of vaccination with GARDASIL 9 has not been established. The peak anti-HPV GMTs for each vaccine HPV type occurred at Month 7. Proportions of individuals who remained seropositive to each vaccine HPV type at Month 24 were similar to the corresponding seropositive proportions at Month 7.

*Administration of GARDASIL 9 to Individuals Previously Vaccinated with GARDASIL*

Study 4 evaluated the immunogenicity of 3 doses of GARDASIL 9 in 921 girls and women (12 through 26 years of age) who had previously been vaccinated with 3 doses of GARDASIL. Prior to enrollment in the study, over 99% of subjects had received three injections of GARDASIL within a one year period. The time

interval between the last injection of GARDASIL and the first injection of GARDASIL 9 ranged from approximately 12 to 36 months.

Seropositivity to HPV Types 6, 11, 16, 18, 31, 33, 45, 52, and 58 in the per protocol population ranged from 98.3 to 100% by Month 7 in individuals who received GARDASIL 9. The anti-HPV 31, 33, 45, 52 and 58 GMTs for the population previously vaccinated with GARDASIL were 25-63% of the GMTs in the combined populations from Studies 1, 2, 3, and 5, who had not previously received GARDASIL, although the clinical relevance of these differences is unknown. Efficacy of GARDASIL 9 in preventing infection and disease related to HPV Types 31, 33, 45, 52, and 58 in individuals previously vaccinated with GARDASIL has not been assessed.

*Concomitant Use of Hormonal Contraceptives*

Among 7,269 female recipients of GARDASIL 9 (16 through 26 years of age), 60.2% used hormonal contraceptives during the vaccination period of clinical studies 1 and 2. Use of hormonal contraceptives did not appear to affect the type specific immune responses to GARDASIL 9.

## 14.6  Immune Responses to GARDASIL 9 Using a 2-Dose Regimen in Individuals 9 through 14 Years of Age

Effectiveness of GARDASIL 9 against persistent infection and disease related to vaccine HPV types in 9- through 14-year-old girls and boys who received a 2-dose regimen was inferred from non-inferiority comparison conducted in the PPI population in Study 8 of GMTs following vaccination with GARDASIL 9 among 9- through 14-year-old girls and boys who received a 2-dose regimen (at 0, 6 months or 0, 12 months) with those among 16- through 26-year-old girls and women who received a 3-dose regimen (at 0, 2, 6 months). Anti-HPV GMTs at one month after the last dose among 9- through 14-year-old girls and boys who received 2 doses of GARDASIL 9 were non-inferior to anti-HPV GMTs among 16- through 26-year-old girls and women who received 3 doses of GARDASIL 9 (Table 12).

One month following the last dose of the assigned regimen, between 97.9% and 100% of subjects across all groups became seropositive for antibodies against the 9 vaccine HPV types (Table 12).

In the same study, in girls and boys 9 through 14 years old, GMTs at one month after the last vaccine dose were numerically lower for some vaccine types after a 2-dose schedule than in girls 9 through 14 years old after a 3-dose schedule (HPV types 18, 31, 45, and 52 after 0, 6 months and HPV type 45 after 0, 12 months; Table 12). The clinical relevance of these findings is unknown.

Duration of immunity of a 2-dose schedule of GARDASIL 9 has not been established.

