# EXHIBIT D


CDC Centers for Disease Control and Prevention

# Human Papillomavirus (HPV) Vaccination & Cancer Prevention

Human papillomavirus (HPV) is a very common virus that can cause cancers later in life. Nearly 42 million people are currently infected with HPV in the United States. About 13 million people, including teens, become infected with HPV each year.

In the U.S., nearly 36,000 people are estimated to be affected by a cancer caused by HPV infection each year. While there is screening for cervical cancer that can detect cancer early, there is no recommended screening for the other cancers caused by HPV infection, like cancers of the back of the throat, anus, penis, vagina, or vulva.

HPV vaccination provides safe, effective, and lasting protection against the HPV infections that most commonly cause cancer.


## What Everyone Should Know
Basic information about HPV vaccination.


## Information for Healthcare Professionals
HPV vaccine recommendations, contraindications, composition, immunogenicity and efficacy, storage and handling, and administration details.

Page last reviewed: November 16, 2021