# EXHIBIT F





# Cervical cancer

*Overview*    Eliminating cervical cancer

Cervical cancer develops in a woman's cervix (the entrance to the uterus from the vagina).

Almost all cervical cancer cases (99%) are linked to infection with high-risk human papillomaviruses (HPV), an extremely common virus transmitted through sexual contact.

Although most infections with HPV resolve spontaneously and cause no symptoms, persistent infection can cause cervical cancer in women.

Cervical cancer is the fourth most common cancer in women. In 2018, an estimated 570 000 women were diagnosed with cervical cancer worldwide and about 311 000 women died from the disease.

Effective primary (HPV vaccination) and secondary prevention approaches (screening for, and treating precancerous lesions) will prevent most cervical cancer cases.

When diagnosed, cervical cancer is one of the most successfully treatable forms of cancer, as long as it is detected early and managed effectively. Cancers diagnosed in late stages can also be controlled with appropriate treatment and palliative care.

With a comprehensive approach to prevent, screen and treat, cervical cancer can be eliminated as a public health problem within a generation.

**Fact sheets** (+)

**Data** (+)

**Country profiles** (+)

**Guidelines** (+)

**Official documents** (+)

**Q&A** (+)

**WHO Teams** (+)

Cervical Cancer Elimination Initiative

Cervical Cancer Elimination Initiative Knowledge Repository

## Our work

**Screening for cervical cancer**

**Treating invasive cervical cancer**

**Immunizing against HPV**

**Event**

📅 17 November 2021 15:00 – 17:00 CET

**Marking the first year of the Cervical Cancer Elimination movement**

# News

All →

12 April 2022 | Departmental news

**Meeting of WHO Director-General's Expert Group on Cervical Cancer Elimination, 19 April 2022**

11 April 2022 | News release

**One-dose Human Papillomavirus (HPV) vaccine offers solid protection against cervical cancer**

17 November 2021 | News release

**Global leaders call for cervical cancer elimination on Day of Action**

## Feature story

[All →](#)

10 June 2021

**Building a future free of cervical cancer in Africa**

## WHO Director-General speech



# Cervical cancer: An NCD we can overcome

## Cervical Cancer Elimination Initiative Newsletter



**April**

**Cervical Cancer Free Future newsletter archive**

Subscribe to our newsletter

## Campaign

24 - 30 April
**World Immunization Week**

## Publications   All →



16 March 2022

**Human papillomavirus (HPV) nucleic acid amplification tests (NAATs) to screen for cervical**

Download     Read More



21 December 2021



### WHO guideline for screening and treatment of cervical pre-cancer lesions for cervical cancer

Download   Read More



17 November 2021

### Generating Evidence for Artificial Intelligence Based Medical Devices: A Framework for Training

Download   Read More



15 July 2021

### Guidelines for the management of symptomatic sexually transmitted infections

Download   Read More

# Videos

25 January 2022

### Cervical Cancer Elimination Initiative Knowledge repository

25 January 2022

**Cervical cancer survivors testimonies: Join their movement!**

6 July 2021

**Early screening can prevent cervical cancer, including for women living with HIV**

22 June 2021

**The world glows teal for cervical cancer elimination**

# Infographics

Infographic

### What are the signs & symptoms of cervical cancer?

Infographic
### Get informed. Get screened. Get vaccinated

Infographic
### To end cervical cancer, 9 out 0f 10 girls should be vaccinated against HPV

Infographic
### To end cervical cancer 7 out of 10 women should be screened by 35 years old

Infographic

**To end cervical cancer 9 out of 10 women identified with cervical cancer should be treated**

Download more comms resources

## Related health topics

## Resources

Health and wellbeing

**Sexual health**

Health interventions

**Vaccines and immunization**

Non-communicable diseases

**Cancer**

Health systems

**Palliative care**

**HPV Vaccine Introduction Clearing House**

**WHO Cervical Cancer Prevention and Control Costing (C4P) Tool**

**IARC Global Cancer Observatory**

**International Cancer Control Partnership**