# EXHIBIT G

The NEW ENGLAND JOURNAL of MEDICINE

ORIGINAL ARTICLE

# HPV Vaccination and the Risk of Invasive Cervical Cancer

Jiayao Lei, Ph.D., Alexander Ploner, Ph.D., K. Miriam Elfström, Ph.D., Jiangrong Wang, Ph.D., Adam Roth, M.D., Ph.D., Fang Fang, M.D., Ph.D., Karin Sundström, M.D., Ph.D., Joakim Dillner, M.D., Ph.D., and Pär Sparén, Ph.D.

## ABSTRACT

**BACKGROUND**

The efficacy and effectiveness of the quadrivalent human papillomavirus (HPV) vaccine in preventing high-grade cervical lesions have been shown. However, data to inform the relationship between quadrivalent HPV vaccination and the subsequent risk of invasive cervical cancer are lacking.

**METHODS**

We used nationwide Swedish demographic and health registers to follow an open population of 1,672,983 girls and women who were 10 to 30 years of age from 2006 through 2017. We assessed the association between HPV vaccination and the risk of invasive cervical cancer, controlling for age at follow-up, calendar year, county of residence, and parental characteristics, including education, household income, mother's country of birth, and maternal disease history.

**RESULTS**

During the study period, we evaluated girls and women for cervical cancer until their 31st birthday. Cervical cancer was diagnosed in 19 women who had received the quadrivalent HPV vaccine and in 538 women who had not received the vaccine. The cumulative incidence of cervical cancer was 47 cases per 100,000 persons among women who had been vaccinated and 94 cases per 100,000 persons among those who had not been vaccinated. After adjustment for age at follow-up, the incidence rate ratio for the comparison of the vaccinated population with the unvaccinated population was 0.51 (95% confidence interval [CI], 0.32 to 0.82). After additional adjustment for other covariates, the incidence rate ratio was 0.37 (95% CI, 0.21 to 0.57). After adjustment for all covariates, the incidence rate ratio was 0.12 (95% CI, 0.00 to 0.34) among women who had been vaccinated before the age of 17 years and 0.47 (95% CI, 0.27 to 0.75) among women who had been vaccinated at the age of 17 to 30 years.

**CONCLUSIONS**

Among Swedish girls and women 10 to 30 years old, quadrivalent HPV vaccination was associated with a substantially reduced risk of invasive cervical cancer at the population level. (Funded by the Swedish Foundation for Strategic Research and others.)

From the Departments of Medical Epidemiology and Biostatistics (J.L., A.P., P.S.) and Laboratory Medicine (K.M.E., J.W., K.S., J.D.) and the Institute of Environmental Medicine (F.F.), Karolinska Institutet, the Regional Cancer Center Stockholm Gotland (K.M.E.), and the Karolinska University Laboratory, Karolinska University Hospital (J.D.), Stockholm, the Department of Communicable Disease Control and Health Protection, Public Health Agency of Sweden, Solna (A.R.), and the Department of Translational Medicine, Lund University, Lund (A.R.) — all in Sweden. Address reprint requests to Dr. Lei at Nobels väg 12A, 171 65 Solna, Sweden, or at jiayao.lei@ki.se.

N Engl J Med 2020;383:1340-8.
DOI: 10.1056/NEJMoa1917338
*Copyright © 2020 Massachusetts Medical Society.*

The New England Journal of Medicine
Downloaded from nejm.org by Susan Smid on September 30, 2020. For personal use only. No other uses without permission.
Copyright © 2020 Massachusetts Medical Society. All rights reserved.

The ultimate goal of human papillomavirus (HPV) vaccination is to prevent invasive cervical cancer by preventing infection with major oncogenic types of HPV.[1] As of December 2019, a total of 124 countries and territories had implemented national immunization programs for HPV vaccination.[2] In Sweden, HPV vaccination was approved in 2006, and the quadrivalent HPV vaccine, which covers HPV types 6, 11, 16, and 18, has been used almost exclusively.[3]

Previous studies of HPV vaccines, including randomized trials that assessed efficacy[4-6] or effectiveness,[7-13] have shown that these vaccines protect against HPV infection, genital warts, and high-grade precancerous cervical lesions (i.e., cervical intraepithelial neoplasia of grade 2 or higher [CIN2+] and grade 3 or higher [CIN3+]). One study — which used pooled data from passive follow-up of two randomized, controlled trials and from one community-randomized, phase 4 trial — showed efficacy of HPV vaccination against HPV-related cancers, although the number of cancers was small (10 cases), and the cancer types were not limited to cervical cancers.[14] Randomized, controlled trials cannot readily evaluate vaccine effectiveness against invasive cervical cancer because of the long lead time (the time from HPV infection to the clinical detection of cervical cancer) and the low risk of cervical lesions after vaccination. We used nationwide registry data from Sweden to examine the association between HPV vaccination and the risk of invasive cervical cancer.

## Methods

### Study Population

Beginning in May 2007, HPV vaccination was subsidized for girls in Sweden who were 13 to 17 years of age. In 2012, Sweden introduced a free catch-up HPV vaccination program for girls and women 13 to 18 years of age and a school-based HPV vaccination program for girls 10 to 12 years of age.[3] Currently, women 23 to 64 years of age are invited to participate in the population-based, organized cervical cancer screening program, which issues invitations every 3 to 7 years to women depending on their age.[15]

We used the Swedish Total Population Register to perform a registry-based cohort study from 2006 through 2017 that included an open population of girls and women 10 to 30 years of age who were living in Sweden (Fig. 1).[16] Information regarding the registries used in this study is provided in the Supplementary Appendix, available with the full text of this article at NEJM.org.

Girls and women were followed starting either on their 10th birthday or on January 1, 2006, whichever came later. Girls and women were included if they had no previous HPV vaccination, had no previous invasive cervical cancer, and had not immigrated to Sweden after January 1, 2006 (because the HPV vaccination status before immigration would have been unknown). All eligible girls and women were followed until they received a diagnosis of invasive cervical cancer, emigrated from Sweden, died, were lost from the registry, received bivalent HPV vaccination, or had their 31st birthday or until December 31, 2017, whichever came first. This study was approved by the regional ethical review board in Stockholm, which determined that informed consent from the persons included in the study was not required.

### Data Collection

The nationwide Swedish registers that we used in this study were linked at the individual level with the use of the unique personal identity number that is assigned to all Swedish residents, which resulted in virtually complete coverage of the population.[17] The Swedish Total Population Register[16] was used to identify the population at risk and to retrieve information on immigration, emigration, and death. Exposure to quadrivalent HPV vaccination was determined with the use of HPV vaccination records retrieved from the Swedish HPV Vaccination Register,[18] the Prescribed Drug Register,[19] and the National Vaccination Register[20] (Fig. S2 in the Supplementary Appendix). A vaccination recorded in any of these registries was considered to be vaccine exposure. The Swedish HPV Vaccination Register is a voluntary registry that has been in operation since 2006 and has recorded all HPV vaccinations that were administered from 2006 through 2015.[18] The Prescribed Drug Register[19] has been in operation since 2005 and is a mandatory registry of dispensed pharmaceuticals; all quadrivalent HPV vaccinations administered within a governmentally subsidized program from 2007 through

The New England Journal of Medicine
Downloaded from nejm.org by Susan Smid on September 30, 2020. For personal use only. No other uses without permission.
Copyright © 2020 Massachusetts Medical Society. All rights reserved.

**Figure 1. Study Population.**
HPV denotes human papillomavirus.

2012 were identified in this registry with the use of Anatomical Therapeutic Chemical code J07BM01. The National Vaccination Register[20] is a mandatory registry of childhood vaccinations that began in 2013 and has virtually complete coverage for the school-based HPV vaccination program. Administered doses of vaccine included in the Swedish HPV Vaccination Register for which consent was not obtained were recorded without the personal identity number. Although most vaccinations were also recorded in the Prescribed Drug Register, approximately 8% of administered quadrivalent HPV vaccine doses in the Swedish HPV Vaccination Register could not

The New England Journal of Medicine
Downloaded from nejm.org by Susan Smid on September 30, 2020. For personal use only. No other uses without permission.
Copyright © 2020 Massachusetts Medical Society. All rights reserved.

be confirmed in another database (Table S1). The occurrence of invasive cervical cancer and the date of diagnosis were identified in the Swedish Cancer Register (a compulsory reporting registry founded in 1958 that covers the entire population)[21] with the use of code C53 in the *International Classification of Diseases, 10th Revision*.

We identified the biologic and adoptive parents for each study participant through the Multi-Generation Register,[22] which contains information on familial links for persons born in Sweden from 1932 onward. We used the Longitudinal Integration Database for Health Insurance and Labor Market Studies,[23] the Swedish Cancer Register, and the Total Population Register to retrieve data regarding parental characteristics, including mother's country of birth, highest parental education level, annual household income level, maternal history of CIN3+, and maternal history of cancers other than cervical cancer (a history of these cancers might affect both vaccine uptake and the risk of cervical cancer). All covariates were measured as fixed values before the start of follow-up.

#### HPV VACCINATION

Since 2006, the quadrivalent HPV vaccine has been administered according to a three-dose vaccination schedule; from 2015 onward, a two-dose schedule has been used for school-based vaccination programs. We considered HPV vaccination as a time-varying exposure, and girls and women were considered to have been vaccinated if they received at least one dose of quadrivalent HPV vaccine (Table S2). The index date of vaccination was defined as the date the first dose of vaccine was administered. Girls and women who were vaccinated during follow-up were moved to the vaccinated population beginning on the index date of vaccination. If no vaccine was received during the study period, participants continued to contribute to person-time in the unvaccinated population (Fig. S3). Because no HPV vaccination was available before 2006, our design ensured that the comparison was between persons who received the vaccine for the first time and those who had never been vaccinated. The age at initiation of vaccination was assessed with the use of two age cutoffs (vaccination before 17 years of age and vaccination before 20 years of age) on the basis of previous work that showed that initiation of vaccine at a younger age was associated with greater effectiveness in preventing genital warts and high-grade precancerous cervical lesions.[10-13]

#### SENSITIVITY ANALYSES

We included an interaction term between the variables of HPV vaccination and birth cohort to test whether the risk reduction with vaccination varied among birth cohorts because of different degrees of vaccination coverage. The purpose of this analysis was to examine whether herd effects (in addition to individual-level, vaccination-derived effects) might be present in our data. Further, to exclude possible prevalent cervical cancers at the date of HPV vaccination, we used a buffer period of 1 to 5 years at 1-year intervals after the index date of HPV vaccination (Figs. S4 and S5). Finally, we used multiple imputation to address the missing covariate data.

#### STATISTICAL ANALYSIS

We estimated the statistical power for the comparison of incidence rates among unvaccinated and vaccinated girls and women before performing the analysis (Table S3). The median power for this comparison in all assumed scenarios was 0.94 (range, 0.43 to 1.00), which corresponds to an assumed vaccine coverage of 30%, an assumed risk reduction of 70% in the vaccinated population, an incidence rate in the unvaccinated population of 4 per 100,000 person-years, and no herd effect for 1 year of follow-up of 1.5 million persons, without censoring of data.

The cumulative incidence of cervical cancer according to HPV vaccination status was plotted according to age at follow-up. Incidence rates of cervical cancer were estimated for girls and women until their 31st birthday. We used Poisson regression models to estimate incidence rate ratios, comparing the incidence rate among vaccinated women with that among unvaccinated women. We report 95% bootstrap confidence intervals of the incidence rate ratios based on bias-corrected percentiles from 2000 bootstrap replications. We used age at follow-up as the underlying timescale, controlling for age during follow-up (as a spline term with 3 degrees of freedom), calendar year, county of residence, and parental characteristics. Missing values were included as separate strata in the corresponding covariate. Separate Poisson models were fitted to estimate the overall incidence rate ratio for quad-

The New England Journal of Medicine
Downloaded from nejm.org by Susan Smid on September 30, 2020. For personal use only. No other uses without permission.
Copyright © 2020 Massachusetts Medical Society. All rights reserved.

