# EXHIBIT L

# Letters

**RESEARCH LETTER**

## Association of Human Papillomavirus Vaccination With the Incidence of Squamous Cell Carcinomas of the Anus in the US

The incidence of squamous cell carcinomas of the anus (SCCA) has increased sharply within the US.[1,2] Squamous cell carcinomas of the anus are likely vaccine preventable because approximately 90% of cases are associated with human papillomavirus (HPV) infection.[1,3] However, the implications of the 2006 HPV vaccine licensure are unclear because previous assessments of SCCA incidence have low population coverage (28%-30%) and/or exclude in situ cases.[1,2] We analyzed the 2001 to 2018 US Cancer Statistics database covering 98% of the US population to better examine SCCA incidence among vaccine-eligible cohorts and assess the potential consequences of HPV vaccination.

**Methods** | In this cross-sectional study, SCCA cases were identified as previously described, except that histology code 8010 was excluded owing to its inclusion of cases with unknown tumor origin.[2] The institutional review board at The University of Texas Medical Branch, Galveston, determined that our analyses were not considered human participant research and therefore waived approval and informed patient consent.

Data analysis was undertaken from February 26 to October 1, 2021. We stratified data by tumor behavior (in situ or invasive), age (20-44, 45-64, or ≥65 years), and/or sex. We reported incidence rates (IRs) as cases per 1 000 000 person-years age-adjusted to the 2000 US standard population, annual percentage changes (APCs), and rate ratios (RRs). Joinpoint regression models were fitted to identify changes in age-adjusted IR trends as previously described.[4] Statistical analyses were performed using SEER*Stat, version 8.3.9 (National Cancer Institute), with differences considered significant at $P < .05$ using 2-tailed tests.

**Results** | Among 8062 vaccine-eligible patients aged 20 to 44 years, a significant joinpoint of total SCCA incidence occurred in 2008 (**Figure**), with IRs significantly decreasing thereafter (2008-2018: APC, −2.7; 95% CI, −3.8 to −1.6). Using the 2008 joinpoint as a marker for HPV vaccine impact, we stratified IR by tumor behavior and age or sex from 2001 to 2008 and from 2009 to 2018 (**Table**). Relative to the 2001 to 2008 period, SCCA in situ incidence significantly decreased among patients aged 20 to 44 years from 2009 to 2018 (RR, 0.76; 95% CI, 0.71-0.83). In contrast, IRs for SCCA in situ significantly increased among patients aged 45 to 64 years (RR, 1.14; 95% CI, 1.07-1.21) and 65 years or older (RR, 1.12; 95% CI, 1.03-1.23) during the 2009 to 2018 period. The incidence of SCCA in situ was comparable among both sexes throughout 2001 to 2018. Like SCCA in situ, the IR of invasive SCCA also significantly decreased among patients aged 20 to 44 years during the 2009 to 2018 period relative to 2001 to 2008 (RR, 0.85; 95% CI, 0.81-0.88), but it significantly increased among patients aged 45 to 64 years (RR, 1.35; 95% CI, 1.35-1.37) and those 65 years or older (RR, 1.33; 95% CI, 1.30-1.36). For both sexes, invasive SCCA incidence during the 2009 to 2018 period significantly increased relative to 2001 to 2008 (men: RR, 1.20;



Figure. Joinpoint Analysis of Combined Age-Adjusted Incidence of In Situ and Invasive Squamous Cell Carcinomas of the Anus Among Adults Aged 20 to 44 Years From 2001 to 2018

Age-adjusted incidence rates are shown with 95% CIs. The annual percentage change was as follows: 2001-2008, −0.6 (95% CI, −2.5 to 1.4); 2008-2018, −2.7 (95% CI, −3.8 to −1.6, which was significantly different from zero). The line represents the fitted joinpoint regression curve.

© 2022 American Medical Association. All rights reserved.

Table. Incidence of Squamous Cell Carcinomas of the Anus Within the US From 2001 to 2008 and 2009 to 2018, Stratified by Demographic Characteristics and Tumor Behavior

| Characteristic | Incidence per 1 000 000 person-years[a] | | | | | |
|---|---|---|---|---|---|---|
| | In situ | | | Invasive | | |
| | Incidence rate (95% CI) | | | Incidence rate (95% CI) | | |
| | 2001-2008 | 2009-2018 | Rate ratio (95% CI) | 2001-2008 | 2009-2018 | Rate ratio (95% CI) |
| Overall | 2.5 (2.4-2.6) | 2.5 (2.4-2.6) | 1.01 (0.97-1.05) | 17.8 (17.6-18.0) | 22.6 (22.4-22.8) | 1.27 (1.25-1.29)[b] |
| Age, y | | | | | | |
| 20-44 | 1.7 (1.6-1.8) | 1.3 (1.2-1.4) | 0.76 (0.7-0.83)[b] | 5.1 (4.9-5.2) | 4.3 (4.2-4.4) | 0.85 (0.81-0.88)[b] |
| 45-64 | 3.6 (3.4-3.7) | 4.1 (3.9-4.2) | 1.14 (1.07-1.21)[b] | 27.4 (27.0-27.8) | 36.9 (36.5-37.4) | 1.35 (1.35-1.37)[b] |
| ≥65 | 2.8 (2.6-3.0) | 3.2 (3.0-3.3) | 1.12 (1.03-1.23)[b] | 37.7 (37.0-38.4) | 50.2 (49.6-50.9) | 1.33 (1.30-1.36)[b] |
| Sex | | | | | | |
| Male | 2.6 (2.5-2.7) | 2.5 (2.4-2.6) | 0.97 (0.91-1.02) | 13.8 (13.6-14.1) | 16.6 (16.4-16.9) | 1.20 (1.17-1.23)[b] |
| Female | 2.3 (2.4-2.6) | 2.5 (2.4-2.6) | 1.05 (0.99-1.11) | 21.1 (20.8-21.4) | 27.9 (27.6-28.2) | 1.32 (1.30-1.34)[b] |

[a] Incidence rates were calculated as cases per 1 000 000 person-years and age-adjusted to the 2000 US standard population.

