# EXHIBIT S



# HarrisMartin's MDL Conference: Recalled Infant Formula and Gardasil

## Conference Agenda

### DAY 1, WEDNESDAY, MAY 25, 2022

**7:30 a.m. - 8:45 a.m.**
**Registration**

**8:45 a.m. - 9:00 a.m.**
**Welcome By Co-Chairs**
**Bryan F. Aylstock**, Aylstock, Witkin, Kreis & Overholtz, PLLC, Pensacola, FL
**E. Samuel Geisler**, Aylstock, Witkin, Kreis & Overholtz, PLLC, Pensacola, FL
**R. Brent Wisner**, Baum Hedlund Aristei & Goldman, Greenbrae, CA
**Bijan Esfandiari**, Baum Hedlund Aristei & Goldman, Los Angeles

**9:00 a.m. - 10:00 a.m.**
**Abbott Recalled Formula –– Class Action Litigation**
**Bryan F. Aylstock**, Aylstock, Witkin, Kreis & Overholtz, PLLC, Pensacola, FL
**Kiley Grombacher**, Bradley/Grombacher, LLP, Westlake Village, CA
**Roy T. Willey IV**, Poulin | Willey | Anastopoulo, Charleston, SC
**Timothy Becker**, Johnson // Becker, PLLC, St. Paul, MN
**Danielle Mason**, Milberg Coleman Bryson Phillips Grossman, PLLC, Montgomery, AL

**10:00 a.m. - 10:15 a.m.**
**Refreshment Break**

**10:15 a.m. - 11:00 a.m.**
**Infant Formula Recall –– What is the Injury?**
**E. Samuel Geisler**, Aylstock, Witkin, Kreis & Overholtz, PLLC, Pensacola, FL
**Kristian Rasmussen**, Milberg Coleman Bryson Phillips and Grossman, Knoxville, TN
**Patrick Luff**, Luff Law Firm, PLLC, Dallas
**Caitlyn Prichard Miller**, Aylstock, Witkin, Kreis & Overholtz, PLLC, Pensacola, FL

**11:00 a.m. - 11:15 a.m.**
**Marketing for Mass Tort Litigation Claims**
**Chris Princis**, President & CEO, Consumer Attorney Marketing Group (CAMG), Chicago

**11:15 a.m. - 12:00 p.m.**

**11:15 a.m. - 12:00 p.m.**

### Infant Formula NEC Litigation

• The Science Behind the Claims
• Current State-Of-Play – MDL and State Court
• The Specific Claims - Failure to Warn and Design Defect
• Intake Challenges and Opportunities - Selection Criteria, Vetting, TAM
• Pre- and Post-Settlement Administration Challenges

**Scott DeNardo**, Archer Systems, Bethlehem, PA
**Ben Whiting**, Keller Postman LLC, Chicago
**Amelia Frenkel**, Keller Postman LLC, Washington, DC
**Chad Finley**, TorHoerman Law, LLC, Edwardsville, IL
**Kim Channick**, Walsh Law, Washington, DC
**R. H. Siddiqui, M.S., M.D.**, Senior Strategic Research Associate, Medical Research Team, Expert Institute, New York

**12:00 p.m. - 1:30 p.m.**

### Lunch - Sponsored by CAMG

*Lunch Sponsored by Consumer Attorney Marketing Group (CAMG).*



**1:30 p.m. - 2:15 p.m.**

### Gardasil Litigation

• Overview of the Litigation
• Number of Cases
• Discussion of the Injury
• State and Federal Courts
• MDL Petition

**Michael L. Baum**, Baum Hedlund Aristei & Goldman, Los Angeles
**Bijan Esfandiari**, Baum Hedlund Aristei & Goldman, Los Angeles
**Tracy L. Turner**, Pendley, Baudin and Coffin, L.L.P., Columbus, OH *
**Allison Mullins**, Turning Point Litigation | Mullins Duncan Harrell & Russell PLLC, Greensboro, NC*

**2:15 p.m. - 3:00 p.m.**

### Gardasil and Autoimmune Injury: Diving Into the Science

**Andrew D. Downing**, Van Cott & Talamante, PLLC, Phoenix
**Bijan Esfandiari**, Baum Hedlund Aristei & Goldman, Los Angeles

**3:00 p.m. - 3:15 p.m.**

### Uncovering Critical Evidence in Mass Torts

**Drew Lewis**, CS DISCO, Chattanooga, TN
**Jonathan Wiley**, CS DISCO, Tallahassee, FL

**3:15 p.m. - 4:00 p.m.**

### Vaccine Court Primer

**Mark T. Sadaka**, Sadaka Law, New York
**Andrew D. Downing**, Van Cott & Talamante, PLLC, Phoenix
**Jessica A. Wallace**, Law Office of Jessica A. Wallace, PLLC, Plantation, FL*

**4:00 p.m. - 5:00 p.m.**

### Updates on Current Litigation

• Pesticides
• Zostavax
• CPAP
• Taxotere
• Covidien Hernia Mesh

**Mark T. Sadaka**, Sadaka Law, New York
**R. Brent Wisner**, Baum Hedlund Aristei & Goldman, Greenbrae, CA
**Patrick Hotze**, Hotze Runkle PLLC, Austin, TX
**Syreeta Poindexter**, Babin Law, LLC, Columbus, OH
**Ava Cavaco**, Meshbesher & Spence Lawyers, Rochester, MN
**Kelsey L. Stokes**, Fleming | Nolen | Jez L.L.P., Houston
**Whitney J. Butcher**, KBA Attorneys, Bel Air, MD

**5:00 p.m. - 6:00 p.m.**

### Networking Cocktail Reception

*Networking Cocktail Reception Sponsored by Western Alliance Bank.*



*Invited Speaker*

HarrisMartin Publishing

30 Washington Avenue, Suite D-3

Haddonfield, NJ 08033

610.647.5500   service@harrismartin.com

Upcoming CLE Conferences

Our Publications

Twitter

Facebook

LinkedIn

© 2022 All Rights Reserved.

Privacy · Terms