# EXHIBIT FF

TO ORDER COPIES OF ANY DOCUMENTS LISTED
BELOW, CALL WESTLAW COURTEXPRESS
1-877-DOC-RETR (1-877-362-7387) (Additional Charges Apply)

**This docket is current through 05/12/2022**

**Current Date:** 5/12/2022
**Source:** U.S. Court Of Federal Claims
**Court:** U.S. Court Of Federal Claims
**Case Title:** COUNTS et al v. SECRETARY OF HEALTH AND HUMAN SERVICES
**Case:** 1:20-VV-01782
**Judge:** Unassigned
**Date Filed:** 12/07/2020
**Date Closed/Terminated:** 08/23/2021
**Case Status:** CLOSED, ECF, PAR, VFEE

## CASE INFORMATION

**Case Number:** 1:20VV01782
**Referred To:** Chief Special Master Brian H. Corcoran
**Jury Demand:** None
**Nature of Suit:** Injury - Human Papillomavirus
**Jurisdiction:** U.S. Government Defendant
**Cause:** 42 USC 300 Vaccine Injury Act

## PARTICIPANT INFORMATION

### COURTNEY COUNTS

**Party Description:** and
**Type:** Petitioner
**Attorney:** Andrew Donald Downing
**Status:** LEAD ATTORNEY; ATTORNEY TO BE NOTICED
**Firm Name:** Van Cott & Talamante, PLLC
**Attorney Address:** 3030 N. Third Street
Suite 790
Phoenix, AZ 85012
**Attorney Phone:** 602-257-9160
**Attorney Fax:** 602-702-5181
**Email Address:** adowning@vancotttalamante.com

### CHRISTOPHER COUNTS

**Party Description:** on behalf of minor child
**Type:** Petitioner
**Attorney:** Andrew Donald Downing
**Status:** LEAD ATTORNEY; ATTORNEY TO BE NOTICED
**Firm Name:** Van Cott & Talamante, PLLC
**Attorney Address:** 3030 N. Third Street
Suite 790
Phoenix, AZ 85012
**Attorney Phone:** 602-257-9160

| | |
|---|---|
| **Attorney Fax:** | 602-702-5181 |
| **Email Address:** | adowning@vancotttalamante.com |

## SECRETARY OF HEALTH AND HUMAN SERVICES

| | |
|---|---|
| **Type:** | Respondent |
| **Attorney:** | Heather Lynn Pearlman |
| **Status:** | LEAD ATTORNEY; ATTORNEY TO BE NOTICED |
| **Firm Name:** | U. S. Department of Justice - Vaccine |
| **Attorney Address:** | Vaccine/Torts Branch, Civil Division |
| | P.O. Box 146 |
| | Benjamin Franklin Station |
| | Washington, DC 20044-0146 |
| **Attorney Phone:** | 202-353-2699 |
| **Email Address:** | heather.pearlman2@usdoj.gov |

### CALENDAR INFORMATION
**View Calendar Information**

### DOCKET PROCEEDINGS (35)

| Entry #: | Date: | Description: | | |
|---|---|---|---|---|
| 27 | 12/06/2021 | Supplemental MOTION for Attorney Fees and Costs (Final), filed by CHRISTOPHER COUNTS. Response due by 12/20/2021. (Attachments: # 1 Exhibit Ex. A - Supplemental Invoice for Fees)(Downing, Andrew) (Entered: 12/06/2021) | View | Add to request |
| 26 | 09/21/2021 | REPLY to Response to Motion re 23 MOTION for Attorney Fees and Costs (Final), filed by CHRISTOPHER COUNTS. (Attachments: # 1 Exhibit Ex. A - Thomas Decision re: Fees, # 2 Exhibit Ex. B - Merck v. Walker Complaint)(Downing, Andrew) (Entered: 09/21/2021) | View | Add to request |
| 25 | 09/20/2021 | PUBLIC ORDER/RULING (Originally filed: 8/23/2021) regarding 21 Order Concluding Proceedings. Signed by Chief Special Master Brian H. Corcoran. (abs) Service on parties made. (Entered: 09/20/2021) | View | Add to request |
| 24 | 09/14/2021 | RESPONSE to 23 MOTION for Attorney Fees and Costs (Final), filed by SECRETARY OF HEALTH AND HUMAN SERVICES. Reply due by 9/21/2021. (Pearlman, Heather) (Entered: 09/14/2021) | View | Add to request |
| 23 | 09/01/2021 | MOTION for Attorney Fees and Costs (Final), filed by | View | Add to request |

