# EXHIBIT GG

TO ORDER COPIES OF ANY DOCUMENTS LISTED
BELOW, CALL WESTLAW COURTEXPRESS
1-877-DOC-RETR (1-877-362-7387) (Additional Charges Apply)

**This docket is current through 05/12/2022**

**Current Date:** 5/12/2022
**Source:** U.S. Court Of Federal Claims

| | |
|---|---|
| **Court:** | U.S. Court Of Federal Claims |
| **Case Title:** | FETTERS v. SECRETARY OF HEALTH AND HUMAN SERVICES |
| **Case:** | 1:21-VV-00928 |
| **Judge:** | Unassigned |
| **Date Filed:** | 02/16/2021 |
| **Date Closed/Terminated:** | 10/18/2021 |
| **Case Status:** | CLOSED, ECF, PAR, VFEE |

## CASE INFORMATION

| | |
|---|---|
| **Case Number:** | 1:21VV00928 |
| **Referred To:** | Chief Special Master Brian H. Corcoran |
| **Jury Demand:** | None |
| **Nature of Suit:** | Injury - Human Papillomavirus |
| **Jurisdiction:** | U.S. Government Defendant |
| **Cause:** | 42 USC 300 Vaccine Injury Act |

## PARTICIPANT INFORMATION

### CARISSA FETTERS

| | |
|---|---|
| **Party Description:** | on behalf of minor child |
| **Type:** | Petitioner |
| **Attorney:** | Andrew Donald Downing |
| **Status:** | LEAD ATTORNEY; ATTORNEY TO BE NOTICED |
| **Firm Name:** | Van Cott & Talamante, PLLC |
| **Attorney Address:** | 3030 N. Third Street<br>Suite 790<br>Phoenix, AZ 85012 |
| **Attorney Phone:** | 602-257-9160 |
| **Attorney Fax:** | 602-702-5181 |
| **Email Address:** | adowning@vancotttalamante.com |

### SECRETARY OF HEALTH AND HUMAN SERVICES

| | |
|---|---|
| **Type:** | Respondent |
| **Attorney:** | Darryl R. Wishard |
| **Status:** | LEAD ATTORNEY; ATTORNEY TO BE NOTICED |
| **Firm Name:** | U. S. Department of Justice - Vaccine |
| **Attorney Address:** | Vaccine/Torts Branch, Civil Division<br>P.O. Box 146<br>Benjamin Franklin Station<br>Washington, DC 20044-0146 |
| **Attorney Phone:** | 202-616-4357 |

| **Attorney Fax:** | 202-616-4310 |
| --- | --- |
| **Email Address:** | darryl.wishard@usdoj.gov |
| **Attorney:** | Heather Lynn Pearlman |
| **Attorney Terminated:** | TERMINATED: 11/18/2021 |
| **Firm Name:** | U. S. Department of Justice - Vaccine |
| **Attorney Address:** | Vaccine/Torts Branch, Civil Division |
| | P.O. Box 146 |
| | Benjamin Franklin Station |
| | Washington, DC 20044-0146 |
| **Attorney Phone:** | 202-353-2699 |
| **Email Address:** | heather.pearlman2@usdoj.gov |

