BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| In Re: GARDASIL PRODUCTS LIABILITY LITIGATION | MDL NO. 3036 |
|---|---|

## SCHEDULE OF ACTIONS

| No. | Case Name | District/Division | Civil Action No. | Judge |
|---|---|---|---|---|
| 1 | *Jasmyne Gramza v. Merck & Co., Inc. and Merck Sharp & Dohme Corp.* | District of Arizona | 2:20-cv-01425-DLR | Hon. Douglas L. Rayes |
| 2 | *Julia Balasco v. Merck & Co., Inc. and Merck Sharp & Dohme Corp.* | District of Rhode Island | 1:20-cv-00364-MSM | Hon. Mary S. McElroy |
| 3 | *Sahara Walker v. Merck & Co., Inc. and Merck Sharp & Dohme Corp.* | Western District of Wisconsin | 3:20-cv-01048-JDP | Hon. James D. Peterson |
| 4 | *Michael Colbath v. Merck & Co., Inc. and Merck Sharp & Dohme Corp.* | Southern District of California | 3:21-cv-00120-TJW | Hon. Thomas J. Whelan |
| 5 | *Savannah Flores v. Merck & Co., Inc. and Merck Sharp & Dohme Corp.* | District of Nevada | 3:21-cv-00166-ART | Hon. Anne R. Traum |
| 6 | *Abigail Stratton v. Merck & Co., Inc. and Merck Sharp & Dohme Corp.* | District of South Carolina | 2:21-cv-02211-RMG | Hon. Richard M. Gergel |
| 7 | *Corinn McElerney v. Merck & Co., Inc. and Merck Sharp & Dohme Corp.* | Middle District of Florida | 8:21-cv-01814-WFJ | Hon. William F. Jung |
| 8 | *Ruby Silver v. Merck & Co., Inc. and Merck Sharp & Dohme Corp.* | Middle District of Florida | 8:21-cv-02903-WFJ | Hon. William F. Jung |
| 9 | *Cooper Humphries v. Merck & Co., Inc. and Merck Sharp &* | Central District of Illinois | 4:21-cv-04154-SLD | Hon. Sara L. Darrow |

| No. | Case Name | District/Division | Civil Action No. | Judge |
|---|---|---|---|---|
| | *Dohme Corp.* | | | |
| 10 | *Emma Sullivan v. Merck & Co., Inc. and Merck Sharp & Dohme Corp.* | District of New Jersey | 3:22-cv-00116-ZNQ | Hon. Zahid N. Quraishi |
| 11 | *Ashley Dalton v. Merck & Co., Inc. and Merck Sharp & Dohme Corp.* | Eastern District of Michigan | 5:21-cv-12324-JEL | Hon. Judith E. Levy |
| 12 | *Ashley Muller v. Merck & Co., Inc. and Merck Sharp & Dohme Corp.* | Northern District of Florida | 3:21-cv-01335-MCR | Hon. M. Casey Rodgers |
| 13 | *Skylee Butler v. Merck & Co., Inc. and Merck Sharp & Dohme Corp.* | District of Massachusetts | 3:22-cv-10006-MGM | Hon. Mark G. Mastroianni |
| 14 | *Madelyn Malloy v. Merck & Co., Inc. and Merck Sharp & Dohme Corp.* | Eastern District of Texas | 6:21-cv-00506-JDK | Hon. Jeremy D. Kernodle |
| 15 | *Adriana Merino v. Merck & Co., Inc. and Merck Sharp & Dohme Corp.* | District of Arizona | 2:22-cv-00398-SPL | Hon. Steven P. Logan |
| 16 | *Eduardo Atjian, II v. Merck & Co., Inc. and Merck Sharp & Dohme Corp.* | Central District of California | 2:22-cv-01739-AB | Hon. Andre Birotte Jr. |
| 17 | *Kameron Hilton v. Merck & Co., Inc. and Merck Sharp & Dohme Corp.* | Western District of North Carolina | 5:22-cv-00030-KDB | Hon. Kenneth D. Bell |
| 18 | *Allen Vela and Edna Barba, as parents of and on behalf of their minor child, J.V. v. Merck & Co., Inc. and Merck Sharp & Dohme Corp.* | District of Arizona | 2:22-cv-00420-SPL | Hon. Stephen P. Logan |
| 19 | *Sidney Fetters v. Merck & Co., Inc. and Merck Sharp & Dohme Corp.* | Central District of California | 8:22-cv-00422-JVS | Hon. James V. Selna |
| 20 | *Mark Thomas, as Natural Parent and Legal Guardian of Z.T., a minor v. Merck & Co., Inc. and Merck Sharp & Dohme Corp.* | Southern District of Florida | 9:22-cv-80445-DMM | Hon. Donald M. Middlebrooks |

