**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

**IN RE: GARDASIL**                                              **MDL No. 3036**
**PRODUCTS LIABILITY LITIGATION**

---

## CERTIFICATE OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States

Judicial Panel on Multidistrict Litigation, I hereby certify that on May 20, 2022, copies of the

Interested Party Response were served on all parties for the following cases electronically via the

JPML CM/ECF system.

*Elizabeth Landers, on behalf of her minor child, I.L. v. Merck & Co., Inc. Et al., South*
*District of West Virginia, Charleston Division Case No. 2:22-cv-00160*

Dated: May 20, 2022                         /s/ Paul J. Pennock
                                            Paul J. Pennock
                                            MORGAN & MORGAN
                                            350 5th Ave Suite 6705
                                            NY, NY 10118
                                            Phone: (407) 418-2031
                                            Fax: (813) 222-2439
                                            Email: ppennock@forthepeople.com
                                            *Attorney for Plaintiff Elizabeth Landers, on behalf*
                                            *of her minor child, I.L.*