BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| In Re: GARDASIL PRODUCTS LIABILITY LITIGATION | MDL NO. 3036 |

MERCK DEFENDANTS' SUPPLEMENTAL
CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 5.1(c) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, Defendants Merck & Co. Inc. and Merck Sharp & Dohme Corp. (collectively "Merck Defendants") file this Supplemental Corporate Disclosure Statement.

Merck Sharp & Dohme Corp. has merged into and is now known as Merck Sharp & Dohme LLC. The sole member of Merck Sharp & Dohme LLC is Merck & Co., Inc. Merck & Co., Inc. is a publicly traded company that has no parent corporation, and no publicly held corporation owns 10 percent or more of its stock.

DATED this 20th day of May, 2022

/s/ Allyson Julien
Allyson Julien
ajulien@goldmanismail.com
GOLDMAN ISMAIL TOMASELLI
 BRENNAN & BAUM LLP
Allyson Julien
200 South Wacker Drive, 22nd Floor
Chicago, IL 60606
Telephone: (312) 681-6000
Facsimile: (312) 881-5191

*Counsel for Merck Defendants*