BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE: GARDASIL PRODUCTS LIABILITY LITIGATION          MDL DOCKET NO. 3036

## SCHEDULE OF ACTIONS

|    | **Plaintiff** | **Defendants** | **District** | **Civil Action No** | **Judge** |
|----|---------------|----------------|--------------|---------------------|-----------|
| 1. | Cooper Humphries | MERCK & CO., INC., a New Jersey Corporation; and MERCK SHARP & DOHME CORP., a New Jersey Corporation | Central District of Illinois | 4:21-cv-04154 | Chief Judge Sara Darrow |

Date: May 20, 2022

*/s/ Jessica A. Wallace*
_____
Jessica A. Wallace
SIRI & GLIMSTAD LLP
200 Park Avenue
Seventeenth Floor
New York, New York 10166
P: 212-532-1091
F: 646-417-5967
jwallace@sirillp.com

*Counsel for Plaintiff Cooper Humphries*