BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE: GARDASIL PRODUCTS　　　　　　　　MDL DOCKET NO. 3036
LIABILITY LITIGATION

## MOTION TO WITHDRAW OR STRIKE

Plaintiff Copper Humphries, by and through his undersigned attorney, moves to withdraw or strike the Notice of Related Action and Interested Party Response In Support, both filed on May 20, 2022 (Doc. Nos. 34 and 35). Both documents were filed in error and should not be considered by the Court. Plaintiff has filed his Response In Support (Doc. No. 36) for the Court's review and consideration.

Date: May 23, 2022　　　　　　　　　　　　/s/ Jessica A. Wallace
　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Jessica A. Wallace
　　　　　　　　　　　　　　　　　　　　　SIRI & GLIMSTAD LLP
　　　　　　　　　　　　　　　　　　　　　200 Park Avenue
　　　　　　　　　　　　　　　　　　　　　Seventeenth Floor
　　　　　　　　　　　　　　　　　　　　　New York, New York 10166
　　　　　　　　　　　　　　　　　　　　　P: 212-532-1091
　　　　　　　　　　　　　　　　　　　　　F: 646-417-5967
　　　　　　　　　　　　　　　　　　　　　jwallace@sirillp.com

　　　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiff Cooper Humphries*