BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: GARDASIL PRODUCTS LIABILITY LITIGATION | MDL DOCKET NO. 3036 |

## NOTICE TO WITHDRAW

Plaintiff Copper Humphries, by and through his undersigned attorney, moves to withdraw the Notice of Related Action and Interested Party Response In Support filed on May 20, 2022 (Doc. Nos. 34 and 35); and Motion to Withdraw filed on May 23, 2022 (Doc. No. 37). These documents were filed in error and incorrect case numbers were selected; they should not be considered by the Court. Plaintiff has filed his Response In Support (Doc. No. 36) for the Court's review and consideration.

Date: May 23, 2022

/s/ Jessica A. Wallace
_____
Jessica A. Wallace
SIRI & GLIMSTAD LLP
200 Park Avenue
Seventeenth Floor
New York, New York 10166
P: 212-532-1091
F: 646-417-5967
jwallace@sirillp.com

*Counsel for Plaintiff Cooper Humphries*