BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: GARDASIL PRODUCTS LIABILITY LITIGATION | MDL DOCKET NO. 3036 |

### CERTIFICATE OF SERVICE

In compliance with Rule 4.1(a)-(b) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that copies of the foregoing Notice to Withdraw, as well as copies of this Certificate of Service, was electronically filed with the Clerk of the JPML via CM/ECF and was served on all counsel of record who are deemed to have consented to electronic service.

Date: May 23, 2022

/s/ Jessica A. Wallace
_____
Jessica A. Wallace
SIRI & GLIMSTAD LLP
200 Park Avenue
Seventeenth Floor
New York, New York 10166
P: 212-532-1091
F: 646-417-5967
jwallace@sirillp.com

*Counsel for Plaintiff Cooper Humphries*