BEFORE THE UNITED STATES JUDICAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: GARDASIL PRODUCTS LIABILITY LITIGATION | MDL DOCKET NO. 3036 |

## CERTIFICATE OF SERVICE

In accordance with Rule 4.1(a)-(b) of the Rules of Procedure for the United States Judicial Panel for Multidistrict Litigation, I hereby certify that on May 20, 2022, I electronically filed the foregoing **Interested Party Response in Support of Motion for Transfer of Actions Pursuant to 28 U.S.C. § 1407 for Coordinated or Consolidated Pretrial Proceedings**, **Declaration of Anthony A. Liberatore in Support of Interested Party Response in Support of Motion for Transfer of Actions Pursuant to 28 U.S.C. § 1407 for Coordinated or Consolidated Pretrial Proceedings**, with the Clerk for the United States Judicial Panel on Multidistrict Litigation using the CM/ECF system. I also certify on that May 24, 2022, I electronically filed the foregoing **Proof of Service**, with the Clerk for the United States Judicial Panel on Multidistrict Litigation using the CM/ECF system. I also certify that the foregoing document is being served on all counsel of record by transmission of Notices of Electronic Filing generated by CM/ECF, or via mail to the addresses indicated below:

**Served via ECF:**

1.
**EDUARDO ATJIAN, II v. MERCK, ET AL.**
2:22-cv-01739-ABJ-RAO

Attorneys for Defendants Merck & Co., Inc. and Merck Sharp & Dohme Corp.

Allyson Miller Julien, Esq.
**GOLDMAN ISMAEL TOMASELLI
 BRENNAN & BAUM LLP**

200 South Wacker Drive, 22nd Floor
Chicago, IL 60606
P: 312-881-5968
F: 312-380-7017
Email: ajulien@goldmanismail.com
Email: rnastase@goldmanismail.com
Email: spope@goldmanismail.com
Email: ssmid@goldmanismail.com
Email: svasko@goldmanismail.com

**2.**
**SYDNEY M. FETTERS v. MERCK, ET AL.**
8:22-cv-00422-JVS-ADS

Attorneys for Defendants Merck & Co., Inc. and Merck Sharp & Dohme Corp.

Allyson Miller Julien, Esq.
**GOLDMAN ISMAEL TOMASELLI**
 **BRENNAN & BAUM LLP**
200 South Wacker Drive, 22nd Floor
Chicago, IL 60606
P: 312-881-5968
F: 312-380-7017
Email: ajulien@goldmanismail.com
Email: rnastase@goldmanismail.com
Email: spope@goldmanismail.com
Email: ssmid@goldmanismail.com
Email: svasko@goldmanismail.com

**3.**
**JACOB D. LEVY v. MERCK, ET AL.**
8:22-cv-00431-JVS-JDE

Attorneys for Defendants Merck & Co., Inc. and Merck Sharp & Dohme Corp.

Allyson Miller Julien, Esq.
**GOLDMAN ISMAEL TOMASELLI**
 **BRENNAN & BAUM LLP**
200 South Wacker Drive, 22nd Floor
Chicago, IL 60606
P: 312-881-5968
F: 312-380-7017
Email: ajulien@goldmanismail.com
Email: rnastase@goldmanismail.com
Email: spope@goldmanismail.com

Email: ssmid@goldmanismail.com
Email: svasko@goldmanismail.com

**Served via E-mail:**

**4.**
**JASMYNE GRAMZA v. MERCK, ET AL.**
2:20-cv-01425-DLR

Attorneys for Plaintiff, Jasmyne Gramza

Bijan Esfandiari (SBN: 223216)
**BAUM, HEDLUND, ARISTEI, & GOLDMAN, P.C.**
10940 Wilshire Blvd., Suite 1600
Los Angeles, CA 90024
Telephone: (310) 207-3233
Facsimile: (310) 820-7444
Email: besfandiari@baumhedlundlaw.com

**5.**
**JULIA BALASCO v. MERCK, ET AL.**
1:20-cv-00364-MSM

Attorneys for Plaintiff, Julia Balasco

Bijan Esfandiari (SBN: 223216)
**BAUM, HEDLUND, ARISTEI, & GOLDMAN, P.C.**
10940 Wilshire Blvd., Suite 1600
Los Angeles, CA 90024
Telephone: (310) 207-3233
Facsimile: (310) 820-7444
Email: besfandiari@baumhedlundlaw.com

**6.**
**SAHARAH WALKER v. MERCK, ET AL.**
3:30-cv-01048-jdp

Attorneys for Plaintiff, Sahara K. Walker

Bijan Esfandiari (SBN: 223216)
**BAUM, HEDLUND, ARISTEI, & GOLDMAN, P.C.**
10940 Wilshire Blvd., Suite 1600
Los Angeles, CA 90024
Telephone: (310) 207-3233
Facsimile: (310) 820-7444

Email: besfandiari@baumhedlundlaw.com

**7.**
**MICHAEL COLBATH v. MERCK, ET AL.**
3:21-CV-00120-TJW

Attorneys for Plaintiff, Michael Colbath

Bijan Esfandiari (SBN: 223216)
**BAUM, HEDLUND, ARISTEI, &**
**GOLDMAN, P.C.**
10940 Wilshire Blvd., Suite 1600
Los Angeles, CA 90024
Telephone: (310) 207-3233
Facsimile: (310) 820-7444
Email: besfandiari@baumhedlundlaw.com

