BEFORE THE UNITED STATES JUDICAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE: GARDASIL PRODUCTS             MDL NO. 3036
LIABILITY LITIGATION

PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO RESPOND TO
DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR TRANSFER OF
ACTIONS PURSUANT TO 28 U.S.C. § 1407 FOR COORDINATED OR
CONSOLIDATED PRETRIAL PROCEEDINGS

Pursuant to Rule 6.3 of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, Plaintiffs identified in the Schedule of Actions ("Actions"), as well as any subsequently filed cases involving similar facts or claims ("tag-along actions") respectfully request a **14-day extension of time** to file their reply to Defendants' Opposition to Plaintiffs' Corrected Motion for Transfer of Actions Pursuant to 28 U.S.C. § 1407 for Coordinated or Consolidated Pretrial Proceedings.  (*See* Dkt. No. 31 (the "Opposition")).  Plaintiffs respectfully request that the deadline to file a reply be extended to **June 10, 2022**.  In support of their motion, Plaintiffs state as follows:

1. On April 12, 2022, 15 plaintiffs, represented by the undersigned counsel, moved the Joint Panel on Multi-District Litigation ("JPML") for an order coordinating or consolidating pretrial proceedings in 34 Gardasil personal injury autoimmune lawsuits pending in 25 different district courts, pursuant to 28 U.S.C. § 1407.  *See* Dkt. Nos. 1 (Motion for Transfer) & 3 (Corrected Motion for Transfer).

2. On April 15, 2022, the JPML set a briefing schedule requiring any Responses to the request for coordination be filed on or before May 6, 2022 and any Reply on or before May 13, 2022.

3. On April 21, 2022, Defendants Merck & Co., Inc., and Merck Sharp & Dohme

Corp. (collectively "Defendants") filed a Motion for Extension of Time to File a Response to Plaintiffs' Motion for Transfer. Merck sought a 14-day extension of time, which Plaintiffs did not oppose, and the JPML, through the Clerk, promptly granted Defendants' Request for an Extension.

4. On May 20, 2022, Defendants filed their Opposition to Plaintiffs' Corrected Motion for Transfer of Actions Pursuant to 28 U.S.C. § 1407 for Coordinated or Consolidated Pretrial Proceedings. *See* Dkt. No. 31. Defendants' opposition consists of 20 pages and 34 exhibits with extensive argument concerning the National Vaccine Injury Compensation Program, previous coordination efforts, which failed, and argument concerning the different Plaintiffs' injuries. Accordingly, Plaintiffs require more than 7 days to adequately respond to Defendants arguments and allegations. (Esfandiari Decl. ¶ 2).

5. Rule 6.1(e) of the JPML's Rules of Procedure provides that the Clerk of the Panel has the discretion to enlarge the time periods set forth in the JPML's briefing schedule. Similarly, Rule 6.3 provides that a party may seek extensions of time to file a pleading by specifically stating the revised date sought and filing a request for extension before the deadline to file a pleading.

6. Given the length and breadth of Defendants' opposition, a brief 14-day extension will allow Plaintiffs an opportunity to thoroughly respond to Defendants' opposition. (*See* Esfandiari Decl. ¶ 3).

7. Prior to filing the instant motion, counsel for Plaintiffs conferred with counsel for Defendants, who represented that Defendants do not oppose the requested extension. (Esfandiari Decl. ¶¶ 4-5). Thus, there is no prejudice to either party by granting the requested 14-day extension. Further, the requested extension will allow briefing to conclude well in advance of

the next JPML hearing session, which is scheduled for July 28, 2022.

| **Briefing** | **Current Deadline** | **Proposed Deadline** |
|---|---|---|
| Plaintiffs' Reply | May 27, 2022 | June 10, 2022 |

Based on the foregoing, and for good cause shown, Plaintiffs respectfully request that the JPML grant this motion and allow Plaintiffs a 14-day extension of time to file their Reply to Defendants' Opposition, making Plaintiffs' Reply due on or before **June 10, 2022**.

Dated:  May 24, 2022                              Respectfully submitted,

*/s/ Bijan Esfandiari*
Bijan Esfandiari (SBN: 223216)
besfandiari@baumhedlundlaw.com
**BAUM, HEDLUND, ARISTEI, & GOLDMAN, P.C.**
10940 Wilshire Blvd., Suite 1600
Los Angeles, CA  90024
Telephone:  (310) 207-3233
Facsimile:  (310) 820-7444

*Counsel for Plaintiffs Sahara K. Walker, Jasmyne Gramza, Michael A. Colbath, Korrine A. Herlth, Mark Thomas on behalf of Z.T., Skylee A. Butler, Emma E. Sullivan, Savannah M. Flores, Julia Balasco, Abigail R. Stratton, Ashley K. Dalton, Madelyn G. Malloy, Corinn McElerney, Ruby D. Silver and Ashley Muller*