**BEFORE THE UNITED STATES JUDICAL PANEL
ON MULTIDISTRICT LITIGATION**

IN RE: GARDASIL PRODUCTS　　　　　　　　　　　　MDL NO. 3036
LIABILITY LITIGATION

**DECLARATION OF BIJAN ESFANDIARI IN SUPPORT OF PLAINTIFFS' MOTION
FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' OPPOSITION TO
PLAINTIFFS' MOTION FOR TRANSFER OF
ACTIONS PURSUANT TO 28 U.S.C. § 1407 FOR COORDINATED OR
CONSOLIDATED PRETRIAL PROCEEDINGS**

I, Bijan Esfandiari, declare and state as follows:

1. I am an attorney at Baum, Hedlund, Aristei, & Goldman, PC. I am duly admitted to practice before this Honorable Court and am one of the attorneys of record for the 15 Plaintiffs who initiated the Motion for Transfer of Actions Pursuant to 28 U.S.C. § 1407 for Coordinated or Consolidated Pretrial Proceedings ("Motion to Transfer"). I have personal knowledge of the facts stated herein, and if called as a witness, I could and would competently testify thereto under oath.

2. Based on my review of Defendants' 20-page Opposition brief and the accompanying 34 exhibits, Plaintiffs require more than 7 days to adequately respond to Defendants arguments and allegations raised therein.

3. A brief 14-day extension will allow Plaintiffs an opportunity to thoroughly respond to Defendants' opposition.

4. On May 20, 2022, after reviewing Defendants Merck & Co., Inc., and Merck Sharp & Dohme Corp. (collectively "Defendants") Opposition to Plaintiffs' Corrected Motion for Transfer of Actions Pursuant to 28 U.S.C. § 1407 for Coordinated or Consolidated Pretrial Proceedings (Dkt. No. 31), I emailed counsel for Defendants to inquire whether Defendants would agree to Plaintiffs' request for a 14-day extension of time to file their Reply to Defendants' Opposition.

5. On May 23, 2022, Defendants' counsel informed me that they did not oppose Plaintiffs' request for a 14-day extension of time to file their Reply.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 24th day of May 2022, in Los Angeles, California.

Dated: May 24, 2022

Respectfully submitted,

*/s/ Bijan Esfandiari*
Bijan Esfandiari (SBN: 223216)
besfandiari@baumhedlundlaw.com
**BAUM, HEDLUND, ARISTEI, & GOLDMAN, P.C.**
10940 Wilshire Blvd., Suite 1600
Los Angeles, CA  90024
Telephone:  (310) 207-3233
Facsimile:  (310) 820-7444

*Counsel for Plaintiffs Sahara K. Walker, Jasmyne Gramza, Michael A. Colbath, Korrine A. Herlth, Mark Thomas on behalf of Z.T., Skylee A. Butler, Emma E. Sullivan, Savannah M. Flores, Julia Balasco, Abigail R. Stratton, Ashley K. Dalton, Madelyn G. Malloy, Corinn McElerney, Ruby D. Silver and Ashley Muller*