BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

IN RE: GARDASIL PRODUCTS
LIABILITY LITIGATION

MDL DOCKET NO. 3036

DECLARATION OF BIJAN ESFANDIARI IN SUPPORT OF
REPLY IN SUPPORT OF PLAINTIFFS' MOTION FOR TRANSFER OF
ACTIONS PURSUANT TO 28 U.S.C. § 1407
FOR COORDINATED PRETRIAL PROCEEDINGS

I, Bijan Esfandiari, declare and state as follows:

1. I am an attorney and Partner at Baum Hedlund Aristei & Goldman, PC. I am duly admitted to practice before this Honorable Court and am one of the attorneys of record for Plaintiffs Sahara K. Walker, Jasmyne Gramza, Michael A. Colbath, Korrine Herlth, Mark Thomas on behalf of Z.T., Skylee A. Butler, Emma E. Sullivan, Savannah M. Flores, Julia Balasco, Abigail R. Stratton, Ashley K. Dalton, Madelyn G. Malloy, Corinn McElerney, Ruby D. Silver and Ashley Muller. I have personal knowledge of the facts stated below and if called to testify as a witness, I could and would so competently. I make this declaration in support of Plaintiff's Motion for Transfer of Actions.

2. Attached hereto as **Exhibit 1** is a true and correct copy of the Order granting Plaintiff Madelyn Malloy's motion to stay in *Malloy v. Merck & Co., Inc.*, ECF 9, No. 6:2021-cv-00506 (E.D. Tex. May 5, 2022).

3. Attached hereto as **Exhibit 2** is a true and correct copy of the Order Awarding Petitioner's Attorney's Fees and Costs in *Wingerter, et al. v. Secretary of Health and Human Services*, ECF 25, No. 1:2020-vv-01408-UNJ (U.S. Court of Federal Claims, May 17, 2022).

4. Attached hereto as **Exhibit 3** is a true and correct copy of Plaintiff Sahara Walker's *Ex Parte* Application for an Order Modifying the Scheduling Order filed in *Walker v. Merck, et al.* ECF 30, No. 3:2020-cv-01048 (W.D. Wisc. February 28, 2022).

1

5.  Attached hereto as **Exhibit 4** is a true and correct copy of Defendant's Opposition to Plaintiff's Ex Parte Application for an Order Modifying the Scheduling Order filed in *Walker v. Merck, et al.* ECF 32, No. 3:2020-cv-01048 (W.D. Wisc. March 4, 2022).

6.  Attached hereto as **Exhibit 5** is a true and correct copy of the October 28, 2021 meet and confer letter from Plaintiff Zachariah Otto to Merck Defendants' regarding their deficient discovery responses in *Otto v. Merck, et al.* (California Sup. Ct, Orange County).

7.  Attached hereto as **Exhibit 6** is a true and correct copy of Merck Defendants' May 19, 2022 letter response to Plaintiff Zachariah Otto's meet and confer letter in *Otto v. Merck, et al.* (California Sup. Crt, Orange County).

8.  Attached hereto as **Exhibit 7** is a true and correct copy of the December 28, 2021 meet and confer letter from Plaintiff Julia Balasco to Merck Defendants regarding their deficient discovery responses in *Balasco v. Merck, et al.* (D. Rhode Island).

9.  Attached hereto as **Exhibit 8** is a true and correct copy of the Ruling on *Althen* Prong One in *Brayboy v. Secretary of Health and Human Services*, ECF 92, No. 1:2015-vv-00183-UNJ (U.S. Court of Federal Claims, August 30, 2021).

10. Attached hereto as **Exhibit 9** is a true and correct copy of the court's recent ruling re-opening the case to allow Plaintiff to file a Second Amended Complaint in *Herlth v. Merck & Co., Inc,* 3:21-cv-00438-JAM (D. Conn. Apr. 15, 2022).

11. Attached hereto as **Exhibit 10** is a true and correct copy of Plaintiff's Second Amended Complaint filed in *Herlth v. Merck & Co., Inc,* 3:21-cv-00438-JAM (D. Conn.) on April 14, 2022.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed on this 3rd day of June 2022, at Los Angeles, California.

Respectfully submitted,

*/s/ Bijan Esfandiari*
Bijan Esfandiari (SBN: 223216)
besfandiari@baumhedlundlaw.com
**BAUM, HEDLUND, ARISTEI, & GOLDMAN, P.C.**
10940 Wilshire Blvd., Suite 1600
Los Angeles, CA  90024
Telephone:  (310) 207-3233
Facsimile:  (310) 820-7444

*Counsel for Plaintiffs Sahara K. Walker, Jasmyne Gramza, Michael A. Colbath, Korrine Herlth, Mark Thomas on behalf of Z.T., Skylee A. Butler, Emma E. Sullivan, Savannah M. Flores, Julia Balasco, Abigail R. Stratton, Ashley K. Dalton, Madelyn G. Malloy, Corinn McElerney, Ruby D. Silver and Ashley Muller*