# EXHIBIT 9

**Adlivankina, Valeriya**

| | |
|---|---|
| **From:** | CMECF@ctd.uscourts.gov |
| **Sent:** | Monday, April 18, 2022 4:33 AM |
| **To:** | CMECF@ctd.uscourts.gov |
| **Subject:** | Activity in Case 3:21-cv-00438-JAM Herlth v. Merck & Co Inc et al Order on Motion to Reopen Case |
| | |
| **Follow Up Flag:** | Flag for follow up |
| **Flag Status:** | Flagged |

<span style="color:red">**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**</span>

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

**U.S. District Court**

**District of Connecticut**

## Notice of Electronic Filing

The following transaction was entered on 4/18/2022 at 7:32 AM EDT and filed on 4/15/2022

| | |
|---|---|
| **Case Name:** | Herlth v. Merck & Co Inc et al |
| **Case Number:** | [3:21-cv-00438-JAM](#) |
| **Filer:** | |

**WARNING: CASE CLOSED on 03/16/2022**

**Document Number:** 44(No document attached)

**Docket Text:**

<span style="color:blue">**ORDER. In accordance with the Court's prior grant of leave to file a motion to re-open and amended complaint, the Court GRANTS the motion to re-open (Doc. #[42]). Defendants shall file any answer or other response to the Second Amended Complaint by May 16, 2022. It is so ordered. Signed by Judge Jeffrey A. Meyer on 4/15/22. (Barry, Donna)**</span>

**3:21-cv-00438-JAM Notice has been electronically mailed to:**

Catherine A. Mohan     cmohan@mccarter.com, lgrijalva@mccarter.com

John W. Mills     john.mills@millscahill.com, maria.cahill@millscahill.com, zachary.iannone@millscahill.com

Bijan Esfandiari     besfandiari@baumhedlundlaw.com, 5840534420@filings.docketbird.com, 6762175420@filings.docketbird.com, chall@baumhedlundlaw.com, hjames@baumhedlundlaw.com, pamela@baumhedlundlaw.com, vadlivankina@baumhedlundlaw.com

Edward Dumoulin     edumoulin@goldmanismail.com, rnastase@goldmanismail.com, ssmid@goldmanismail.com

Allyson Julien     ajulien@goldmanismail.com, rnastase@goldmanismail.com, ssmid@goldmanismail.com

**3:21-cv-00438-JAM Notice has been delivered by other means to:**