**BEFORE THE UNITED STATES JUDICAL PANEL
ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| **IN RE: GARDASIL PRODUCTS LIABILITY LITIGATION** | **MDL DOCKET NO. 3036** |

**CERTIFICATE OF SERVICE**

---

In compliance with Rule 4.1(a)-(b) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that copies of the foregoing **NOTICE OF APPEARANCE OF BIJAN ESFANDIARI, SCHEDULE OF ACTIONS,** as well as copies of this **CERTIFICATE OF SERVICE**, were electronically filed with the Clerk of the JPML via CM/ECF and was served on all counsel of record who are deemed to have consented to electronic service.

Dated:  June 6, 2022

Respectfully submitted,

*/s/ Bijan Esfandiari*
Bijan Esfandiari (SBN: 223216)
besfandiari@baumhedlundlaw.com
**BAUM, HEDLUND, ARISTEI, & GOLDMAN, P.C.**
10940 Wilshire Blvd., Suite 1600
Los Angeles, CA  90024
Telephone:  (310) 207-3233
Facsimile:  (310) 820-7444

*Counsel for Plaintiffs Sahara K. Walker, Jasmyne Gramza, Michael A. Colbath, Korrine Herlth, Mark Thomas on behalf of Z.T., Skylee A. Butler, Emma E. Sullivan, Savannah M. Flores, Julia Balasco, Abigail R. Stratton, Ashley K. Dalton, Madelyn G. Malloy, Corinn McElerney, Ruby D. Silver and Ashley Muller*