**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: GARDASIL PRODUCTS LIABILITY LITIGATION | MDL DOCKET NO. 3036 |

**NOTICE TO WITHDRAW NOTICE OF APPEARANCE**

Undersigned Counsel hereby submits this Notice to Withdraw his Notice of Appearance on behalf of Plaintiff Jasmyne Gramza filed on May 24, 2022 in the above-captioned matter.

Dated:  June 14, 2022                                       Respectfully submitted,

*/s/ Andrew Downing*
Andrew Downing
VAN COTT & TALAMANTE, PLLC
3030 N. Third Street, Suite 790
Phoenix, Arizona 85012
Telephone: (602) 257-9160
Facsimile: (602) 257-9180
Email: adowning@vancotttalamante.com

*Counsel for Plaintiff Adriana Merino and Joselyn Vela*