**UNITED STATES JUDICIAL PANEL**
on
**MULTIDISTRICT LITIGATION**

| | | | |
|---|---|---|---|
| **CHAIR:** | **MEMBERS:** | | **DIRECT REPLY TO:** |
| **Karen K. Caldwell** <br> United States District Court <br> Eastern District of Kentucky | **Nathaniel M. Gorton** <br> United States District Court <br> District of Massachusetts | **Matthew F. Kennelly** <br> United States District Court <br> Northern District Illinois | **John W. Nichols** <br> Clerk of the Panel <br> One Columbus Circle, NE <br> Thurgood Marshall Federal <br> Judiciary Building <br> Room G-255, North Lobby <br> Washington, D.C. 20544-0005 |
| | **David C. Norton** <br> United States District Court <br> District of South Carolina | **Roger T. Benitez** <br> United States District Court <br> Southern District of California | |
| | **Dale A. Kimball** <br> United States District Court <br> District of Utah | **Madeline Cox Arleo** <br> United States District Court <br> District of New Jersey | **Telephone:** (202) 502-2800 <br> **Fax:** (202) 502-2888 |

ADVISORY

Counsel appearing for oral argument before the Panel may bring cell phones and laptop computers into the courthouse. All cell phones must be turned off before entering the courtroom.

Everyone entering the courthouse must present photo identification.

Please see and plan to abide by the Western District of Washington's requirements regarding public access in light of COVID-19 which can be found on the court's website: https://www.wawd.uscourts.gov.