BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

IN RE: GARDASIL PRODUCTS            MDL DOCKET NO. 3036
LIABILITY LITIGATION

## SCHEDULE OF ACTIONS

| # | Plaintiff(s) | Defendants | Court | Civil Action No. | Judge Assigned |
|---|---|---|---|---|---|
| 1. | Jasmyne Gramza | Merck & Co., Inc. And Merck Sharp & Dohme Corp. | D. Arizona | 2:20-cv-01425-DLR | District Judge Douglas L. Rayes |
| 2. | Michael A. Colbath | Merck & Co., Inc. And Merck Sharp & Dohme Corp. | S.D. California | 3:21-cv-120-TJW-DEB | District Judge Thomas J. Whelan and Magistrate Judge Daniel E. Butcher |
| 3. | Korrine Herlth | Merck & Co., Inc. And Merck Sharp & Dohme Corp. | D. Connecticut | 3:21-cv-00438-JAM | District Judge Jeffrey A. Meyer |
| 4. | Skylee Butler | Merck & Co., Inc. And Merck Sharp & Dohme Corp. | D. Massachusetts | 3:22-cv-10006-MGM | District Judge Mark G. Mastroianni |
| 5. | Emma Sullivan | Merck & Co., Inc. And Merck Sharp & Dohme Corp. | D. New Jersey | 3:22-cv-00116-ZNQ-DEA | District Judge Zahid N. Quraishi and Magistrate Judge Douglas E. Arpert |
| 6. | Savannah Flores | Merck & Co., Inc. And Merck Sharp & Dohme Corp. | D. Nevada | 3:21-cv-00166-HDM-CL | District Judge Miranda Du and Magistrate Judge Carla Baldwin |

| # | Plaintiff(s) | Defendants | Court | Civil Action No. | Judge Assigned |
|---|---|---|---|---|---|
| 7. | Julia Balasco | Merck & Co., Inc. And Merck Sharp & Dohme Corp. | D. Rhode Island | 1:20-cv-00364-MSM-PAS | District Judge Mary S. McElroy and Magistrate Judge Patricia A. Sullivan |
| 8. | Abigail Stratton | Merck & Co., Inc. And Merck Sharp & Dohme Corp. | D. South Carolina | 2:21-cv-02211-RMG | District Judge Richard Mark Gergel |
| 9. | Corinn Mcelerney | Merck & Co., Inc. And Merck Sharp & Dohme Corp. | M.D. Florida | 8:21-cv-01814-WFJ-AEP | District Judge William F. Jung and Magistrate Judge Anthony E. Porcelli |
| 10. | Ruby Silver | Merck & Co., Inc. And Merck Sharp & Dohme Corp. | M.D. Florida | 8:21-cv-02903-WFJ-AEP | District Judge William F. Jung and Magistrate Judge Anthony E. Porcelli |
| 11. | Ashley Muller | Merck & Co., Inc. And Merck Sharp & Dohme Corp. | N.D. Florida | 3:21-cv-01335-MCR-HTC | District Judge M. C. Rodgers and Magistrate Judge H. Cannon |
| 12. | Mark Thomas as Natural Parent and Legal Guardian of Z.T., a minor | Merck & Co., Inc. And Merck Sharp & Dohme Corp. | S.D. Florida | 9:22-cv-80445-DMM | District Judge Donald M. Middlebrooks |
| 13. | Ashley Dalton | Merck & Co., Inc. And Merck Sharp & Dohme Corp. | E.D. Michigan | 5:21-CV-12324-JEL-CIJ | District Judge Judith E. Levy and Magistrate Judge Curtis Ivy, Jr. |
| 14. | Madelyn Malloy | Merck & Co., Inc. And Merck Sharp & Dohme Corp. | E.D. Texas | 6:21-cv-00506-JDK | District Judge Jeremy D. Kernodle |

| # | Plaintiff(s) | Defendants | Court | Civil Action No. | Judge Assigned |
|---|---|---|---|---|---|
| 15. | Saharah Walker | Merck & Co., Inc. And Merck Sharp & Dohme Corp. | W.D. Wisconsin | 3:20-cv-01048-jdp | District Judge James D. Peterson and Magistrate Judge Stephen L. Crocker |

Dated: July 1, 2022                                    Respectfully submitted,

*/s/ Bijan Esfandiari*
Bijan Esfandiari (SBN: 223216)
besfandiari@baumhedlundlaw.com
**BAUM, HEDLUND, ARISTEI, & GOLDMAN, P.C.**
10940 Wilshire Blvd., Suite 1600
Los Angeles, CA  90024
Telephone:  (310) 207-3233
Facsimile:  (310) 820-7444

*Counsel for Plaintiffs Sahara K. Walker, Jasmyne Gramza, Michael A. Colbath, Korrine Herlth, Mark Thomas on behalf of Z.T., Skylee A. Butler, Emma E. Sullivan, Savannah M. Flores, Julia Balasco, Abigail R. Stratton, Ashley K. Dalton, Madelyn G. Malloy, Corinn McElerney, Ruby D. Silver and Ashley Muller*