**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| **In Re: Gardasil** | **MDL No: 3036** |
| **Products Liability Litigation** | |

## NOTICE OF POTENTIAL TAG-ALONG ACTION

Pursuant to Rule 7.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, Plaintiff Avery Eshelman hereby notifies the Judicial Panel on Multidistrict Litigation of the potential tag-along action listed in the attached Schedule of Actions. Avery Eshelman's complaint involves common factual questions with those actions previously granted transfer on Plaintiffs' Motion to Transfer Actions. A courtesy copy of the Complaint and docket sheet are attached.

Dated: July 5th, 2022.

                                            Respectfully submitted,

                                            /s/ *Ruth Rizkalla*
                                            Ruth Rizkalla (Pro Hac Vice pending)
                                            rrizkalla@carlsonattorneys.com
                                            Valeri Malone
                                            vmalone@carlsonattorneys.com
                                            Emily Marlowe (Pro Hac Vice pending)
                                            emarlowe@carlsonattorneys.com
                                            The Carlson Law Firm, PC
                                            1500 Rosecrans Avenue, Suite 500
                                            Manhattan Beach, CA 90266
                                            Phone: 254-526-5688
                                            Fax: 254-526-8204

                                            *Attorneys for Plaintiff*