**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

**In Re: Gardasil**                                                          **MDL No: 3036**
**Products Liability Litigation**

## SCHEDULE OF ACTIONS

|    | Plaintiff | Defendants | District | Case No. | Judge |
|----|-----------|------------|----------|----------|-------|
| 1. | Avery Eshelman | Merck & Co., Inc., a New Jersey Corporation; and Merck Sharp & Dohme Corp., a New Jersey Corporation | Western District of Oklahoma | 5:22-cv-00523 | Joe Heaton, presiding<br><br>Gary M. Purcell, referral |

Dated: July 5, 2022.

                                                      Respectfully submitted,

                                                      /s/ Ruth Rizkalla
                                                      RUTH RIZKALLA

                                                      rrizkalla@carlsonattorneys.com
                                                      The Carlson Law Firm, PC
                                                      100 E. Central Texas Expressway
                                                      Killeen, TX 76541
                                                      Phone: 254-526-5688
                                                      Fax: 254-526-8204

                                                      *Counsel for Plaintiff*