## **CERTIFICATE OF SERVICE**

      I hereby certify that on July 5, 2022 , I electronically filed and served a Notice of Potential Tag-Along Action on all counsel of record in this action via CM/ECF. I further certify that the Notice and all exhibits thereto are available for viewing and downloading via CM/ECF and that all counsel of record have consented to electronic service.

Dated: July 5, 2022

/s/ Ruth Rizkalla
Ruth Rizkalla, Esq.
The Carlson Law Firm
1500 Rosecrans Avenue, Suite 500
Manhattan Beach, CA 90266
P: (254) 526-5688
F: (254) 526-2325