# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### NOTICE OF PRESENTATION OR WAIVER OF ORAL ARGUMENT

MDL No. __3036__ & TITLE - IN RE: GARDASIL PRODUCTS LIABILITY LITIGATION

**1. Oral Argument** – Check ONE of the following boxes:

☐ The attorney designated below shall PRESENT ORAL ARGUMENT at the Panel hearing session on behalf of the designated party or parties. (**Note:** All attorneys presenting oral argument should be mindful of Panel Rule 11.1(d)(i), which states that:

> Absent Panel approval and for good cause shown, only those parties to actions who have filed a motion or written response to a motion or order shall be permitted to present oral argument.

Also note that Rule 11.1(e) requires counsel with like positions to confer prior to oral argument for the purpose of selecting a spokesperson to avoid duplication during oral argument.)

☑ The party or parties listed hereafter will WAIVE ORAL ARGUMENT pursuant to Rule 11.1(b)(i). (**Note:** A party waiving oral argument need not appear at the hearing session, through counsel or otherwise.)

☐ The party or parties listed hereafter will WAIVE ORAL ARGUMENT IF ALL OTHER PARTIES IN THIS MATTER WAIVE ORAL ARGUMENT; otherwise, the attorney designated below shall present oral argument at the Panel hearing session on behalf of the designated party or parties pursuant to Rule 11.1. (**Note:** In the event of a global waiver, the parties and their counsel need not attend the hearing session.)

**2. Position on Centralization** – Check ONE of the following boxes:

☑ Support Centralization

☐ Oppose Centralization

☐ Other _____

**3. Position on Transferee District.** If you SUPPORT Centralization or if you OPPOSE centralization but ALTERNATIVELY SUPPORT Centralization in a particular venue(s), if the Panel orders centralization over your objections, indicate your proposed transferee district(s) here:

District of Arizona (Hon. Judge Rayes); Western District of Wisconsin (Hon. Judge Peterson)

4. **Change of Position from Written Response** – If your position regarding Centralization or the choice of transferee district has changed from the position set forth in your motion or written response to the motion or order, check the following box: ☐

5. **Parties Represented** – Indicate party name and state whether plaintiff or defendant. Attach list if more than one action:

   See attached list of parties represented.

6. **Short Case Caption(s)** – Include District(s) and Civil Action No(s). Attach list if more than one action:

   See attached schedule of actions.

7. **Name and Address of Attorney Designated to Present Oral Argument**:

   _____
   Name

   _____
   Law Firm

   _____   _____
   City                                       State

   Telephone No.: _____

   Email Address:  _____

   

   | July 5, 2022 | Allison Mullins | /s/ Allison Mullins |
   |---|---|---|
   | Date | Printed Name | Authorized Signature |

   JPML Form 9 (12/15)

BEFORE THE UNITED STATES JUDICAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE: GARDASIL PRODUCTS             MDL DOCKET NO. 3036
LIABILITY LITIGATION

## CERTIFICATE OF SERVICE

In accordance with Rule 4.1(a)-(b) of the Rules of Procedure for the United States Judicial Panel for Multidistrict Litigation, I hereby certify that on July 5, 2022, I electronically filed the foregoing **Notice of Presentation or Waiver of Oral Argument**, as well as copies of this **Proof of Service**, with the Clerk for the United States Judicial Panel on Multidistrict Litigation using the CM/ECF system. I also certify that the foregoing document is being served on all counsel of record by transmission of Notices of Electronic Filing generated by CM/ECF, or via mail to the addresses indicated below:

**Served via First Class Mail (Counsel has not yet appeared):**

**Derr v. Merck & Co., Inc. and Merck Sharp & Dohme Corp.**
1:22-cv-00212-WLO-JEP

**Bergin v. Merck & Co., Inc. and Merck Sharp & Dohme Corp.**
3:22-cv-00117-RJC-DK

**Hilton v. Merck & Co., Inc. and Merck Sharp & Dohme Corp.**
5:22-cv-00030-KDB-DK

Defendants Merck & Co., Inc. and Merck Sharp & Dohme Corp.

Dino S. Sangiamo
Venable LLP
750 East Pratt Street, Suite 900
Baltimore, Maryland 21202

Dated: July 5, 2022

Respectfully submitted,

<u>*/s/ Allison Mullins*</u>
Allison Mullins
amullins@turningpointlit.com
**Mullins Duncan Harrell & Russell PLLC**
300 N. Greene St., Ste. 2000
Greensboro, NC 27401
Telephone: 336-645-3320
Facsimile: 336-645-3330

*Counsel for Plaintiffs Maeson Derr, Payton Bergin, and Kameron Hilton*