# EXHIBIT 2

# (Schedule of Actions)

## SCHEDULE OF ACTIONS

| # | Plaintiff(s) | Defendants | Court | Civil Action No. | Judge Assigned |
|---|---|---|---|---|---|
| 1 | Maeson Derr | MERCK & CO., INC. and MERCK SHARP & DOHME CORP. | M.D. North Carolina | 1:22-cv-00212-WLO-JEP | District Judge William L. Osteen, Jr. and Magistrate Judge Joi Elizabeth Peake |
| 2 | Payton Bergin | MERCK & CO., INC. and MERCK SHARP & DOHME CORP. | W.D. North Carolina | 3:22-cv-00117-RJC-DK | District Judge Robert J. Conrad, Jr. and Magistrate Judge David Keesler |
| 3 | Kameron Hilton | MERCK & CO., INC. and MERCK SHARP & DOHME CORP. | W.D. North Carolina | 5:22-cv-00030-KDB-DK | District Judge Kenneth D. Bell and Magistrate Judge David Keesler |

Dated:  July 5, 2022

Respectfully submitted,

*/s/ Allison Mullins*
Allison Mullins
amullins@turningpointlit.com
**Mullins Duncan Harrell & Russell PLLC**
300 N. Greene St., Ste. 2000
Greensboro, NC 27401
Telephone:  336-645-3320
Facsimile:  336-645-3330

*Counsel for Plaintiffs Maeson Derr, Payton Bergin, and Kameron Hilton*