BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

IN RE: GARDASIL PRODUCTS LIABILITY LITIGATION

MDL DOCKET NO. 3036

## SCHEDULE OF ACTIONS

| # | Plaintiff(s) | Defendants | Court | Civil Action No. | Judge Assigned |
|---|---|---|---|---|---|
| 1 | Adriana Merino | MERCK & CO., INC. and MERCK SHARP & DOHME CORP. | D. Arizona | 2:22-cv-00398-MHB | District Judge Michelle H. Burns |
| 2 | Allen Vela and Edna Barba, as parents of and on behalf of their minor child, J.V. | MERCK & CO., INC. and MERCK SHARP & DOHME CORP. | D. Arizona | 2:22-cv-00420-SPL | District Judge Steven P. Logan |

Dated: July 5, 2022

Respectfully submitted,

*/s/ Andrew Downing*
Andrew Downing
DOWNING, ALLISON & JORGENSON
3030 N. Central Avenue, Suite 507
Phoenix, Arizona 85012
Telephone: (480) 701-0999
Facsimile: (480) 444-1438
adowning@daj-law.com

*Counsel for Plaintiffs Adriana Merino and Allen Vela and Edna Barba, as parents of and on behalf of their minor child, J.V.*