**BEFORE THE UNITED STATES JUDICAL PANEL
ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| **IN RE: GARDASIL PRODUCTS LIABILITY LITIGATION** | **MDL DOCKET NO. 3036** |

**CERTIFICATE OF SERVICE**

In compliance with Rule 4.1(a)-(b) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that copies of the foregoing Notice of Presentation for Andrew D. Downing, Schedule of Actions, as well as copies of this Certificate of Service, were electronically filed with the Clerk of the JPML via CM/ECF and was served on all counsel of record who are deemed to have consented to electronic service.

Dated: July 5, 2022

Respectfully submitted,

*/s/ Andrew Downing*
Andrew Downing
DOWNING, ALLISON & JORGENSON
3030 N. Central Avenue, Suite 507
Phoenix, Arizona 85012
Telephone: (480) 701-0999
Facsimile: (480) 444-1438
adowning@daj-law.com

*Counsel for Plaintiffs Adriana Merino and Allen Vela and Edna Barba, as parents of and on behalf of their minor child, J.V.*