# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### NOTICE OF PRESENTATION OR WAIVER OF ORAL ARGUMENT

MDL No. _____ & TITLE - IN RE: _____

1. **Oral Argument** – Check ONE of the following boxes:

    The attorney designated below shall PRESENT ORAL ARGUMENT at the Panel hearing session on behalf of the designated party or parties. (**Note:** All attorneys presenting oral argument should be mindful of Panel Rule 11.1(d)(i), which states that:

    > Absent Panel approval and for good cause shown, only those parties to actions who have filed a motion or written response to a motion or order shall be permitted to present oral argument.

    Also note that Rule 11.1(e) requires counsel with like positions to confer prior to oral argument for the purpose of selecting a spokesperson to avoid duplication during oral argument.)

    The party or parties listed hereafter will WAIVE ORAL ARGUMENT pursuant to Rule 11.1(b)(i). (**Note:** A party waiving oral argument need not appear at the hearing session, through counsel or otherwise.)

    The party or parties listed hereafter will WAIVE ORAL ARGUMENT IF ALL OTHER PARTIES IN THIS MATTER WAIVE ORAL ARGUMENT; otherwise, the attorney designated below shall present oral argument at the Panel hearing session on behalf of the designated party or parties pursuant to Rule 11.1. (**Note:** In the event of a global waiver, the parties and their counsel need not attend the hearing session.)

2. **Position on Centralization** – Check ONE of the following boxes:

    Support Centralization

    Oppose Centralization

    Other _____

3. **Position on Transferee District.** If you SUPPORT Centralization or if you OPPOSE centralization but ALTERNATIVELY SUPPORT Centralization in a particular venue(s), if the Panel orders centralization over your objections, indicate your proposed transferee district(s) here:

    _____

4. **Change of Position from Written Response** – If your position regarding Centralization or the choice of transferee district has changed from the position set forth in your motion or written response to the motion or order, check the following box:

5. **Parties Represented** – Indicate party name and state whether plaintiff or defendant. Attach list if more than one action:

6. **Short Case Caption(s)** – Include District(s) and Civil Action No(s). Attach list if more than one action:

7. **Name and Address of Attorney Designated to Present Oral Argument**:

_____
Name

_____
Law Firm

_____   \_\_\_\_\_
City                                                                             State

Telephone No.: _____

Email Address: _____

_____   _____   *Tracy L. Turner* _____
Date                              Printed Name                                 Authorized Signature

JPML Form 9 (12/15)