5.

| | Plaintiff(s) |
|---|---|
| 1. | Darby Hendrix |
| 2. | Ken and Shawn Wingerter on behalf of their minor child, H. W. |
| 3. | Krista L. Landers |
| 4. | Tanja and Scott Wagner, on behalf of their minor child, S. W. |
| 5. | Jessica Raymer |
| 6. | Madelyn Lipscomb |
| 7. | Nalon A. Soileau |
| 8. | MacKenzie Pennell |

6.

| # | Plaintiff(s) | Defendants | Court | Civil Action Number |
|---|---|---|---|---|
| 1. | Darby Hendrix | Merck & Co., Inc. and Merck Sharp & Dohme Corp. | N. D. Georgia | 1:22:cv-01171-JCJ |
| 2. | Ken and Shaun Wingerter, on behalf of their minor child, H.W. | Merck & Co., Inc. and Merck Sharp & Dohme Corp. | N.D. Georgia | 1:22-cv-01178-ELR |
| 3. | Krista L. Landers | Merck & Co., Inc. and Merck Sharp & Dohme Corp. | N.D. Illinois (Eastern Division) | 1:22-cv-01696-TMD |
| 4. | Tanja and Scott Wagner, on behalf of their child, S.W. | Merck & Co., Inc. and Merck Sharp & Dohme Corp. | N.D. Illinois (Eastern Division) | 1:22-cv-01717-EEB-SRH |
| 5. | Jessica Raymer | Merck & Co., Inc. and Merck Sharp & Dohme Corp. | N.D. Illinois (Eastern Division) | 1:22-cv-01643-SLE-JC |
| 6. | Madelyn Lipscomb | Merck & Co., Inc. and Merck Sharp & Dohme Corp. | N.D. Indiana (Fort Wayne Division) | 1:22-cv-00116-HAB-SLC |
| 7. | Nalon A. Soileau | Merck & Co., Inc. and Merck Sharp & Dohme Corp. | M.D. Louisiana | 3:22-cv-00210-BAJ-EWD |
| 8. | MacKenzie Pennell | Merck & Co., Inc. and Merck Sharp & Dohme Corp | N.D. Ohil | 5:22-cv-00619-JRA |