BEFORE THE UNITED STATES JUDICAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: GARDASIL PRODUCTS LIABILITY LITIGATION | MDL DOCKET NO. 3036 |

## CERTIFICATE OF SERVICE

In accordance with Rule 4.1(a)-(b) of the Rules of Procedure for the United States Judicial Panel for Multidistrict Litigation, I hereby certify that on July 5, 2022, I electronically filed the foregoing **Notice of Appearance and Schedule of Actions**, as well as copies of this **Proof of Service**, with the Clerk for the United States Judicial Panel on Multidistrict Litigation using the CM/ECF system. I also certify that the foregoing document is being served on all counsel of record by transmission of Notices of Electronic Filing generated by CM/ECF.

Dated: July 5, 2022

Respectfully submitted,

By: /s/ Tracy L. Turner
Tracy L. Turner
tturner@pbclawfirm.com
Jessica Perez Reynolds
jreynolds@pbclawfirm.com
Christopher L. Coffin
ccoffin@pbclawfirm.com
24110 Eden Street
Plaquemine, LA 70764
Telephone: (225) 687-6396
Facsimile: (225) 687-6398

*Counsel for Plaintiffs Darby Hendrix, ken and Shaun Wingerter, on behalf of their minor child H.W., Krista L. Landers, Tanja and Scott Wagner, on behalf of their minor child S.W., Jessica Raymer, Madelyn Lipscomb, Nalon A. Soileau, and MacKenzie Pennell*