## **CERTIFICATE OF SERVICE**

      I hereby certify that on July 5, 2022 , I electronically filed and served a Notice of Related Action on all counsel of record in this action via CM/ECF. I further certify that the Notice and all exhibits thereto are available for viewing and downloading via CM/ECF and that all counsel of record have consented to electronic service. A copy of the Notice of Related Action has been emailed to attorney for Defendants Merck & Co., Inc., a New Jersey Corporation, and Merck Sharp & Dohme Corp., a New Jersey Corporation:

**GOLDMAN ISMAIL TOMASELLI BRENNAN & BAUM LLP**
Allyson M. Julien (pro hac vice)
ajulien@goldmanismail.com
Elizabeth B. Farrington (pro hac vice)
bfarrington@goldmanismail.com
200 South Wacker Drive, 22nd Floor
Chicago, IL 60606
Telephone: (312) 681-6000
Facsimile: (312) 881-5191

**LEWIS ROCA ROTHGERBER CHRISTIE LLP**
J. Christopher Jorgensen
cjorgensen@lewisroca.com
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169
Telephone: (702) 949-8200
Facsimile: (702) 949-8398

Dated: July 5, 2022

/s/ Ruth Rizkalla
Ruth Rizkalla, Esq.
The Carlson Law Firm
1500 Rosecrans Avenue, Suite 500
Manhattan Beach, CA 90266
P: (254) 526-5688
F: (254) 526-2325

*Attorney for Plaintiff Avery Eshelman.*