**BEFORE THE UNITED STATES JUDICAL PANEL
ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| **IN RE: GARDASIL PRODUCTS LIABILITY LITIGATION** | **MDL DOCKET NO. 3036** |

**NOTICE OF POTENTIAL TAG-ALONG**

In accordance with Rule 7.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, Plaintiff Ethan Hartle, writes to notify you of the potential tag along action listed on the attached Schedule of Actions.

Docket Sheets and complaints are attached.

Dated: July 5, 2022
*/s/ Brian O. Marty*
Brian O. Marty, AT0011622
J. Barton Goplerud, AT002983
**SHINDLER, ANDERSON, GOPLERUD & WEESE, P.C.**
5015 Grand Ridge Drive, Suite 100
West Des Moines, IA 50265
Telephone: (515) 223-4567
Facsimile: (515) 223-8887
Email:  marty@sagwlaw.com
         goplerud@sagwlaw.com

*COUNSEL FOR PLAINTIFF ETHAN HARTLE*