BEFORE THE UNITED STATES JUDICAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE: GARDASIL PRODUCTS LIABILITY LITIGATION                    MDL DOCKET NO. 3036

## SCHEDULE OF ACTIONS

| # | Plaintiff(s) | Defendants | Court | Civil Action No. | Judge Assigned |
|---|---|---|---|---|---|
| 1 | Ethan Hartle | MERCK & CO., INC. and MERCK SHARP & DOHME CORP. | Southern District of Iowa | 4:22-cv-00195-RGE-SBJ | Rebecca Goodgame Ebinger |

Dated: July 5, 2022

*/s/ Brian O. Marty*
Brian O. Marty, AT0011622
J. Barton Goplerud, AT002983
**SHINDLER, ANDERSON, GOPLERUD & WEESE, P.C.**
5015 Grand Ridge Drive, Suite 100
West Des Moines, IA 50265
Telephone: (515) 223-4567
Facsimile: (515) 223-8887
Email:  marty@sagwlaw.com
            goplerud@sagwlaw.com

*COUNSEL FOR PLAINTIFF ETHAN HARTLE*