BEFORE THE UNITED STATES JUDICAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE: GARDASIL PRODUCTS LIABILITY LITIGATION

MDL DOCKET NO. 3036

## CERTIFICATE OF SERVICE

In compliance with Rule 4.1(a)-(b) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that copies of the foregoing **NOTICE OF POTENTIAL TAG-ALONG ACTION, SCHEDULE OF ACTIONS** as well as copies of this **CERTIFICATE OF SERVICE**, were electronically filed with the Clerk of the JPML via CM/ECF and were served on all counsel of record who are deemed to have consented to electronic service.

**Federal Clerks and Judiciary**
**Served Via First Class Mail**
Clerk of Court
U.S. District Court for the Southern District of Iowa
U.S. District Courthouse
123 East Walnut Street
Des Moines, IA 50309

**Defendants**
**Served Via First Class Mail**
**(Counsel has not yet appeared)**
Merck & Co., Inc.
2000 Galloping Hill Road
Kenilworth, New Jersey 07033

**Served Via First Class Mail**
**(Counsel has not yet appeared)**
Merck Sharp & Dohme Co.
2000 Galloping Hill Road
Kenilworth, New Jersey 07033

Dated: July 5, 2022                    */s/ Brian O. Marty*
                                       Brian O. Marty, AT0011622
                                       J. Barton Goplerud, AT002983
                                       **SHINDLER, ANDERSON, GOPLERUD &
                                       WEESE, P.C.**
                                       5015 Grand Ridge Drive, Suite 100
                                       West Des Moines, IA 50265
                                       Telephone: (515) 223-4567
                                       Facsimile: (515) 223-8887
                                       Email:  marty@sagwlaw.com
                                               goplerud@sagwlaw.com

                                       *COUNSEL FOR PLAINTIFF ETHAN HARTLE*

2