BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: GARDASIL PRODUCTS<br>LIABILITY LITIGATION | MDL DOCKET NO. 3036 |

## NOTICE OF RELATED ACTION

In accordance with Rule 6.2(d) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, Plaintiff Christina L. Prudden writes to notify you of the potential tag along action listed on the attached Schedule of Actions.

A courtesy copy of the Complaint and docket sheet are attached.

Dated: July 5, 2022                                          Sincerely,

                                                                                  */s/ Justin K. Gelfand*
                                                                                  JUSTIN K. GELFAND
                                                                                  Margulis Gelfand, LLC
                                                                                  7700 Bonhomme Avenue, Suite 750
                                                                                  St. Louis, MO 63105
                                                                                  Telephone: 314.390.0234
                                                                                  Facsimile: 314.485.2264
                                                                                  justin@margulisgelfand.com
                                                                                  ATTORNEY FOR PLAINTIFF
                                                                                  CHRISTINA L. PRUDDEN