BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE: GARDASIL PRODUCTS LIABILITY LITIGATION

MDL DOCKET NO. 3036

## SCHEDULE OF ACTIONS

|    | Plaintiffs | Defendants | District | Civil Action No. | Judge |
|----|------------|------------|----------|------------------|-------|
| 1. | Christina L. Prudden | Gardasil Products | Western District of Missouri | 5:22-CV-6074 | Judge Brian C. Wimes |

Dated: July 5, 2022

Sincerely,

*/s/ Justin K. Gelfand*
JUSTIN K. GELFAND
Margulis Gelfand, LLC
7700 Bonhomme Avenue, Suite 750
St. Louis, MO 63105
Telephone: 314.390.0234
Facsimile: 314.485.2264
justin@margulisgelfand.com
ATTORNEY FOR PLAINTIFF
CHRISTINA L. PRUDDEN