BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: GARDASIL PRODUCTS<br>LIABILITY LITIGATION | MDL DOCKET NO. 3036 |

## PROOF OF SERVICE

    In accordance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that on July 5, 2022, I electronically filed the foregoing **Notice of Related Action and Schedule of Actions**, as well as copies of this **Proof of Service**, with the Clerk for the United States Judicial Panel on Multidistrict Litigation using the CM/ECF system. I also certify that the foregoing document is being served on all counsel of record by transmission of Notices of Electronic Filing generated by CM/ECF.

                                          */s/ Justin K. Gelfand*
                                          JUSTIN K. GELFAND
                                          Margulis Gelfand, LLC
                                          7700 Bonhomme Avenue, Suite 750
                                          St. Louis, MO 63105
                                          Telephone: 314.390.0234
                                          Facsimile: 314.485.2264
                                          justin@margulisgelfand.com
                                          ATTORNEY FOR PLAINTIFF
                                          CHRISTINA L. PRUDDEN