BEFORE THE UNITED STATES JUDICAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE: GARDASIL PRODUCTS                                MDL DOCKET NO. 3036
LIABILITY LITIGATION

### CERTIFICATE OF SERVICE

In compliance with Rule 4.1(a)-(b) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that copies of the foregoing **NOTICE OF APPEARANCE OF BRIAN O. MARTY,** as well as copies of this **CERTIFICATE OF SERVICE**, were electronically filed with the Clerk of the JPML via CM/ECF and were served on all counsel of record who are deemed to have consented to electronic service.

*Hartle v. Merck & Co., Inc., et al.*, **4:22-cv-00195-RGE-SBJ** (U.S. District Court for the Southern District of Iowa)

**Federal Clerks and Judiciary**
**Served Via First Class Mail**
Clerk of Court
U.S. District Court for the Southern District of Iowa
U.S. District Courthouse
123 East Walnut Street
Des Moines, IA 50309

**Defendants**
**Served Via First Class Mail**
**(Counsel has not yet appeared)**
Merck & Co., Inc.
2000 Galloping Hill Road
Kenilworth, New Jersey 07033

**Served Via First Class Mail**
**(Counsel has not yet appeared)**
Merck Sharp & Dohme Co.
2000 Galloping Hill Road
Kenilworth, New Jersey 07033

Dated: July 5, 2022         */s/ Brian O. Marty*
                            Brian O. Marty, AT0011622
                            **SHINDLER, ANDERSON, GOPLERUD & WEESE, P.C.**
                            5015 Grand Ridge Drive, Suite 100
                            West Des Moines, IA 50265
                            Telephone: (515) 223-4567
                            Facsimile: (515) 223-8887
                            marty@sagwlaw.com

                            *COUNSEL FOR PLAINTIFF ETHAN HARTLE*