**BEFORE THE UNITED STATES JUDICAL PANEL
ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: GARDASIL PRODUCTS LIABILITY LITIGATION | MDL DOCKET NO. 3036 |

**CERTIFICATE OF SERVICE**

---

In compliance with Rule 4.1(a)-(b) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that copies of the foregoing **NOTICE OF PRESENTATION OR WAIVER OF ORAL ARGUMENT** as well as copies of this **CERTIFICATE OF SERVICE**, were electronically filed with the Clerk of the JPML via CM/ECF and were served on all counsel of record who are deemed to have consented to electronic service.

Dated: July 5, 2022

*/s/ Brian O. Marty*
Brian O. Marty, AT0011622
J. Barton Goplerud, AT002983
**SHINDLER, ANDERSON, GOPLERUD & WEESE, P.C.**
5015 Grand Ridge Drive, Suite 100
West Des Moines, IA 50265
Telephone: (515) 223-4567
Facsimile: (515) 223-8887
Email:  marty@sagwlaw.com
             goplerud@sagwlaw.com

*COUNSEL FOR PLAINTIFF ETHAN HARTLE*