BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE: GARDASIL  
PRODUCTS LIABILITY LITIGATION

MDL No. 3036

## CERTIFICATE OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that on July 5, 2022, copies of the Waiver of Oral Argument were served on all parties for the following cases electronically via the JPML CM/ECF system.

*Elizabeth Landers, on behalf of her minor child, I.L. v. Merck & Co., Inc. Et al., South District of West Virginia, Charleston Division Case No. 2:22-cv-00160*

Dated: July 5, 2022

/s/ Paul J. Pennock  
Paul J. Pennock  
MORGAN & MORGAN  
350 5th Ave Suite 6705  
NY, NY 10118  
Phone: (407) 418-2031  
Fax: (813) 222-2439  
Email: ppennock@forthepeople.com  
*Attorney for Plaintiff Elizabeth Landers, on behalf of her minor child, I.L.*