BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

IN RE: GARDASIL PRODUCTS  MDL DOCKET NO. 3036
LIABILITY LITIGATION

## SCHEDULE OF ACTIONS

| # | Plaintiff(s) | Defendants | Court | Civil Action No. | Judge Assigned |
|---|---|---|---|---|---|
| 1. | Eduardo Atjian, II | MERCK & CO., INC. and MERCK SHARP & DOHME CORP. | C.D. California | 2:22-cv-01739-ABJ-RAO | District Judge Andre Birotte Jr. and Magistrate Judge Rozella A. Oliver |
| 2. | Sydney M. Fetters | MERCK & CO., INC. and MERCK SHARP & DOHME CORP. | C.D. California | 8:22-cv-00422-JVS-ADS | District Judge James V. Selna and Magistrate Judge Autumn D. Spaeth |
| 3. | Jacob D. Levy | MERCK & CO., INC. and MERCK SHARP & DOHME CORP. | C.D. California | 8:22-cv-00431-FWS-JDE | District Judge Fred W. Slaughter and Magistrate Judge John D. Early |

Dated: July 5, 2022         Respectfully submitted,

/s/ Anthony A. Liberatore
Anthony A. Liberatore, Esq. (SBN: 208722)
anthony@alpc-law.com
**A. LIBERATORE, P.C.**
100 Wilshire Blvd., Suite 700
Santa Monica, CA 90401
Telephone: (424) 285-8550
Facsimile: (310) 362-8810

*Counsel for Plaintiffs, Eduardo Atjian, II, Sydney M. Fetters, and Jacob D. Levy*