**BEFORE THE UNITED STATES JUDICAL PANEL
ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| **IN RE: GARDASIL PRODUCTS LIABILITY LITIGATION** | **MDL DOCKET NO. 3036** |

**CERTIFICATE OF SERVICE**

In compliance with Rule 4.1(a)-(b) of the Rules of Procedure for the United States Judicial Panel for Multidistrict Litigation, I hereby certify that copies of the foregoing **NOTICE OF PRESENTATION FOR ANTHONY A. LIBERATORE, ESQ., SCHEDULE OF ACTIONS**, as well as copies of this **CERTIFICATE OF SERVICE**, were electronically filed with the Clerk of the JPML via CM/ECF and was served on all counsel of record who are deemed to have consented to electronic service.

Dated: July 5, 2022

Respectfully submitted,

*/s/ Anthony A. Liberatore*
Anthony A. Liberatore, Esq. (SBN: 208722)
anthony@alpc-law.com
**A. LIBERATORE, P.C.**
100 Wilshire Blvd., Suite 700
Santa Monica, CA 90401
Telephone:  (424) 285-8550
Facsimile:  (310) 362-8810

*Counsel for Plaintiffs, Eduardo Atjian, II,
Sydney M. Fetters, and Jacob D. Levy*

<u>**SERVICE LIST**</u>

**Attorneys for Defendants, Merck & Co., Inc. and Merck Sharp & Dohme Corp.**

Deanne L. Miller, Esq.
Brianna R. Howard, Esq.
**MORGAN, LEWIS & BOCKIUS LLP**
300 S. Grand Avenue, 22nd Floor
Los Angeles, CA  90071-3132
T: (213) 612-2500
F: (213) 612-2501
E: deanne.miller@morganlewis.com
E: brianna.howard@morganlewis.com

Allyson Miller Julien, Esq.
**GOLDMAN ISMAEL TOMASELLI BRENNAN & BAUM LLP**
200 S. Wacker Drive, 22nd Floor
Chicago, IL 60606
T: (312) 881-5968
F: (312) 380-7017
E: ajulien@goldmanismail.com
E: rnastase@goldmanismail.com
E: spope@goldmanismail.com
E: ssmid@goldmanismail.com
E: svasko@goldmanismail.com

**Attorneys for Plaintiff. Jasmyne Gramza**

Andrew Downing, Esq.
**VAN COTT & TALAMANTE, PLLC**
3030 N. Third Street, Suite 790
Phoenix, AZ 85012
T: (602) 257-9160
F: (602) 257-9180
E: adowning@vancotttalamante.com

Bijan Esfandiari, Esq.
Michael Lin Baum, Esq.
Monique Alarcon, Esq.
Nicole Maldonado, Esq.
Pedram Esfandiari, Esq.
**BAUM, HEDLUND, ARISTEI, & GOLDMAN, P.C.**
10940 Wilshire Blvd., Suite 1600
Los Angeles, CA 90024
T: (310) 207-3233
F: (310) 820-7444
E: besfandiari@baumhedlundlaw.com

E: mbaum@baumhedlundlaw.com
E: malarcon@baumhedlundlaw.com
E: nmaldonado@baumhedlundlaw.com
E: pesfandiary@baumhedlundlaw.com


**Attorneys for Plaintiff. Julia Balasco**

Christopher E Hultquist, Esq.
**HULTQUIST LAW, P.C**.
56 Pine Street, Suite 200
Providence, RI 02882
T: 401-383-6650
F: 401-274-2780
E: hultquistlaw@gmail.com

Robert F. Kennedy, Jr., Esq.
**CHILDREN'S HEALTH DEFENSE**
1227 N. Peachtree Parkway, Suite 202
Peachtree City, GA 30269
T: 202-810-1826
E: rfk1954@gmail.com

Bijan Esfandiari, Esq.
Michael Lin Baum, Esq.
Monique Alarcon, Esq.
Nicole Maldonado, Esq.
Pedram Esfandiari, Esq.
**BAUM, HEDLUND, ARISTEI, & GOLDMAN, P.C.**
10940 Wilshire Blvd., Suite 1600
Los Angeles, CA 90024
T: (310) 207-3233
F: (310) 820-7444
E: besfandiari@baumhedlundlaw.com
E: mbaum@baumhedlundlaw.com
E: malarcon@baumhedlundlaw.com
E: nmaldonado@baumhedlundlaw.com
E: pesfandiary@baumhedlundlaw.com


