**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

**In Re: Gardasil**                                                 **MDL No: 3036**
**Products Liability Litigation**

## SCHEDULE OF ACTIONS

|    | Plaintiff | Defendants | District | Case No. | Judge |
|----|-----------|------------|----------|----------|-------|
| 1. | Avery Eshelman | Merck & Co., Inc., a New Jersey Corporation; and Merck Sharp & Dohme Corp., a New Jersey Corporation | Western District of Oklahoma | 5:22-cv-00523 | Joe Heaton, presiding<br><br>Gary M. Purcell, referral |

Dated: July 6, 2022.

                                                     Respectfully submitted,

                                                     /s/ Ruth Rizkalla
                                                     RUTH RIZKALLA

                                                     rrizkalla@carlsonattorneys.com
                                                     The Carlson Law Firm, PC
                                                     100 E. Central Texas Expressway
                                                     Killeen, TX 76541
                                                     Phone: 254-526-5688
                                                     Fax: 254-526-8204

                                                     *Counsel for Plaintiff*