**UNITED STATES JUDICIAL PANEL**
on
**MULTIDISTRICT LITIGATION**


**SUPPLEMENTAL NOTICE OF HEARING SESSION**

Pursuant to the order of the United States Judicial Panel on Multidistrict Litigation filed on June 16, 2022, supplemental notice is hereby given regarding the July 28, 2022, hearing session scheduled to consider various matters under 28 U.S.C. § 1407.

ORAL ARGUMENT:

- Counsel presenting oral argument must be present at **8:30 a.m.** Oral argument will begin at **9:30 a.m.** (All times are Pacific Daylight Time.) The Panel will hear argument in the following dockets, in the following order, at this session:

    MDL No. 3036 − IN RE: GARDASIL PRODUCTS LIABILITY LITIGATION

    MDL No. 3037 − IN RE: RECALLED ABBOTT INFANT FORMULA PRODUCTS LIABILITY LITIGATION

    MDL No. 3038 − IN RE: OZEMPIC (SEMAGLUTIDE) PATENT LITIGATION

    MDL No. 3039 − IN RE: KRONOS CUSTOMER DATA SECURITY BREACH LITIGATION

    MDL No. 3040 − IN RE: CHRYSLER PACIFICA FIRE RECALL PRODUCTS LIABILITY LITIGATION

    MDL No. 3042 − IN RE: TAASERA LICENSING, LLC, PATENT LITIGATION

- Please review and plan to abide by the Western District of Washington's requirements regarding public access and masks or face coverings in light of COVID-19 which can be found on the court's website: https://www.wawd.uscourts.gov/. **All persons, including counsel and associated attendees, must wear masks in the courtroom, regardless of vaccination status, unless otherwise instructed by the Panel.**

- **In order to limit the number of counsel required in the courtroom, the Panel will allocate argument time in advance.** The Panel will not entertain arguments on the day of the hearing that counsel not allocated time be allowed to present argument. Non-arguing counsel need not travel to the Panel hearing. Depending

    on social distancing rules in force in the courthouse at the time of the hearing, access to the courtroom may be limited, including for non-arguing counsel.

- Panel staff will email counsel who filed a Notice of Presentation or Waiver of Oral Argument and indicated an intent to present oral argument the Panel's allocation of argument times.

- Counsel will not be permitted to appear remotely.

- A transcript of the oral argument will be filed in each docket when it becomes available. Parties who wish to order a transcript may email a request to schedule@buellrealtime.com.

- If counsel wish to make a substitution, either as to counsel designated to argue on behalf of a particular party or with respect to a position advocated by multiple parties, counsel must file a Notice of Substitution no later than **July 14, 2022**. After that date, no substitutions will be permitted absent extraordinary circumstances.

FOR THE PANEL:

John W. Nichols
Clerk of the Panel