**UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION**

**FIRST AMENDMENT TO THE HEARING SESSION ORDER
AND ATTACHED SCHEDULE FILED JUNE 16, 2022**

IT IS ORDERED that the Notice of Hearing Session, Hearing Session Order, and attached Schedule for the hearing session on July 28, 2022, in Seattle, Washington, filed by the Judicial Panel on Multidistrict Litigation on June 16, 2022, are amended to change the courtroom location from United States Courthouse Courtroom 18B, 18th Floor to United States Courthouse Courtroom 18A, 18th Floor.

FOR THE PANEL:

John W. Nichols
Clerk of the Panel