## BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**IN RE: GARDASIL PRODUCTS LIABILITY LITIGATION**                    **MDL DOCKET NO. 3036**

### NOTICE OF POTENTIAL TAG-ALONG ACTIONS

In accordance with Rule 7.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, Plaintiff, Paige Graves, Individually and as Next Friend on Behalf of D.G., a Minor Child, writes to notify you of the potential tag along action listed on the attached Schedule of Actions.

Docket sheet and complaint is attached.

Dated:  July 26, 2022                                Respectfully submitted,

**ALLEN & NOLTE, PLLC**

*/s/ Jennifer Nolte*
John H. "Trey" Allen, III
Texas Bar No. 00788798
trey@allennolte.com
Jennifer Nolte
Texas Bar No. 24007755
jnolte@allennolte.com
5445 La Sierra Drive, Suite 350
Dallas, Texas 75231
Tel: (214) 521-2300
Fax: (214) 452-5637

*Attorneys for Plaintiff Paige Graves*