BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

IN RE: GARDASIL PRODUCTS             MDL DOCKET NO. 3036
LIABILITY LITIGATION

## SCHEDULE OF ACTIONS

| # | Plaintiff(s) | Defendants | Court | Civil Action No. | Judge Assigned |
|---|---|---|---|---|---|
| 1 | Paige Graves, Individually and as Next Friend of D.G., a Minor Child | MERCK & CO., INC. and MERCK SHARP & DOHME CORP. | NDTX | 3:22-cv-01432-N | District Judge David C. Godbey |

Dated:  July 26, 2022            Respectfully submitted,

**ALLEN & NOLTE, PLLC**

*/s/ Jennifer Nolte*
John H. "Trey" Allen, III
Texas Bar No. 00788798
trey@allennolte.com
Jennifer Nolte
Texas Bar No. 24007755
jnolte@allennolte.com
5445 La Sierra Drive, Suite 350
Dallas, Texas 75231
Tel: (214) 521-2300
Fax: (214) 452-5637

*Attorneys for Plaintiff Paige Graves*