## OFBEFORE THE UNITED STATES JUDICAL PANEL
## ON MULTIDISTRICT LITIGATION

IN RE: GARDASIL PRODUCTS                     **MDL DOCKET NO. 3036**
LIABILITY LITIGATION

### CERTIFICATE OF SERVICE

In compliance with Rule 4.1(a)-(b) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that copies of the foregoing **NOTICE OF POTENTIAL TAG-ALONG ACTIONS, SCHEDULE OF ACTIONS,** as well as copies of this **CERTIFICATE OF SERVICE**, were electronically filed with the Clerk of the JPML via CM/ECF and was served on all counsel of record who are deemed to have consented to electronic service.

Dated:  July 26, 2022                          Respectfully submitted,

                                               **ALLEN & NOLTE, PLLC**

                                               */s/ Jennifer Nolte*
                                               John H. "Trey" Allen, III
                                               Texas Bar No. 00788798
                                               trey@allennolte.com
                                               Jennifer Nolte
                                               Texas Bar No. 24007755
                                               jnolte@allennolte.com
                                               5445 La Sierra Drive, Suite 350
                                               Dallas, Texas 75231
                                               Tel: (214) 521-2300
                                               Fax: (214) 452-5637

                                               *Attorneys for Plaintiff Paige Graves*