**BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: GARDASIL PRODUCTS LIABILITY LITIGATION | MDL DOCKET NO. 3036 |

**NOTICE OF POTENTIAL TAG-ALONG ACTION**

In accordance with Rule 6.2 of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, Plaintiff, Megan Roeder, writes to notify you of the potential tag along action listed on the attached Schedule of Actions.

Docket sheets and complaints are attached.

Dated:  July 27, 2022                                Respectfully submitted,

*s/ Paul Green, Esq.*
Paul Green, Esq.
pgreen@pgreenlaw.com
**Law Office of Paul Green**
1055 E. Colorado Blvd., 5th Floor
Pasadena, CA 91106
Telephone:  (626) 381-9893
Facsimile:  (626) 521-5117

*Counsel for Plaintiff Megan Roeder*