## BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: GARDASIL PRODUCTS LIABILITY LITIGATION                    MDL DOCKET NO. 3036

### SCHEDULE OF ACTIONS

| # | Plaintiff(s) | Defendants | Court | Civil Action No. | Judge Assigned |
|---|---|---|---|---|---|
| 1 | Megan Roeder | MERCK & CO., INC. and MERCK SHARP & DOHME CORP. | C.D. California | 2:22-cv-04284-FLA-PD | District Judge Fernando L. Aenlle-Rocha and Magistrate Judge Patricia Donahue |

Dated:  July 27, 2022

Respectfully submitted,

*s/ Paul Green, Esq.*
Paul Green, Esq.
pgreen@pgreenlaw.com
**Law Office of Paul Green**
1055 E. Colorado Blvd., 5th Floor
Pasadena, CA 91106
Telephone:  (626) 381-9893
Facsimile:  (626) 521-5117

*Counsel for Plaintiff Megan Roeder*

1