BEFORE THE UNITED STATES JUDICAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE: GARDASIL PRODUCTS             MDL DOCKET NO. 3036
LIABILITY LITIGATION

## CERTIFICATE OF SERVICE

In compliance with Rule 4.1(a)-(b) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that copies of the **NOTICE OF POTENTIAL TAG-ALONG ACTION, SCHEDULE OF ACTIONS, DOCKET SHEET AND COMPLAINT** as well as copies of this **CERTIFICATE OF SERVICE**, were electronically filed with the Clerk of the JPML via CM/ECF and was served on all counsel of record who are deemed to have consented to electronic service.

Dated:  July 27, 2022            Respectfully submitted,

*s/ Paul Green, Esq.*
Paul Green, Esq.
pgreen@pgreenlaw.com
**Law Office of Paul Green**
1055 E. Colorado Blvd., 5th Floor
Pasadena, CA 91106
Telephone:  (626) 381-9893
Facsimile:  (626) 521-5117

*Counsel for Plaintiff Megan Roeder*