Query   Reports   Utilities   Help   What's New   Log Out

ACCO,(PDx),DISCOVERY,MANADR

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA (Western Division - Los Angeles)
## CIVIL DOCKET FOR CASE #: 2:22-cv-04284-FLA-PD

| | |
|---|---|
| Megan Marie Roeder v. Merck and Co., Inc.et al | Date Filed: 06/22/2022 |
| Assigned to: Judge Fernando L. Aenlle-Rocha | Jury Demand: Plaintiff |
| Referred to: Magistrate Judge Patricia Donahue | Nature of Suit: 367 Personal Injury: Health Care/Pharmaceutical Personal Injury Product Liability |
| Cause: 28:1332 Diversity-Product Liability | Jurisdiction: Diversity |

**Plaintiff**

**Megan Marie Roeder**    represented by    **Paul Adrian Green**
Law Office of Paul Green
1055 East Colorado Boulevard 5th Floor
Pasadena, CA 91106
626-381-9893
Fax: 626-521-5117
Email: pgreen@pgreenlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Merck and Co., Inc.**
*a New Jersey Corporation*

**Defendant**

**Merck Sharp and Dohme Corp.**
*a New Jersey Corporation*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/22/2022 | 1 | COMPLAINT Receipt No: ACACDC-33510697 - Fee: $402, filed by plaintiff Megan Marie Roeder. (Attorney Paul Adrian Green added to party Megan Marie Roeder(pty:pla))(Green, Paul) (Entered: 06/22/2022) |
| 06/22/2022 | 2 | CIVIL COVER SHEET filed by Plaintiff Megan Marie Roeder. (Green, Paul) (Entered: 06/22/2022) |
| | | |

| | | |
|---|---|---|
| 06/23/2022 | 3 | NOTICE OF ASSIGNMENT to District Judge Fernando L Aenlle-Rocha and Magistrate Judge Patricia Donahue. (ghap) (Entered: 06/23/2022) |
| 06/23/2022 | 4 | NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM filed. (ghap) (Entered: 06/23/2022) |
| 06/23/2022 | 5 | Notice to Counsel Re Consent to Proceed Before a United States Magistrate Judge. (ghap) (Entered: 06/23/2022) |
| 06/23/2022 | 6 | NOTICE OF DEFICIENCIES in Attorney Case Opening RE: Complaint (Attorney Civil Case Opening) 1 . The following error(s) was found: No Notice of Interested Parties has been filed. A Notice of Interested Parties must be filed with every partys first appearance. See Local Rule 7.1-1. Counsel must file a Notice of Interested Parties immediately. Failure to do so may be addressed by judicial action, including sanctions. See Local Rule 83-7. (ghap) (Entered: 06/23/2022) |
| 06/23/2022 | 7 | Certification and Notice of Interested Parties filed by Plaintiff Megan Marie Roeder, identifying Plaintiff Megan Marie Roeder; Paul Adrian Green, Esq. / Law Office of Paul Green (Counsel of Record); Bijan Esfandiari, Esq. / Baum Hedlund Aristei & Goldman (Prospective future Plaintiff's Counsel). (Green, Paul) (Entered: 06/23/2022) |
| 07/07/2022 | 8 | INITIAL STANDING ORDER upon filing of the complaint by Judge Fernando L. Aenlle-Rocha. (tf) (Entered: 07/07/2022) |