OFBEFORE THE UNITED STATES JUDICAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE: GARDASIL PRODUCTS                    MDL DOCKET NO. 3036
LIABILITY LITIGATION

## CERTIFICATE OF SERVICE

In compliance with Rule 4.1(a)-(b) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that copies of the foregoing **NOTICE OF POTENTIAL TAG-ALONG ACTIONS, SCHEDULE OF ACTIONS,** as well as copies of this **CERTIFICATE OF SERVICE**, were electronically filed with the Clerk of the JPML via CM/ECF and was served on all counsel of record who are deemed to have consented to electronic service.

*Graves v. Merck & Co., Inc., et al.; 3:22-cv-01432-N* (U.S. District Court for the Northern District of Texas)

**Federal Clerks & Judiciary**
**Served Via First Class Mail**
Clerk of Court
U.S. District Court for the Northern District of Texas
United States District Court
1100 Commerce Street, Room 1452
Dallas, TX 75242

**Defendants**
**Served Via First Class Mail**
**(Counsel has not yet appeared)**
Merck & Co., Inc.
2000 Galloping Hill Road
Kenilworth, NJ 07033

**Served Via First Class Mail**
**(Counsel has not yet appeared)**
Merck Sharp & Dohme Co.
2000 Galloping Hill Road
Kenilworth, NJ 07033

2

Dated: July 27, 2022                                   Respectfully submitted,

**ALLEN & NOLTE, PLLC**

*/s/ Jennifer Nolte*
John H. "Trey" Allen, III
Texas Bar No. 00788798
trey@allennolte.com
Jennifer Nolte
Texas Bar No. 24007755
jnolte@allennolte.com
5445 La Sierra Drive, Suite 350
Dallas, Texas 75231
Tel: (214) 521-2300
Fax: (214) 452-5637

*Attorneys for Plaintiff Paige Graves*