OFBEFORE THE UNITED STATES JUDICAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE: GARDASIL PRODUCTS  MDL DOCKET NO. 3036
LIABILITY LITIGATION

### CERTIFICATE OF SERVICE

In compliance with Rule 4.1(a)-(b) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that copies of the foregoing **NOTICE OF APPEARANCE OF JENNIFER NOLTE,** as well as copies of this **CERTIFICATE OF SERVICE**, were electronically filed with the Clerk of the JPML via CM/ECF and was served on all counsel of record who are deemed to have consented to electronic service.

*Graves v. Merck & Co., Inc., et al.; 3:22-cv-01432-N* (U.S. District Court for the Northern District of Texas)

**Federal Clerks & Judiciary**
**Served Via First Class Mail**
Clerk of Court
U.S. District Court for the Northern District of Texas
United States District Court
1100 Commerce Street, Room 1452
Dallas, TX 75242

**Defendants**
**Served Via First Class Mail**
**(Counsel has not yet appeared)**
Merck & Co., Inc.
2000 Galloping Hill Road
Kenilworth, NJ 07033

**Served Via First Class Mail**
**(Counsel has not yet appeared)**
Merck Sharp & Dohme Co.
2000 Galloping Hill Road
Kenilworth, NJ 07033

| | |
|---|---|
| Dated: July 27, 2022 | Respectfully submitted,<br><br>**ALLEN & NOLTE, PLLC**<br><br>*/s/ Jennifer Nolte*<br>John H. "Trey" Allen, III<br>Texas Bar No. 00788798<br>trey@allennolte.com<br>Jennifer Nolte<br>Texas Bar No. 24007755<br>jnolte@allennolte.com<br>5445 La Sierra Drive, Suite 350<br>Dallas, Texas 75231<br>Tel: (214) 521-2300<br>Fax: (214) 452-5637<br><br>*Attorneys for Plaintiff Paige Graves* |