# BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: GARDASIL PRODUCTS
LIABILITY LITIGATION                                                MDL No.  3036

## NOTICE OF RELATED ACTION

In accordance with Rule 6.2(d) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation Plaintiff Sarah Lukas writes to notify you of the potential tag along action listed on the attached Schedule of Action.

A docket sheet and complaint is attached.

Sincerely,

/s/ Christopher L. Coffin
Christopher L. Coffin
Pendley, Baudin & Coffin, LLP
ccoffin@pbclawfirm.com
24110 Eden Street
Plaquemine, LA 70764
Telephone: (225) 687-6396
Facsimile: (225) 687-6398

*Counsel for Sarah Lukas*