# BEFORE THE UNITED STATES JUDICIAL PANEL
# ON MULTIDISTRICT LITIGATION

**IN RE: GARDASIL PRODUCTS LIABILITY LITIGATION**  MDL No. 3036

## SCHEDULE OF ACTIONS

|    | Plaintiffs | Defendants | District | Civil Action No | Judge |
|----|------------|------------|----------|-----------------|-------|
| 1. | Sarah Lukas | Merck & Co., Inc., and Merck, Sharp & Dohme Corp. | Northern District of Ohio | 1:22-cv-01306 | Judge Bridget Meeham Brennan |

Dated: July 27, 2022

Sincerely,

/s/ Christopher L. Coffin

Christopher L. Coffin
Pendley, Baudin & Coffin, LLP
ccoffin@pbclawfirm.com
24110 Eden Street
Plaquemine, LA 70764
Telephone: (225) 687-6396
Facsimile: (225) 687-6398

*Counsel for Sarah Lukas*