BEFORE THE UNITED STATES JUDICAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE: GARDASIL PRODUCTS  MDL DOCKET NO. 3036
LIABILITY LITIGATION

## CERTIFICATE OF SERVICE

In accordance with Rule 4.1(a)-(b) of the Rules of Procedure for the United States Judicial Panel for Multidistrict Litigation, I hereby certify that on July 27, 2022, I electronically filed the foregoing **Notice of of Related Action and Schedule of Actions**, as well as copies of this **Proof of Service**, with the Clerk for the United States Judicial Panel on Multidistrict Litigation using the CM/ECF system. I also certify that the foregoing document is being served on all counsel of record by transmission of Notices of Electronic Filing generated by CM/ECF, or via mail to the addresses indicated below:

**Served via First Class Mail (Counsel has not yet appeared):**

*Sarah Lukas v. Merck & Co. Inc. et al.*,
Case No. 1:22-cv-01306

Defendants Merck & Co., Inc. and Merck Sharp & Dohme Corp.

Registered Agent for Service of Process:
CT Corp
820 Bear Tavern Road
Trenton NJ 08628

Dated:  July 27, 2022	Respectfully submitted,

By: /s/ Christopher L. Coffin
Christopher L. Coffin
Pendley, Baudin & Coffin, LLP
ccoffin@pbclawfirm.com
24110 Eden Street
Plaquemine, LA 70764
Telephone: (225) 687-6396
Facsimile: (225) 687-6398

*Counsel for Sarah Lukas*

2