# BEFORE THE UNITED STATES JUDICIAL PANEL
# ON MULTIDISTRICT LITIGATION

**IN RE: GARDASIL PRODUCTS**
**LIABILITY LITIGATION**                                             MDL No.  3036

## NOTICE OF EXPLANATION

      Due to technical difficulties with CM/ECF filing system attachment three complaint/docket sheet was inadvertently not uploaded to document number 82. The attachment to this pleading is attachment three to document 82.

      Sincerely,

<u>/s/ Christopher L. Coffin</u>
Christopher L. Coffin
Pendley, Baudin & Coffin, LLP
ccoffin@pbclawfirm.com
24110 Eden Street
Plaquemine, LA 70764
Telephone: (225) 687-6396
Facsimile: (225) 687-6398

*Counsel for Sarah Lukas*