**BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION**

IN RE: GARDASIL PRODUCTS　　　　　　　　　　MDL DOCKET NO. 3036
LIABILITY LITIGATION

## NOTICE OF POTENTIAL TAG-ALONG ACTION

In accordance with Rule 6.2 of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, Plaintiff, Tristen J. Horton, writes to notify you of the potential tag along action listed on the attached Schedule of Actions.

Docket sheets and complaints are attached.

Dated: July 28, 2022　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　*/s/ Jessica Wallace*
　　　　　　　　　　　　　　　　　　　　　Jessica Wallace (FL Bar No. 1008325)
　　　　　　　　　　　　　　　　　　　　　jwallace@sirillp.com
　　　　　　　　　　　　　　　　　　　　　20200 West Dixie Highway
　　　　　　　　　　　　　　　　　　　　　Suite 902
　　　　　　　　　　　　　　　　　　　　　Aventura, FL 33180
　　　　　　　　　　　　　　　　　　　　　Telephone: (786) 244-5660
　　　　　　　　　　　　　　　　　　　　　Facsimile: (646) 417-5967

　　　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiff, Tristen J. Horton*