BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

IN RE: GARDASIL PRODUCTS　　　　　　　　　　　MDL DOCKET NO. 3036
LIABILITY LITIGATION

## SCHEDULE OF ACTIONS

| # | Plaintiff(s) | Defendants | Court | Civil Action No. | Judge Assigned |
|---|---|---|---|---|---|
| 1 | Tristen J. Horton | MERCK & CO., INC. and MERCK SHARP & DOHME LLC | N.D. Florida | 1:22-cv-00177-RH-MAF | District Judge Robert L. Hinkle and Magistrate Judge Martin A. Fitzpatrick |

Dated:  July 28, 2022　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　/s/ Jessica Wallace
　　　　　　　　　　　　　　　　　　　　　Jessica Wallace (FL Bar No. 1008325)
　　　　　　　　　　　　　　　　　　　　　jwallace@sirillp.com
　　　　　　　　　　　　　　　　　　　　　20200 West Dixie Highway
　　　　　　　　　　　　　　　　　　　　　Suite 902
　　　　　　　　　　　　　　　　　　　　　Aventura, FL 33180
　　　　　　　　　　　　　　　　　　　　　Telephone: (786) 244-5660
　　　　　　　　　　　　　　　　　　　　　Facsimile: (646) 417-5967

　　　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiff, Tristen J. Horton*

1