BEFORE THE UNITED STATES JUDICAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE: GARDASIL PRODUCTS　　　　　　　　　　　MDL DOCKET NO. 3036
LIABILITY LITIGATION

## CERTIFICATE OF SERVICE

In compliance with Rule 4.1(a)-(b) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that copies of the **NOTICE OF POTENTIAL TAG-ALONG ACTION, SCHEDULE OF ACTIONS, DOCKET SHEET AND COMPLAINT,** as well as copies of this **CERTIFICATE OF SERVICE**, were electronically filed with the Clerk of the JPML via CM/ECF and was served on all counsel of record who are deemed to have consented to electronic service.

1:22-cv-00177-RH-MAF - *Tristen J. Horton v. Merck &Co., Inc., et al.* (U.S. District Court for the Northern District of Florida)

**Federal Clerks & Judiciary**
**Served Via First Class Mail**
Clerk of Court
U.S. District Court for the Northern District of Florida
United States District Court
401 SE 1st Avenue, Suite 243
Gainesville, FL 32601-6895

**Defendants**
**Served Via First Class Mail**
(Counsel has not yet appeared)
Merck & Co., Inc.
2000 Galloping Hill Road
Kenilwoth, NJ 07033

**Served Via First Class Mail**
(Counsel has not yet appeared)
Merck Sharp & Dohme LLC
2000 Galloping Hill Road
Kenilwoth, NJ 07033

Dated: July 28, 2022            Respectfully submitted,

*/s/ Jessica Wallace*
Jessica Wallace (FL Bar No. 1008325)
jwallace@sirillp.com
20200 West Dixie Highway
Suite 902
Aventura, FL 33180
Telephone: (786) 244-5660
Facsimile: (646) 417-5967

*Counsel for Plaintiff, Tristen J. Horton*