**BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION**

IN RE: GARDASIL PRODUCTS             MDL DOCKET NO. 3036
LIABILITY LITIGATION

**NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

In accordance with Rule 7.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, Plaintiff, Madeline A. Counts, Madison Ivey and Arianna Reddicks, write to notify you of the potential tag along action listed on the attached Schedule of Actions.

Docket sheets and complaints are attached.

Dated:  August 8, 2022           Respectfully submitted,

*/s/ Bijan Esfandiari*
Bijan Esfandiari (SBN: 223216)
besfandiari@baumhedlundlaw.com
**BAUM, HEDLUND, ARISTEI, & GOLDMAN, P.C.**
10940 Wilshire Blvd., Suite 1600
Los Angeles, CA  90024
Telephone:  (310) 207-3233
Facsimile:  (310) 820-7444

*Counsel for Plaintiff Madeline A. Counts, Madison Ivey, and Arianna Reddicks*