**BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION**

**IN RE: GARDASIL PRODUCTS
LIABILITY LITIGATION**                                **MDL DOCKET NO. 3036**

**SCHEDULE OF ACTIONS**

| # | Plaintiff(s) | Defendants | Court | Civil Action No. | Judge Assigned |
|---|---|---|---|---|---|
| 1 | Madelina A. Counts | MERCK & CO., INC. and MERCK SHARP & DOHME CORP. | N.D Texas | 4:22-cv-00613-Y | Terry R. Means |
| 2 | Madison Ivey | MERCK & CO., INC. and MERCK SHARP & DOHME CORP. | W.D. Texas | 1:22-cv-00741-LY | Lee Yeakel |
| 3 | Arianna Reddicks | MERCK & CO., INC. and MERCK SHARP & DOHME CORP. | D. Oregon | 6:22-cv-00881-MC | Michael J. McShane |

Dated:  August 8, 2022

Respectfully submitted,

*/s/ Bijan Esfandiari*
Bijan Esfandiari (SBN: 223216)
besfandiari@baumhedlundlaw.com
**BAUM, HEDLUND, ARISTEI, &
GOLDMAN, P.C.**
10940 Wilshire Blvd., Suite 1600
Los Angeles, CA  90024
Telephone:  (310) 207-3233
Facsimile:  (310) 820-7444

*Counsel for Plaintiff Madeline A. Counts,
Madison Ivey, and Arianna Reddicks*