BEFORE THE UNITED STATES JUDICAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE: GARDASIL PRODUCTS　　　　　　　　　　MDL DOCKET NO. 3036
LIABILITY LITIGATION

### CERTIFICATE OF SERVICE

In accordance with Rule 4.1(a)-(b) of the Rules of Procedure for the United States Judicial Panel for Multidistrict Litigation, I hereby certify that on August 8, 2022, I electronically filed the foregoing **Notice of Potential Tag-Along Action, Schedule of Actions**, as well as copies of this **Proof of Service**, with the Clerk for the United States Judicial Panel on Multidistrict Litigation using the CM/ECF system. I also certify that the foregoing document is being served on all counsel of record by transmission of Notices of Electronic Filing generated by CM/ECF, or via mail to the addresses indicated below:

**Clerks of Courts Served via Overnight Delivery:**

Clerk of the Court
District of Oregon
United States District Court
Wayne L. Morse U.S. Courthouse
405 East Eighth Ave.
Eugene, OR 97401

Clerk of the Court
Western District of Texas
United States District Court
501 West Fifth Street, Suite 1100
Austin, Texas 78701

Clerk of the Court
Northern District of Texas
United States District Court
501 W 10th St UNIT 310
United State Court House, 501 W 10th St
Fort Worth, TX 76102

**Counsel of Record Served via Electronic Mail for the following cases:**

*Reddicks v. Merck & Co., Inc. et al*
6:22-cv-00881-MC

Attorney for Plaintiff Arianna Reddicks

Aaron C. DeShaw
Dr. Aaron DeShaw, ESQ., PC
2350 NW York Street
Portland, OR 97210
503-227-1233
Email: deshaw@deshawlaw.com

Bijan Esfandiari
BAUM, HEDLUND, ARISTEI, &
GOLDMAN, P.C.
10940 Wilshire Blvd., Suite 1600
Los Angeles, CA  90024
Telephone:  (310) 207-3233
Email: besfandiari@baumhedlundlaw.com

Attorney for Defendants Merck & Co., Inc. and Merck Sharp & Dohme Corp.

**Dominic M. Campanella**
Brophy Schmor LLP
201 West Main Street, 5th Floor
P.O. Box 128
Medford, OR 97501
(541) 772-7123
Fax: (541) 772-7249
Email: dcampanella@brophylegal.com


**Counsel of Record Served via Overnight Mail for the following cases:**

*Counts v. Merck & Co., Inc. et al*
4:22-cv-00613-Y

Attorney for Plaintiff Madeline A. Counts

Stephanie B Sherman
Baum Hedlund Aristei & Goldman, P.C.
1325 Whitlock Lane
Suite 5401
Carrollton, TX 75006

214-505-3386
Fax: 214-624-7666
Email: ssherman@baumhedlundlaw.com
Jonathan M Sedgh
Weitz & Luxenberg PC - New York, NY
700 Broadway, 5th Fl.
New York, NY 10003
212-558-5972
Fax: 212-344-5461
Email: jsedgh@weitzlux.com

Paul Pennock
Weitz Luxenburg PC
700 Broadway
New York, NY 10003
212-558-5549
Fax: 212-344-5461
Email: ppennock@weitzlux.com

Attorney for Defendants Merck & Co., Inc. and Merck Sharp & Dohme Corp.

Registered Agent for Service of Process
CT Corp
820 Bear Tavern Road
Trenton NJ 08628

*Ivey v. Merck & Co., Inc. et al*
1:22-cv-00741-LY

Attorney for Plaintiff Madison Ivey

Stephanie B Sherman
Baum Hedlund Aristei & Goldman, P.C.
1325 Whitlock Lane
Suite 5401
Carrollton, TX 75006
214-505-3386
Fax: 214-624-7666
Email: ssherman@baumhedlundlaw.com

Attorney for Defendants Merck & Co., Inc. and Merck Sharp & Dohme Corp.

Registered Agent for Service of Process
CT Corp
820 Bear Tavern Road
Trenton NJ 08628

Dated:  August 8, 2022

Respectfully submitted,

*/s/ Bijan Esfandiari*
Bijan Esfandiari (SBN: 223216)
besfandiari@baumhedlundlaw.com
**BAUM, HEDLUND, ARISTEI, & GOLDMAN, P.C.**
10940 Wilshire Blvd., Suite 1600
Los Angeles, CA  90024
Telephone:  (310) 207-3233
Facsimile:  (310) 820-7444

*Counsel for Plaintiff Madeline A. Counts, Madison Ivey, and Arianna Reddicks*