BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | | |
|---|---|---|
| In Re: GARDASIL PRODUCTS LIABILITY LITIGATION | | MDL NO. 3036 |

NOTICE OF POTENTIAL TAG-ALONG ACTIONS

## SCHEDULE OF ACTIONS

| | **Plaintiffs** | **Defendants** | **District** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|---|
| 1. | Shannon Canitz | Merck & Co., Inc. and Merck Sharp & Dohme Corp. | District of Arizona | 2:22-cv-01134 | Judge Michael T. Liburdi |
| 2. | Krista O'Brien | Merck & Co., Inc. and Merck Sharp & Dohme Corp. | Southern District of Texas | 4:22-cv-02436 | Judge Lynn N. Hughes |
| 3. | Aina Rizvi | Merck & Co., Inc., Merck Sharp & Dohme Corp., Watchung Pediatrics, Susan P. Korb, APN, Vineetha A. Alias, D.O., and Does 1 through 50 | District of New Jersey | 3:22-cv-04471 | Judge Zahid N. Quraishi |
| 4. | Cheryl Rolf, on behalf of her minor child, M.R. | Merck & Co., Inc. and Merck Sharp & Dohme Corp. | District of Arizona | 2:22-cv-01188 | Judge John J. Tuchi |

Date: August 10, 2022

/s/ Allyson Julien
Allyson Julien
ajulien@goldmanismail.com
GOLDMAN ISMAIL TOMASELLI
  BRENNAN & BAUM LLP
200 South Wacker Drive
22nd Floor
Chicago, IL 60606
Telephone: (312) 681-6000
Facsimile: (312) 881-5191

*Counsel for Merck Defendants*