**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| **In Re: GARDASIL PRODUCTS LIABILITY LITIGATION** | **MDL NO. 3036** |

### PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that this **NOTICE OF POTENTIAL TAG-ALONG ACTIONS** was electronically filed with the Clerk of the JPML via CM/ECF and was served on all counsel of record who are deemed to have consented to electronic service, and served via e-mail on all counsel of record for plaintiffs listed in the attached Schedule of Actions.

Date: August 10, 2022

/s/ *Allyson Julien*
Allyson Julien
ajulien@goldmanismail.com
GOLDMAN ISMAIL TOMASELLI
 BRENNAN & BAUM LLP
200 South Wacker Drive
22nd Floor
Chicago, IL 60606
Telephone: (312) 681-6000
Facsimile: (312) 881-5191

*Counsel for Merck Defendants*

# SERVICE LIST

*Attorneys for Plaintiff Jasmyne Gramza*
Served via ECF

Bijan Esfandiari
Michael Lin Baum
Monique Alarcon
Pedram Esfandiari
BAUM, HEDLUND, ARISTEI, & GOLDMAN, P.C.
10940 Wilshire Blvd., Suite 1600
Los Angeles, CA 90024
Telephone: (310) 207-3233
Facsimile: (310) 820-7444
Email: besfandiari@baumhedlundlaw.com
Email: mbaum@baumhedlundlaw.com
Email: malarcon@baumhedlundlaw.com
Email: pesfandiary@baumhedlundlaw.com

*Attorneys for Plaintiff Julia Balasco*
Served via ECF

Christopher E Hultquist
HULTQUIST LAW, P.C
56 Pine Street, Suite 200
Providence, RI 02882
Telephone: (401) 383-6650
Facsimile: (401) 274-2780
Email: hultquistlaw@gmail.com

Robert F. Kennedy, Jr.
Children's Health Defense
1227 N. Peachtree Parkway, Suite 202
Peachtree City, GA 30269
Telephone: (202) 810-1826
Email: rfk1954@gmail.com

Bijan Esfandiari
Michael Lin Baum
Monique Alarcon
Nicole Maldonado
BAUM, HEDLUND, ARISTEI, & GOLDMAN, P.C.
10940 Wilshire Blvd., Suite 1600
Los Angeles, CA 90024
Telephone: (310) 207-3233
Facsimile: (310) 820-7444

Email: besfandiari@baumhedlundlaw.com
Email: mbaum@baumhedlundlaw.com
Email: malarcon@baumhedlundlaw.com
Email: nmaldonado@baumhedlundlaw.com

*Attorneys for Plaintiff Sahara Walker*
Served via ECF

Bijan Esfandiari
Michael Lin Baum
BAUM, HEDLUND, ARISTEI, & GOLDMAN, P.C.
10940 Wilshire Blvd., Suite 1600
Los Angeles, CA 90024
Telephone: (310) 207-3233
Facsimile: (310) 820-7444
Email: besfandiari@baumhedlundlaw.com
Email: mbaum@baumhedlundlaw.com

*Attorneys for Plaintiff Michael Colbath*
Served via ECF

Bijan Esfandiari
BAUM, HEDLUND, ARISTEI, & GOLDMAN, P.C.
10940 Wilshire Blvd., Suite 1600
Los Angeles, CA 90024
Telephone: (310) 207-3233
Facsimile: (310) 820-7444
Email: besfandiari@baumhedlundlaw.com

*Attorneys for Plaintiff Korrine Herlth*
Served via ECF

John W. Mills
Mills & Cahill, LLC
New Haven, CT 06510
Telephone: (203) 776-4500
Email: john.mills@millscahill.com

Bijan Esfandiari
BAUM, HEDLUND, ARISTEI, & GOLDMAN, P.C.
10940 Wilshire Blvd., Suite 1600
Los Angeles, CA 90024
Telephone: (310) 207-3233
Facsimile: (310) 820-7444
Email: besfandiari@baumhedlundlaw.com

*Attorneys for Plaintiff Savannah Flores*
Served via ECF

Melanie A. Hill
MELANIE HILL LAW PLLC
1925 Village Center Circle, Suite 150
Las Vegas, NV 89134
Telephone: (702) 362-8500
Facsimile: (702) 362-8505
Email: Melanie@MelanieHillLaw.com

