# BEFORE THE UNITED STATES
# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| **In Re: GARDASIL PRODUCTS LIABILITY LITIGATION** | **MDL NO. 3036** |

## AMENDED PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that this **NOTICE OF POTENTIAL TAG-ALONG ACTIONS** was electronically filed with the Clerk of the JPML via CM/ECF and was served via e-mail on all counsel of record for plaintiffs listed in the attached Schedule of Actions.

Date: August 10, 2022

/s/ Allyson Julien
Allyson Julien
ajulien@goldmanismail.com
GOLDMAN ISMAIL TOMASELLI
 BRENNAN & BAUM LLP
200 South Wacker Drive
22nd Floor
Chicago, IL 60606
Telephone: (312) 681-6000
Facsimile: (312) 881-5191

*Counsel for Merck Defendants*

## SERVICE LIST

*Attorneys for Plaintiff Aina Rizvi*
Served via e-mail

Laura Feldman
FELDMAN PINTO LLC
30 South 15th St., 15th Floor
Philadelphia, PA 19102
Telephone: (215) 546-2604
Email: lfeldman@feldmanpinto.com

Bijan Esfandiari
Michael L. Baum
BAUM, HEDLUND, ARISTEI, & GOLDMAN, P.C.
10940 Wilshire Blvd., Suite 1600
Los Angeles, CA 90024
Telephone: (310) 207-3233
Facsimile: (310) 820-7444
Email: besfandiari@baumhedlund.com
Email: mbaum@baumhedlund.com

Robert F. Kennedy, Jr.
RFKJR Esq
38 Dewitt Mills Rd
Hurley, NY 12443
Telephone: (845) 481-2622
Facsimile: (845) 230-3111
Email: rfk1954@gmail.com

*Attorneys for Defendants Watchung Pediatrics,*
*Susan P. Korb, APN, and Vineetha A. Alias, D.O.*
Served via e-mail

Renee J. Sherman
RUPRECHT, HART, RICCIARDULLI & SHERMAN, LLP
53 Cardinal Dr., Suite 1
Westfield, NJ 07090
Telephone: (908) 232-4800
Email: rsherman@rhwlawfirm.com

*Attorneys for Plaintiff Shannon Canitz*
Served via e-mail

Andrew D. Downing
DOWNING, ALLISON & JORGENSON

3030 N. Central Avenue, Suite 507
Phoenix, AZ 85012
Telephone: (480) 701-0999
Facsimile: (480) 444-1438
Email: adowning@daj-law.com

---

*Attorneys for Plaintiff Cheryl Rolf o.b.o. her minor child, M.R.*
Served via e-mail

Andrew D. Downing
DOWNING, ALLISON & JORGENSON
3030 N. Central Avenue, Suite 507
Phoenix, AZ 85012
Telephone: (480) 701-0999
Facsimile: (480) 444-1438
Email: adowning@daj-law.com

---

*Attorneys for Plaintiff Krista O'Brien*
Served via e-mail

John H. "Trey" Allen, III
ALLEN & NOLTE, PLLC
5445 La Sierra Drive, Suite 350
Dallas, TX 75231
Telephone: (214) 521-2300
Facsimile: (214) 452-5637
Email: trey@allennolte.com