## BEFORE THE UNITED STATES
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| **In Re: GARDASIL PRODUCTS LIABILITY LITIGATION** | **MDL NO. 3036** |

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that this **NOTICE OF POTENTIAL TAG-ALONG ACTIONS** was electronically filed with the Clerk of the JPML via CM/ECF and was served via e-mail on all counsel of record for the plaintiffs listed in the attached Schedule of Actions.

Date: August 29, 2022

/s/ Allyson Julien
Allyson Julien
ajulien@goldmanismail.com
GOLDMAN ISMAIL TOMASELLI
  BRENNAN & BAUM LLP
200 South Wacker Drive
22nd Floor
Chicago, IL 60606
Telephone: (312) 681-6000
Facsimile: (312) 881-5191

*Counsel for Merck Defendants*

1

## **SERVICE LIST**

*Attorneys for Plaintiff Alexandra Nunez*
Served via e-mail

Mark T. Sadaka
Michael H. Bowman
SADAKA ASSOCIATES, LLC
155 North Dean Street, Suite 4-D
Englewood, NJ 07631
Telephone: (800) 810-3457
Email: mark@sadakafirm.com

*Attorneys for Plaintiff Lakia Brayboy*
Served via e-mail

Mark T. Sadaka
Michael H. Bowman
SADAKA ASSOCIATES, LLC
155 North Dean Street, Suite 4-D
Englewood, NJ 07631
Telephone: (800) 810-3457
Email: mark@sadakafirm.com