BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| In Re: GARDASIL PRODUCTS LIABILITY LITIGATION<br><br>*Lakia Braboy v. Merck et al.*<br>*Civil Action No. 3:22-cv-05131*<br><br>*Alexandra Nunez v. Merck et al.*<br>*Civil Action No. 3:22-cv-05128* | MDL No. 3036 |

## NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER

Pursuant to Rule 7.1(c) of the Rules of Procedure on Multidistrict Litigation, Plaintiffs Lakia Brayboy and Alexandra Nunez hereby file their Notice of Opposition to the Conditional Transfer Order, for transfer of the above captioned action as a "tag-along action." Counsel for the Plaintiffs acknowledges that the motion and brief to vacate are due to be filed in this Court within fourteen (14) days.

DATED: September 7, 2020          By: _____

Mark T. Sadaka, Esq.
SADAKA ASSOCIATES LLC
155 North Dean Street, Suite 4-D
Englewood, NJ 07631
Tel: (201) 266-5670
Fax: (201) 266-5671
Email: mark@sadakafirm.com

*Counsel for Plaintiffs Lakia Brayboy*
*and Alexandra Nunez*

**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| In Re: GARDASIL PRODUCTS LIABILITY LITIGATION<br><br>*Lakia Braboy v. Merck et al.*<br>*Civil Action No. 3:22-cv-05131*<br><br>*Alexandra Nunez v. Merck et al.*<br>*Civil Action No. 3:22-cv-05128* | MDL No. 3036 |

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that this **NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER** was electronically filed with the Clerk of the JPML via CM/ECF was served via e-mail on all counsel of record for the defendants.

DATED: September 7, 2022        By:_____

Mark T. Sadaka, Esq.
SADAKA ASSOCIATES LLC
155 North Dean Street, Suite 4-D
Englewood, NJ 07631
Tel: (201) 266-5670
Fax: (201) 266-5671
Email: mark@sadakafirm.com

*Counsel for Plaintiffs Lakia Brayboy and Alexandra Nunez*