**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| **In Re: GARDASIL PRODUCTS LIABILITY LITIGATION** | **MDL NO. 3036** |

**NOTICE OF POTENTIAL TAG-ALONG ACTION**

In accordance with Rule 7.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, defendants Merck & Co., Inc. and Merck Sharp & Dohme LLC write to notify the Panel of the potential tag-along action listed on the attached Schedule of Actions. Docket sheet and complaint are attached.

Date: September 14, 2022

*/s/ Allyson Julien*
Allyson Julien
ajulien@goldmanismail.com
GOLDMAN ISMAIL TOMASELLI
 BRENNAN & BAUM LLP
200 South Wacker Drive
22nd Floor
Chicago, IL 60606
Telephone: (312) 681-6000
Facsimile: (312) 881-5191

*Counsel for Merck Defendants*