BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| In Re: GARDASIL PRODUCTS LIABILITY LITIGATION | MDL NO. 3036 |
|---|---|

## SCHEDULE OF ACTIONS

|   | Plaintiffs | Defendants | District | Civil Action No. | Judge |
|---|---|---|---|---|---|
| 1. | Alexandra Nunez | Merck & Co., Inc., Merck Sharp & Dohme Corp., John Doe, Jane Doe, and XYZ Corp | District of New Jersey | 3:22-cv-05128 | Judge Zahid N. Quraishi |
| 2. | Lakia Brayboy | Merck & Co., Inc., Merck Sharp & Dohme Corp., John Doe, Jane Doe, and XYZ Corp | District of New Jersey | 3:22-cv-05131 | Judge Zahid N. Quraishi |

Date: September 22, 2022

/s/ Allyson Julien
Allyson Julien
ajulien@goldmanismail.com
GOLDMAN ISMAIL TOMASELLI
 BRENNAN & BAUM LLP
200 South Wacker Drive
22nd Floor
Chicago, IL 60606
Telephone: (312) 681-6000
Facsimile: (312) 881-5191

*Counsel for Merck Defendants*