BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| In Re: GARDASIL PRODUCTS LIABILITY LITIGATION | MDL NO. 3036 |

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that **MERCK & CO., INC.'S CORPORATE DISCLOSURE STATEMENT** was electronically filed with the Clerk of the JPML via CM/ECF and was served via e-mail on all counsel of record for the plaintiff listed in the attached Schedule of Actions.

Date: September 22, 2022

                                             */s/ Allyson Julien*
                                             Allyson Julien
                                             ajulien@goldmanismail.com
                                             GOLDMAN ISMAIL TOMASELLI
                                               BRENNAN & BAUM LLP
                                             200 South Wacker Drive
                                             22nd Floor
                                             Chicago, IL 60606
                                             Telephone: (312) 681-6000
                                             Facsimile: (312) 881-5191

                                             *Counsel for Merck Defendants*

**SERVICE LIST**

*Attorneys for Plaintiff Alexandra Nunez*
Served via e-mail

Mark T. Sadaka
Michael H. Bowman
SADAKA ASSOCIATES, LLC
155 North Dean Street, Suite 4-D
Englewood, NJ 07631
Telephone: (800) 810-3457
Email: mark@sadakafirm.com

*Attorneys for Plaintiff Lakia Brayboy*
Served via e-mail

Mark T. Sadaka
Michael H. Bowman
SADAKA ASSOCIATES, LLC
155 North Dean Street, Suite 4-D
Englewood, NJ 07631
Telephone: (800) 810-3457
Email: mark@sadakafirm.com