BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| In Re: GARDASIL PRODUCTS LIABILITY LITIGATION<br><br>*Lakia Brayboy v. Merck et al.*<br>*Civil Action No. 3:22-cv-05131*<br><br>*Alexandra Nunez v. Merck et al.*<br>*Civil Action No. 3:22-cv-05128* | MDL No. 3036 |

## WITHDRAWAL OF OPPOSITION TO CTO 6

Plaintiffs Lakia Brayboy and Alexandra Nunez, through their attorneys, hereby withdraw their Notice of Opposition to the Conditional Transfer Order 6.

DATED: September 23, 2022                    By: _____

Mark T. Sadaka, Esq.
SADAKA ASSOCIATES LLC
155 North Dean Street, Suite 4-D
Englewood, NJ 07631
Tel: (201) 266-5670
Fax: (201) 266-5671
Email:

*Counsel for Plaintiffs Lakia Brayboy*
*and Alexandra Nunez*

**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| In Re: GARDASIL PRODUCTS LIABILITY LITIGATION<br><br>*Lakia Brayboy v. Merck et al.*<br>*Civil Action No. 3:22-cv-05131*<br><br>*Alexandra Nunez v. Merck et al.*<br>*Civil Action No. 3:22-cv-05128* | MDL No. 3036 |

## PROOF OF SERVICE

I hereby certify that this **WITHRAWAL OF THE NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER** was electronically filed with the Clerk of the JPML via CM/ECF was served via e-mail on all counsel of record for the defendants.

DATED: September 23, 2022                    By:_____

Mark T. Sadaka, Esq.
SADAKA ASSOCIATES LLC
155 North Dean Street, Suite 4-D
Englewood, NJ 07631
Tel: (201) 266-5670
Fax: (201) 266-5671
Email: mark@sadakafirm.com

*Counsel for Plaintiffs Lakia Brayboy and Alexandra Nunez*