UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: GARDASIL PRODUCTS LIABILITY
LITIGATION
  Nunez v. Merck & Co., Inc., et al., )
    D. New Jersey, C.A. No. 3:22-05128 )
  Brayboy v. Merck & Co., Inc., et al., )
    D. New Jersey, C.A. No. 3:22-05131 )  MDL No. 3036

ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in these actions on August 31, 2022. Prior to expiration of that order's 7-day stay of transmittal plaintiffs filed a notice of opposition to the proposed transfer. The Panel has now been advised that plaintiffs have withdrawn their opposition to transfer.

IT IS ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-6" filed on August 31, 2022, is LIFTED. The actions are transferred to the Western District of North Carolina for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407 being conducted by the Honorable Robert J. Conrad, Jr.

FOR THE PANEL:

John W. Nichols
Clerk of the Panel