BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | In Re: GARDASIL PRODUCTS LIABILITY LITIGATION | MDL NO. 3036 |
|---|---|---|

NOTICE OF POTENTIAL TAG-ALONG ACTIONS

SCHEDULE OF ACTIONS

| | Plaintiffs | Defendants | District | Civil Action No. | Judge |
|---|---|---|---|---|---|
| 1. | Dana Hilden | Merck & Co., Inc. and Merck Sharp & Dohme Corp. | Eastern District of Michigan | 2:22-cv-12262 | Judge Nancy G. Edmunds |
| 2. | Kelli S. Foley and Clifton K. Foley, Individually and As Co-Administrators of the Estate of Noah Tate Foley, Deceased | Merck & Co., Inc. and Merck Sharp & Dohme Corp. | Middle District of North Carolina | 1:22-cv-00810 | Judge William L. Osteen, Jr. |
| 3. | Catherine Boss | Merck & Co., Inc. and Merck Sharp & Dohme Corp. | Central District of California | 2:22-cv-06993 | Judge George H. Wu |

Date: September 30, 2022

/s/ Allyson Julien
Allyson Julien
ajulien@goldmanismail.com
GOLDMAN ISMAIL TOMASELLI
 BRENNAN & BAUM LLP
200 South Wacker Drive
22nd Floor
Chicago, IL 60606

Telephone: (312) 681-6000
Facsimile: (312) 881-5191

*Counsel for Merck Defendants*