**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| **In Re: GARDASIL PRODUCTS LIABILITY LITIGATION** | **MDL NO. 3036** |

### PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that this **NOTICE OF POTENTIAL TAG-ALONG ACTIONS** was electronically filed with the Clerk of the JPML via CM/ECF and was served via e-mail on all counsel of record for the plaintiffs listed in the attached Schedule of Actions.

Date: September 30, 2022

/s/ Allyson Julien
Allyson Julien
ajulien@goldmanismail.com
GOLDMAN ISMAIL TOMASELLI
 BRENNAN & BAUM LLP
200 South Wacker Drive
22nd Floor
Chicago, IL 60606
Telephone: (312) 681-6000
Facsimile: (312) 881-5191

*Counsel for Merck Defendants*

**SERVICE LIST**

*Attorneys for Plaintiff Dana Hilden*
Served via e-mail

Bijan Esfandiari
Michael L. Baum
Stephanie Sherman
Monique Alarcon
BAUM, HEDLUND, ARISTEI, & GOLDMAN, P.C.
10940 Wilshire Blvd., Suite 1600
Los Angeles, CA 90024
Telephone: (310) 207-3233
Facsimile: (310) 820-7444
Email: besfandiari@baumhedlundlaw.com
Email: mbaum@baumhedlundlaw.com
Email: ssherman@baumhedlundlaw.com
Email: malarcon@baumhedlundlaw.com

*Attorneys for Plaintiffs Kelli S. Foley and Clifton K. Foley, Individually and As Co-Administrators of the Estate of Noah Tate Foley, Deceased*
Served via e-mail

Allison Mullins
L. Cooper Harrell
Hillary M. Kies
MULLINS DUNCAN HARRELL & RUSSELL PLLC
300 North Greene Street, Suite 2000
Greensboro, NC 27401
Telephone: 336-645-3320
Facsimile: 336-645-3330
Email: amullins@turningpointlit.com
Email: charrell@turningpointlit.com
Email: hkies@turningpointlit.com

Michael L. Baum
Bijan Esfandiari
Stephanie Sherman
Monique Alarcon
Harrison James
BAUM, HEDLUND, ARISTEI, & GOLDMAN, P.C.
10940 Wilshire Blvd., Suite 1600
Los Angeles, CA 90024
Telephone: (310) 207-3233

Facsimile: (310) 820-7444
Email: mbaum@baumhedlundlaw.com
Email: besfandiari@baumhedlundlaw.com
Email: ssherman@baumhedlundlaw.com
Email: malarcon@baumhedlundlaw.com
Email: hjames@baumhedlundlaw.com

---

*Attorneys for Plaintiff Catherine Boss*
Served via e-mail

Michael L. Baum
Bijan Esfandiari
Stephanie Sherman
Monique Alarcon
Harrison James
BAUM, HEDLUND, ARISTEI, & GOLDMAN, P.C.
10940 Wilshire Blvd., Suite 1600
Los Angeles, CA 90024
Telephone: (310) 207-3233
Facsimile: (310) 820-7444
Email: mbaum@baumhedlundlaw.com
Email: besfandiari@baumhedlundlaw.com
Email: ssherman@baumhedlundlaw.com
Email: malarcon@baumhedlundlaw.com
Email: hjames@baumhedlundlaw.com

Robert F. Kennedy, Jr.
KENNEDY & MADONNA, LLP
48 Dewitt Mills Rd
Hurley, NY, 12443
Telephone: (845) 481-2622
Facsimile: (845) 230-3111
Email: rfk1954@gmail.com