BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| In Re: GARDASIL PRODUCTS LIABILITY LITIGATION | MDL NO. 3036 |
|---|---|

NOTICE OF POTENTIAL TAG-ALONG ACTION

SCHEDULE OF ACTIONS

|  | Plaintiffs | Defendants | District | Civil Action No. | Judge |
|---|---|---|---|---|---|
| 1. | Kaitlyn King | Merck & Co., Inc. and Merck Sharp & Dohme Corp. | Southern District of Indiana | 3:22-cv-00155 | Judge Richard L. Young |

Date: October 7, 2022

/s/ Allyson Julien
Allyson Julien
ajulien@goldmanismail.com
GOLDMAN ISMAIL TOMASELLI
 BRENNAN & BAUM LLP
200 South Wacker Drive
22nd Floor
Chicago, IL 60606
Telephone: (312) 681-6000
Facsimile: (312) 881-5191

*Counsel for Merck Defendants*