BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| **In Re: GARDASIL PRODUCTS LIABILITY LITIGATION** | **MDL NO. 3036** |

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that this **NOTICE OF POTENTIAL TAG-ALONG ACTION** was electronically filed with the Clerk of the JPML via CM/ECF and was served via e-mail on all counsel of record for the plaintiff listed in the attached Schedule of Actions.

Date: October 7, 2022

/s/ Allyson Julien
Allyson Julien
ajulien@goldmanismail.com
GOLDMAN ISMAIL TOMASELLI
  BRENNAN & BAUM LLP
200 South Wacker Drive
22nd Floor
Chicago, IL 60606
Telephone: (312) 681-6000
Facsimile: (312) 881-5191

*Counsel for Merck Defendants*

## **SERVICE LIST**

*Attorneys for Plaintiff Kaitlyn King*
Served via e-mail

Frances M. Phares
Michael L. Baum
Bijan Esfandiari
Stephanie Sherman
Monique Alarcon
Harrison James
BAUM, HEDLUND, ARISTEI, & GOLDMAN, P.C.
10940 Wilshire Blvd., Suite 1600
Los Angeles, CA 90024
Telephone: (310) 207-3233
Facsimile: (310) 820-7444
Email: fphares@baumhedlundlaw.com
Email: mbaum@baumhedlundlaw.com
Email: besfandiari@baumhedlundlaw.com
Email: ssherman@baumhedlundlaw.com
Email: malarcon@baumhedlundlaw.com
Email: hjames@baumhedlundlaw.com