BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| In Re: GARDASIL PRODUCTS LIABILITY LITIGATION | MDL NO. 3036 |

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that this **NOTICE OF POTENTIAL TAG-ALONG ACTION** was electronically filed with the Clerk of the JPML via CM/ECF and was served via e-mail on all counsel of record for the plaintiff listed in the attached Schedule of Actions.

Date: November 22, 2022

/s/ Allyson Julien
Allyson Julien
ajulien@goldmanismail.com
GOLDMAN ISMAIL TOMASELLI
  BRENNAN & BAUM LLP
200 South Wacker Drive
22nd Floor
Chicago, IL 60606
Telephone: (312) 681-6000
Facsimile: (312) 881-5191

*Counsel for Merck Defendants*

## **SERVICE LIST**

*Attorneys for Plaintiff Ljubitza Ghiardi*
Served via e-mail

Frances Phares
Michael L. Baum
Bijan Esfandiari
Monique Alarcon
BAUM, HEDLUND, ARISTEI, & GOLDMAN, P.C.
11111 Santa Monica Blvd, Suite 1750
Los Angeles, CA 90025
Telephone: (310) 207-3233
Facsimile: (310) 820-7444
Email: fphares@baumhedlundlaw.com
Email: mbaum@baumhedlundlaw.com
Email: besfandiari@baumhedlundlaw.com
Email: malarcon@baumhedlundlaw.com