BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| In Re: GARDASIL PRODUCTS LIABILITY LITIGATION | MDL NO. 3036 |
|---|---|

NOTICE OF POTENTIAL TAG-ALONG ACTIONS

SCHEDULE OF ACTIONS

|    | Plaintiffs | Defendants | District | Civil Action No. | Judge |
|----|------------|------------|----------|------------------|-------|
| 1. | Ashlyn Bancroft | Merck & Co., Inc. and Merck Sharp & Dohme LLC | District of New Jersey | 2:23-cv-00163 | Judge Esther Salas |
| 2. | Mary Ellouise Bond | Merck & Co., Inc. and Merck Sharp & Dohme LLC | District of New Jersey | 2:23-cv-00182 | Judge Esther Salas |

Date: January 20, 2023

/s/ Allyson Julien
Allyson Julien
ajulien@goldmanismail.com
GOLDMAN ISMAIL TOMASELLI
  BRENNAN & BAUM LLP
200 South Wacker Drive
22nd Floor
Chicago, IL 60606
Telephone: (312) 681-6000
Facsimile: (312) 881-5191

*Counsel for Merck Defendants*