BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| In Re: GARDASIL PRODUCTS LIABILITY LITIGATION | MDL NO. 3036 |

NOTICE OF POTENTIAL TAG-ALONG ACTION

SCHEDULE OF ACTIONS

|    | **Plaintiffs** | **Defendants** | **District** | **Civil Action No.** | **Judge** |
|----|----------------|----------------|--------------|----------------------|-----------|
| 1. | Emily Cafarella | Merck & Co., Inc. and Merck Sharp & Dohme LLC | Eastern District of New York | 2:23-cv-00390 | Judge Gary R. Brown |
| 2. | Sean C. Sicard | Merck & Co., Inc. and Merck Sharp & Dohme LLC | Northern District of Texas | 4:23-cv-00073 | Judge Mark Pittman |

Date: January 24, 2023

/s/ Allyson Julien
Allyson Julien
ajulien@goldmanismail.com
GOLDMAN ISMAIL TOMASELLI
 BRENNAN & BAUM LLP
200 South Wacker Drive
22nd Floor
Chicago, IL 60606
Telephone: (312) 681-6000
Facsimile: (312) 881-5191

*Counsel for Merck Defendants*