BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| In Re: GARDASIL PRODUCTS LIABILITY LITIGATION | MDL NO. 3036 |
|---|---|

NOTICE OF POTENTIAL TAG-ALONG ACTION

SCHEDULE OF ACTIONS

|  | **Plaintiffs** | **Defendants** | **District** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|---|
| 1. | Ryan Sughrue | Merck & Co., Inc. and Merck Sharp & Dohme LLC | District of New Jersey | 3-23-CV-01535 | Zahid N. Quraishi |

Date: March 22, 2023

    /s/ Allyson Julien
Allyson Julien
ajulien@goldmanismail.com
GOLDMAN ISMAIL TOMASELLI
  BRENNAN & BAUM LLP
200 South Wacker Drive
22nd Floor
Chicago, IL 60606
Telephone: (312) 681-6000
Facsimile: (312) 881-5191

*Counsel for Merck Defendants*