**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| **In Re: GARDASIL PRODUCTS LIABILITY LITIGATION** | **MDL NO. 3036** |

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that this **NOTICE OF POTENTIAL TAG-ALONG ACTION** was electronically filed with the Clerk of the JPML via CM/ECF and was served via e-mail on all counsel of record for the plaintiff listed in the attached Schedule of Actions.

Date: April 3, 2023

/s/ *Allyson Julien*
Allyson Julien
ajulien@goldmanismail.com
GOLDMAN ISMAIL TOMASELLI
   BRENNAN & BAUM LLP
200 South Wacker Drive
22nd Floor
Chicago, IL 60606
Telephone: (312) 681-6000
Facsimile: (312) 881-5191

*Counsel for Merck Defendants*

**SERVICE LIST**

*Attorneys for Plaintiff Samantha Brady*
Served via e-mail

Laura Feldman
FELDMAN & PINTO LLC
30 South 15th St., 15th floor
Philadelphia, PA 19102
Plaquemine. LA 70764
Telephone: (215) 546-2604
Email: lfeldman@feldmanpinto.com

Bijan Esfandiari
Michael L. Baum
BAUM, HEDLUND, ARISTEL, & GOLDMAN, P.C.
11111 Santa Monica Blvd., Suite 1750
Los Angeles, CA 90025
Telephone: (310) 207-3233
Facsimile: (310) 820-7444
Email: besfandiari@baumhedlundlaw.com
Email: mbaum@baumhedlundlaw.com

Robert F. Kennedy, Jr.
RFKJR Esq
38 Dewitt Mills Rd.
Hurley, NY 12443
Telephone: (845) 481-2622
Facsimile: (845) 230-3111
Email: rfk1954@gmail.com