BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| In Re: GARDASIL PRODUCTS LIABILITY LITIGATION | MDL NO. 3036 |
|---|---|

NOTICE OF POTENTIAL TAG-ALONG ACTION

SCHEDULE OF ACTIONS

|  | Plaintiffs | Defendants | District | Civil Action No. | Judge |
|---|---|---|---|---|---|
| 1. | Michele Damiano | Merck & Co., Inc. and Merck Sharp & Dohme LLC | Southern District of New York (Foley Square) | 1:23-CV-02860 | Judge Lewis J. Liman |

Date: April 6, 2023

/s/ Allyson Julien
Allyson Julien
ajulien@goldmanismail.com
GOLDMAN ISMAIL TOMASELLI
  BRENNAN & BAUM LLP
200 South Wacker Drive
22nd Floor
Chicago, IL 60606
Telephone: (312) 681-6000
Facsimile: (312) 881-5191

*Counsel for Merck Defendants*