UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION



# Notice of Tag-Along from District Court

Date Received:   8/3/2023

District Court:   W.D. North Carolina

Number of Actions:  1

Complaints and Docket Sheets are attached.

*Tiffaney D. Pete*
CLERK OF THE PANEL