**Table 12: Summary of Anti-HPV cLIA Geometric Mean Titers in the PPI\* Population at One Month After the Last Vaccine**

**Dose Among Subjects Who Received 2 Doses[†] or 3 Doses[†] of GARDASIL 9 (Study 8)**

| Population (Regimen) | N | n | GMT mMU[‡]/mL | GMT Ratio relative to 3-dose regimen in 16-through 26-year-old girls and women (95% CI) |
|---|---|---|---|---|
| **Anti-HPV 6** | | | | |
| 9- to 14-year-old girls (0, 6)[†] | 301 | 258 | 1657.9 | 2.15 (1.83, 2.53)[§] |
| 9- to 14-year-old boys (0, 6)[†] | 301 | 263 | 1557.4 | 2.02 (1.73, 2.36)[§] |
| 9- to 14-year-old girls and boys (0, 12)[†] | 300 | 257 | 2678.8 | 3.47 (2.93, 4.11)[§] |
| 9- to 14-year-old girls (0, 2, 6)[†] | 300 | 254 | 1496.1 | 1.94 (1.65, 2.29)[¶] |
| 16- to 26-year-old women (0, 2, 6)[†] | 314 | 238 | 770.9 | 1 |
| **Anti-HPV 11** | | | | |
| 9- to 14-year-old girls (0, 6)[†] | 301 | 258 | 1388.9 | 2.39 (2.03, 2.82)[§] |
| 9- to 14-year-old boys (0, 6)[†] | 301 | 264 | 1423.9 | 2.45 (2.09, 2.88)[§] |
| 9- to 14-year-old girls and boys (0, 12)[†] | 300 | 257 | 2941.8 | 5.07 (4.32, 5.94)[§] |
| 9- to 14-year-old girls (0, 2, 6)[†] | 300 | 254 | 1306.3 | 2.25 (1.90, 2.66)[¶] |
| 16- to 26-year-old women (0, 2, 6)[†] | 314 | 238 | 580.5 | 1 |
| **Anti-HPV 16** | | | | |
| 9- to 14-year-old girls (0, 6)[†] | 301 | 272 | 8004.9 | 2.54 (2.14, 3.00)[§] |
| 9- to 14-year-old boys (0, 6)[†] | 301 | 273 | 8474.8 | 2.69 (2.29, 3.15)[§] |
| 9- to 14-year-old girls and boys (0, 12)[†] | 300 | 264 | 14329.3 | 4.54 (3.84, 5.37)[§] |
| 9- to 14-year-old girls (0, 2, 6)[†] | 300 | 269 | 6996.0 | 2.22 (1.89, 2.61)[¶] |
| 16- to 26-year-old women (0, 2, 6)[†] | 314 | 249 | 3154.0 | 1 |
| **Anti-HPV 18** | | | | |
| 9- to 14-year-old girls (0, 6)[†] | 301 | 272 | 1872.8 | 2.46 (2.05, 2.96)[§] |
| 9- to 14-year-old boys (0, 6)[†] | 301 | 272 | 1860.9 | 2.44 (2.04, 2.92)[§] |
| 9- to 14-year-old girls and boys (0, 12)[†] | 300 | 266 | 2810.4 | 3.69 (3.06, 4.45)[§] |
| 9- to 14-year-old girls (0, 2, 6)[†] | 300 | 270 | 2049.3 | 2.69 (2.24, 3.24)[¶] |
| 16- to 26-year-old women (0, 2, 6)[†] | 314 | 267 | 761.5 | 1 |
| **Anti-HPV 31** | | | | |
| 9- to 14-year-old girls (0, 6)[†] | 301 | 272 | 1436.3 | 2.51 (2.10, 3.00)[§] |
| 9- to 14-year-old boys (0, 6)[†] | 301 | 271 | 1498.2 | 2.62 (2.20, 3.12)[§] |
| 9- to 14-year-old girls and boys (0, 12)[†] | 300 | 268 | 2117.5 | 3.70 (3.08, 4.45)[§] |
| 9- to 14-year-old girls (0, 2, 6)[†] | 300 | 271 | 1748.3 | 3.06 (2.54, 3.67)[¶] |
| 16- to 26-year-old women (0, 2, 6)[†] | 314 | 264 | 572.1 | 1 |
| **Anti-HPV 33** | | | | |
| 9- to 14-year-old girls (0, 6)[†] | 301 | 273 | 1030.0 | 2.96 (2.50, 3.50)[§] |
| 9- to 14-year-old boys (0, 6)[†] | 301 | 271 | 1040.0 | 2.99 (2.55, 3.50)[§] |
| 9- to 14-year-old girls and boys (0, 12)[†] | 300 | 269 | 2197.5 | 6.31 (5.36, 7.43)[§] |
| 9- to 14-year-old girls (0, 2, 6)[†] | 300 | 275 | 796.4 | 2.29 (1.95, 2.68)[¶] |
| 16- to 26-year-old women (0, 2, 6)[†] | 314 | 279 | 348.1 | 1 |
| **Anti-HPV 45** | | | | |
| 9- to 14-year-old girls (0, 6)[†] | 301 | 274 | 357.6 | 1.67 (1.38, 2.03)[§] |
| 9- to 14-year-old boys (0, 6)[†] | 301 | 273 | 352.3 | 1.65 (1.37, 1.99)[§] |
| 9- to 14-year-old girls and boys (0, 12)[†] | 300 | 268 | 417.7 | 1.96 (1.61, 2.37)[§] |
| 9- to 14-year-old girls (0, 2, 6)[†] | 300 | 275 | 661.7 | 3.10 (2.54, 3.77)[¶] |
| 16- to 26-year-old women (0, 2, 6)[†] | 314 | 280 | 213.6 | 1 |
| **Anti-HPV 52** | | | | |
| 9- to 14-year-old girls (0, 6)[†] | 301 | 272 | 581.1 | 1.60 (1.36, 1.87)[§] |
| 9- to 14-year-old boys (0, 6)[†] | 301 | 273 | 640.4 | 1.76 (1.51, 2.05)[§] |
| 9- to 14-year-old girls and boys (0, 12)[†] | 300 | 268 | 1123.4 | 3.08 (2.64, 3.61)[§] |
| 9- to 14-year-old girls (0, 2, 6)[†] | 300 | 275 | 909.9 | 2.50 (2.12, 2.95)[¶] |
| 16- to 26-year-old women (0, 2, 6)[†] | 314 | 271 | 364.2 | 1 |
| **Anti-HPV 58** | | | | |
| 9- to 14-year-old girls (0, 6)[†] | 301 | 270 | 1251.2 | 2.55 (2.15, 3.01)[§] |
| 9- to 14-year-old boys (0, 6)[†] | 301 | 270 | 1325.7 | 2.70 (2.30, 3.16)[§] |
| 9- to 14-year-old girls and boys (0, 12)[†] | 300 | 265 | 2444.6 | 4.98 (4.23, 5.86)[§] |
| 9- to 14-year-old girls (0, 2, 6)[†] | 300 | 273 | 1229.3 | 2.50 (2.11, 2.97)[¶] |
| 16- to 26-year-old women (0, 2, 6)[†] | 314 | 261 | 491.1 | 1 |