**Table 1. Characteristics of the Study Population at Baseline.***

| Variable | Unvaccinated | Vaccinated | Vaccinated before Age 17 Yr | Vaccinated before Age 20 Yr |
|---|---|---|---|---|
| Total population — no. | 1,145,112 | 527,871 | 438,939 | 498,524 |
| Birth cohort — no. (%) | | | | |
| 1975–1979 | 258,244 (22.6) | 190 (<0.1) | 0 | 0 |
| 1980–1984 | 243,776 (21.3) | 2,602 (0.5) | 0 | 0 |
| 1985–1989 | 246,446 (21.5) | 21,763 (4.1) | 4 (<0.1) | 4,604 (0.9) |
| 1990–1994 | 174,458 (15.2) | 117,758 (22.3) | 61,683 (14.1) | 108,409 (21.7) |
| 1995–1999 | 100,162 (8.7) | 129,796 (24.6) | 121,585 (27.7) | 129,749 (26.0) |
| 2000–2007 | 122,026 (10.7) | 255,762 (48.5) | 255,667 (58.2) | 255,762 (51.3) |
| Mother's country of birth — no. (%)† | | | | |
| Sweden | 882,560 (77.1) | 448,652 (85.0) | 373,292 (85.1) | 424,223 (85.1) |
| Other country | 195,601 (17.1) | 77,810 (14.7) | 64,673 (14.7) | 73,094 (14.7) |
| Missing data‡ | 66,951 (5.8) | 1,409 (0.3) | 974 (0.2) | 1,207 (0.2) |
| Highest parental education level — no. (%)†§ | | | | |
| Low | 84,301 (7.4) | 14,107 (2.7) | 11,087 (2.5) | 12,997 (2.6) |
| Middle | 528,999 (46.2) | 206,050 (39.0) | 169,608 (38.6) | 195,522 (39.2) |
| High | 467,543 (40.8) | 307,002 (58.2) | 257,808 (58.8) | 289,407 (58.1) |
| Missing data‡ | 64,269 (5.6) | 712 (0.1) | 436 (<0.1) | 598 (0.1) |
| Highest annual household income level — no. (%)†¶ | | | | |
| Low | 204,079 (17.8) | 69,323 (13.1) | 57,651 (13.1) | 65,871 (13.2) |
| Middle | 429,852 (37.5) | 204,812 (38.8) | 173,234 (39.5) | 195,639 (39.2) |
| High | 446,765 (39.1) | 253,337 (48.0) | 207,812 (47.3) | 236,718 (47.5) |
| Missing data‡ | 64,416 (5.6) | 399 (0.1) | 242 (0.1) | 296 (0.1) |
| Maternal history of CIN3+ — no. (%)‖ | | | | |
| Yes | 50,217 (4.4) | 21,085 (4.0) | 17,227 (3.9) | 19,681 (3.9) |
| No | 1,094,895 (95.6) | 506,786 (96.0) | 421,712 (96.1) | 478,843 (96.1) |
| Maternal history of noncervical cancer — no. (%)‖ | | | | |
| Yes | 47,293 (4.1) | 13,570 (2.6) | 10,730 (2.4) | 12,404 (2.5) |
| No | 1,097,819 (95.9) | 514,301 (97.4) | 428,209 (97.6) | 486,120 (97.5) |

* Percentages may not total 100 because of rounding.
† When data were available for both biologic and adoptive parents, data from the adoptive parents were used.
‡ Missing data for mother's country of birth, highest parental education level, and highest annual household income level were classified as a separate stratum and were included in the regression model.
§ The highest parental education level was assessed in the year before the start of follow-up and was classified as "low" if the parent had 9 years or less of primary education, "middle" if the parent had 2 to 3 years of secondary schooling (similar to senior high school), and "high" if the parent had postsecondary education and above (equivalent to university studies).
¶ The highest annual household income level was assessed in the year before the start of follow-up and was categorized as "low" if it was below the 33rd percentile, "middle" if was from the 33rd to the 67th percentile, and "high" if it was above the 67th percentile, determined on the basis of three levels of annual household income derived from data for all Swedish persons 35 to 65 years of age in the year that income was assessed.
‖ Maternal history of CIN3+ (cervical intraepithelial neoplasia of grade 3 or worse) and noncervical cancer were considered to be a diagnosis of the disease at any time before the start of follow-up. When data were available for both a biologic and an adoptive mother, a maternal diagnosis of CIN3+ or a diagnosis of noncervical cancer was recorded if both the biologic mother and the adoptive mother had the corresponding disease.

The New England Journal of Medicine
Downloaded from nejm.org by Susan Smid on September 30, 2020. For personal use only. No other uses without permission.
Copyright © 2020 Massachusetts Medical Society. All rights reserved.

**Table 2. HPV Vaccination and Invasive Cervical Cancer.**

| HPV Vaccination Status | No. of Cases of Cervical Cancer | Crude Incidence Rate per 100,000 Person-Yr (95% CI) | Age-Adjusted Incidence Rate Ratio (95% CI) | Adjusted Incidence Rate Ratio (95% CI)* |
|---|---|---|---|---|
| Unvaccinated | 538 | 5.27 (4.84–5.73) | Reference | Reference |
| Vaccinated | 19 | 0.73 (0.47–1.14) | 0.51 (0.32–0.82) | 0.37 (0.21–0.57) |
| Status according to age cutoff of 17 yr | | | | |
| Vaccinated before age 17 yr | 2 | 0.10 (0.02–0.39) | 0.19 (0.05–0.75) | 0.12 (0.00–0.34) |
| Vaccinated at age 17–30 yr | 17 | 3.02 (1.88–4.86) | 0.64 (0.39–1.04) | 0.47 (0.27–0.75) |
| Status according to age cutoff of 20 yr | | | | |
| Vaccinated before age 20 yr | 12 | 0.49 (0.28–5.73) | 0.52 (0.29–0.94) | 0.36 (0.18–0.61) |
| Vaccinated at age 20–30 yr | 7 | 5.16 (2.46–10.83) | 0.50 (0.24–1.06) | 0.38 (0.12–0.72) |

* The adjusted incidence rate ratios were adjusted for age as a spline term with 3 degrees of freedom, county of residence, calendar year, mother's country of birth, highest parental education level, highest annual household income level, previous diagnosis in mother of CIN3+, and previous diagnosis in mother of cancers other than cervical cancer. The 95% confidence intervals were bias-corrected percentile confidence intervals that were estimated with the use of bootstrapping with a resampling frequency of 2000 times.

rivalent HPV vaccination as well as separate incidence rate ratios for age at initiation of vaccination. We used SAS software, version 9.4 (SAS Institute), for data management and power calculation and Stata software, version 15.0 (StataCorp), and R software, version 3.6.3 (R Foundation for Statistical Computing), for all other statistical analyses. All statistical tests were two-sided. Additional details regarding statistical methods are provided in the Supplementary Appendix.

## RESULTS

### STUDY POPULATION

Our study population included 1,672,983 girls and women 10 to 30 years of age, 527,871 of whom received at least one dose of HPV vaccine during the study period (Table 1). Among all vaccinated girls and women included in the study population, 438,939 (83.2%) initiated vaccination before the age of 17 years. During the study period, cervical cancer was diagnosed in 19 women who had received the quadrivalent HPV vaccine and in 538 women who had not received the vaccine (Table 2).

### HPV VACCINATION AND CERVICAL CANCER

The cumulative incidence of cervical cancer increased rapidly at 23 years of age among both vaccinated and unvaccinated women; this is the age when Swedish women are first invited to participate in the cervical cancer screening program. The cumulative incidence among unvaccinated women rose sharply to 94 cases per 100,000 persons by 30 years of age, whereas the cumulative incidence among vaccinated women was 47 cases per 100,000 persons by 30 years of age. Among women who had initiated vaccination at the age of 17 to 30 years, the cumulative incidence was 54 cases per 100,000 persons by the age of 30 years. Among women who had initiated vaccination before the age of 17 years, the cumulative incidence was 4 cases per 100,000 persons by the age of 28 years (Fig. 2).

After adjustment for age at follow-up, the incidence rate ratio for the comparison of vaccinated women with unvaccinated women was 0.51 (95% confidence interval [CI], 0.32 to 0.82). After additional adjustment for calendar year and residential and parental characteristics, the incidence rate ratio was 0.37 (95% CI, 0.21 to 0.57) (Table 2). With stratification according to age at initiation of vaccination, the fully adjusted incidence rate ratios for cervical cancer among women who had been vaccinated before the age of 17 years and women who had been vaccinated between the ages of 17 and 30 years were 0.12 (95% CI, 0.00 to 0.34) and 0.47 (95% CI, 0.27 to 0.75), respectively. The fully adjusted incidence

The New England Journal of Medicine
Downloaded from nejm.org by Susan Smid on September 30, 2020. For personal use only. No other uses without permission.
Copyright © 2020 Massachusetts Medical Society. All rights reserved.

**Figure 2. Cumulative Incidence of Invasive Cervical Cancer According to HPV Vaccination Status.**

Age at follow-up is truncated in the graph because no cases of cervical cancer were observed in girls younger than 18 years of age.

rate ratio was 0.36 (95% CI, 0.18 to 0.61) among women who had been vaccinated before the age of 20 years and 0.38 (95% CI, 0.12 to 0.72) among women who had been vaccinated between the ages of 20 and 30 years.

#### SENSITIVITY ANALYSIS

We did not find a significant difference in risk reductions associated with HPV vaccination among birth cohorts (Table S4). With the introduction of a buffer period, the risk of cervical cancer among HPV-vaccinated women remained consistently lower than that among unvaccinated women (Table S5). With the use of a 5-year buffer period, the risk reduction among HPV-vaccinated women appeared more pronounced than that among unvaccinated women: 8 cases of cervical cancer were diagnosed in vaccinated women, and 549 cases were diagnosed in unvaccinated women. After multiple imputation, the estimated incidence rate ratios were almost identical to those in the main analysis (Table S6).

## DISCUSSION

In this population-based cohort study, we found that quadrivalent HPV vaccination was associated with a substantially lower risk of invasive cervical cancer. When the analysis was stratified according to age at vaccination, the reduction in the incidence of invasive cervical cancer was more pronounced among women who were vaccinated at a younger age.

Although the efficacy[4-6] and effectiveness[7-13] of the HPV vaccination against HPV infection, genital warts, and high-grade cervical lesions (CIN2+ and CIN3+) have been established, our results extend this knowledge base by showing that quadrivalent HPV vaccination is also associated with a substantially reduced risk of invasive cervical cancer, which is the ultimate intent of HPV vaccination programs. The greater risk reduction associated with younger age at initiation of vaccination is consistent with previous findings that showed a lower risk of genital warts and high-grade cervical lesions with HPV vaccination.[10-13] Our results also support the recommendation to administer quadrivalent HPV vaccine before exposure to HPV infection to achieve the most substantial benefit, since vaccination has no therapeutic effect against preexisting HPV infection.[24,25]

Our findings are consistent with limited trial data[14] and with data from a previous ecologic study.[26] A study involving passive follow-up of participants in HPV vaccine trials that used the Finnish Cancer Registry showed no HPV-related cancers in vaccinated women, but there were 10 cases of HPV-related invasive carcinomas in unvaccinated women (including 8 cases of cervical cancer), which corresponds to 100% (95% CI, 16 to 100) vaccine efficacy.[14] A study from the United States showed a significantly lower incidence of cervical cancer among girls and women 15 to 34 years of age during the postvaccination period than during the prevaccination period.[26]

We found that the risk of cervical cancer among participants who had initiated vaccination before the age of 17 years was 88% lower than among those who had never been vaccinated; the 95% confidence interval around the relative risk indicated that the plausible risk was 66 to 100% lower with vaccination. The overall percentage of cases of cervical cancer caused by HPV types 16 and 18 is approximately 70% globally,[27] but the distribution of HPV types may be different among younger women than among older women. We conducted an unpublished reanalysis of our previously published results in which we used HPV genotyping of 2850 cervical cancer tumors; the analysis showed that 84.4%

The New England Journal of Medicine
Downloaded from nejm.org by Susan Smid on September 30, 2020. For personal use only. No other uses without permission.
Copyright © 2020 Massachusetts Medical Society. All rights reserved.

of invasive cervical cancers diagnosed in persons 30 years of age or younger were associated with HPV types 16 or 18 (Table S7).[28] It is also possible that the vaccine results in cross-protection against other HPV types.[29]

Unvaccinated persons would indirectly benefit from HPV vaccination if vaccination coverage of girls and women in a population exceeds 50%.[7] A herd effect of HPV vaccination against genital warts has been observed previously in the Swedish population.[30] A vaccination coverage of at least 50% was recorded among women born in 1993 or later in our study, but our sensitivity analysis did not suggest herd effects with respect to the risk of cervical cancer. This is understandable, since there is usually a span of 5 to 20 years between acquisition of persistent HPV infection and development of cervical cancer,[31] and we observed very few cases of invasive cervical cancer among the relevant birth cohorts during follow-up.

Our study has some limitations. A small proportion of vaccinated women were misclassified as unvaccinated in the analysis. However, such misclassification would be expected to produce a bias toward the null. A potentially greater concern is the possibility that the relationship of HPV vaccination and the risk of cervical cancer is confounded by other factors — in particular, HPV-vaccinated women could have been generally healthier than unvaccinated women (i.e., healthy volunteer bias). We adjusted for several parental characteristics that might be associated with both vaccination uptake and underlying risk of cervical cancer. However, confounding by lifestyle and health factors in the women (such as smoking status, sexual activity, oral contraceptive use, and obesity) cannot be excluded; these factors are known to be associated with a risk of cervical cancer,[32-34] although their independent association with HPV vaccine uptake is not conclusive.[35,36] The adjustment for parental education level and annual household income level in our analysis may serve to some extent as proxies for lifestyle factors such as smoking status.[37] Whereas healthy volunteer bias would be expected to be more prominent among women who had paid for opportunistic vaccinations (a population that almost exclusively received vaccination after the age of 17 years), we found greater risk reductions among women who were vaccinated before the age of 17 years. Moreover, the higher rate of screening for cervical cancer among HPV-vaccinated women[38,39] would be expected to increase the likelihood that asymptomatic cervical cancer would be detected on screening, and this could potentially cause an underestimation of the risk reduction. Because the risk of CIN2+ among HPV-vaccinated women is substantially lower than that among unvaccinated women, it is unlikely that differential rates or types of treatment of premalignant cervical lesions between vaccinated and unvaccinated women could account for the lower risk of invasive cervical cancer in the vaccinated population.[6,11,12] Owing to the small number of cases of cervical cancer observed among the vaccinated women, we could not reliably estimate the association of vaccination with the risk of cervical cancer according to the number of doses of vaccine.

In this large, nationwide study of girls and young women 10 to 30 years of age who had been vaccinated through HPV vaccination programs, we found that HPV vaccination was associated with a substantially reduced risk of invasive cervical cancer.

This study was approved by the regional ethical review board in Stockholm (Dnr. 02-556, 2011/921-32, 2012/216-32, and 2014/246-32), which determined that written informed consent was not required from the persons included in the study.

Supported by grants from the Swedish Foundation for Strategic Research (KF10-0046), the Swedish Cancer Society (CAN 2016/840), and the Swedish Research Council (2017-02346) and by the China Scholarship Council.