[b] Indicates values are statistically significant (P < .05).

95% CI, 1.17-1.23; women: RR, 1.32; 95% CI, 1.30-1.34) but was consistently higher among women throughout 2001 to 2018.

Discussion | The findings of this cross-sectional study suggest that the incidence of SCCA in situ and invasive SCCA exclusively decreased among vaccine-eligible individuals aged 20 to 44 years from 2009 to 2018, which is consistent with reports that cervical cancer incidence has decreased since vaccine rollout[4] and that HPV vaccination of homosexual men directly reduces the prevalence of HPV and anal neoplasia.[3] Adequate time has passed for HPV vaccinations to have affected SCCA incidence because anal neoplasia develops and progresses to become a malignant neoplasm faster than other HPV-related cancers.[3,5] Behavioral changes are unlikely to be the reason for decreasing SCCA incidence because inconsistent condom use, prevalence of homosexual intercourse, and the average number of lifetime sexual partners have all increased among younger cohorts.[6] Consistent with other reports, we found that women had higher SCCA IRs than men.[1]

One study limitation was that HPV and HIV infection status were not reported; therefore, we could not assess whether a direct association exists between HPV and HIV infection status and our results. Major strengths of this study were the use of high-quality data representing 98% of the 2001 to 2018 US population and the analysis of both in situ and invasive cases.

In summary, the results of this study indicate that IRs for SCCA in situ and invasive SCCA continue to increase in older populations but are declining among vaccine-eligible adults, most likely as a result of HPV vaccinations. Populationwide surveillance of anal HPV prevalence is needed to confirm this finding. Physicians must continue to encourage HPV vaccinations for young adolescents to protect future generations against anogenital cancers.

Abbey B. Berenson, MD, PhD
Fangjian Guo, MD, PhD
Mihyun Chang, PhD

Author Affiliations: Center for Interdisciplinary Research in Women's Health, The University of Texas Medical Branch, Galveston (Berenson, Guo, Chang); Department of Obstetrics and Gynecology, The University of Texas Medical Branch, Galveston (Berenson, Guo).

Accepted for Publication: November 19, 2021.

Published Online: February 10, 2022. doi:10.1001/jamaoncol.2021.7652

Corresponding Author: Abbey B. Berenson, MD, PhD, Center for Interdisciplinary Research in Women's Health, The University of Texas Medical Branch, 301 University Blvd, Galveston, TX 77555 (abberens@utmb.edu).

Author Contributions: Dr Chang had full access to all of the data in the study and takes responsibility for the integrity of the data and the accuracy of the data analysis.
Concept and design: Berenson.
Acquisition, analysis, or interpretation of data: Guo, Chang.
Drafting of the manuscript: Berenson, Chang.
Critical revision of the manuscript for important intellectual content: Guo.
Statistical analysis: Chang.
Obtained funding: Berenson.
Supervision: Berenson.

Conflict of Interest Disclosures: Dr Berenson reported having contracts from the Cancer Prevention and Research Institute of Texas to her institution for prevention services and to conduct an unrelated research project during the conduct of the study. No other disclosures were reported.

Funding/Support: This study was supported by grants PP200048, PP210020, and PP200005 from the Cancer Prevention & Research Institute of Texas (Dr Berenson).

Role of the Funder/Sponsor: The Cancer Prevention & Research Institute of Texas had no role in the design and conduct of the study; collection, management, analysis, and interpretation of the data; preparation, review, or approval of the manuscript; and decision to submit the manuscript for publication.

Data Sharing Statement: The data analyzed in this study are publicly available (with permission) from the Centers for Disease Control and Prevention.

Additional Contributions: Nathaniel G. Girer, PhD (The University of Texas Medical Branch), provided editorial support as paid staff.

1. Deshmukh AA, Suk R, Shiels MS, et al. Recent trends in squamous cell carcinoma of the anus incidence and mortality in the United States, 2001-2015. J Natl Cancer Inst. 2020;112(8):829-838. doi:10.1093/jnci/djz219

2. Shiels MS, Kreimer AR, Coghill AE, Darragh TM, Devesa SS. Anal cancer incidence in the United States, 1977-2011: distinct patterns by histology and behavior. Cancer Epidemiol Biomarkers Prev. 2015;24(10):1548-1556. doi:10.1158/1055-9965.EPI-15-0044

3. Palefsky JM, Giuliano AR, Goldstone S, et al. HPV vaccine against anal HPV infection and anal intraepithelial neoplasia. N Engl J Med. 2011;365(17):1576-1585. doi:10.1056/NEJMoa1010971

4. Guo F, Cofie LE, Berenson AB. Cervical cancer incidence in young U.S. females after human papillomavirus vaccine introduction. Am J Prev Med. 2018;55(2):197-204. doi:10.1016/j.amepre.2018.03.013

5. Roberts JR, Siekas LL, Kaz AM. Anal intraepithelial neoplasia: a review of diagnosis and management. World J Gastrointest Oncol. 2017;9(2):50-61. doi:10.4251/wjgo.v9.i2.50

6. Liu G, Hariri S, Bradley H, Gottlieb SL, Leichliter JS, Markowitz LE. Trends and patterns of sexual behaviors among adolescents and adults aged 14 to 59 years, United States. Sex Transm Dis. 2015;42(1):20-26. doi:10.1097/OLQ.0000000000000231

© 2022 American Medical Association. All rights reserved.