| | | | | |
|---|---|---|---|---|
| | | CHRISTOPHER COUNTS. Response due by 9/15/2021. (Attachments: # 1 Exhibit Ex. A - Itemized Invoice for Final Fees) (Downing, Andrew) (Entered: 09/01/2021) | | |
| 22 | 09/01/2021 | NOTICE OF FILING Medical Literature by COURTNEY COUNTS, MEDICAL LITERATURE [Exhibit # 14 through 18] filed by COURTNEY COUNTS (Attachments: # 1 Exhibit Ex. 14 - Hypothesis: Human papillomavirus vaccination syndrome small fiber neuropathy and dysautonomia could be its underlying pathogenesis, # 2 Exhibit Ex. 15 - Orthostatic intolerance and postural tachycardia syndrome as suspected adverse effects of vaccination against human papilloma virus, # 3 Exhibit Ex. 16 - Peripheral Sympathetic Nerve Dysfunction in Adolescent Japanese Girls Following Immunization with the Human Papillomavirus Vaccine, # 4 Exhibit Ex. 17 - Postural tachycardia syndrome following human papillomavirus vaccination, # 5 Exhibit Ex. 18 - Suspected Adverse Effects After Human Papillomavirus Vaccination: A Temporal Relationship Between Vaccine Administration and the Appearance of Symptoms in Japan)(Downing, Andrew) (Entered: 09/01/2021) | View | Add to request |
| 21 | 08/23/2021 | Order Concluding Proceedings Pursuant to Vaccine Rule 10(d). Redactions are due by 9/7/2021. Signed by Chief Special Master Brian H. Corcoran. (abs) Service on parties made. (Entered: 08/23/2021) | View | Add to request |
| 20 | 08/20/2021 | NOTICE OF INTENT to Withdraw Petition by Petitioner. (Downing, Andrew) (Entered: 08/20/2021) | View | Add to request |
| 19 | 08/06/2021 | NOTICE OF FILING Statement of Courtney Counts by COURTNEY COUNTS, MEDICAL RECORDS [Exhibit(s) # 1] filed by COURTNEY COUNTS (Attachments: # 1 | View | Add to request |

| | | | | |
|---|---|---|---|---|
| 18 | 08/04/2021 | Exhibit Ex. 1 - Statement of Courtney Counts)(Downing, Andrew) (Entered: 08/06/2021) ORDER re: the statutory 240-day time period for the special master's issuance of a decision in this case has expired. Petitioner may submit a notice continuing or withdrawing the petition and such notice shall be filed within 30 days. Signed by Chief Special Master Brian H. Corcoran. (nh) Service on parties made. (Main Document 18 replaced on 8/4/2021 to correct date typo) (sw). (Entered: 08/04/2021) | View | Add to request |
| 17 | 07/21/2021 | Unopposed MOTION for Extension of Time until August 20, 2021 to file an affidavit, PAR Questionnaire and a Statement of Completion , filed by CHRISTOPHER COUNTS. Response due by 8/4/2021. (Downing, Andrew) (Entered: 07/21/2021) | View | Add to request |
| | 07/21/2021 | ORDER (NON-PDF) granting 17 Motion for Extension of Time Affidavit due by 8/20/2021. Statement of Completion Due by 8/20/2021. PAR Medical History Questionnaire due by 8/20/2021. Signed by Chief Special Master Brian H. Corcoran. (nh) Service on parties made. (Entered: 07/21/2021) | Send Runner to Court | |
| | 07/06/2021 | ORDER (NON-PDF) granting 15 Motion for Extension of Time Affidavit due by 7/21/2021. Medical records due by 7/21/2021. Statement of Completion Due by 7/21/2021. PAR Medical History Questionnaire due by 7/21/2021. Signed by Chief Special Master Brian H. Corcoran. (nh) Service on parties made. (Entered: 07/06/2021) | Send Runner to Court | |
| 16 | 06/29/2021 | NOTICE OF FILING Medical Records by CHRISTOPHER COUNTS, MEDICAL RECORDS [Exhibit(s) # 13] filed by CHRISTOPHER COUNTS (Attachments: # 1 Errata Ex. 13 - Medical records from POTS | View | Add to request |