## CALENDAR INFORMATION
View Calendar Information

### DOCKET PROCEEDINGS (34)

| Entry #: | Date: | Description: | | |
| --- | --- | --- | --- | --- |
| 26 | 12/06/2021 | Supplemental MOTION for Attorney Fees and Costs (Final), filed by CARISSA FETTERS. Response due by 12/20/2021. (Attachments: # 1 Exhibit Ex. A - Supplemental Invoice for Final Fees)(Downing, Andrew) (Entered: 12/06/2021) | View | Add to request |
| 25 | 12/03/2021 | PUBLIC ORDER/RULING (Originally filed: 10/18/2021) regarding 19 Order Concluding Proceedings. Signed by Chief Special Master Brian H. Corcoran. (fs) Service on parties made. (Entered: 12/03/2021) | View | Add to request |
| 24 | 12/01/2021 | REPLY to Response to Motion re 21 MOTION for Attorney Fees and Costs (Final), filed by CARISSA FETTERS. (Attachments: # 1 Exhibit Ex. A - Thomas Decision re: Fees, # 2 Exhibit Ex. B - Hoover Decision re: Fees)(Downing, Andrew) (Entered: 12/01/2021) | View | Add to request |
| 23 | 11/18/2021 | RESPONSE to 21 MOTION for Attorney Fees and Costs (Final), filed by SECRETARY OF HEALTH AND HUMAN SERVICES. Reply due by 11/26/2021. (Attachments: # 1 Appendix A)(Wishard, Darryl) (Entered: 11/18/2021) | View | Add to request |
| 22 | 11/18/2021 | NOTICE of Appearance by Darryl R. Wishard for SECRETARY OF HEALTH AND HUMAN SERVICES . (Wishard, Darryl) (Entered: 11/18/2021) | View | Add to request |
| 21 | 11/05/2021 | MOTION for Attorney Fees and Costs (Final), filed by CARISSA FETTERS. Response due by 11/19/2021. (Attachments: | View | Add to request |

| 20 | 11/05/2021 | # 1 Exhibit Ex. A - Itemized Invoice for Final Fees)(Downing, Andrew) (Entered: 11/05/2021) NOTICE OF FILING Medical Literature by CARISSA FETTERS, MEDICAL LITERATURE [Exhibit # 9 through 13] filed by CARISSA FETTERS (Attachments: # 1 Exhibit Ex. 9 - Hypothesis: Human papillomavirus vaccination syndrome small fiber neuropathy and dysautonomia could be its underlying pathogenesis, # 2 Exhibit Ex. 10 - Orthostatic intolerance and postural tachycardia syndrome as suspected adverse effects of vaccination against human papilloma virus, # 3 Exhibit Ex. 11 - Peripheral Sympathetic Nerve Dysfunction in Adolescent Japanese Girls Following Immunization with the Human Papillomavirus Vaccine, # 4 Exhibit Ex. 12 - Postural tachycardia syndrome following human papillomavirus vaccination, # 5 Exhibit Ex. 13 - Suspected Adverse Effects After Human Papillomavirus Vaccination: A Temporal Relationship Between Vaccine Administration and the Appearance of Symptoms in Japan)(Downing, Andrew) (Entered: 11/05/2021) | View | Add to request |
| --- | --- | --- | --- | --- |
| 19 | 10/18/2021 | Order Concluding Proceedings Pursuant to Vaccine Rule 10(d). Redactions are due by 11/1/2021. Signed by Chief Special Master Brian H. Corcoran. (abs) Service on parties made. (Entered: 10/18/2021) | View | Add to request |
| 18 | 10/14/2021 | NOTICE OF INTENT to Withdraw Petition by Petitioner. (Downing, Andrew) (Entered: 10/14/2021) | View | Add to request |
| 17 | 10/14/2021 | ORDER re: the statutory 240-day time period for the special master's issuance of a decision in this case has expired. Petitioner may submit a notice continuing or withdrawing the petition and such notice shall be filed within 30 days. ( Signed | View | Add to request |

| | | | | |
|---|---|---|---|---|
| | | by Chief Special Master Brian H. Corcoran. )(mpj) Service on parties made. (Entered: 10/14/2021) | | |
| | 10/06/2021 | ORDER (NON-PDF) granting Petitioner's 16 Motion for Extension of Time: Petitioner shall file the outstanding records required by the PAR Initial Order and Statement of Completion by 11/1/2021. Signed by Chief Special Master Brian H. Corcoran. (fs) Service on parties made. (Entered: 10/06/2021) | Send Runner to Court | |
| 16 | 09/30/2021 | Unopposed MOTION for Extension of Time until November 1, 2021 to file outstanding medical records, PAR Questionnaire and a Statement of Completion , filed by CARISSA FETTERS. Response due by 10/14/2021. (Downing, Andrew) (Entered: 09/30/2021) | View | Add to request |
| 15 | 09/15/2021 | NOTICE OF FILING Medical Records by CARISSA FETTERS, MEDICAL RECORDS [Exhibit(s) # 8] filed by CARISSA FETTERS (Attachments: # 1 Exhibit Ex. 8 - Medical records from AMP Sports Medicine and Recovery) (Downing, Andrew) (Entered: 09/15/2021) | View | Add to request |
| 14 | 09/01/2021 | Unopposed MOTION for Extension of Time until October 1, 2021 to file outstanding medical records, PAR Questionnaire and a Statement of Completion , filed by CARISSA FETTERS. Response due by 9/15/2021. (Downing, Andrew) (Entered: 09/01/2021) | View | Add to request |
| | 09/01/2021 | ORDER (NON-PDF) granting 14 Motion for Extension of Time Medical records due by 10/1/2021. Statement of Completion Due by 10/1/2021. PAR Medical History Questionnaire due by 10/1/2021. Signed by Chief Special Master Brian H. Corcoran. (nh) Service on parties made. (Entered: 09/01/2021) | Send Runner to Court | |
| 13 | 08/02/2021 | Unopposed MOTION for Extension of Time until | View | Add to request |