| No. | Case Name | District/Division | Civil Action No. | Judge |
|---|---|---|---|---|
| 21 | *Maeson Derr v. Merck & Co., Inc. and Merck Sharp & Dohme Corp.* | Middle District of North Carolina | 1:22-cv-00212-WLO | Hon. William L. Osteen, Jr. |
| 22 | *Payton Bergin v. Merck & Co., Inc. and Merck Sharp & Dohme Corp.* | Western District of North Carolina | 3:22-cv-00117-RJC | Hon. Robert J. Conrad, Jr. |
| 23 | *Jacob Levy v. Merck & Co., Inc. and Merck Sharp & Dohme Corp.* | Central District of California | 8:22-cv-00431-JVS | Hon. James V. Selna |
| 24 | *Darby Hendrix v. Merck & Co., Inc. and Merck Sharp & Dohme Corp.* | Northern District of Georgia | 1:22-cv-01171-SEG | Hon. Sarah E. Geraghty |
| 25 | *Ken and Shaun Wingerter, on behalf of their minor child, H.W. v. Merck & Co., Inc. and Merck Sharp & Dohme Corp.* | Northern District of Georgia | 1:22-cv-01178-SEG | Hon Sarah E. Geraghty |
| 26 | *Jessica Raymer v. Merck & Co., Inc. and Merck Sharp & Dohme Corp.* | Northern District of Illinois | 1:22-cv-01643-SLE | Hon. Sara L. Ellis |
| 27 | *Nalon Soileau v. Merck & Co., Inc. and Merck Sharp & Dohme Corp.* | Middle District of Louisiana | 3:22-cv-00210-BAJ | Hon. Brian A. Jackson |
| 28 | *Krista Landers v. Merck & Co., Inc. and Merck Sharp & Dohme Corp.* | Northern District of Illinois | 1:22-cv-01696-TMD | Hon. Thomas M. Durkin |
| 29 | *Tanja and Scott Wagner, on behalf of their minor child, S.W. v. Merck & Co., Inc. and Merck Sharp & Dohme Corp.* | Northern District of Illinois | 1:22-cv-01717-EEB | Hon. Elaine E. Bucklo |
| 30 | *Madeline A. Counts v. Merck & Co., Inc. and Merck Sharp & Dohme Corp.* | Northern District of Texas | 4:22-cv-00241-P | Hon. Mark Pittman |
| 31 | *Elizabeth Landers, on behalf of her minor child, I.L. v. Merck & Co., Inc. and Merck Sharp & Dohme* | Southern District of West Virginia | 2:22-cv-00160-JRG | Hon. Joseph R. Goodwin |

| No. | Case Name | District/Division | Civil Action No. | Judge |
|---|---|---|---|---|
| | *Corp.* | | | |
| 32 | *Jeffrey Hoddick v. Merck & Co., Inc. and Merck Sharp & Dohme Corp.* | District of Hawaii | 1:22-cv-00144-DKW | Hon. Derrick K. Watson |
| 33 | *Madelyn Lipscomb v. Merck & Co., Inc. and Merck Sharp & Dohme Corp.* | Northern District of Indiana | 1:22-cv-00116-HAB | Hon. Holly A. Brady |
| 34 | *Korrine Herlth v. Merck & Co., Inc. and Merck Sharp & Dohme Corp.* | District of Connecticut | 3:21-cv-00438-JAM | Jeffrey A. Meyer |
| 35 | *Mackenzie Pennell v. Merck & Co., Inc. and Merck Sharp & Dohme Corp.* | Northern District of Ohio | 5:22-cv-00619-JRA | John R. Adams |