**8.**
**SAVANAH FLORES v. MERCK, ET AL.**
3:21-CV-00166-ART

Attorneys for Plaintiff, Savanah Flores

Bijan Esfandiari (SBN: 223216)
**BAUM, HEDLUND, ARISTEI, &**
**GOLDMAN, P.C.**
10940 Wilshire Blvd., Suite 1600
Los Angeles, CA 90024
Telephone: (310) 207-3233
Facsimile: (310) 820-7444
Email: besfandiari@baumhedlundlaw.com

**9.**
**ABIGAIL STRATTON  v. MERCK, ET AL.**
2:21-cv-02211-RMG

Attorneys for Plaintiff, Abigail Stratton

Bijan Esfandiari (SBN: 223216)
**BAUM, HEDLUND, ARISTEI, &**
**GOLDMAN, P.C.**
10940 Wilshire Blvd., Suite 1600
Los Angeles, CA 90024
Telephone: (310) 207-3233
Facsimile: (310) 820-7444
Email: besfandiari@baumhedlundlaw.com

**10.**
**CORINN MCELERNEY v. MERCK, ET AL.**
8:21-cv-01814-WFJ

Attorneys for Plaintiff, Corinn McElerney

Bijan Esfandiari (SBN: 223216)
**BAUM, HEDLUND, ARISTEI, &**
**GOLDMAN, P.C.**
10940 Wilshire Blvd., Suite 1600
Los Angeles, CA 90024
Telephone: (310) 207-3233
Facsimile: (310) 820-7444
Email: besfandiari@baumhedlundlaw.com

**11.**
**RUBY SILVER v. MERCK, ET AL.**
3:30-cv-01048-jdp

Attorneys for Plaintiff, Ruby Silver

Bijan Esfandiari (SBN: 223216)
**BAUM, HEDLUND, ARISTEI, &**
**GOLDMAN, P.C.**
10940 Wilshire Blvd., Suite 1600
Los Angeles, CA 90024
Telephone: (310) 207-3233
Facsimile: (310) 820-7444
Email: besfandiari@baumhedlundlaw.com

**12.**
**COOPER HUMPHRIES v. MERCK, ET AL.**
8:21-cv-02903-WFJ

Attorneys for Plaintiff, COOPER HUMPHRIES

Bijan Esfandiari (SBN: 223216)
**BAUM, HEDLUND, ARISTEI, &**
**GOLDMAN, P.C.**
10940 Wilshire Blvd., Suite 1600
Los Angeles, CA 90024
Telephone: (310) 207-3233
Facsimile: (310) 820-7444
Email: besfandiari@baumhedlundlaw.com

**13.**
**EMMA SULLIVAN v. MERCK, ET AL.**
3:22-cv-00116-ZNQ

Attorneys for Plaintiff, Emma Sullivan

Bijan Esfandiari (SBN: 223216)
**BAUM, HEDLUND, ARISTEI, & GOLDMAN, P.C.**
10940 Wilshire Blvd., Suite 1600
Los Angeles, CA 90024
Telephone: (310) 207-3233
Facsimile: (310) 820-7444
Email: besfandiari@baumhedlundlaw.com

**14.**
**ASHLEY DALTON v. MERCK, ET AL.**
2:21-cv-12324-JEL

Attorneys for Plaintiff, Ashley Dalton

Bijan Esfandiari (SBN: 223216)
**BAUM, HEDLUND, ARISTEI, & GOLDMAN, P.C.**
10940 Wilshire Blvd., Suite 1600
Los Angeles, CA 90024
Telephone: (310) 207-3233
Facsimile: (310) 820-7444
Email: besfandiari@baumhedlundlaw.com

**15.**
**ASHLEY MULLER v. MERCK, ET AL.**
3:21-cv-01335-MCR

Attorneys for Plaintiff, Ashley Muller

Bijan Esfandiari (SBN: 223216)
**BAUM, HEDLUND, ARISTEI, & GOLDMAN, P.C.**
10940 Wilshire Blvd., Suite 1600
Los Angeles, CA 90024
Telephone: (310) 207-3233
Facsimile: (310) 820-7444
Email: besfandiari@baumhedlundlaw.com

**16.**
**SKYLEE BUTLER v. MERCK, ET AL.**

3:21-cv-01335-MCR

Attorneys for Plaintiff, Skylee Butler

Bijan Esfandiari (SBN: 223216)
**BAUM, HEDLUND, ARISTEI, & GOLDMAN, P.C.**
10940 Wilshire Blvd., Suite 1600
Los Angeles, CA 90024
Telephone: (310) 207-3233
Facsimile: (310) 820-7444
Email: besfandiari@baumhedlundlaw.com

**17.**
**MADELYN MALLOY v. MERCK, ET AL.**
6:21-cv-00506-JDK

Attorneys for Plaintiff, Madelyn Malloy

Bijan Esfandiari (SBN: 223216)
**BAUM, HEDLUND, ARISTEI, & GOLDMAN, P.C.**
10940 Wilshire Blvd., Suite 1600
Los Angeles, CA 90024
Telephone: (310) 207-3233
Facsimile: (310) 820-7444
Email: besfandiari@baumhedlundlaw.com

| | |
|---|---|
| Dated: May 24, 2022 | Respectfully submitted, |
| | */s/ Anthony A. Liberatore* |
| | Anthony A. Liberatore, Esq. (SBN: 208722) |
| | anthony@alpc-law.com |
| | **A. LIBERATORE, P.C.** |
| | 100 Wilshire Blvd., Suite 700 |
| | Santa Monica, CA 90401 |
| | Telephone:  (424) 285-8550 |
| | Facsimile:  (310) 362-8810 |
| | |
| | *Counsel for Plaintiffs, Eduardo Atjian, II, Sydney M. Fetters, and Jacob D. Levy* |