**Attorneys for Plaintiff. Michael Colbath**

Bijan Esfandiari, Esq.
**BAUM, HEDLUND, ARISTEI, & GOLDMAN, P.C.**
10940 Wilshire Blvd., Suite 1600
Los Angeles, CA 90024
T: (310) 207-3233

F: (310) 820-7444
E: besfandiari@baumhedlundlaw.com


**Attorneys for Plaintiff. Korrine Herlth**

John W. Mills, Esq.
**MILLS & CAHILL, LLC**
One Whitney Ave Suite 201
New Haven, CT 06510
T: 203-776-4500
E: john.mills@millscahill.com

Bijan Esfandiari, Esq.
**BAUM, HEDLUND, ARISTEI, & GOLDMAN, P.C.**
10940 Wilshire Blvd., Suite 1600
Los Angeles, CA 90024
T: (310) 207-3233
F: (310) 820-7444
E: besfandiari@baumhedlundlaw.com


**Attorneys for Plaintiff. Savannah Flores**

Melanie A. Hill, Esq.
**MELANIE HILL LAW PLLC**
1925 Village Center Circle, Suite 150
Las Vegas, NV 89134
T: 702-362-8500
F: 702-362-8505
E: Melanie@MelanieHillLaw.com

Robert F. Kennedy, Jr., Esq.
**CHILDREN'S HEALTH DEFENSE**
1227 N. Peachtree Parkway, Suite 202
Peachtree City, GA 30269
T: 202-810-1826
E: rfk1954@gmail.com

Bijan Esfandiari, Esq.
Michael Lin Baum, Esq.
Nicole Maldonado, Esq.
**BAUM, HEDLUND, ARISTEI, & GOLDMAN, P.C.**
10940 Wilshire Blvd., Suite 1600
Los Angeles, CA 90024
T: (310) 207-3233

F: (310) 820-7444
E: besfandiari@baumhedlundlaw.com
E: mbaum@baumhedlundlaw.com
E: nmaldonado@baumhedlundlaw.com


**Attorneys for Plaintiff. Abigail Stratton**

Elizabeth Middleton Burke, Esq.
Misty Black O'Neal, Esq.
**ROGERS PATRICK WESTBROOK AND BRICKMAN LLC**
1037 Chuck Dawley Blvd, Bldg A
P.O. Box 1007 (29465)
Mount Pleasant, SC 29464
T: 843-727-6659
F: 843-216-6509
E: bburke@rpwb.com
E: moneal@rpwb.com

Bijan Esfandiari, Esq.
Harrison E. James, Esq.
**BAUM, HEDLUND, ARISTEI, & GOLDMAN, P.C.**
10940 Wilshire Blvd., Suite 1600
Los Angeles, CA 90024
T: (310) 207-3233
F: (310) 820-7444
E: besfandiari@baumhedlundlaw.com
E: hjames@baumhedlundlaw.com


**Attorneys for Plaintiff. Corinn McElerney**

Robert F. Kennedy, Jr., Esq.
**CHILDREN'S HEALTH DEFENSE**
1227 N. Peachtree Parkway, Suite 202
Peachtree City, GA 30269
T: 202-810-1826
E: rfk1954@gmail.com

Bijan Esfandiari, Esq.
Michael Lin Baum, Esq.
Nicole Maldonado, Esq.
**BAUM, HEDLUND, ARISTEI, & GOLDMAN, P.C.**
10940 Wilshire Blvd., Suite 1600
Los Angeles, CA 90024
T: (310) 207-3233

F: (310) 820-7444
E: besfandiari@baumhedlundlaw.com
E: mbaum@baumhedlundlaw.com
E: nmaldonado@baumhedlundlaw.com


**Attorneys for Plaintiff. Ruby Silver**

Robert F. Kennedy, Jr., Esq.
**CHILDREN'S HEALTH DEFENSE**
1227 N. Peachtree Parkway, Suite 202
Peachtree City, GA 30269
T: 202-810-1826
E: rfk1954@gmail.com