Robert F. Kennedy, Jr.
Children's Health Defense
1227 N. Peachtree Parkway, Suite 202
Peachtree City, GA 30269
Telephone: (202) 810-1826
Email: rfk1954@gmail.com

Bijan Esfandiari
Michael Lin Baum
Nicole Maldonado
BAUM, HEDLUND, ARISTEI, & GOLDMAN, P.C.
10940 Wilshire Blvd., Suite 1600
Los Angeles, CA 90024
Telephone: (310) 207-3233
Facsimile: (310) 820-7444
Email: besfandiari@baumhedlundlaw.com
Email: mbaum@baumhedlundlaw.com
Email: nmaldonado@baumhedlundlaw.com

*Attorneys for Plaintiff Corinn McElerney*
Served via ECF

Robert F. Kennedy, Jr.
Children's Health Defense
1227 N. Peachtree Parkway, Suite 202
Peachtree City, GA 30269
Telephone: (914) 882-4789
Email: rfk1954@gmail.com

Bijan Esfandiari
Michael Lin Baum
Nicole Maldonado
BAUM, HEDLUND, ARISTEI, & GOLDMAN, P.C.
10940 Wilshire Blvd., Suite 1600
Los Angeles, CA 90024

Telephone: (310) 207-3233
Facsimile: (310) 820-7444
Email: besfandiari@baumhedlundlaw.com
Email: mbaum@baumhedlundlaw.com
Email: nmaldonado@baumhedlundlaw.com

*Attorneys for Plaintiff Ruby Silver*
Served via ECF

Robert F. Kennedy, Jr.
Children's Health Defense
1227 N. Peachtree Parkway, Suite 202
Peachtree City, GA 30269
Telephone: (914) 882-4789
Email: rfk1954@gmail.com

Bijan Esfandiari
Michael Lin Baum
Nicole Maldonado
BAUM, HEDLUND, ARISTEI, & GOLDMAN, P.C.
10940 Wilshire Blvd., Suite 1600
Los Angeles, CA 90024
Telephone: (310) 207-3233
Facsimile: (310) 820-7444
Email: besfandiari@baumhedlundlaw.com
Email: mbaum@baumhedlundlaw.com
Email: nmaldonado@baumhedlundlaw.com

*Attorneys for Plaintiff Cooper Humphries*
Served via ECF

Jessica Wallace
SIRI & GLIMSTAD LLP
200 Park Avenue, Seventeenth Floor
New York, NY 10166
Telephone: 212-532-1091
Facsimile: (646) 417-5967
Email: jwallace@sirillp.com

*Attorneys for Plaintiff Emma Sullivan*
Served via ECF

Laura Feldman
FELDMAN PINTO LLC
30 South 15th St., 15th floor

Philadelphia, PA 19102
Telephone: (215) 546-2604
Email: lfeldman@feldmanpinto.com

Bijan Esfandiari
Michael Lin Baum
Nicole Maldonado
BAUM, HEDLUND, ARISTEI, & GOLDMAN, P.C.
10940 Wilshire Blvd., Suite 1600
Los Angeles, CA 90024
Telephone: (310) 207-3233
Facsimile: (310) 820-7444
Email: besfandiari@baumhedlundlaw.com
Email: mbaum@baumhedlundlaw.com
Email: nmaldonado@baumhedlundlaw.com

*Attorneys for Plaintiff Ashley Dalton*
Served via ECF

Bijan Esfandiari
BAUM, HEDLUND, ARISTEI, & GOLDMAN, P.C.
10940 Wilshire Blvd., Suite 1600
Los Angeles, CA 90024
Telephone: (310) 207-3233
Facsimile: (310) 820-7444
Email: besfandiari@baumhedlundlaw.com

Timothy A. Loranger
BAUM, HEDLUND, ARISTEI, & GOLDMAN, P.C.
12100 Wilshire Blvd., Ste. 950
Los Angeles, CA 90025
Telephone: (310) 207-3233
Facsimile: (310) 207-4204
Email: tloranger@baumhedlundlaw.com

*Attorneys for Plaintiff Ashley Muller*
Served via ECF

Nicole Maldonado
BAUM, HEDLUND, ARISTEI, & GOLDMAN, P.C.
10940 Wilshire Blvd., Suite 1600
Los Angeles, CA 90024
Telephone: (310) 207-3233
Facsimile: (310) 820-7444
Email: nmaldonado@baumhedlundlaw.com