*The PPI population consisted of individuals who received all assigned vaccinations within pre-defined day ranges, did not have major deviations from the study protocol, met predefined criteria for the interval between the last vaccination dose and blood collection for immunogenicity assessment, and were seronegative to the relevant HPV type(s) (types 6, 11, 16, 18, 31, 33, 45, 52, and 58) prior to dose 1.
†2-dose regimen (0, 6): vaccination at Day 1 and Month 6; 2-dose regimen (0, 12): vaccination at Day 1 and Month 12; 3-dose regimen (0, 2, 6): vaccination at Day 1, Month 2, and Month 6. The data are from Study 8 (NCT01984697).
‡mMU=milli-Merck Units
§Demonstration of non-inferiority required that the lower bound of the 95% CI of the GMT ratio be greater than 0.67
¶Exploratory analysis; criterion for non-inferiority was not pre-specified
N = Number of individuals randomized to the respective vaccination group who received at least 1 injection
n = Number of individuals contributing to the analysis
CI=Confidence Interval
cLIA=competitive Luminex Immunoassay
GMT=Geometric Mean Titer

## 14.7  Studies with Menactra and Adacel

In Study 5, the safety and immunogenicity of co-administration of GARDASIL 9 with Menactra [Meningococcal (Groups A, C, Y and W-135) Polysaccharide Diphtheria Toxoid Conjugate Vaccine] and Adacel [Tetanus Toxoid, Reduced Diphtheria Toxoid and Acellular Pertussis Vaccine Adsorbed (Tdap)] (same visit, injections at separate sites) were evaluated in 1,237 boys and girls 11 through 15 years of age at enrollment.