Disclosure forms provided by the authors are available with the full text of this article at NEJM.org.

A data sharing statement provided by the authors is available with the full text of this article at NEJM.org.

We thank Pouran Almstedt for data management and Arvid Sjölander for discussions about the statistical analysis.

## REFERENCES

**1.** Walboomers JM, Jacobs MV, Manos MM, et al. Human papillomavirus is a necessary cause of invasive cervical cancer worldwide. J Pathol 1999;189:12-9.

**2.** Global HPV vaccine introduction overview: projected and current national introductions, demonstration/pilot projects, gender-neutral vaccination programs, and global HPV vaccine introduction maps (2006–2022). 2019 (https://path.azureedge.net/media/documents/GlobalHPVVaccineIntroOverview_Nov2019.pdf).

**3.** Wang J, Ploner A, Sparén P, et al. Mode of HPV vaccination delivery and equity in vaccine uptake: a nationwide cohort study. Prev Med 2019;120:26-33.

**4.** Arbyn M, Xu L, Simoens C, Martin-Hirsch PP. Prophylactic vaccination against human papillomaviruses to prevent cervical cancer and its precursors. Cochrane Database Syst Rev 2018;5:CD009069.

The New England Journal of Medicine
Downloaded from nejm.org by Susan Smid on September 30, 2020. For personal use only. No other uses without permission.
Copyright © 2020 Massachusetts Medical Society. All rights reserved.

**5.** Paavonen J, Naud P, Salmerón J, et al. Efficacy of human papillomavirus (HPV)-16/18 AS04-adjuvanted vaccine against cervical infection and precancer caused by oncogenic HPV types (PATRICIA): final analysis of a double-blind, randomised study in young women. Lancet 2009;374:301-14.
**6.** The FUTURE II Study Group. Quadrivalent vaccine against human papillomavirus to prevent high-grade cervical lesions. N Engl J Med 2007;356:1915-27.
**7.** Drolet M, Bénard É, Boily MC, et al. Population-level impact and herd effects following human papillomavirus vaccination programmes: a systematic review and meta-analysis. Lancet Infect Dis 2015;15:565-80.
**8.** Drolet M, Bénard É, Pérez N, Brisson M. Population-level impact and herd effects following the introduction of human papillomavirus vaccination programmes: updated systematic review and meta-analysis. Lancet 2019;394:497-509.
**9.** Garland SM, Kjaer SK, Muñoz N, et al. Impact and effectiveness of the quadrivalent human papillomavirus vaccine: a systematic review of 10 years of real-world experience. Clin Infect Dis 2016;63:519-27.
**10.** Silverberg MJ, Leyden WA, Lam JO, et al. Effectiveness of catch-up human papillomavirus vaccination on incident cervical neoplasia in a US health-care setting: a population-based case-control study. Lancet Child Adolesc Health 2018;2:707-14.
**11.** Herweijer E, Sundström K, Ploner A, Uhnoo I, Sparén P, Arnheim-Dahlström L. Quadrivalent HPV vaccine effectiveness against high-grade cervical lesions by age at vaccination: a population-based study. Int J Cancer 2016;138:2867-74.
**12.** Herweijer E, Sundström K, Ploner A, Uhnoo I, Sparén P, Arnheim-Dahlström L. Erratum: quadrivalent HPV vaccine effectiveness against high-grade cervical lesions by age at vaccination: a population-based study. Int J Cancer 2017;141(1):E1-E4.
**13.** Leval A, Herweijer E, Ploner A, et al. Quadrivalent human papillomavirus vaccine effectiveness: a Swedish national cohort study. J Natl Cancer Inst 2013;105:469-74.
**14.** Luostarinen T, Apter D, Dillner J, et al. Vaccination protects against invasive HPV-associated cancers. Int J Cancer 2018;142:2186-7.
**15.** National Swedish guidelines for cervical cancer prevention, diagnosis, and treatment. 2019. (In Swedish) (https://www.cancercentrum.se/globalassets/vara-uppdrag/prevention-tidig-upptackt/gynekologisk-cellprovskontroll/vardprogram/nationellt-vardprogram-cervixcancerprevention.pdf).
**16.** Ludvigsson JF, Almqvist C, Edstedt Bonamy A-K, et al. Registers of the Swedish total population and their use in medical research. Eur J Epidemiol 2016;31:125-36.
**17.** Ludvigsson JF, Otterblad-Olausson P, Pettersson BU, Ekbom A. The Swedish personal identity number: possibilities and pitfalls in healthcare and medical research. Eur J Epidemiol 2009;24:659-67.
**18.** The Public Health Agency of Sweden. Statistics for HPV vaccinations. 2019. (In Swedish) (https://www.folkhalsomyndigheten.se/folkhalsorapportering-statistik/statistikdatabaser-och-visualisering/vaccinationsstatistik/statistik-for-hpv-vaccinationer/).
**19.** Wettermark B, Hammar N, Fored CM, et al. The new Swedish Prescribed Drug Register — opportunities for pharmacoepidemiological research and experience from the first six months. Pharmacoepidemiol Drug Saf 2007;16:726-35.
**20.** The Public Health Agency of Sweden. National Vaccination Register. 2019. (In Swedish) (https://www.folkhalsomyndigheten.se/smittskydd-beredskap/vaccinationer/vaccinationsregister/).
**21.** Barlow L, Westergren K, Holmberg L, Talbäck M. The completeness of the Swedish Cancer Register: a sample survey for year 1998. Acta Oncol 2009;48:27-33.
**22.** Ekbom A. The Swedish Multi-generation Register. Methods Mol Biol 2011;675:215-20.
**23.** Statistics Sweden. Longitudinal integration database for health insurance and labour market studies (LISA). 2017 (https://www.scb.se/lisa-en).
**24.** Hildesheim A, Herrero R, Wacholder S, et al. Effect of human papillomavirus 16/18 L1 viruslike particle vaccine among young women with preexisting infection: a randomized trial. JAMA 2007;298:743-53.
**25.** Haupt RM, Wheeler CM, Brown DR, et al. Impact of an HPV6/11/16/18 L1 viruslike particle vaccine on progression to cervical intraepithelial neoplasia in seropositive women with HPV16/18 infection. Int J Cancer 2011;129:2632-42.
**26.** Guo F, Cofie LE, Berenson AB. Cervical cancer incidence in young U.S. females after human papillomavirus vaccine introduction. Am J Prev Med 2018;55:197-204.
**27.** Crosbie EJ, Einstein MH, Franceschi S, Kitchener HC. Human papillomavirus and cervical cancer. Lancet 2013;382:889-99.
**28.** Lei J, Ploner A, Lagheden C, et al. High-risk human papillomavirus status and prognosis in invasive cervical cancer: a nationwide cohort study. PLoS Med 2018;15(10):e1002666.
**29.** Lehtinen M, Dillner J. Clinical trials of human papillomavirus vaccines and beyond. Nat Rev Clin Oncol 2013;10:400-10.
**30.** Herweijer E, Ploner A, Sparén P. Substantially reduced incidence of genital warts in women and men six years after HPV vaccine availability in Sweden. Vaccine 2018;36:1917-20.
**31.** Schiffman M, Castle PE, Jeronimo J, Rodriguez AC, Wacholder S. Human papillomavirus and cervical cancer. Lancet 2007;370:890-907.
**32.** Plummer M, Herrero R, Franceschi S, et al. Smoking and cervical cancer: pooled analysis of the IARC multi-centric case — control study. Cancer Causes Control 2003;14:805-14.
**33.** Poorolajal J, Jenabi E. The association between BMI and cervical cancer risk: a meta-analysis. Eur J Cancer Prev 2016;25:232-8.
**34.** Appleby P, Beral V, Berrington de González A, et al. Cervical cancer and hormonal contraceptives: collaborative reanalysis of individual data for 16,573 women with cervical cancer and 35,509 women without cervical cancer from 24 epidemiological studies. Lancet 2007;370:1609-21.
**35.** Sundaram ME, Mason SM, Basta NE. HPV vaccine uptake among overweight and obese US adolescents: an analysis of the National Health and Nutrition Examination Survey (NHANES) 2009-2014. Vaccine 2016;34:2501-6.
**36.** Canfell K, Egger S, Velentzis LS, et al. Factors related to vaccine uptake by young adult women in the catch-up phase of the National HPV Vaccination Program in Australia: results from an observational study. Vaccine 2015;33:2387-94.
**37.** Cavelaars AE, Kunst AE, Geurts JJ, et al. Educational differences in smoking: international comparison. BMJ 2000;320:1102-7.
**38.** Herweijer E, Feldman AL, Ploner A, et al. The participation of HPV-vaccinated women in a national cervical screening program: population-based cohort study. PLoS One 2015;10(7):e0134185.
**39.** Kreusch T, Wang J, Sparén P, Sundström K. Opportunistic HPV vaccination at age 16-23 and cervical screening attendance in Sweden: a national register-based cohort study. BMJ Open 2018;8(10):e024477.

*Copyright © 2020 Massachusetts Medical Society.*

The New England Journal of Medicine
Downloaded from nejm.org by Susan Smid on September 30, 2020. For personal use only. No other uses without permission.
Copyright © 2020 Massachusetts Medical Society. All rights reserved.

# Supplementary Appendix

This appendix has been provided by the authors to give readers additional information about their work.

Supplement to: Lei J, Ploner A, Elfström KM, et al. HPV vaccination and the risk of invasive cervical cancer. N Engl J Med 2020;383:1340-8. DOI: 10.1056/NEJMoa1917338

# HPV vaccination and risk of invasive cervical cancer

## Supplementary Appendix

### Table of contents

Setting and data linkage ..... 2

HPV vaccination program in Sweden ..... 2

The Swedish nationwide registers used in this study ..... 3

Anonymous vaccination registration in Swedish HPV Vaccination Register ..... 4

Power calculation ..... 5

Missing values ..... 7

Model specification ..... 8

- Setup ..... 8
- Parametrization ..... 8
- Causal parameters of interest ..... 9

Figure S1 Framework of Advancing Cervical Cancer Eradication Strategies (ACCES) database ..... 11

Figure S2 Illustration of HPV vaccination program and registration in Sweden ..... 12

Figure S3 Illustration of time-varying exposure and allocation of person-time ..... 13

Figure S4 Illustration of buffer period, allocation of person-time and classification of outcome ..... 14

Figure S5 Distribution of time intervals between HPV vaccination and diagnosis of cervical cancer among HPV vaccinated women ..... 15

Table S1 Difference of estimated vaccination coverage accounts for anonymized vaccination and vaccination coverage in our study population by birth cohort ..... 16

Table S2 Number of study participants by doses of HPV vaccination ..... 17

Table S3 Statistical power to compare the incidence rate of invasive cervical cancer by HPV vaccination status under Poisson distribution ..... 18

Table S4 Incidence rate ratios (IRRs) of invasive cervical cancer in relation to HPV vaccination, by birth cohorts. ..... 19

Table S5 Incidence rate ratios (IRRs) of invasive cervical cancer in relation to HPV vaccination status with buffer period of one to five years ..... 20

Table S6 Multiple imputation estimates on HPV vaccination and incidence rate ratios (IRRs) of invasive cervical cancer ..... 21

Table S7 Distribution of HPV genotypes in tumors among women diagnosed with cervical cancer before age 31. ..... 22

References ..... 23

## Setting and data linkage

Data used for this study was derived from several Swedish nation-wide registers from the Advancing Cervical Cancer Eradication Strategies (ACCES) database (**Figure S1**), which includes information for 7.7 million Swedish women. The ACCES database compiled information from Swedish National Cervical Screening Registry, National Cervical Cancer Audit Database, Swedish population and healthcare registers managed by National Board of Health and Welfare (Socialstyrelsen), Statistics Sweden (Statistiska Centralbyrån), and the Public Health Agency of Sweden (Folkhälsomyndigheten).

All the Swedish registers are linked at individual level by use of a unique Swedish personal identity number (PIN) (1). Individuals residing in Sweden on a permanent basis (planning to live in Sweden for one year or more) were registered in the Total Population Register with an assigned PIN (2). The PIN serves as a unique identifier in Swedish healthcare system as well as many other areas of the society, which enable linkages between population registers and large-scale medical registers allowing for virtually 100% complete coverage of Swedish population. The data linkage of different registers was performed by Statistics Sweden. The PIN is replaced with a corresponding sequential number before the data is delivered for research purposes.

## HPV vaccination program in Sweden

In Sweden, HPV vaccines were introduced in late 2006 (**Figure S2**), and quadrivalent HPV (qHPV) vaccine, which covers HPV types 6, 11, 16 and 18, has been used almost exclusively. HPV vaccines were initially subsidized by the government for girls at age 13-17 from May 2007, and in some counties the HPV vaccines were subsidized for girls up to age 26. Women above this age could obtain HPV vaccine at their own cost, through so-called opportunistic vaccination. Starting in 2012, an organized free-of-charge catch-up HPV vaccination program for girls at age 13-18, and a school-based HPV vaccination program for girls at age 10-12, were introduced (3). Since June 2016, those who did not vaccinate through the school-based program were offered another chance to be vaccinated up to age 18.

## The Swedish nationwide registers used in this study

Total Population Register (2) was used to identify the source population in this study. It includes demographics information like gender, date of birth, country of birth, date of death and county of residence, as well as information on emigration from and immigration to Sweden and migration within Sweden.