| | | | | |
|---|---|---|---|---|
| 15 | 06/21/2021 | Treatment Center)(Downing, Andrew) (Entered: 06/29/2021) Unopposed MOTION for Extension of Time until July 21, 2021 to file all medical records, an affidavit, PAR Questionnaire and a Statement of Completion , filed by CHRISTOPHER COUNTS. Response due by 7/6/2021. (Downing, Andrew) (Entered: 06/21/2021) | View | Add to request |
| 14 | 06/21/2021 | NOTICE OF FILING Medical Records by CHRISTOPHER COUNTS, MEDICAL RECORDS [Exhibit(s) # 12] filed by CHRISTOPHER COUNTS (Attachments: # 1 Exhibit Ex. 12 - Medical records from Alabaster Pediatrics)(Downing, Andrew) (Entered: 06/21/2021) | View | Add to request |
| | 05/24/2021 | ORDER (NON-PDF) granting 13 Motion for Extension of Time Affidavit due by 6/21/2021. Medical records due by 6/21/2021. Statement of Completion Due by 6/21/2021. PAR Medical History Questionnaire due by 6/21/2021. Signed by Chief Special Master Brian H. Corcoran. (nh) Service on parties made. (Entered: 05/24/2021) | Send Runner to Court | |
| 13 | 05/21/2021 | Unopposed MOTION for Extension of Time until June 21, 2021 to file all medical records, an affidavit, PAR Questionnaire and a Statement of Completion , filed by CHRISTOPHER COUNTS. Response due by 6/4/2021. (Downing, Andrew) (Entered: 05/21/2021) | View | Add to request |
| | 05/11/2021 | ORDER (non-pdf) granting 12 Motion for Extension of Time. Petitioner's outstanding documents and Statement of Completion are due by 5/21/2021. Signed by Chief Special Master Brian H. Corcoran. (abs) Service on parties made. (Entered: 05/11/2021) | Send Runner to Court | |
| 12 | 04/21/2021 | Unopposed MOTION for Extension of Time until May 21, 2021 to file all medical records, an affidavit, PAR Questionnaire and a Statement of Completion , filed by COURTNEY COUNTS. | View | Add to request |

| | | | | |
|---|---|---|---|---|
| | | Response due by 5/5/2021. (Downing, Andrew) (Entered: 04/21/2021) | | |
| 11 | 04/21/2021 | NOTICE OF FILING Medical Records by CHRISTOPHER COUNTS, MEDICAL RECORDS [Exhibit(s) # 7 through 11] filed by CHRISTOPHER COUNTS (Attachments: # 1 Exhibit Ex. 7 - Medical records from Alabama Psychiatry, # 2 Exhibit Ex. 8 - Medical records from UAB Medicine, # 3 Exhibit Ex. 9 - Medical records from Lakeshore ENT, # 4 Exhibit Ex. 10 - Medical records from Front Porch Pediatrics, # 5 Exhibit Ex. 11 - Medical records from Children's of Alabama) (Downing, Andrew) (Entered: 04/21/2021) | View | Add to request |
| | 04/07/2021 | ORDER (NON-PDF) granting 10 Motion for Extension of Time Affidavit due by 4/21/2021. Medical records due by 4/21/2021. Statement of Completion Due by 4/21/2021. PAR Medical History Questionnaire due by 4/21/2021. Signed by Chief Special Master Brian H. Corcoran. (nh) Service on parties made. (Entered: 04/07/2021) | Send Runner to Court | |
| 10 | 03/22/2021 | Unopposed MOTION for Extension of Time until April 21, 2021 to file all medical records, an affidavit, PAR Questionnaire and a Statement of Completion , filed by COURTNEY COUNTS. Response due by 4/5/2021. (Downing, Andrew) (Entered: 03/22/2021) | View | Add to request |
| | 03/22/2021 | ORDER (NON-PDF) granting 9 Motion for Extension of Time Affidavit due by 3/22/2021. Medical records due by 3/22/2021. Statement of Completion Due by 3/22/2021. PAR Medical History Questionnaire due by 3/22/2021. Signed by Chief Special Master Brian H. Corcoran. (nh) Service on parties made. (Entered: 03/22/2021) | Send Runner to Court | |