| | | | | |
|---|---|---|---|---|
| | | September 1, 2021 to file outstanding medical records, PAR Questionnaire and a Statement of Completion , filed by CARISSA FETTERS. Response due by 8/16/2021. (Downing, Andrew) (Entered: 08/02/2021) | | |
| | 08/02/2021 | ORDER (NON-PDF) granting 13 Motion for Extension of Time Medical records due by 9/1/2021. Statement of Completion Due by 9/1/2021. PAR Medical History Questionnaire due by 9/1/2021. Signed by Chief Special Master Brian H. Corcoran. (nh) Service on parties made. (Entered: 08/02/2021) | Send Runner to Court | |
| | 07/06/2021 | ORDER (NON-PDF) granting 12 Motion for Extension of Time Medical records due by 8/2/2021. Statement of Completion Due by 8/2/2021. PAR Medical History Questionnaire due by 8/2/2021. Signed by Chief Special Master Brian H. Corcoran. (nh) Service on parties made. (Entered: 07/06/2021) | Send Runner to Court | |
| 12 | 07/01/2021 | Unopposed MOTION for Extension of Time until August 2, 2021 to file outstanding medical records, PAR Questionnaire and a Statement of Completion , filed by CARISSA FETTERS. Response due by 7/15/2021. (Downing, Andrew) (Entered: 07/01/2021) | View | Add to request |
| | 06/03/2021 | ORDER (NON-PDF) granting 11 Motion for Extension of Time Medical records due by 7/1/2021. Statement of Completion Due by 7/1/2021. PAR Medical History Questionnaire due by 7/1/2021. Signed by Chief Special Master Brian H. Corcoran. (nh) Service on parties made. (Entered: 06/03/2021) | Send Runner to Court | |
| 11 | 06/01/2021 | Unopposed MOTION for Extension of Time until July 1, 2021 to file outstanding medical records, PAR Questionnaire and a Statement of Completion , filed by CARISSA FETTERS. Response due by 6/15/2021. | View | Add to request |

| | | | | |
|---|---|---|---|---|
| | 05/14/2021 | (Downing, Andrew) (Entered: 06/01/2021) ORDER (NON-PDF) granting Petitioner's 10 Motion for Extension of Time: The deadline for Petitioner to file the records required by the PAR Initial Order is extended to 6/1/2021. Petitioner shall file a Statement of Completion when all outstanding records have been filed. Signed by Chief Special Master Brian H. Corcoran. (fs) Service on parties made. (Entered: 05/14/2021) | Send Runner to Court | |
| 10 | 04/30/2021 | Unopposed MOTION for Extension of Time until May 31, 2021 to file outstanding medical records, PAR Questionnaire and a Statement of Completion, filed by CARISSA FETTERS. Response due by 5/14/2021. (Downing, Andrew) (Entered: 04/30/2021) | View | Add to request |
| 9 | 04/30/2021 | NOTICE OF FILING Medical Records by CARISSA FETTERS, MEDICAL RECORDS [Exhibit(s) # 7] filed by CARISSA FETTERS (Attachments: # 1 Exhibit Ex. 7 - Medical records from Drake Institute of Behavioral Medicine) (Downing, Andrew) (Entered: 04/30/2021) | View | Add to request |
| | 04/05/2021 | ORDER (NON-PDF) granting 8 Motion for Extension of Time Medical records due by 4/30/2021. Statement of Completion Due by 4/30/2021. PAR Medical History Questionnaire due by 4/30/2021. Signed by Chief Special Master Brian H. Corcoran. (kp) Service on parties made. (Entered: 04/05/2021) | Send Runner to Court | |
| 8 | 03/31/2021 | MOTION for Extension of Time until April 30, 2021 to file outstanding medical records, PAR Questionnaire and a Statement of Completion, filed by CARISSA FETTERS. Response due by 4/14/2021. (Downing, Andrew) (Entered: 03/31/2021) | View | Add to request |
| | 03/22/2021 | ORDER (NON-PDF) granting 7 Motion for Extension of Time Medical records due | Send Runner to Court | |