Bijan Esfandiari, Esq.
Michael Lin Baum, Esq.
Nicole Maldonado, Esq.
**BAUM, HEDLUND, ARISTEI, & GOLDMAN, P.C.**
10940 Wilshire Blvd., Suite 1600
Los Angeles, CA 90024
T: (310) 207-3233
F: (310) 820-7444
E: besfandiari@baumhedlundlaw.com
E: mbaum@baumhedlundlaw.com
E: nmaldonado@baumhedlundlaw.com


**Attorneys for Plaintiff. Cooper Humphries**

Jessica Wallace, Esq.
**SIRI & GLIMSTAD LLP**
200 Park Avenue, 17th Floor
New York, NY 10166
T: 212-532-1091
F: 646-417-5967
E: jwallace@sirillp.com

Miranda L Soucie, Esq.
**SPIROS LAW PC**
2807 North Vermilion, Suite 3
Danville, IL 61832
T: 217-443-4343
F:217-443-4545
E: msoucie@spiroslaw.com

Caroline V. Tucker, Esq.
**SIRI & GLIMSTAD LLP**
700 S. Flower Street, Suite 1000
Los Angeles, CA 90017
T: 213-376-3739
E: ctucker@sirillp.com
**Attorneys for Plaintiff. Emma Sullivan**

Laura Feldman, Esq.
**FELDMAN PINTO LLC**
30 S. 15th St., 15th floor
Philadelphia, PA 19102
T: 215-546-2604
E: lfeldman@feldmanpinto.com

Bijan Esfandiari, Esq.
Michael Lin Baum, Esq.
Nicole Maldonado, Esq.
**BAUM, HEDLUND, ARISTEI, & GOLDMAN, P.C.**
10940 Wilshire Blvd., Suite 1600
Los Angeles, CA 90024
T: (310) 207-3233
F: (310) 820-7444
E: besfandiari@baumhedlundlaw.com
E: mbaum@baumhedlundlaw.com
E: nmaldonado@baumhedlundlaw.com

**Attorneys for Plaintiff. Ashley Dalton**

Bijan Esfandiari, Esq.
**BAUM, HEDLUND, ARISTEI, & GOLDMAN, P.C.**
10940 Wilshire Blvd., Suite 1600
Los Angeles, CA 90024
T: (310) 207-3233
F: (310) 820-7444
E: besfandiari@baumhedlundlaw.com

Timothy A. Loranger, Esq.
**BAUM, HEDLUND, ARISTEI, & GOLDMAN, P.C.**
12100 Wilshire Blvd., Ste. 950
Los Angeles, CA 90025
T: (310) 207-3233
F: (310) 207-4204
E: tloranger@baumhedlundlaw.com

**Attorneys for Plaintiff. Ashley Muller**

Nicole Maldonado, Esq.
**BAUM, HEDLUND, ARISTEI, & GOLDMAN, P.C.**
10940 Wilshire Blvd., Suite 1600
Los Angeles, CA 90024
T: (310) 207-3233
F: (310) 820-7444
E: nmaldonado@baumhedlundlaw.com


**Attorneys for Plaintiff. Skylee Butler**

John J. Roddy, Esq.
**BAILEY & GLASSER LLP**
176 Federal Street, 5th Floor
Boston, MA 02110
T: 617-439-6730
F: 617-951-3954
E: jroddy@baileyglasser.com

Bijan Esfandiari, Esq.
**BAUM, HEDLUND, ARISTEI, & GOLDMAN, P.C.**
10940 Wilshire Blvd., Suite 1600
Los Angeles, CA 90024
T: (310) 207-3233
F: (310) 820-7444
E: besfandiari@baumhedlundlaw.com


**Attorneys for Plaintiff. Madelyn Malloy**

Bijan Esfandiari, Esq.
**BAUM, HEDLUND, ARISTEI, & GOLDMAN, P.C.**
10940 Wilshire Blvd., Suite 1600
Los Angeles, CA 90024
T: (310) 207-3233
F: (310) 820-7444
E: besfandiari@baumhedlundlaw.com

**Attorneys for Plaintiff. Adriana Merino**

Andrew Downing, Esq.
**VAN COTT & TALAMANTE, PLLC**
3030 N. Third Street, Suite 790
Phoenix, AZ 85012
T: (602) 257-9160
F: (602) 257-9180
E: adowning@vancotttalamante.com