*Attorneys for Plaintiff Skylee Butler*<br>Served via ECF

John J. Roddy
BAILEY & GLASSER LLP
176 Federal Street, 5th Floor
Boston, MA 02110
Telephone: (617) 439-6730
Facsimile: (617) 951-3954
Email: jroddy@baileyglasser.com

Bijan Esfandiari
BAUM, HEDLUND, ARISTEI, & GOLDMAN, P.C.
10940 Wilshire Blvd., Suite 1600
Los Angeles, CA 90024
Telephone: (310) 207-3233
Facsimile: (310) 820-7444
Email: besfandiari@baumhedlundlaw.com

*Attorneys for Plaintiff Madelyn Malloy*<br>Served via ECF

Bijan Esfandiari
BAUM, HEDLUND, ARISTEI, & GOLDMAN, P.C.
10940 Wilshire Blvd., Suite 1600
Los Angeles, CA 90024
Telephone: (310) 207-3233
Facsimile: (310) 820-7444
Email: besfandiari@baumhedlundlaw.com

*Attorneys for Plaintiff Adriana Merino*<br>Served via ECF

Andrew Downing
VAN COTT & TALAMANTE, PLLC
3030 N. Third Street, Suite 790
Phoenix, AZ 85012
Telephone: (602) 257-9160
Facsimile: (602) 257-9180
Email: adowning@vancotttalamante.com

*Attorneys for Plaintiff Eduardo Atjian, II*<br>Served via ECF

Anthony Albert Liberatore
A LIBERATORE LAW OFFICES PC

100 Wilshire Boulevard, Suite 700
Santa Monica, CA 90401
Telephone: (424) 285-8550
Facsimile: (310) 362-8810
Email: anthony@alpc-law.com

*Attorneys for Plaintiff Kameron Hilton*
Served via ECF

Allison Mullins
Hillary Margaret Kies
Leslie Cooper Harrell
MULLINS DUNCAN HARRELL & RUSSELL PLLC
300 North Greene Street, Suite 2000
Greensboro, NC 27401
Telephone: (336) 645-3322
Fax: (336) 645-3330
Email: hkies@turningpointlit.com
Email: charrell@turningpointlit.com
Email: amullins@turningpointlit.com

*Attorneys for Plaintiff Joselyn Vela*
Served via ECF

Andrew Downing
VAN COTT & TALAMANTE, PLLC
3030 N. Third Street, Suite 790
Phoenix, AZ 85012
Telephone: (602) 257-9160
Facsimile: (602) 257-9180
Email: adowning@vancotttalamante.com

*Attorneys for Plaintiff Sydney M. Fetters*
Served via ECF

Anthony Albert Liberatore
A LIBERATORE LAW OFFICES PC
100 Wilshire Boulevard, Suite 700
Santa Monica, CA 90401
Telephone: (424) 285-8550
Facsimile: (310) 362-8810
Email: anthony@alpc-law.com

*Attorneys for Plaintiff Mark Thomas, as a Natural Parent and Legal Guardian of Z.T., a Minor*
Served via ECF

Bijan Esfandiari
Mark Herbert Schlein
Michael L. Baum
Nicole Maldonado
BAUM, HEDLUND, ARISTEI, & GOLDMAN, P.C.
10940 Wilshire Blvd., Suite 1600
Los Angeles, CA 90024
Telephone: (310) 207-3233
Facsimile: (310) 820-7444
Email: besfandiari@baumhedlundlaw.com
Email: mschlein@ baumhedlundlaw.com
Email: mbaum@baumhedlundlaw.com
Email: nmaldonado@baumhedlundlaw.com

Robert F. Kennedy, Jr.
Children's Health Defense
1227 N. Peachtree Parkway, Suite 202
Peachtree City, GA 30269
Telephone: (202) 810-1826
Email: rfkl954@gmail.com

*Attorneys for Plaintiff Maeson Derr*
Served via ECF

Allison Mullins
Hillary Margaret Kies
Leslie Cooper Harrell
MULLINS DUNCAN HARRELL & RUSSELL PLLC
300 North Greene Street, Suite 2000
Greensboro, NC 27401
Telephone: (336) 645-3322
Fax: (336) 645-3330
Email: hkies@turningpointlit.com
Email: charrell@tumingpointlit.com
Email: amullins@turningpointlit.com