One group received GARDASIL 9 in one limb and both Menactra and Adacel, as separate injections, in the opposite limb concomitantly on Day 1 (n = 619). The second group received the first dose of GARDASIL 9 on Day 1 in one limb then Menactra and Adacel, as separate injections, at Month 1 in the opposite limb (n = 618). Subjects in both vaccination groups received the second dose of GARDASIL 9 at Month 2 and the third dose at Month 6. Immunogenicity was assessed for all vaccines one month post vaccination (one dose for Menactra and Adacel and three doses for GARDASIL 9).

Assessments of post-vaccination immune responses included type-specific antibody GMTs for each of the vaccine HPV types at four weeks following the last dose of GARDASIL 9; GMTs for anti-filamentous hemagglutinin, anti-pertactin, and anti-fimbrial antibodies at four weeks following Adacel; percentage of subjects with anti-tetanus toxin and anti-diphtheria toxin antibody concentrations ≥0.1 IU/mL at four weeks following Adacel; and percentage of subjects with ≥4-fold rise from pre-vaccination baseline in antibody titers against *N. meningitidis* serogroups A, C, Y, and W-135 at four weeks following Menactra. Based on these measures, concomitant administration of GARDASIL 9 with Menactra and Adacel did not interfere with the antibody responses to any of the vaccines when compared with non-concomitant administration of GARDASIL 9 with Menactra and Adacel.

## 15    REFERENCES

1.  Study 1 NCT00543543

2.  Study 2 NCT00943722

3.  Study 3 NCT01304498

4.  Study 4 NCT01047345

5.  Study 5 NCT00988884

6.  Study 6 NCT01073293

7.  Study 7 NCT01651949

8.  Study 8 NCT01984697

9.  Study A NCT01432574

10.  Study B NCT00090285

11.  Study 9 NCT03158220

## 16   HOW SUPPLIED/STORAGE AND HANDLING

GARDASIL 9 is supplied in vials and syringes.
Carton of ten 0.5-mL single-dose vials. NDC 0006-4119-03
Carton of ten 0.5-mL single-dose prefilled Luer Lock syringes with tip caps. NDC 0006-4121-02
Store refrigerated at 2 to 8°C (36 to 46°F). Do not freeze. Protect from light.
GARDASIL 9 should be administered as soon as possible after being removed from refrigeration. GARDASIL 9 can be administered provided total (cumulative multiple excursion) time out of refrigeration (at temperatures between 8°C and 25°C) does not exceed 72 hours. Cumulative multiple excursions between 0°C and 2°C are also permitted as long as the total time between 0°C and 2°C does not exceed 72 hours. These are not, however, recommendations for storage.

## 17   PATIENT COUNSELING INFORMATION

Advise the patient to read the FDA-approved patient labeling (Patient Information).

Inform the patient, parent, or guardian:
- Vaccination does not eliminate the necessity for women to continue to undergo recommended cervical cancer screening. Women who receive GARDASIL 9 should continue to undergo cervical cancer screening per standard of care.
- Recipients of GARDASIL 9 should not discontinue anal cancer screening if it has been recommended by a health care provider.
- GARDASIL 9 has not been demonstrated to provide protection against disease from vaccine and non-vaccine HPV types to which a person has previously been exposed through sexual activity.
- Since syncope has been reported following HPV vaccination sometimes resulting in falling with injury, observation for 15 minutes after administration is recommended.
- Vaccine information is required to be given with each vaccination to the patient, parent, or guardian.
- Provide information regarding benefits and risks associated with vaccination.
- Safety and effectiveness of GARDASIL 9 have not been established in pregnant women. A pregnancy registry is available. Women exposed to GARDASIL 9 around the time of conception or during pregnancy are encouraged to register by calling 1-800-986-8999. *[See Use in Specific Populations (8.1).]*
- It is important to complete the full vaccination series unless contraindicated.
- Report any adverse reactions to their health care provider.



Manuf. and Dist. by: Merck Sharp & Dohme Corp., a subsidiary of
**MERCK & CO., INC.,** Whitehouse Station, NJ 08889, USA

For patent information: www.merck.com/product/patent/home.html

The trademarks depicted herein are owned by their respective companies.

Copyright © 2006-2020 Merck Sharp & Dohme Corp., a subsidiary of **Merck & Co., Inc.**
All rights reserved.

uspi-v503-i-2008r012