HPV vaccination records were retrieved from three different registers, including Prescribed Drug Register, Swedish HPV Vaccination Register and National Vaccination Register (**Figure S2**). The Prescribed Drug Register included drug utilization and expenditures with complete coverage since 2005, and automatically registered using Anatomical Therapeutic Chemical (ATC) codes (4). The subsidized opportunistic HPV vaccination requires a prescription of HPV vaccines from a medical practitioner, and all prescribed HPV vaccination doses were consequently registered in the Prescribed Drug Register. The Swedish HPV Vaccination Register is a voluntary reporting register requiring informed consent, and responsible for the nationwide registration of HPV vaccination between 2006 and 2015 (5). All administrated HPV vaccination doses were recorded in the Swedish HPV Vaccination Register, however, vaccination doses are registered anonymously (without Swedish personal identity number) if informed consent was not available. Since 2013, all HPV vaccination doses administrated within the school-based vaccination program (up to age 21) have been recorded in the National Vaccination Register (6), which is a mandatory report register for all childhood vaccinations in Sweden.

The biological and adoptive parents for all eligible study participants were identified from the Swedish Multi-Generation register (7). The Swedish Multi-Generation register includes population (index persons) born from 1932 onwards and alive by 1961, and collects information on parental records of the index person, with information available on mothers for 97% and on fathers for 95% of these index persons, and virtually complete parental information for later generations.

Information on mother’s country of birth was retrieved from the Total Population Register.

Parental educational level and income were retrieved from the Longitudinal Integration Database for Health Insurance and Labour Market Studies (LISA), which included individuals aged 16 and above that were registered in Sweden during 1990-2009, and individuals aged 15 and above since 2010 (8).

Maternal disease history including cervical intraepithelial neoplasia grade 3 or worse (CIN3+) and other non-cervical cancers were retrieved from the Swedish Cancer Register, which is a mandatory reporting register covering all cancer diagnoses in Sweden since 1958 (9).

## Anonymous vaccination registration in Swedish HPV Vaccination Register

The Swedish HPV Vaccination Register registered HPV vaccination between 2006 and 2015. It is a voluntary reporting register requiring informed consent from the individual or their parent (5). HPV vaccination without informed consent from one of the parents or the individual corresponds to a registration record without Swedish personal identity number (PIN), but information on sex, birth year and date of vaccination are registered.

Subsidized opportunistic vaccinations were not affected by this, as they were all registered in the Prescribed Drug Register with a valid PIN. The vaccinations through the school-based program since 2013 were not affected either, as the National Vaccination Register has recorded all school-based vaccinations with valid PIN up to age 21 since then.

The anonymous vaccination registration in the Swedish HPV Vaccination Register mainly affects the school-based vaccination program in 2012 and the catch-up program during 2012 -2015, which corresponds to birth cohorts 1993-2002 (**Figure S2**). Anonymous vaccinations cannot be linked with other national registers, which means that the vaccination records for vaccinated study participants registered in the Swedish HPV Vaccination Register without a valid Swedish PIN cannot be complemented by the Prescribed Drug Register, so that these subjects are considered as unvaccinated in this study.

In **Table S1**, we show the estimated proportion of individuals, which could be misclassified as unvaccinated in this manner due to anonymized vaccination, separately by birth cohort after utilizing vaccination records from the above three registers. In order to estimate the difference between estimated vaccination coverage accounting for anonymized vaccination and vaccination coverage in our study population by birth cohort, we first calculated the HPV vaccination coverage by county, birth cohort and dose based on the HPV vaccination records with valid PIN. Furthermore, we identified all vaccination records without PIN from the Swedish HPV Vaccination Register and assumed the distribution of HPV vaccination registered without PIN follow the same distribution as the HPV vaccination registered with valid PIN in terms of county, birth cohort and dose. HPV vaccination records without PIN were then aggregated over county and dose to estimate the overall HPV vaccination coverage for each birth cohort.

## Power calculation

We calculated the power for a basic setup where we test whether the ratio of two Poisson means is different from a specified value. We assumed that i) all subjects in each group are observed for a one-year period $t_1$ and $t_2$ without censoring, ii) the outcomes in each group are counts of invasive cervical cancer and follow a Poisson distribution. $N_1$ and $N_2$ are defined as number of individuals in each group, and the corresponding number of outcome events are $X_1$ and $X_2$. The event rates within the timeframe of $t_1$ and $t_2$ are defined as $\lambda_1$ and $\lambda_2$.

Then RR is the unknown ratio between the two Poisson rates calculated as $\lambda_2/\lambda_1$. $RR_0$ is defined as the ratio under the null hypothesis ($H_0$), and $RR_a$ is defined as the ratio under alternative hypothesis ($H_a$). Our null hypothesis is $H_0$: $RR = RR_0$ ($RR_0=1$) and the alternative hypothesis is $H_a$: $RR = RR_a$. ($RR_0 \neq 1$) The test statistics $W_1$ is defined based on unconstrained maximum likelihood estimates (10, 11). We choose the critical value $Z_{1-0.05}$ using the standard normal distribution and a two sided Wald test at significance level 0.05.

We assumed a total population of of 1.5 million subjects and followed them up for one year without censoring. The simulation of statistical power (**Table S3**) was performed by assuming vaccine coverage at 20, 25 and 30%, risk reduction (1-RR) at 50%, 70% and 90%, incidence rate of cervical cancer in unvaccinated population at 4/100 000 and 6/100 000, and a herd effect at 1 and 0.8. The incidence rate parameter in the unvaccinated population was based on the reported range of age-specific incidence of cervical cancer per 100 000 by the National Board of Health and Welfare.

$$W_1 = \frac{X_2 - X_1\left(\frac{\sqrt{RR_0}}{d}\right)}{\sqrt{X_2 + X_1\left(\frac{RR_0}{d}\right)^2}}$$

with $d = t_1 N_1 / t_2 N_2$

The power is computed as

$$Power(W_i) = 1 - \Phi\left(\frac{z_{1-\alpha}\sigma_i - \mu_i}{\sigma_i}\right)$$

with

$$\Phi(z) = \int_{-\infty}^{z} Normal(0,1)$$

$$\mu_1 = \left(\frac{RR_a}{d} - \frac{RR_0}{d}\right)t_1 N_1 \lambda_1, \qquad \sigma_1^2 = \left(\frac{dRR_a + RR_0^2}{d^2}\right)t_1 N_1 \lambda_1$$

***SAS code for power calculation:***

```
* Prepare simulation for different level of vaccine effectiveness
(VE), and Herd effect (Herdeffect);
data num1;
do VE= 0.5 to 0.9 by 0.2;
do herdeffect= 0.8 to 1.0 by 0.2;
output;
end;end;
run;

proc sort data=num1;
by descending ve descending herdeffect;
run;

************************************;
* Power calculation;
************************************;
* Fill in the number in order of:
       1)  Number of unvaccinated women (n_unvac),
       2)  Number of vaccinated women (n_vac),
       3)  Incidence of cervical cancer in unvaccinated group
(Rate_unvac);
%macro powervactest (n_unvac, n_vac, Rate_unvac);

          data num2;
          retain n_unvac n_vac Rate_unvac VE herdeffect p;
          set num1;

               n_unvac=&n_unvac;
               n_vac=&n_vac;
               Rate_unvac=&Rate_unvac;

               d=n_vac/n_unvac;
               RRa=(1/(1-VE));
               RR0=1;
               Rate_vac=(1/RRa)*herdeffect*Rate_unvac;

               u=((RRa-RR0)/d)*n_vac*Rate_vac;
               sigma=sqrt((d*RRa+1)*n_vac*Rate_vac/d/d);
               z=(1.96*sigma-u)/sigma;
               p=1-probnorm(z);
     run;

proc append base=Power_table data=num2 force;run;
%mend powervactest;
```

# Missing values

While covariate information at baseline was complete for 89% of all subjects, a number of variables exhibited mild missingness: county of residence (7.5% missing), mother's country of birth, parental education and annual family income (3.9-4.1% missing each); the two most common patterns were missing county of residence on its own (6.4%) and jointly missing mother's county of birth and parental education and annual family income (1.4%). For our regression models, we introduced an extra category *missing* for the four affected variables. This is equivalent to the missing-indicator method for continuous variables (12), an approach that potentially can bias the estimation of regression parameters.

In order to quantify potential bias introduced in our analysis through our simple approach, we conducted a separate sensitivity analysis using multiple imputation. Assuming that missing values in our data set are missing at random (MAR) and can be imputed from the observed data, we set up multiple imputation using chained equations (13) via the Stata command `mi impute chained` for the data set prior to splitting follow-up (see Model specification below): we use vaccination status, cervical cancer status, age at entry, calendar year at entry as well as the four variables with missing values (county of residence, parental education, annual family income, and mother's country of birth) as predictors, and multinomial logistic regression models for imputation, to generate ten imputed data sets. For these ten imputed data sets, the Poisson regression modelling approach described below, including splitting of follow-up time, was performed, and the resulting estimates were combined through Rubin's formula, using the Stata command `mi estimate`. The estimated incidence rate ratios (IRRs) of invasive cervical cancer by HPV vaccination status based on multiple imputation are virtually identical with the estimates from Poisson regression models using the missing-indicator approach (**Table S6**), with a relative variance increase (RVI) of less than 0.005% for the vaccination parameters in all models (data not shown).

# Model specification

### Setup

We model the incidence of invasive cervical cancer in the Swedish (register) population as a Poisson model with attained (chronological) age as the underlying time scale. Each girl or woman between the ages of 10 and 30 who is resident in Sweden between January 2006 and December 2017 will be followed from either

- her 10th birthday or
- January 1st 2006,

whichever comes later, provided she is eligible: (i) no previous HPV vaccination, (ii) no previous invasive cervical cancer diagnosis, (iii) not immigrated to Sweden after January 1, 2006 (as we cannot reliably verify HPV vaccination status in that case). Subjects will be followed until

- diagnosis of invasive cervical cancer,
- death,
- emigration,
- loss of registration,
- vaccinated with bivalent HPV vaccine,
- her 31st birthday,
- December 31st 2017,

whichever comes first.

### Parametrization

In this setting, each subject is at risk for invasive cervical cancer from her age at start of follow-up until her age at end of follow-up (delayed entry). We assume that the risk of invasive cervical cancer is approximately constant across one year of age, a simplification that approximates the incidence as a continuous function of attained age by a step-wise constant function. Consequently, we split the follow-up for each subject into one-year intervals, with the possible exception of the first and last intervals, which may be shorter. A subject $i$ is therefore followed over $k-1$ time intervals $(a_{i1}, \ldots a_{ik})$, where $a_{ij}$ is the age at the *j*-th split.

For a subject *r* who is vaccinated during follow-up, the age at vaccination with the first dose will fall into one of these age intervals, say $\left(a_{rj}, a_{r,j+1}\right)$. We split this interval at the age at vaccination $v_r$ for the *r*-th subject, producing a refined split $\left(a_{r1}, \ldots a_{rj}, v_r, a_{r,j+1}, \ldots, a_{rk}\right)$. Consequently, all follow-up time intervals for both unvaccinated and vaccinated subjects clearly reflect either unvaccinated or vaccinated time at risk, see also **Figure S3**.

For each subject $i$ with fully split follow-up time (by both attained/chronological age and vaccination status) and corresponding intervals $\left(a_{i1}, \ldots a_{ik_i}\right)$ as well as a vector of baseline covariate values $Z_i$, we can write the expected mean event count of the Poisson model for the *j*-th interval as

$$\log(n_{ij}) = \log(a_{i,j+1} - a_{i,j}) + \beta_0 + s_d(a_{ij}) + \beta_V I(v_i \leq a_{ij}) + \psi_V I(v_i \leq a_{ij}) I(v_i < 17) + \mathbf{Z}_i \beta_Z$$

Here, $n_{ij}$ is the expected event count for the $j$-th interval for subject $i$; note that by design, this count is zero in all intervals $j < k_i - 1$, except the last one with $j = k_i - 1$, where it is either zero (censoring) or one (invasive cervical cancer diagnosis); $a_{i,j+1} - a_{i,j}$ is a fixed offset capturing the length of the at-risk interval, and $\beta_0$ is the model intercept; $s_d$ is a spline term with $d$ degrees of freedom as a function of age at the start of the current interval, representing an age-specific baseline risk modifier for this interval; $\beta_V$ and $\psi_V$ express the modification of the risk of invasive cervical cancer after vaccination, for different ages at vaccination, where the exact combination of parameters is expressed as a function of the age at vaccination $v_i$ and the age $a_{ij}$ at the start of the current interval, via indicator functions $I(\;)$. Finally, $\beta_Z$ is the vector of regression parameters that weighs the association with the covariates $Z_i$.

**Causal parameters of interest**

For continuous time $t$, measuring time until the outcome of interest (invasive cervical cancer) on the chosen time scale (attained age, as above), we reformulate in analogy to the previous model the instantaneous hazard $\lambda(t)$ of being diagnosed with invasive cervical cancer as

$$\lambda(t|V, Z) = \lambda_0(t) \exp\left(\beta I(V < t) + \psi I(V < t) I(V < 17) + f(Z)\right)$$

Here, $V$ represents the age at vaccination initiation, $\lambda_0(t)$ the baseline hazard, $f(Z)$ a suitably parametrized contribution of the baseline covariates, and $\beta$ and $\psi$ parameters for vaccination and age at vaccination, respectively.

We consider age at vaccination $V$ as exposure for time $T$ until invasive cervical cancer, where we control for confounding by $Z$. Unvaccinated subjects correspond to a censored vaccination variable. We can formulate a corresponding causal model for the effect of $V$ on $T$ as

which encodes the usual assumption of no unmeasured confounding.