| | | | | |
|---|---|---|---|---|
| 9 | 02/18/2021 | Unopposed MOTION for Extension of Time until March 22, 2021 to file all medical records, an affidavit, PAR Questionnaire and a Statement of Completion , filed by CHRISTOPHER COUNTS. Response due by 3/4/2021. (Downing, Andrew) (Entered: 02/18/2021) | View | Add to request |
| 8 | 02/18/2021 | NOTICE OF FILING Medical Records by CHRISTOPHER COUNTS, MEDICAL RECORDS [Exhibit(s) # 2 through 6] filed by CHRISTOPHER COUNTS (Attachments: # 1 Exhibit Ex. 2 - Gardasil Product Monograph, # 2 Exhibit Ex. 3 - Medical records from Lakeside Family Practice, # 3 Exhibit Ex. 4 - Medical records from ENT for Kids - Alabama, # 4 Exhibit Ex. 5 - Medical records from Vanderbilt University Medical Center, # 5 Exhibit Ex. 6 - Medical records from Shelby Baptist Medical Center)(Downing, Andrew) (Entered: 02/18/2021) | View | Add to request |
| | 01/26/2021 | ORDER (NON-PDF) granting 7 Motion for Extension of Time Affidavit due by 2/18/2021. Medical records due by 2/18/2021. Statement of Completion Due by 2/18/2021. PAR Medical History Questionnaire due by 2/18/2021. Signed by Chief Special Master Brian H. Corcoran. (Peralta, Kisairys) Service on parties made. (Entered: 01/26/2021) | Send Runner to Court | |
| 7 | 01/19/2021 | MOTION for Extension of Time until February 18, 2021 to file all medical records, an affidavit, PAR Questionnaire and a Statement of Completion , filed by CHRISTOPHER COUNTS. Response due by 2/2/2021. (Downing, Andrew) (Entered: 01/19/2021) | View | Add to request |
| | 01/06/2021 | ORDER (NON-PDF) granting 6 Motion for Extension of Time Medical records due by 1/19/2021. Affidavit due by 1/19/2021. PAR Medical History Questionnaire due by 1/19/2021. Statement of | Send Runner to Court | |

| | | | | |
|---|---|---|---|---|
| | | Completion Due by 1/19/2021. Signed by Chief Special Master Brian H. Corcoran. (nh) Service on parties made. (Entered: 01/06/2021) | | |
| 6 | 12/18/2020 | MOTION for Extension of Time until January 18, 2021 to file all medical records, an affidavit, PAR Questionnaire and a Statement of Completion , filed by CHRISTOPHER COUNTS. Response due by 1/4/2021. (Downing, Andrew) (Entered: 12/18/2020) | View | Add to request |
| 5 | 12/08/2020 | PAR INITIAL ORDER : Affidavit due by 12/18/2020. Medical records due by 12/18/2020. Statement of Completion Due by 12/18/2020. PAR Medical History Questionnaire due by 12/18/2020. Signed by Chief Special Master Brian H. Corcoran. (nh) Service on parties made. (Entered: 12/08/2020) | View | Add to request |
| 4 | 12/07/2020 | NOTICE of Assignment to Chief Special Master Brian H. Corcoran. (sw) (Entered: 12/07/2020) | View | Add to request |
| 3 | 12/07/2020 | ORDER directing entry of appearance of Heather L. Pearlman as attorney of record for the Respondent. Signed by Chief Special Master Brian H. Corcoran. (sw) Service on parties made. (Entered: 12/07/2020) | View | Add to request |
| 2 | 12/07/2020 | NOTICE of Designation of Electronic Case. (sw) (Entered: 12/07/2020) | View | Add to request |
| 1 | 12/07/2020 | PETITION against SECRETARY OF HEALTH AND HUMAN SERVICES (Filing fee $402, Receipt number AUSFCC-6649797) [Vaccination date: 6/21/2017], filed by COURTNEY COUNTS, CHRISTOPHER COUNTS. Respondent's Report due by 3/7/2021. 240 Day Notice due by 8/4/2021. (Attachments: # 1 Civil Cover Sheet)(sw) (Entered: 12/07/2020) | View | Add to request |

TO ORDER COPIES OF ANY DOCUMENTS LISTED ABOVE, CALL WESTLAW COURTEXPRESS

1-877-DOC-RETR (1-877-362-7387) (Additional Charges Apply)

**End of Document**  © 2022 Thomson Reuters. No claim to original U.S. Government Works.