| | | | | |
|---|---|---|---|---|
| | | by 3/31/2021. Statement of Completion Due by 3/31/2021. PAR Medical History Questionnaire due by 3/31/2021. Signed by Chief Special Master Brian H. Corcoran. (kp) Service on parties made. (Entered: 03/22/2021) | | |
| 7 | 03/01/2021 | MOTION for Extension of Time until March 31, 2021 to file all outstanding medical records, a PAR Questionnaire and a Statement of Completion , filed by CARISSA FETTERS. Response due by 3/15/2021. (Downing, Andrew) (Entered: 03/01/2021) | View | Add to request |
| 6 | 02/28/2021 | NOTICE OF FILING Medical Records by CARISSA FETTERS, MEDICAL RECORDS [Exhibit(s) # 1 through 6] filed by CARISSA FETTERS (Attachments: # 1 Exhibit Ex. 1 - Statement of Carissa Fetters, # 2 Exhibit Ex. 2 - Gardasil Product Monograph, # 3 Exhibit Ex. 3 - Medical records from Stephen J. Harris, Ph.D., # 4 Exhibit Ex. 4 - Medical records from Institute for Progressive Medicine, # 5 Exhibit Ex. 5 - Medical records from Ladera Family & Sports Chiropractic, # 6 Exhibit Ex. 6 - Medical records from Rita Kara Robinson Homeopathy) (Downing, Andrew) (Entered: 02/28/2021) | View | Add to request |
| 5 | 02/19/2021 | PAR INITIAL ORDER: Affidavit due by 3/1/2021. Medical records due by 3/1/2021. Statement of Completion Due by 3/1/2021. PAR Medical History Questionnaire due by 3/1/2021. ( Signed by Chief Special Master Brian H. Corcoran.) (mpj) Service on parties made. (Entered: 02/19/2021) | View | Add to request |
| 4 | 02/16/2021 | NOTICE of Assignment to Chief Special Master Brian H. Corcoran. (ypb) (Entered: 02/16/2021) | View | Add to request |
| 3 | 02/16/2021 | ORDER directing entry of appearance of Heather L. Pearlman as attorney of record for the Respondent. Signed by Chief Special Master Brian | View | Add to request |

| | | | | |
|---|---|---|---|---|
| | | H. Corcoran. (ypb) Service on parties made. (Entered: 02/16/2021) | | |
| 2 | 02/16/2021 | NOTICE of Designation of Electronic Case. (ypb) (Entered: 02/16/2021) | View | Add to request |
| 1 | 02/16/2021 | PETITION against SECRETARY OF HEALTH AND HUMAN SERVICES (Filing fee $402, Receipt number AUSFCC-6848195) [Vaccination date: 3/15/2019], filed by CARISSA FETTERS. Respondents Report due by 5/17/2021. 240 Day Notice due by 10/14/2021. (Attachments: # 1 Civil Cover Sheet, # 2 Exhibit 1 - Statement of Carissa Fetters) (ypb) (Entered: 02/16/2021) | View | Add to request |

TO ORDER COPIES OF ANY DOCUMENTS LISTED ABOVE, CALL WESTLAW COURTEXPRESS
1-877-DOC-RETR (1-877-362-7387) (Additional Charges Apply)

**End of Document**  © 2022 Thomson Reuters. No claim to original U.S. Government Works.