**Attorneys for Plaintiff. Kameron Hilton**

Allison Mullins, Esq.
Hillary Margaret Kies, Esq.
Leslie Cooper Harrell, Esq.
**MULLINS DUNCAN HARRELL & RUSSELL PLLC**
300 N. Greene Street, Suite 2000
Greensboro, NC 27401
T: 336-645-3322
F: 336-645-3330
E: hkies@turningpointlit.com
E: charrell@tumingpointlit.com
E: amullins@turningpointlit.com


**Attorneys for Plaintiff. Joselyn Vela**

Andrew Downing, Esq.
**VAN COTT & TALAMANTE, PLLC**
3030 N. Third Street, Suite 790
Phoenix, AZ 85012
T: (602) 257-9160
F: (602) 257-9180
E: adowning@vancotttalamante.com


**Attorneys for Plaintiff. Mark Thomas, as a Natural Parent and Legal Guardian of Z.T., a Minor**

Bijan Esfandiari, Esq.
Mark Herbert Schlein, Esq.
Michael L. Baum, Esq.
Nicole Maldonado, Esq.
**BAUM, HEDLUND, ARISTEI, & GOLDMAN, P.C.**
10940 Wilshire Blvd., Suite 1600

Los Angeles, CA 90024
T: (310) 207-3233
F: (310) 820-7444
E: besfandiari@baumhedlundlaw.com
E: mschlein@baumhedlundlaw.com
E: mbaum@baumhedlundlaw.com
E: nmaldonado@baumhedlundlaw.com

Robert F. Kennedy, Jr., Esq.
**CHILDREN'S HEALTH DEFENSE**
1227 N. Peachtree Parkway, Suite 202
Peachtree City, GA 30269
T: 202-810-1826
E: rfk1954@gmail.com

**Attorneys for Plaintiff. Maeson Derr**

Allison Mullins, Esq.
Hillary Margaret Kies, Esq.
Leslie Cooper Harrell, Esq.
**MULLINS DUNCAN HARRELL & RUSSELL PLLC**
300 N. Greene Street, Suite 2000
Greensboro, NC 27401
T: 336-645-3322
F: 336-645-3330
E: hkies@turningpointlit.com
E: charrell@tumingpointlit.com
E: amullins@turningpointlit.com

**Attorneys for Plaintiff. Payton Bergin**

Allison Mullins, Esq.
Hillary Margaret Kies, Esq.
Leslie Cooper Harrell, Esq.
**MULLINS DUNCAN HARRELL & RUSSELL PLLC**
300 N. Greene Street, Suite 2000
Greensboro, NC 27401
T: 336-645-3322
F: 336-645-3330
E: hkies@turningpointlit.com
E: charrell@tumingpointlit.com
E: amullins@turningpointlit.com

**Attorneys for Plaintiff. Darby Hendrix**

Christopher L. Coffin, Esq.
Tracy L. Turner, Esq.
Jessica Perez Reynolds, Esq.
**PENDLEY, BAUDIN & COFFIN, LLP**
24110 Eden Street
Plaquemine, LA 70764
T: (225) 687-6396
F: (225) 687-6398
E: ccoffin@pbclawfirm.com
E: tturner@pbclawfirm.com
E: jreynolds@pbclawfirm.com


**Attorneys for Plaintiff. Jessica Raymer**

Christopher L. Coffin, Esq.
Tracy L. Turner, Esq.
Jessica Perez Reynolds, Esq.
**PENDLEY, BAUDIN & COFFIN, LLP**
24110 Eden Street
Plaquemine, LA 70764
T: (225) 687-6396
F: (225) 687-6398
E: ccoffin@pbclawfirm.com
E: tturner@pbclawfirm.com
E: jreynolds@pbclawfirm.com


**Attorneys for Plaintiff. Hannah R. Wingerter**

Christopher L. Coffin, Esq.
Tracy L. Turner, Esq.
Jessica Perez Reynolds, Esq.
**PENDLEY, BAUDIN & COFFIN, LLP**
24110 Eden Street
Plaquemine, LA 70764
T: (225) 687-6396
F: (225) 687-6398
E: ccoffin@pbclawfirm.com
E: tturner@pbclawfirm.com
E: jreynolds@pbclawfirm.com