*Attorneys for Plaintiff Payton Bergin*
Served via ECF

Allison Mullins
Hillary Margaret Kies
Leslie Cooper Harrell
MULLINS DUNCAN HARRELL & RUSSELL PLLC
300 North Greene Street, Suite 2000
Greensboro, NC 27401
Telephone: (336) 645-3322

Fax: (336) 645-3330
Email: hkies@turningpointlit.com
Email: charrell@turningpointlit.com
Email: amullins@turningpointlit.com

*Attorneys for Plaintiff Jacob D. Levy*
Served via ECF

Anthony Albert Liberatore
A LIBERATORE LAW OFFICES PC
100 Wilshire Boulevard, Suite 700
Santa Monica, CA 90401
Telephone: (424) 285-8550
Facsimile: (310) 362-8810
Email: anthony@alpc-law.com

*Attorneys for Plaintiff Darby Hendrix*
Served via ECF

Christopher L. Coffin
Tracy L. Turner
Jessica Perez Reynolds
PENDLEY, BAUDIN & COFFIN, LLP
24110 Eden Street
Plaquemine, LA 70764
Telephone: (225) 687-6396
Facsimile: (225) 687-6398
Email: ccoffin@pbclawfirm.com
Email: tturner@pbclawfirm.com
Email: jreynolds@pbclawfirm.com

*Attorneys for Plaintiff Jessica Raymer*
Served via ECF

Tracy L. Turner
Christopher L. Coffin
Jessica Perez Reynolds
PENDLEY, BAUDIN & COFFIN, LLP
24110 Eden Street
Plaquemine, LA 70764
Telephone: (225) 687-6396
Facsimile: (225) 687-6398
Email: tturner@pbclawfirm.com
Email: ccoffin@pbclawfirm.com
Email: jreynolds@pbclawfirm.com

*Attorneys for Plaintiff Hannah R. Wingerter*
Served via ECF

Christopher L. Coffin
Tracy L. Turner
Jessica Perez Reynolds
PENDLEY, BAUDIN & COFFIN, LLP
24110 Eden Street
Plaquemine, LA 70764
Telephone: (225) 687-6396
Facsimile: (225) 687-6398
Email: ccoffin@pbclawfirm.com
Email: tturner@pbclawfirm.com
Email: jreynolds@pbclawfirm.com

*Attorneys for Plaintiff Nalon A. Soileau*
Served via ECF

Jessica Perez Reynolds
Tracy L. Turner
Christopher L. Coffin
PENDLEY, BAUDIN & COFFIN, LLP
24110 Eden Street
Plaquemine, LA 70764
Telephone: (225) 687-6396
Facsimile: (225) 687-6398
Email: jreynolds@pbclawfirm.com
Email: tturner@pbclawfirm.com
Email: ccoffin@pbclawfirm.com

*Attorneys for Plaintiff Krista Landers*
Served via ECF

Tracy L. Turner
Christopher L. Coffin
PENDLEY, BAUDIN & COFFIN, LLP
24110 Eden Street
Plaquemine, LA 70764
Telephone: (225) 687-6396
Facsimile: (225) 687-6398
Email: tturner@pbclawfirm.com
Email: ccoffin@pbclawfirm.com

*Attorneys for Plaintiffs Tanja and Scott Wagner, on behalf of their child, S.W.*
Served via ECF

Tracy L. Turner
Christopher L. Coffin
Jessica Perez Reynolds
PENDLEY, BAUDIN & COFFIN, LLP
24110 Eden Street
Plaquemine, LA 70764
Telephone: (225) 687-6396
Facsimile: (225) 687-6398
Email: tturner@pbclawfirm.com
Email: ccoffin@pbclawfirm.com
Email: jreynolds@pbclawfirm.com

*Attorneys for Plaintiff Elizabeth Landers, on behalf of her minor child, I.L.*
Served via ECF

Paul J. Pennock
MORGAN & MORGAN
850 3rd Ave, Suite 402
Brooklyn, NY 11232
Telephone: (407) 418-2031
Facsimile: (813) 222-2439
Email: ppennock@forthepeople.com