We can re-write the hazard from above, but now in potential outcome notation for $V$:

$$\lambda(t_V|Z) = \lambda_0(t)\exp\left(\beta I(V<t) + \psi I(V<t)I(V<17) + f(Z)\right)$$

This would be the hazard if we run a hypothetical do-operation and set the age at vaccination for all subjects to $V$. When comparing the effect of two potential vaccination ages $V_1 < V_2$ in this setting, the causal quantity of interest is the contrast

$$c = \frac{\lambda(t_{V_1})}{\lambda(t_{V_2})} = \begin{cases} \exp(\beta+\psi) & V_1 < 17, V_2 = \infty, t > V_1 \quad \text{(early vaccination vs. no vaccination)} \\ \exp(\beta) & V_1 \geq 17, V_2 = \infty, t > V_1 \quad \text{(late vaccination vs. no vaccination)} \\ \exp(\psi) & V_1 < 17, V_2 \geq 17, t > V_2 \quad \text{(early vaccination vs. late vaccination)} \end{cases}$$

In the Poisson model above, the baseline hazard is approximated by the spline term in the attained age, and the hazard ratio corresponding to $c$ by the incidence rate ratio parametrized by the same parameters $\beta$ and $\psi$ as here (14).

**Figure S1 Framework of Advancing Cervical Cancer Eradication Strategies (ACCES) database**



HPV, human papillomavirus. CIN3, cervical intraepithelial neoplasia grade 3. FIGO, International Federation of Gynecology and Obstetrics. LISA, Longitudinal integration database for health insurance and labour market studies.

## Figure S2 Illustration of HPV vaccination program and registration in Sweden

| Calendar time | | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Vaccination programs | | Opportu-nistic | Subsidized vaccination | | | | | Catch-up vaccination program | | | | | |
| | | | | | | | | School-based vaccination program | | | | | |
| Nationwide registers | Prescribed drug register | | PDR | PDR | PDR | PDR | PDR | | | | | | |
| | Swedish HPV Vaccination Register | SVEVAC | SVEVAC | SVEVAC | SVEVAC | SVEVAC | SVEVAC | SVEVAC | SVEVAC | SVEVAC | SVEVAC | | |
| | | | | | | | | SVEVAC | | | | | |
| | National Vaccination Register | | | | | | | | NVR | NVR | NVR | NVR | NVR |

Oppurtunistic vaccination
Subsidized vaccination
Catch-up vaccination
School-based vaccination

PDR, Prescribed Drug Register; SVEVAC, Swedish HPV Vaccination Register; NVR, National Vaccination Register

**Figure S3 Illustration of time-varying exposure and allocation of person-time**




HPV vaccination is considered as time-varying exposure. The outcome is diagnosis of invasive cervical cancer. The follow-up starts at age 10 or 1 Jan, 2006, whichever came last. Women were censored at death, immigration, loss of registration, turn age 31, vaccinated with bivalent HPV vaccine or end of the study, whichever came first.

The figure illustrates eight hypothetical scenarios:

- Study participant 1 was followed from 1 Jan, 2006, starting to contribute person-time in the unvaccinated group until the diagnosis of cervical cancer.
- Study participant 2 was followed from 1 Jan, 2006, starting to contribute person-time in the unvaccinated group until being censored.
- Study participant 3 was followed from 10th birthday, starting to contribute person-time in the unvaccinated group until the diagnosis of cervical cancer.
- Study participant 4 was followed from 10th birthday, starting to contribute person-time in the unvaccinated group until being censored.
- Study participant 5 was followed from 1 Jan, 2006, starting to contribute person-time in the unvaccinated group, and switched to contribute person-time in the vaccinated group after the first dose of HPV vaccination, and remained until the diagnosis of cervical cancer.
- Study participant 6 was followed from 1 Jan, 2006, starting to contribute person-time in the unvaccinated group, and switched to contribute person-time in the vaccinated group after the first dose of HPV vaccination, and remained until being censored.
- Study participant 7 was followed from 10th birthday, starting to contribute person-time in the unvaccinated group, and switched to contribute person-time in the vaccinated group after the first dose of HPV vaccination, and remained until the diagnosis of cervical cancer.
- Study participant 8 was followed from 10th birthday, starting to contribute person-time in the unvaccinated group, and switched to contribute person-time in the vaccinated group after the first dose of HPV vaccination, and remained until being censored.

**Figure S4 Illustration of buffer period, allocation of person-time and classification of outcome**



In this study, buffer period means that artificial index dates were created by adding a lag time (from one to five years) after the origin index date, and invasive cervical cancer occurring after the original index date but within the buffer period (i.e. before the artificial index date) contributed person-time to the unvaccinated group.

The figure illustrates the allocation of person-time without buffer period (scenario 1 and 2) and with a specified buffer period (scenario 1' and 2') to rule out prevalent cervical cancer cases.

- Study participant 1: without a buffer period, the individual started to contribute person-time as unvaccinated at the start of follow-up, and switched to contribute person-time as vaccinated group since the first dose of HPV vaccination. After introducing a buffer period (1'), she started to contribute person-time as unvaccinated at the start of follow-up, but the date she started to contribute person-time to the vaccinated group was moved forward (correspond to date of first dose of vaccination plus the specified buffer period). The cervical cancer occurred to study participant 1 was counted as incident cancer.

- Study participant 2: the allocation of person-time is the same as study participant 1 without and with buffer period. The cervical cancer occurred to study participant 2 was treated as a prevalent cancer as it occurred within the buffer period, which means it was counted as cervical cancer occurred in unvaccinated group.

**Figure S5 Distribution of time intervals between HPV vaccination and diagnosis of cervical cancer among HPV vaccinated women**



**Table S1 Difference of estimated vaccination coverage accounts for anonymized vaccination and vaccination coverage in our study population by birth cohort**

| Birth cohorts | Estimated coverage by including HPV vaccination registered without PIN (a) | Vaccination coverage in the study based on vaccination registered with valid PIN (b) | Difference[a] |
|---|---|---|---|
| 1993 | 55 | 54.3 | -0.8 |
| 1994 | 58 | 55.7 | -2.5 |
| 1995 | 58 | 54.7 | -3.2 |
| 1996 | 59 | 54.2 | -5.0 |
| 1997 | 61 | 52.8 | -8.6 |
| 1998 | 63 | 52.5 | -10.4 |
| 1999 | 81 | 68.6 | -12.9 |
| 2000 | 83 | 75.3 | -7.4 |
| 2001 | 84 | 85.0 | 1.1[b] |
| 2002 | 82 | 83.9 | 1.7[b] |

PIN, personal identification number.

[a] Difference = b-a.

[b] The slightly higher vaccination coverage in our study population compared to the estimated coverage was because we applied selection criteria to our study population. Therefore, the total number of individuals in each birth cohort in our study population could vary compared to the overall number of individuals from the Total Population Register by design.

**Table S2 Number of study participants by doses of HPV vaccination**

| Vaccination doses | No. of women | % |
|---|---|---|
| 1 dose | 80,901 | 15.3 |
| 2 doses | 149,786 | 28.4 |
| 3 doses | 297,184 | 56.3 |

**Table S3 Statistical power to compare the incidence rate of invasive cervical cancer by HPV vaccination status under Poisson distribution**

| Vaccine coverage | Incidence rate of cervical cancer in unvaccinated population | Herd effect[a] | Assumed risk reduction | | |
|---|---|---|---|---|---|
| | | | 50% | 70% | 90% |
| **20%** | 4/100 000 | 1 | 0.52 | 0.90 | 1.00 |
| | | 0.8 | 0.43 | 0.83 | 1.00 |
| | 6/100 000 | 1 | 0.69 | 0.98 | 1.00 |
| | | 0.8 | 0.59 | 0.95 | 1.00 |
| **25%** | 4/100 000 | 1 | 0.56 | 0.93 | 1.00 |
| | | 0.8 | 0.48 | 0.86 | 1.00 |
| | 6/100 000 | 1 | 0.74 | 0.99 | 1.00 |
| | | 0.8 | 0.64 | 0.96 | 1.00 |
| **30%** | 4/100 000 | 1 | 0.60 | 0.94[b] | 1.00 |
| | | 0.8 | 0.50 | 0.88 | 1.00 |
| | 6/100 000 | 1 | 0.77 | 0.99 | 1.00 |
| | | 0.8 | 0.67 | 0.97 | 1.00 |

a. Herd effect refers to an indirect protection from HPV vaccination for unvaccinated populations: a herd effect of 1 means no indirect protection for the unvaccinated group, while a herd effect of 0.8 means that the unvaccinated population benefits 20% of the direct risk reduction from indirect protection.

b. In a hypothetical study population of 1.5 million individuals, with vaccine coverage of 30% (450,000 vaccinated and 1,050,000 unvaccinated individuals) and followed up for one year without censoring. With an assumed incidence rate for unvaccinated group of 4 per 100 000 person-year, and an assumed risk reduction of 70% (corresponding to a RR of 0.30) without herd effect, the statistical power is 0.94.

**Table S4 Incidence rate ratios (IRRs) of invasive cervical cancer in relation to HPV vaccination, by birth cohorts.**

| Birth cohorts | Vaccination status[a,b] | No. of individuals | Vaccination coverage[c], % | No. of cancer cases | Crude incidence rate[d] (95% CI) | Adjusted-IRR[e] (95% CI) |
|---|---|---|---|---|---|---|
| 1975-1979 | unvaccinated | 258,244 | 0.1 | 74 | 11.95 (9.51 to 15.01) | ref |
| | vaccinated | 190 | | 0 | - [f] | - [f] |
| 1980-1984 | unvaccinated | 243,776 | 1.1 | 167 | 9.35 (8.04 to 10.88) | ref |
| | vaccinated | 2,602 | | 2 | 15.96 (3.99 to 63.80) | 1.27 (0.31 to 5.15) |
| 1985-1989 | unvaccinated | 246,446 | 8.1 | 230 | 7.85 (6.90 to 8.93) | ref |
| | vaccinated | 21,763 | | 6 | 4.51 (2.03 to 10.04) | 0.36 (0.16 to 0.81) |
| 1990-1994 | unvaccinated | 174,458 | 40.3 | 64 | 2.53 (1.98 to 3.23) | ref |
| | vaccinated | 117,758 | | 11 | 1.17 (0.65 to 2.12) | 0.33 (0.17 to 0.62) |
| 1995-1999 | unvaccinated | 100,162 | 56.4 | 3 | 0.19 (0.06 to 0.57) | ref |
| | vaccinated | 129,796 | | 0 | - [f] | - [f] |
| 2000-2007 | unvaccinated | 122,026 | 67.7 | 0 | - [f] | ref |
| | vaccinated | 255,762 | | 0 | - [f] | - [f] |

a. Women had at least one does of quadrivalent HPV vaccination between start and end of the follow-up was considered as vaccinated, otherwise they were classified as unvaccinated.
b. The interaction between HPV vaccination and birth cohort (with regard of vaccine coverage) was not statistical significant using Wald test (p=0.69).
c. Vaccination coverage was calculated by the total number of women had at least one dose of HPV vaccination in each birth cohort groups divided by the total number of women included in each birth cohort group.
d. Per 100,000 person-years.
e. IRR adjusted for age as a spline term with 3 degree of freedom, county of residence, calendar time, mother's country of birth, highest parental educational level, highest annual family income level, mother's cervical intraepithelial neoplasia grade 3 or worse (CIN3+) history, and mother's previous diagnosis of cancers other than cervical cancer.
f. No cervical cancer cases observed.

**Table S5 Incidence rate ratios (IRRs) of invasive cervical cancer in relation to HPV vaccination status with buffer period of one to five years**

| Buffer period | HPV vaccination | No. of cases | Age-adjusted IRR (95% CI) | Adjusted IRR[a] (95% CI) |
|---|---|---|---|---|
| **No buffer period** | Unvaccinated | 538 | ref | ref |
| | Vaccinated | 19 | 0.51 (0.32 to 0.82) | 0.37 (0.23 to 0.59) |
| **1-year** | Unvaccinated | 539 | ref | ref |
| | Vaccinated | 18 | 0.52 (0.32 to 0.84) | 0.37 (0.23 to 0.60) |
| **2-year** | Unvaccinated | 543 | ref | ref |
| | Vaccinated | 14 | 0.44 (0.25 to 0.75) | 0.31 (0.18 to 0.53) |
| **3-year** | Unvaccinated | 544 | ref | ref |
| | Vaccinated | 13 | 0.46 (0.26 to 0.80) | 0.32 (0.18 to 0.57) |
| **4-year** | Unvaccinated | 545 | ref | ref |
| | Vaccinated | 12 | 0.48 (0.27 to 0.85) | 0.34 (0.19 to 0.61) |
| **5-year** | Unvaccinated | 549 | ref | ref |
| | Vaccinated | 8 | 0.37 (0.18 to 0.74) | 0.26 (0.13 to 0.53) |

a. Adjusted for age as a spline term with 3 degree of freedom, county of residence, calendar time, mother's country of birth, highest parental educational level, highest annual family income level, mother’s cervical intraepithelial neoplasia grade 3 or worse (CIN3+) history, and mother’s previous diagnosis of cancers other than cervical cancer.

**Table S6 Multiple imputation estimates on HPV vaccination and incidence rate ratios (IRRs) of invasive cervical cancer**

| HPV vaccination | Adjusted-IRR without multiple imputation (95% CI) | Adjusted-IRR based on multiple imputation (95% CI) |
|---|---|---|
| **unvaccinated** | ref | ref |
| **vaccinated** | 0.37 (0.23 to 0.59) | 0.37 (0.23 to 0.60) |
| **Vaccinated** | | |
| age<17 | 0.12 (0.03 to 0.51) | 0.12 (0.03 to 0.50) |
| age 17-30 | 0.47 (0.29 to 0.77) | 0.48 (0.29 to 0.78) |
| **Vaccinated** | | |
| age<20 | 0.36 (0.20 to 0.65) | 0.35 (0.20 to 0.64) |
| age 20-30 | 0.38 (0.18 to 0.81) | 0.40 (0.19 to 0.84) |

a. Adjusted for age as a spline term with 3 degree of freedom, county of residence, calendar time, mother's country of birth, highest parental educational level, highest annual family income level, mother's cervical intraepithelial neoplasia grade 3 or worse (CIN3+) history, and mother's previous diagnosis of cancers other than cervical cancer.