**Attorneys for Plaintiff. Nalon A. Soileau**

Christopher L. Coffin, Esq.
Tracy L. Turner, Esq.
Jessica Perez Reynolds, Esq.
**PENDLEY, BAUDIN & COFFIN, LLP**
24110 Eden Street
Plaquemine, LA 70764
T: (225) 687-6396
F: (225) 687-6398
E: ccoffin@pbclawfirm.com
E: tturner@pbclawfirm.com
E: jreynolds@pbclawfirm.com


**Attorneys for Plaintiff. Krista Landers**

Christopher L. Coffin, Esq.
Tracy L. Turner, Esq.
**PENDLEY, BAUDIN & COFFIN, LLP**
24110 Eden Street
Plaquemine, LA 70764
T: (225) 687-6396
F: (225) 687-6398
E: ccoffin@pbclawfirm.com
E: tturner@pbclawfirm.com


**Attorneys for Plaintiffs. Tanja and Scott Wagner, on behalf of their child, S.W.**

Christopher L. Coffin, Esq.
Tracy L. Turner, Esq.
Jessica Perez Reynolds, Esq.
**PENDLEY, BAUDIN & COFFIN, LLP**
24110 Eden Street
Plaquemine, LA 70764
T: (225) 687-6396
F: (225) 687-6398
E: ccoffin@pbclawfirm.com
E: tturner@pbclawfirm.com
E: jreynolds@pbclawfirm.com

**Attorneys for Plaintiff. Elizabeth Landers, on behalf of her minor child, I.L.**

Mark E. Troy, Esq.
**MORGAN & MORGAN**
222 Capitol Street, Suite 200A
Charleston, WV 25301
T: 304-345-1122
F: 304-4145692
E: mtroy@forthepeople.com

Paul J. Pennock, Esq.
**MORGAN & MORGAN**
350 5th Ave Suite 6705
New York, NY 10118
T: (407) 418-2031
F: (813) 222-2439
E: ppennock@forthepeople.com


**Attorneys for Plaintiff. Jeffrey K. Hoddick**

Robert M. Hatch, Esq.
Margery S. Bronster, Esq.
**BRONSTER FUJICHAKU ROBBINS**
1003 Bishop Street, Suite 2300
Honolulu, HI 96813
T: 808-524-5644
F: 808-599-1881
E: rhatch@bfrhawaii.com
E: mbronster@bfrhawaii.com


**Attorneys for Plaintiff. Madelyn R. Lipscomb**

Christopher L. Coffin, Esq.
Tracy L. Turner, Esq.
Jessica Perez Reynolds, Esq.
**PENDLEY, BAUDIN & COFFIN, LLP**
24110 Eden Street
Plaquemine, LA 70764
T: (225) 687-6396
F: (225) 687-6398
E: ccoffin@pbclawfirm.com
E: tturner@pbclawfirm.com
E: jreynolds@pbclawfirm.com

**Attorneys for Plaintiff. Mackenzie Pennell**

Tracy L. Turner, Esq.
**PENDLEY, BAUDIN & COFFIN, LLP**
7573 Ogden Woods Boulevard
New Albany, OH 43054
T: (614) 657-3454
E: tturner@pbclawfirm.com

**Attorneys for Plaintiff. Avery Eshelman**

Ruth Rizkalla, Esq. (Pro Hac Vice pending)
Valeri Malone, Esq.
Emily Marlowe, Esq. (Pro Hac Vice pending)
**THE CARLSON LAW FIRM, PC**
1500 Rosecrans Avenue, Suite 500
Manhattan Beach, CA 90266
T: 254-526-5688
F: 254-526-8204
E: rrizkalla@carlsonattorneys.com
E: vmalone@carlsonattorneys.com
E: emarlowe@carlsonattorneys.com

**Attorneys for Plaintiff. Ethan Hartle**

Brian O. Marty, Esq.
J. Barton Goplerud, Esq.
**SHINDLER, ANDERSON, GOPLERUD & WEESE, P.C.**
5015 Grand Ridge Drive, Suite 100
West Des Moines, IA 50265
T: (515) 223-4567
F: (515) 223-8887
E: marty@sagwlaw.com
E: goplerud@sagwlaw.com

**Attorneys for Plaintiff. Christina L. Prudden**

Justin K. Gelfand, Esq.
**MARGULIS GELFAND, LLC**
7700 Bonhomme Avenue, Suite 750
St. Louis, MO 63105
T: 314.390.0234
F: 314.485.2264
E: justin@margulisgelfand.com