*Attorneys for Plaintiff Jeffrey K. Hoddick*
Served via ECF

Robert M. Hatch
Margery S. Bronster
BRONSTER FUJICHAKU ROBBINS
1003 Bishop Street, Suite 2300
Honolulu, HI 96813
Telephone: (808) 524-5644
Facsimile: (808) 599-1881
Email: rhatch@bfrhawaii.com
Email: mbronster@bfrhawaii.com

*Attorneys for Plaintiff Madelyn R. Lipscomb*
Served via ECF

Tracy L. Turner
Christopher L. Coffin
Jessica Perez Reynolds
PENDLEY, BAUDIN & COFFIN, LLP
24110 Eden Street
Plaquemine, LA 70764
Telephone: (225) 687-6396

Facsimile: (225) 687-6398
Email: tturner@pbclawfirm.com
Email: ccoffin@pbclawfirm.com
Email: jreynolds@pbclawfirm.com

*Attorneys for Plaintiff Mackenzie Pennell*
Served via ECF

Tracy L. Turner
PENDLEY, BAUDIN & COFFIN, LLP
7573 Ogden Woods Boulevard
New Albany, OH 43054
Telephone: (614) 657-3454
Email: tturner@pbclawfirm.com

*Attorneys for Plaintiff Paige Graves*
Served via ECF

John H. "Trey" Allen, III
Jennifer Nolte
5445 La Sierra Drive, Suite 350
Dallas, TX 75231
Telephone: (214) 521-2300
Facsimile: (214) 452-5637
Email: trey@allennolte.com
Email: jnolte@allennolte.com

*Attorneys for Plaintiff Tristen J. Horton*
Served via ECF

Jessica Wallace
SIRI & GLIMSTAD LLP
2022 West Dixie Highway
Suite 902
Aventura, FL 33180
Telephone: (786) 244-5660
Email: jwallace@sirillp.com

*Attorneys for Plaintiff Sarah Lukas*
Served via ECF

Christopher L. Coffin
Pendley, Baudin & Coffin, LLP
24110 Eden Street
Plaquemine, LA 70764
Telephone: (225) 687-6396
Facsimile: (225) 687-6398
Email: ccoffin@pbclawfirm.com

*Attorneys for Plaintiff Megan Roeder*

Served via e-mail

Paul Green, Esq.
Law Office of Paul Green
1055 E. Colorado Blvd., 5th Floor
Pasadena, CA 91106
Telephone: (626) 381-9893
Facsimile: (626) 521-5117
Email: pgreen@pgreenlaw.com

---

*Attorneys for Plaintiff Christina L. Prudden*
Served via ECF

Justin K. Gelfand
Margulis Gelfand, LLC
7700 Bonhomme Avenue, Suite 750
St. Louis, MO 63105
Telephone: (314) 390-0234
Facsimile: (314) 485-2264
Email: justin@margulisgelfand.com

---

*Attorneys for Plaintiff Ethan Hartle*
Served via ECF

Brian O. Marty
SHINDLER, ANDERSON, GOPLERUD & WEESE, P.C.
5015 Grand Ridge Drive, Suite 100
West Des Moines, IA 50265
Telephone: (515) 223-4567
Facsimile: (515) 223-8887
Email: marty@sagwlaw.com

---

*Attorneys for Plaintiff Avery Eshelman*
Served via ECF

Ruth Rizkalla
Valeri Malone
Emily Marlowe
The Carlson Law Firm, PC
1500 Rosecrans Avenue, Suite 500
Manhattan Beach, CA 90266
Telephone: (254) 526-5688
Facsimile: (254) 526-8204
Email: rrizkalla@carlsonattorneys.com
Email: vmalone@carlsonattorneys.com
Email: emarlowe@carlsonattorneys.com

---

*Attorneys for Plaintiff Aina Rizvi*
Served via e-mail

Laura Feldman

30 South 15th St., 15th Floor
Philadelphia, PA 19102
Telephone: (215) 546-2604
Email: lfeldman@feldmanpinto.com

Bijan Esfandiari
Michael L. Baum
BAUM, HEDLUND, ARISTEI, & GOLDMAN, P.C.
10940 Wilshire Blvd., Suite 1600
Los Angeles, CA 90024
Telephone: (310) 207-3233
Facsimile: (310) 820-7444
Email: besfandiari@baumhedlund.com
Email: mbaum@baumhedlund.com

Robert F. Kennedy, Jr.
RFKJR Esq
38 Dewitt Mills Rd
Hurley, NY 12443
Telephone: (845) 481-2622
Facsimile: (845) 230-3111
Email: rfk1954@gmail.com