**Table S7 Distribution of HPV genotypes in tumors among women diagnosed with cervical cancer before age 31.**

| HPV status in tumor[a] | Age at cancer diagnosis | |
|---|---|---|
| | age<31 (n=211), n (%) | age≥31 (n=2,639), n (%) |
| HPV16/18 positive | 178 (84.4) | 1673 (63.4) |
| Other types positive | 21 (10.0) | 495 (18.8) |
| HPV negative | 12 (5.7) | (7.8) |

a. Hierarchical classification of tumor HPV status. HPV16/18-positive cases included cases co-infected with other HPV types other than 16/18.

## References

1.      Ludvigsson JF, Otterblad-Olausson P, Pettersson BU, Ekbom A. The Swedish personal identity number: possibilities and pitfalls in healthcare and medical research. Eur J Epidemiol. 2009;24(11):659-67.

2.      Ludvigsson JF, Almqvist C, Bonamy AK, Ljung R, Michaelsson K, Neovius M, et al. Registers of the Swedish total population and their use in medical research. Eur J Epidemiol. 2016;31(2):125-36.

3.      Wang J, Ploner A, Sparen P, Lepp T, Roth A, Arnheim-Dahlstrom L, et al. Mode of HPV vaccination delivery and equity in vaccine uptake: A nationwide cohort study. Prev Med. 2019;120:26-33.

4.      Wettermark B, Hammar N, Fored CM, Leimanis A, Otterblad Olausson P, Bergman U, et al. The new Swedish Prescribed Drug Register--opportunities for pharmacoepidemiological research and experience from the first six months. Pharmacoepidemiol Drug Saf. 2007;16(7):726-35.

5.      Public Health Agency of Sweden. Statistics for HPV vaccinations 2019 [Available from: https://www.folkhalsomyndigheten.se/folkhalsorapportering-statistik/statistikdatabaser-och-visualisering/vaccinationsstatistik/statistik-for-hpv-vaccinationer/.

6.      Public Health Agency of Sweden. National Vaccination Register. 2019 [Available from: https://www.folkhalsomyndigheten.se/smittskydd-beredskap/vaccinationer/vaccinationsregister/.

7.      Ekbom A. The Swedish Multi-generation Register. Methods Mol Biol. 2011;675:215-20.

8.      Statistics Sweden. Longitudinal integration database for health insurance and labour market studies (LISA by Swedish acronym) Stockholm: Statistics Sweden; 2017 [Available from: https://www.scb.se/lisa-en.

9.      Barlow L, Westergren K, Holmberg L, Talback M. The completeness of the Swedish Cancer Register: a sample survey for year 1998. Acta Oncol. 2009;48(1):27-33.

10.     Gu K, Ng HK, Tang ML, Schucany WR. Testing the ratio of two poisson rates. Biom J. 2008;50(2):283-98.

11.     PASS Power Analysis & Sample Size. Tests for the Ratio of Two Poisson Rates [Available from: https://ncss-wpengine.netdna-ssl.com/wp-content/themes/ncss/pdf/Procedures/PASS/Tests_for_the_Ratio_of_Two_Poisson_Rates.pdf

12.     Groenwold RH, White IR, Donders ART, Carpenter JR, Altman DG, Moons KG. Missing covariate data in clinical research: when and when not to use the missing-indicator method for analysis. CMAJ. 2012;184(11):1265-9.

13.     Van Buuren S, Brand JP, Groothuis-Oudshoorn CG, Rubin DB. Fully conditional specification in multivariate imputation. Journal of statistical computation and simulation. 2006;76(12):1049-64.

14.     Friedman M. Piecewise exponential models for survival data with covariates. The Annals of Statistics. 1982;10(1):101-13.

# Data Sharing Statement

Lei J, Ploner A, Elfström KM, et al. HPV Vaccination and the Risk of Invasive Cervical Cancer. N Engl J Med. DOI: 10.1056/NEJMoa1917338.

| Question | Authors' Response |
|---|---|
| Will the data collected for your study be made available to others? | Yes |
| Would you like to offer context for your decision? | — |
| Which data? | Completely de-identified patient data set |
| Additional information about data | — |
| How or where can the data be obtained? | Data from the study is available on request from corresponding author. |
| When will data availability begin? | With publication |
| When will data availability end? | — |
| Will any supporting documents be available? | — |
| Which supporting documents? | Analytic/Statistical code |
| Additional information about supporting documents | — |
| How or where can supporting documents be obtained? | Related documents from the study are available on request from corresponding author. |
| When will supporting documents availability begin? | With publication |
| When will supporting documents availability end? | — |
| To whom will data be available? | Data is available on request for any interested researchers to allow replication of results provided all ethical and legal requirements are met. |
| For what type of analysis or purpose? | Replication of the main results |
| By what mechanism? | Data is available on request for any interested researchers to allow replication of results provided all ethical and legal requirements are met. |
| Any other restrictions? | — |
| Additional information | — |

This statement was posted on October 1, 2020, at NEJM.org.

# Supplementary Appendix

This appendix has been provided by the authors to give readers additional information about their work.

Supplement to: Lei J, Ploner A, Elfström KM, et al. HPV vaccination and the risk of invasive cervical cancer. N Engl J Med 2020;383:1340-8. DOI: 10.1056/NEJMoa1917338

# HPV vaccination and risk of invasive cervical cancer

## Supplementary Appendix

## Table of contents

Setting and data linkage ... 2
HPV vaccination program in Sweden ... 2
The Swedish nationwide registers used in this study ... 3
Anonymous vaccination registration in Swedish HPV Vaccination Register ... 4
Power calculation ... 5
Missing values ... 7
Model specification ... 8
  Setup ... 8
  Parametrization ... 8
  Causal parameters of interest ... 9
Figure S1 Framework of Advancing Cervical Cancer Eradication Strategies (ACCES) database ... 11
Figure S2 Illustration of HPV vaccination program and registration in Sweden ... 12
Figure S3 Illustration of time-varying exposure and allocation of person-time ... 13
Figure S4 Illustration of buffer period, allocation of person-time and classification of outcome ... 14
Figure S5 Distribution of time intervals between HPV vaccination and diagnosis of cervical cancer among HPV vaccinated women ... 15
Table S1 Difference of estimated vaccination coverage accounts for anonymized vaccination and vaccination coverage in our study population by birth cohort ... 16
Table S2 Number of study participants by doses of HPV vaccination ... 17
Table S3 Statistical power to compare the incidence rate of invasive cervical cancer by HPV vaccination status under Poisson distribution ... 18
Table S4 Incidence rate ratios (IRRs) of invasive cervical cancer in relation to HPV vaccination, by birth cohorts. ... 19
Table S5 Incidence rate ratios (IRRs) of invasive cervical cancer in relation to HPV vaccination status with buffer period of one to five years ... 20
Table S6 Multiple imputation estimates on HPV vaccination and incidence rate ratios (IRRs) of invasive cervical cancer ... 21
Table S7 Distribution of HPV genotypes in tumors among women diagnosed with cervical cancer before age 31. ... 22
References ... 23

## Setting and data linkage

Data used for this study was derived from several Swedish nation-wide registers from the Advancing Cervical Cancer Eradication Strategies (ACCES) database (**Figure S1**), which includes information for 7.7 million Swedish women. The ACCES database compiled information from Swedish National Cervical Screening Registry, National Cervical Cancer Audit Database, Swedish population and healthcare registers managed by National Board of Health and Welfare (Socialstyrelsen), Statistics Sweden (Statistiska Centralbyrån), and the Public Health Agency of Sweden (Folkhälsomyndigheten).

All the Swedish registers are linked at individual level by use of a unique Swedish personal identity number (PIN) (1). Individuals residing in Sweden on a permanent basis (planning to live in Sweden for one year or more) were registered in the Total Population Register with an assigned PIN (2). The PIN serves as a unique identifier in Swedish healthcare system as well as many other areas of the society, which enable linkages between population registers and large-scale medical registers allowing for virtually 100% complete coverage of Swedish population. The data linkage of different registers was performed by Statistics Sweden. The PIN is replaced with a corresponding sequential number before the data is delivered for research purposes.

## HPV vaccination program in Sweden

In Sweden, HPV vaccines were introduced in late 2006 (**Figure S2**), and quadrivalent HPV (qHPV) vaccine, which covers HPV types 6, 11, 16 and 18, has been used almost exclusively. HPV vaccines were initially subsidized by the government for girls at age 13-17 from May 2007, and in some counties the HPV vaccines were subsidized for girls up to age 26. Women above this age could obtain HPV vaccine at their own cost, through so-called opportunistic vaccination. Starting in 2012, an organized free-of-charge catch-up HPV vaccination program for girls at age 13-18, and a school-based HPV vaccination program for girls at age 10-12, were introduced (3). Since June 2016, those who did not vaccinate through the school-based program were offered another chance to be vaccinated up to age 18.

# The Swedish nationwide registers used in this study

Total Population Register (2) was used to identify the source population in this study. It includes demographics information like gender, date of birth, country of birth, date of death and county of residence, as well as information on emigration from and immigration to Sweden and migration within Sweden.

HPV vaccination records were retrieved from three different registers, including Prescribed Drug Register, Swedish HPV Vaccination Register and National Vaccination Register (**Figure S2**). The Prescribed Drug Register included drug utilization and expenditures with complete coverage since 2005, and automatically registered using Anatomical Therapeutic Chemical (ATC) codes (4). The subsidized opportunistic HPV vaccination requires a prescription of HPV vaccines from a medical practitioner, and all prescribed HPV vaccination doses were consequently registered in the Prescribed Drug Register. The Swedish HPV Vaccination Register is a voluntary reporting register requiring informed consent, and responsible for the nationwide registration of HPV vaccination between 2006 and 2015 (5). All administrated HPV vaccination doses were recorded in the Swedish HPV Vaccination Register, however, vaccination doses are registered anonymously (without Swedish personal identity number) if informed consent was not available. Since 2013, all HPV vaccination doses administrated within the school-based vaccination program (up to age 21) have been recorded in the National Vaccination Register (6), which is a mandatory report register for all childhood vaccinations in Sweden.

The biological and adoptive parents for all eligible study participants were identified from the Swedish Multi-Generation register (7). The Swedish Multi-Generation register includes population (index persons) born from 1932 onwards and alive by 1961, and collects information on parental records of the index person, with information available on mothers for 97% and on fathers for 95% of these index persons, and virtually complete parental information for later generations.

Information on mother's country of birth was retrieved from the Total Population Register.

Parental educational level and income were retrieved from the Longitudinal Integration Database for Health Insurance and Labour Market Studies (LISA), which included individuals aged 16 and above that were registered in Sweden during 1990-2009, and individuals aged 15 and above since 2010 (8).

Maternal disease history including cervical intraepithelial neoplasia grade 3 or worse (CIN3+) and other non-cervical cancers were retrieved from the Swedish Cancer Register, which is a mandatory reporting register covering all cancer diagnoses in Sweden since 1958 (9).

# Anonymous vaccination registration in Swedish HPV Vaccination Register

The Swedish HPV Vaccination Register registered HPV vaccination between 2006 and 2015. It is a voluntary reporting register requiring informed consent from the individual or their parent (5). HPV vaccination without informed consent from one of the parents or the individual corresponds to a registration record without Swedish personal identity number (PIN), but information on sex, birth year and date of vaccination are registered.

Subsidized opportunistic vaccinations were not affected by this, as they were all registered in the Prescribed Drug Register with a valid PIN. The vaccinations through the school-based program since 2013 were not affected either, as the National Vaccination Register has recorded all school-based vaccinations with valid PIN up to age 21 since then.

The anonymous vaccination registration in the Swedish HPV Vaccination Register mainly affects the school-based vaccination program in 2012 and the catch-up program during 2012 -2015, which corresponds to birth cohorts 1993-2002 (**Figure S2**). Anonymous vaccinations cannot be linked with other national registers, which means that the vaccination records for vaccinated study participants registered in the Swedish HPV Vaccination Register without a valid Swedish PIN cannot be complemented by the Prescribed Drug Register, so that these subjects are considered as unvaccinated in this study.

In **Table S1**, we show the estimated proportion of individuals, which could be misclassified as unvaccinated in this manner due to anonymized vaccination, separately by birth cohort after utilizing vaccination records from the above three registers. In order to estimate the difference between estimated vaccination coverage accounting for anonymized vaccination and vaccination coverage in our study population by birth cohort, we first calculated the HPV vaccination coverage by county, birth cohort and dose based on the HPV vaccination records with valid PIN. Furthermore, we identified all vaccination records without PIN from the Swedish HPV Vaccination Register and assumed the distribution of HPV vaccination registered without PIN follow the same distribution as the HPV vaccination registered with valid PIN in terms of county, birth cohort and dose. HPV vaccination records without PIN were then aggregated over county and dose to estimate the overall HPV vaccination coverage for each birth cohort.

# Power calculation

We calculated the power for a basic setup where we test whether the ratio of two Poisson means is different from a specified value. We assumed that i) all subjects in each group are observed for a one-year period $t_1$ and $t_2$ without censoring, ii) the outcomes in each group are counts of invasive cervical cancer and follow a Poisson distribution. $N_1$ and $N_2$ are defined as number of individuals in each group, and the corresponding number of outcome events are $X_1$ and $X_2$. The event rates within the timeframe of $t_1$ and $t_2$ are defined as $\lambda_1$ and $\lambda_2$.