*Attorneys for Plaintiff Arianna Reddicks*
Served via e-mail

Bijan Esfandiari
Michael L. Baum
Monique Alarcon
James Harrison
BAUM, HEDLUND, ARISTEI, & GOLDMAN, P.C.
10940 Wilshire Blvd., Suite 1600
Los Angeles, CA 90024
Telephone: (310) 207-3233
Facsimile: (310) 820-7444
Email: besfandiari@baumhedlund.com
Email: mbaum@baumhedlund.com
Email: malarcon@baumhedlundlaw.com
Email: hjames@baumhedlundlaw.com

Robert F. Kennedy, Jr.
Kennedy & Madonna, LLP
48 Dewitt Mills Rd
Hurley, NY 12443
Telephone: (845) 481-2622
Facsimile: (845) 230-3111
Email: Robert.kennedyjr@childrenshealthdefense.org

Aaron DeShaw
Dr. Aaron DeShaw, Esq., P.C.
2350 NW York St.
Portland, OR 97210
Telephone: (503) 227-1233
Facsimile: (503) 227-2489
Email: deshaw@deshawlaw.com

*Attorneys for Plaintiff Shannon Canitz*
Served via e-mail

Andrew D. Downing
DOWNING, ALLISON & JORGENSON
3030 N. Central Avenue, Suite 507
Phoenix, AZ 85012
Telephone: (480) 701-0999
Facsimile: (480) 444-1438
Email: adowning@daj-law.com

*Attorneys for Plaintiff Audrey Hinojosa Hernandez-Sarni*
Served via e-mail

Andrew D. Downing
DOWNING, ALLISON & JORGENSON
3030 N. Central Avenue, Suite 507
Phoenix, AZ 85012
Telephone: (480) 701-0999
Facsimile: (480) 444-1438
Email: adowning@daj-law.com

*Attorneys for Plaintiff Cheryl Rolf o.b.o. her minor child, M.R.*
Served via e-mail

Andrew D. Downing
DOWNING, ALLISON & JORGENSON
3030 N. Central Avenue, Suite 507
Phoenix, AZ 85012
Telephone: (480) 701-0999
Facsimile: (480) 444-1438
Email: adowning@daj-law.com

*Attorneys for Plaintiff Madeline A. Counts*
Served via e-mail

Stephanie Sherman
BAUM HEDLUND ARISTEI & GOLDMAN, P.C.
Physical Address: 1325 Whitlock Lane, Suite 5401
Carrollton, TX 75006

Mailing Address: 10940 Wilshire Blvd., Suite 1600
Los Angeles, CA 90024
Telephone: (310) 207-3233
Facsimile: (310) 820-7444
Email: ssherman@baumhedlundlaw.com

Paul Pennock
MORGAN & MORGAN
850 3rd Ave. Suite 402
Brooklyn, NY 11232
Telephone: (212) 564-1637
Email: ppennock@forthepeople.com

Jonathan M. Sedgh
MORGAN & MORGAN
350 Fifth Avenue Suite 6705
New York, NY 10118
Telephone: (212) 738-6299
Email: jsedgh@forthepeople.com

*Attorneys for Plaintiff Krista O'Brien*
Served via e-mail

John H. "Trey" Allen, III
ALLEN & NOLTE, PLLC
5445 La Sierra Drive, Suite 350
Dallas, TX 75231
Telephone: (214) 521-2300
Facsimile: (214) 452-5637
Email: trey@allennolte.com

*Attorneys for Plaintiff Madison Ivey*
Served via e-mail

Stephanie Sherman
Bijan Esfandiari
Michael L. Baum
BAUM, HEDLUND, ARISTEI, & GOLDMAN, P.C.
10940 Wilshire Blvd., Suite 1600
Los Angeles, CA 90024
Telephone: (310) 207-3233
Facsimile: (310) 820-7444
Email: besfandiari@baumhedlund.com
Email: mbaum@baumhedlund.com
Email: ssherman@baumhedlundlaw.com

Robert F. Kennedy, Jr.
Children's Health Defense

17

1227 N Peachtree Parkway, Suite 202
Peachtree City, GA 30269
Telephone: (845) 481-2622
Email: Robert.kennedyjr@childrenshealthdefense.org