Then RR is the unknown ratio between the two Poisson rates calculated as $\lambda_2/\lambda_1$. $RR_0$ is defined as the ratio under the null hypothesis ($H_0$), and $RR_a$ is defined as the ratio under alternative hypothesis ($H_a$). Our null hypothesis is $H_0$: $RR = RR_0$ ($RR_0=1$) and the alternative hypothesis is $H_a$: $RR = RR_a$. ($RR_0 \neq 1$) The test statistics $W_1$ is defined based on unconstrained maximum likelihood estimates (10, 11). We choose the critical value $Z_{1-0.05}$ using the standard normal distribution and a two sided Wald test at significance level 0.05.

We assumed a total population of of 1.5 million subjects and followed them up for one year without censoring. The simulation of statistical power (**Table S3**) was performed by assuming vaccine coverage at 20, 25 and 30%, risk reduction (1-RR) at 50%, 70% and 90%, incidence rate of cervical cancer in unvaccinated population at 4/100 000 and 6/100 000, and a herd effect at 1 and 0.8. The incidence rate parameter in the unvaccinated population was based on the reported range of age-specific incidence of cervical cancer per 100 000 by the National Board of Health and Welfare.

$$W_1 = \frac{X_2 - X_1\left(\frac{\sqrt{RR_0}}{d}\right)}{\sqrt{X_2 + X_1\left(\frac{RR_0}{d}\right)^2}}$$

with $d = t_1 N_1 / t_2 N_2$

The power is computed as

$$Power(W_i) = 1 - \Phi\left(\frac{z_{1-\alpha}\sigma_i - \mu_i}{\sigma_i}\right)$$

with

$$\Phi(z) = \int_{-\infty}^{z} Normal(0,1)$$

$$\mu_1 = \left(\frac{RR_a}{d} - \frac{RR_0}{d}\right)t_1 N_1 \lambda_1, \qquad \sigma_1^2 = \left(\frac{dRR_a + RR_0^2}{d^2}\right)t_1 N_1 \lambda_1$$

***SAS code for power calculation:***

```
* Prepare simulation for different level of vaccine effectiveness
(VE), and Herd effect (Herdeffect);
data num1;
do VE= 0.5 to 0.9 by 0.2;
do herdeffect= 0.8 to 1.0 by 0.2;
output;
end;end;
run;

proc sort data=num1;
by descending ve descending herdeffect;
run;

*************************************;
* Power calculation;
*************************************;
* Fill in the number in order of:
       1)  Number of unvaccinated women (n_unvac),
       2)  Number of vaccinated women (n_vac),
       3)  Incidence  of  cervical  cancer  in  unvaccinated  group
(Rate_unvac);
%macro powervactest (n_unvac, n_vac, Rate_unvac);

          data num2;
          retain n_unvac n_vac Rate_unvac VE herdeffect p;
          set num1;

               n_unvac=&n_unvac;
               n_vac=&n_vac;
               Rate_unvac=&Rate_unvac;

               d=n_vac/n_unvac;
               RRa=(1/(1-VE));
               RR0=1;
               Rate_vac=(1/RRa)*herdeffect*Rate_unvac;

               u=((RRa-RR0)/d)*n_vac*Rate_vac;
               sigma=sqrt((d*RRa+1)*n_vac*Rate_vac/d/d);
               z=(1.96*sigma-u)/sigma;
               p=1-probnorm(z);
     run;

proc append base=Power_table data=num2 force;run;
%mend powervactest;
```

## Missing values

While covariate information at baseline was complete for 89% of all subjects, a number of variables exhibited mild missingness: county of residence (7.5% missing), mother's country of birth, parental education and annual family income (3.9-4.1% missing each); the two most common patterns were missing county of residence on its own (6.4%) and jointly missing mother's county of birth and parental education and annual family income (1.4%). For our regression models, we introduced an extra category *missing* for the four affected variables. This is equivalent to the missing-indicator method for continuous variables (12), an approach that potentially can bias the estimation of regression parameters.

In order to quantify potential bias introduced in our analysis through our simple approach, we conducted a separate sensitivity analysis using multiple imputation. Assuming that missing values in our data set are missing at random (MAR) and can be imputed from the observed data, we set up multiple imputation using chained equations (13) via the Stata command `mi impute chained` for the data set prior to splitting follow-up (see Model specification below): we use vaccination status, cervical cancer status, age at entry, calendar year at entry as well as the four variables with missing values (county of residence, parental education, annual family income, and mother's country of birth) as predictors, and multinomial logistic regression models for imputation, to generate ten imputed data sets. For these ten imputed data sets, the Poisson regression modelling approach described below, including splitting of follow-up time, was performed, and the resulting estimates were combined through Rubin's formula, using the Stata command `mi estimate`. The estimated incidence rate ratios (IRRs) of invasive cervical cancer by HPV vaccination status based on multiple imputation are virtually identical with the estimates from Poisson regression models using the missing-indicator approach (**Table S6**), with a relative variance increase (RVI) of less than 0.005% for the vaccination parameters in all models (data not shown).

# Model specification

### Setup

We model the incidence of invasive cervical cancer in the Swedish (register) population as a Poisson model with attained (chronological) age as the underlying time scale. Each girl or woman between the ages of 10 and 30 who is resident in Sweden between January 2006 and December 2017 will be followed from either

- her 10th birthday or
- January 1st 2006,

whichever comes later, provided she is eligible: (i) no previous HPV vaccination, (ii) no previous invasive cervical cancer diagnosis, (iii) not immigrated to Sweden after January 1, 2006 (as we cannot reliably verify HPV vaccination status in that case). Subjects will be followed until

- diagnosis of invasive cervical cancer,
- death,
- emigration,
- loss of registration,
- vaccinated with bivalent HPV vaccine,
- her 31st birthday,
- December 31st 2017,

whichever comes first.

### Parametrization

In this setting, each subject is at risk for invasive cervical cancer from her age at start of follow-up until her age at end of follow-up (delayed entry). We assume that the risk of invasive cervical cancer is approximately constant across one year of age, a simplification that approximates the incidence as a continuous function of attained age by a step-wise constant function. Consequently, we split the follow-up for each subject into one-year intervals, with the possible exception of the first and last intervals, which may be shorter. A subject $i$ is therefore followed over $k-1$ time intervals $(a_{i1}, \dots a_{ik})$, where $a_{ij}$ is the age at the $j$-th split.

For a subject $r$ who is vaccinated during follow-up, the age at vaccination with the first dose will fall into one of these age intervals, say $\left(a_{rj}, a_{r,j+1}\right)$. We split this interval at the age at vaccination $v_r$ for the $r$-th subject, producing a refined split $\left(a_{r1}, \dots a_{rj}, v_r, a_{r,j+1}, \dots, a_{rk}\right)$. Consequently, all follow-up time intervals for both unvaccinated and vaccinated subjects clearly reflect either unvaccinated or vaccinated time at risk, see also **Figure S3**.

For each subject $i$ with fully split follow-up time (by both attained/chronological age and vaccination status) and corresponding intervals $\left(a_{i1}, \dots a_{ik_i}\right)$ as well as a vector of baseline covariate values $Z_i$, we can write the expected mean event count of the Poisson model for the $j$-th interval as

$$\log(n_{ij}) = \log(a_{i,j+1} - a_{i,j}) + \beta_0 + s_d(a_{ij}) + \beta_V I(v_i \leq a_{ij}) + \psi_V I(v_i \leq a_{ij}) I(v_i < 17) + \mathbf{Z}_i \beta_Z$$

Here, $n_{ij}$ is the expected event count for the $j$-th interval for subject $i$; note that by design, this count is zero in all intervals $j < k_i - 1$, except the last one with $j = k_i - 1$, where it is either zero (censoring) or one (invasive cervical cancer diagnosis); $a_{i,j+1} - a_{i,j}$ is a fixed offset capturing the length of the at-risk interval, and $\beta_0$ is the model intercept; $s_d$ is a spline term with $d$ degrees of freedom as a function of age at the start of the current interval, representing an age-specific baseline risk modifier for this interval; $\beta_V$ and $\psi_V$ express the modification of the risk of invasive cervical cancer after vaccination, for different ages at vaccination, where the exact combination of parameters is expressed as a function of the age at vaccination $v_i$ and the age $a_{ij}$ at the start of the current interval, via indicator functions $I(\ )$. Finally, $\beta_Z$ is the vector of regression parameters that weighs the association with the covariates $Z_i$.

**Causal parameters of interest**

For continuous time $t$, measuring time until the outcome of interest (invasive cervical cancer) on the chosen time scale (attained age, as above), we reformulate in analogy to the previous model the instantaneous hazard $\lambda(t)$ of being diagnosed with invasive cervical cancer as

$$\lambda(t|V, Z) = \lambda_0(t) \exp\left(\beta I(V < t) + \psi I(V < t) I(V < 17) + f(Z)\right)$$

Here, $V$ represents the age at vaccination initiation, $\lambda_0(t)$ the baseline hazard, $f(Z)$ a suitably parametrized contribution of the baseline covariates, and $\beta$ and $\psi$ parameters for vaccination and age at vaccination, respectively.

We consider age at vaccination $V$ as exposure for time $T$ until invasive cervical cancer, where we control for confounding by $Z$. Unvaccinated subjects correspond to a censored vaccination variable. We can formulate a corresponding causal model for the effect of $V$ on $T$ as

which encodes the usual assumption of no unmeasured confounding.

We can re-write the hazard from above, but now in potential outcome notation for $V$:

$$\lambda(t_V|Z) = \lambda_0(t)\exp\left(\beta I(V < t) + \psi I(V < t)I(V < 17) + f(Z)\right)$$

This would be the hazard if we run a hypothetical do-operation and set the age at vaccination for all subjects to $V$. When comparing the effect of two potential vaccination ages $V_1 < V_2$ in this setting, the causal quantity of interest is the contrast

$$c = \frac{\lambda(t_{V_1})}{\lambda(t_{V_2})} = \begin{cases} \exp(\beta + \psi) & V_1 < 17, V_2 = \infty, t > V_1 \quad \text{(early vaccination vs. no vaccination)} \\ \exp(\beta) & V_1 \geq 17, V_2 = \infty, t > V_1 \quad \text{(late vaccination vs. no vaccination)} \\ \exp(\psi) & V_1 < 17, V_2 \geq 17, t > V_2 \quad \text{(early vaccination vs. late vaccination)} \end{cases}$$

In the Poisson model above, the baseline hazard is approximated by the spline term in the attained age, and the hazard ratio corresponding to $c$ by the incidence rate ratio parametrized by the same parameters $\beta$ and $\psi$ as here (14).

**Figure S1 Framework of Advancing Cervical Cancer Eradication Strategies (ACCES) database**



HPV, human papillomavirus. CIN3, cervical intraepithelial neoplasia grade 3. FIGO, International Federation of Gynecology and Obstetrics. LISA, Longitudinal integration database for health insurance and labour market studies.

## Figure S2 Illustration of HPV vaccination program and registration in Sweden

| Calendar time | | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Vaccination programs | | Opportu-nistic | Subsidized vaccination | | | | | Catch-up vaccination program | | | | | |
| | | | | | | | | School-based vaccination program | | | | | |
| Nationwide registers | Prescribed drug register | | PDR | PDR | PDR | PDR | PDR | | | | | | |
| | Swedish HPV Vaccination Register | SVEVAC | SVEVAC | SVEVAC | SVEVAC | SVEVAC | SVEVAC | SVEVAC | SVEVAC | SVEVAC | SVEVAC | | |
| | | | | | | | | SVEVAC | | | | | |
| | National Vaccination Register | | | | | | | | NVR | NVR | NVR | NVR | NVR |

Oppurtunistic vaccination
Subsidized vaccination
Catch-up vaccination
School-based vaccination

PDR, Prescribed Drug Register; SVEVAC, Swedish HPV Vaccination Register; NVR, National Vaccination Register

**Figure S3 Illustration of time-varying exposure and allocation of person-time**

HPV vaccination is considered as time-varying exposure. The outcome is diagnosis of invasive cervical cancer. The follow-up starts at age 10 or 1 Jan, 2006, whichever came last. Women were censored at death, immigration, loss of registration, turn age 31, vaccinated with bivalent HPV vaccine or end of the study, whichever came first.

The figure illustrates eight hypothetical scenarios:

- Study participant 1 was followed from 1 Jan, 2006, starting to contribute person-time in the unvaccinated group until the diagnosis of cervical cancer.
- Study participant 2 was followed from 1 Jan, 2006, starting to contribute person-time in the unvaccinated group until being censored.
- Study participant 3 was followed from 10th birthday, starting to contribute person-time in the unvaccinated group until the diagnosis of cervical cancer.
- Study participant 4 was followed from 10th birthday, starting to contribute person-time in the unvaccinated group until being censored.
- Study participant 5 was followed from 1 Jan, 2006, starting to contribute person-time in the unvaccinated group, and switched to contribute person-time in the vaccinated group after the first dose of HPV vaccination, and remained until the diagnosis of cervical cancer.
- Study participant 6 was followed from 1 Jan, 2006, starting to contribute person-time in the unvaccinated group, and switched to contribute person-time in the vaccinated group after the first dose of HPV vaccination, and remained until being censored.
- Study participant 7 was followed from 10th birthday, starting to contribute person-time in the unvaccinated group, and switched to contribute person-time in the vaccinated group after the first dose of HPV vaccination, and remained until the diagnosis of cervical cancer.
- Study participant 8 was followed from 10th birthday, starting to contribute person-time in the unvaccinated group, and switched to contribute person-time in the vaccinated group after the first dose of HPV vaccination, and remained until being censored.

**Figure S4 Illustration of buffer period, allocation of person-time and classification of outcome**

In this study, buffer period means that artificial index dates were created by adding a lag time (from one to five years) after the origin index date, and invasive cervical cancer occurring after the original index date but within the buffer period (i.e. before the artificial index date) contributed person-time to the unvaccinated group.

The figure illustrates the allocation of person-time without buffer period (scenario 1 and 2) and with a specified buffer period (scenario 1' and 2') to rule out prevalent cervical cancer cases.

- Study participant 1: without a buffer period, the individual started to contribute person-time as unvaccinated at the start of follow-up, and switched to contribute person-time as vaccinated group since the first dose of HPV vaccination. After introducing a buffer period (1'), she started to contribute person-time as unvaccinated at the start of follow-up, but the date she started to contribute person-time to the vaccinated group was moved forward (correspond to date of first dose of vaccination plus the specified buffer period). The cervical cancer occurred to study participant 1 was counted as incident cancer.
- Study participant 2: the allocation of person-time is the same as study participant 1 without and with buffer period. The cervical cancer occurred to study participant 2 was treated as a prevalent cancer as it occurred within the buffer period, which means it was counted as cervical cancer occurred in unvaccinated group.

**Figure S5 Distribution of time intervals between HPV vaccination and diagnosis of cervical cancer among HPV vaccinated women**



**Table S1 Difference of estimated vaccination coverage accounts for anonymized vaccination and vaccination coverage in our study population by birth cohort**

| Birth cohorts | Estimated coverage by including HPV vaccination registered without PIN (a) | Vaccination coverage in the study based on vaccination registered with valid PIN (b) | Difference[a] |
|---|---|---|---|
| 1993 | 55 | 54.3 | -0.8 |
| 1994 | 58 | 55.7 | -2.5 |
| 1995 | 58 | 54.7 | -3.2 |
| 1996 | 59 | 54.2 | -5.0 |
| 1997 | 61 | 52.8 | -8.6 |
| 1998 | 63 | 52.5 | -10.4 |
| 1999 | 81 | 68.6 | -12.9 |
| 2000 | 83 | 75.3 | -7.4 |
| 2001 | 84 | 85.0 | 1.1[b] |
| 2002 | 82 | 83.9 | 1.7[b] |

PIN, personal identification number.

[a] Difference = b-a.

[b] The slightly higher vaccination coverage in our study population compared to the estimated coverage was because we applied selection criteria to our study population. Therefore, the total number of individuals in each birth cohort in our study population could vary compared to the overall number of individuals from the Total Population Register by design.

**Table S2 Number of study participants by doses of HPV vaccination**

| Vaccination doses | No. of women | % |
|---|---|---|
| 1 dose | 80,901 | 15.3 |
| 2 doses | 149,786 | 28.4 |
| 3 doses | 297,184 | 56.3 |

**Table S3 Statistical power to compare the incidence rate of invasive cervical cancer by HPV vaccination status under Poisson distribution**

| Vaccine coverage | Incidence rate of cervical cancer in unvaccinated population | Herd effect[a] | Assumed risk reduction | | |
|---|---|---|---|---|---|
| | | | 50% | 70% | 90% |
| **20%** | 4/100 000 | 1 | 0.52 | 0.90 | 1.00 |
| | | 0.8 | 0.43 | 0.83 | 1.00 |
| | 6/100 000 | 1 | 0.69 | 0.98 | 1.00 |
| | | 0.8 | 0.59 | 0.95 | 1.00 |
| **25%** | 4/100 000 | 1 | 0.56 | 0.93 | 1.00 |
| | | 0.8 | 0.48 | 0.86 | 1.00 |
| | 6/100 000 | 1 | 0.74 | 0.99 | 1.00 |
| | | 0.8 | 0.64 | 0.96 | 1.00 |
| **30%** | 4/100 000 | 1 | 0.60 | 0.94[b] | 1.00 |
| | | 0.8 | 0.50 | 0.88 | 1.00 |
| | 6/100 000 | 1 | 0.77 | 0.99 | 1.00 |
| | | 0.8 | 0.67 | 0.97 | 1.00 |

a. Herd effect refers to an indirect protection from HPV vaccination for unvaccinated populations: a herd effect of 1 means no indirect protection for the unvaccinated group, while a herd effect of 0.8 means that the unvaccinated population benefits 20% of the direct risk reduction from indirect protection.

b. In a hypothetical study population of 1.5 million individuals, with vaccine coverage of 30% (450,000 vaccinated and 1,050,000 unvaccinated individuals) and followed up for one year without censoring. With an assumed incidence rate for unvaccinated group of 4 per 100 000 person-year, and an assumed risk reduction of 70% (corresponding to a RR of 0.30) without herd effect, the statistical power is 0.94.

**Table S4 Incidence rate ratios (IRRs) of invasive cervical cancer in relation to HPV vaccination, by birth cohorts.**

| Birth cohorts | Vaccination status[a,b] | No. of individuals | Vaccination coverage[c], % | No. of cancer cases | Crude incidence rate[d] (95% CI) | Adjusted-IRR[e] (95% CI) |
|---|---|---|---|---|---|---|
| 1975-1979 | unvaccinated | 258,244 | 0.1 | 74 | 11.95 (9.51 to 15.01) | ref |
| | vaccinated | 190 | | 0 | - [f] | - [f] |
| 1980-1984 | unvaccinated | 243,776 | 1.1 | 167 | 9.35 (8.04 to 10.88) | ref |
| | vaccinated | 2,602 | | 2 | 15.96 (3.99 to 63.80) | 1.27 (0.31 to 5.15) |
| 1985-1989 | unvaccinated | 246,446 | 8.1 | 230 | 7.85 (6.90 to 8.93) | ref |
| | vaccinated | 21,763 | | 6 | 4.51 (2.03 to 10.04) | 0.36 (0.16 to 0.81) |
| 1990-1994 | unvaccinated | 174,458 | 40.3 | 64 | 2.53 (1.98 to 3.23) | ref |
| | vaccinated | 117,758 | | 11 | 1.17 (0.65 to 2.12) | 0.33 (0.17 to 0.62) |
| 1995-1999 | unvaccinated | 100,162 | 56.4 | 3 | 0.19 (0.06 to 0.57) | ref |
| | vaccinated | 129,796 | | 0 | - [f] | - [f] |
| 2000-2007 | unvaccinated | 122,026 | 67.7 | 0 | - [f] | ref |
| | vaccinated | 255,762 | | 0 | - [f] | - [f] |

a. Women had at least one does of quadrivalent HPV vaccination between start and end of the follow-up was considered as vaccinated, otherwise they were classified as unvaccinated.

b. The interaction between HPV vaccination and birth cohort (with regard of vaccine coverage) was not statistical significant using Wald test (p=0.69).

c. Vaccination coverage was calculated by the total number of women had at least one dose of HPV vaccination in each birth cohort groups divided by the total number of women included in each birth cohort group.

d. Per 100,000 person-years.

e. IRR adjusted for age as a spline term with 3 degree of freedom, county of residence, calendar time, mother's country of birth, highest parental educational level, highest annual family income level, mother’s cervical intraepithelial neoplasia grade 3 or worse (CIN3+) history, and mother’s previous diagnosis of cancers other than cervical cancer.

f. No cervical cancer cases observed.

**Table S5 Incidence rate ratios (IRRs) of invasive cervical cancer in relation to HPV vaccination status with buffer period of one to five years**

| Buffer period | HPV vaccination | No. of cases | Age-adjusted IRR (95% CI) | Adjusted IRR[a] (95% CI) |
|---|---|---|---|---|
| **No buffer period** | Unvaccinated | 538 | ref | ref |
| | Vaccinated | 19 | 0.51 (0.32 to 0.82) | 0.37 (0.23 to 0.59) |
| **1-year** | Unvaccinated | 539 | ref | ref |
| | Vaccinated | 18 | 0.52 (0.32 to 0.84) | 0.37 (0.23 to 0.60) |
| **2-year** | Unvaccinated | 543 | ref | ref |
| | Vaccinated | 14 | 0.44 (0.25 to 0.75) | 0.31 (0.18 to 0.53) |
| **3-year** | Unvaccinated | 544 | ref | ref |
| | Vaccinated | 13 | 0.46 (0.26 to 0.80) | 0.32 (0.18 to 0.57) |
| **4-year** | Unvaccinated | 545 | ref | ref |
| | Vaccinated | 12 | 0.48 (0.27 to 0.85) | 0.34 (0.19 to 0.61) |
| **5-year** | Unvaccinated | 549 | ref | ref |
| | Vaccinated | 8 | 0.37 (0.18 to 0.74) | 0.26 (0.13 to 0.53) |

a. Adjusted for age as a spline term with 3 degree of freedom, county of residence, calendar time, mother's country of birth, highest parental educational level, highest annual family income level, mother's cervical intraepithelial neoplasia grade 3 or worse (CIN3+) history, and mother's previous diagnosis of cancers other than cervical cancer.

**Table S6 Multiple imputation estimates on HPV vaccination and incidence rate ratios (IRRs) of invasive cervical cancer**

| HPV vaccination | Adjusted-IRR without multiple imputation (95% CI) | Adjusted-IRR based on multiple imputation (95% CI) |
|---|---|---|
| **unvaccinated** | ref | ref |
| **vaccinated** | 0.37 (0.23 to 0.59) | 0.37 (0.23 to 0.60) |
| **Vaccinated** | | |
| age<17 | 0.12 (0.03 to 0.51) | 0.12 (0.03 to 0.50) |
| age 17-30 | 0.47 (0.29 to 0.77) | 0.48 (0.29 to 0.78) |
| **Vaccinated** | | |
| age<20 | 0.36 (0.20 to 0.65) | 0.35 (0.20 to 0.64) |
| age 20-30 | 0.38 (0.18 to 0.81) | 0.40 (0.19 to 0.84) |

a. Adjusted for age as a spline term with 3 degree of freedom, county of residence, calendar time, mother's country of birth, highest parental educational level, highest annual family income level, mother's cervical intraepithelial neoplasia grade 3 or worse (CIN3+) history, and mother's previous diagnosis of cancers other than cervical cancer.

**Table S7 Distribution of HPV genotypes in tumors among women diagnosed with cervical cancer before age 31.**

| HPV status in tumor[a] | Age at cancer diagnosis | |
|---|---|---|
| | age<31 (n=211), n (%) | age≥31 (n=2,639), n (%) |
| HPV16/18 positive | 178 (84.4) | 1673 (63.4) |
| Other types positive | 21 (10.0) | 495 (18.8) |
| HPV negative | 12 (5.7) | (7.8) |

a.   Hierarchical classification of tumor HPV status. HPV16/18-positive cases included cases co-infected with other HPV types other than 16/18.

**References**

1. Ludvigsson JF, Otterblad-Olausson P, Pettersson BU, Ekbom A. The Swedish personal identity number: possibilities and pitfalls in healthcare and medical research. Eur J Epidemiol. 2009;24(11):659-67.

2. Ludvigsson JF, Almqvist C, Bonamy AK, Ljung R, Michaelsson K, Neovius M, et al. Registers of the Swedish total population and their use in medical research. Eur J Epidemiol. 2016;31(2):125-36.

3. Wang J, Ploner A, Sparen P, Lepp T, Roth A, Arnheim-Dahlstrom L, et al. Mode of HPV vaccination delivery and equity in vaccine uptake: A nationwide cohort study. Prev Med. 2019;120:26-33.

4. Wettermark B, Hammar N, Fored CM, Leimanis A, Otterblad Olausson P, Bergman U, et al. The new Swedish Prescribed Drug Register--opportunities for pharmacoepidemiological research and experience from the first six months. Pharmacoepidemiol Drug Saf. 2007;16(7):726-35.

5. Public Health Agency of Sweden. Statistics for HPV vaccinations 2019 [Available from: https://www.folkhalsomyndigheten.se/folkhalsorapportering-statistik/statistikdatabaser-och-visualisering/vaccinationsstatistik/statistik-for-hpv-vaccinationer/.

6. Public Health Agency of Sweden. National Vaccination Register. 2019 [Available from: https://www.folkhalsomyndigheten.se/smittskydd-beredskap/vaccinationer/vaccinationsregister/.

7. Ekbom A. The Swedish Multi-generation Register. Methods Mol Biol. 2011;675:215-20.

8. Statistics Sweden. Longitudinal integration database for health insurance and labour market studies (LISA by Swedish acronym) Stockholm: Statistics Sweden; 2017 [Available from: https://www.scb.se/lisa-en.

9. Barlow L, Westergren K, Holmberg L, Talback M. The completeness of the Swedish Cancer Register: a sample survey for year 1998. Acta Oncol. 2009;48(1):27-33.

10. Gu K, Ng HK, Tang ML, Schucany WR. Testing the ratio of two poisson rates. Biom J. 2008;50(2):283-98.

11. PASS Power Analysis & Sample Size. Tests for the Ratio of Two Poisson Rates [Available from: https://ncss-wpengine.netdna-ssl.com/wp-content/themes/ncss/pdf/Procedures/PASS/Tests_for_the_Ratio_of_Two_Poisson_Rates.pdf

12. Groenwold RH, White IR, Donders ART, Carpenter JR, Altman DG, Moons KG. Missing covariate data in clinical research: when and when not to use the missing-indicator method for analysis. CMAJ. 2012;184(11):1265-9.

13. Van Buuren S, Brand JP, Groothuis-Oudshoorn CG, Rubin DB. Fully conditional specification in multivariate imputation. Journal of statistical computation and simulation. 2006;76(12):1049-64.

14. Friedman M. Piecewise exponential models for survival data with covariates. The Annals of Statistics. 1982;10(1):101-13.